## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| OSANEME OKARO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ICAHN ENTERPRISES L.P., CARL C. ICAHN, DAVID WILLETTS, TED PAPAPOSTOLOU, KEITH COZZA, and SUNGHWAN CHO,<br><br>Defendants. | Case No. 1:23-cv-21773-KMM<br><br>**DECLARATION OF LEO W. DESMOND IN SUPPORT OF THE MOTION OF RON HEIDER FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL** |
| MICHAEL LEVINE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ICAHN ENTERPRISES L.P., CARL C. ICAHN, DAVID WILLETTS, TED PAPAPOSTOLOU, KEITH COZZA, and SUNGHWAN CHO,<br><br>Defendants. | Case No. 1:23-cv-22009-RKA |

I, Leo W. Desmond, hereby declare as follows:

1. I am an attorney with Desmond Law Firm, P.C., counsel on behalf of Ron Heider ("Heider") and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Heider's motion for consolidation of related actions, appointment as lead plaintiff, and approval of his selection of Glancy Prongay & Murray LLP ("GPM") as Lead Counsel and Desmond Law Firm, P.C. ("Desmond Law") as liaison counsel for the class.

2. Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A: Press release published May 11, 2023 on *Business Wire*, announcing the pendency of the first securities class action against Defendants herein;

Exhibit B: PSLRA Certification of Heider;

Exhibit C: Analysis of Heider's financial interest;

Exhibit D: Firm resume of GPM; and

Exhibit E: Firm resume of Desmond Law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed on July 10, 2023.

*/s/ Leo W. Desmond*
Leo W. Desmond

1

## CERTIFICATE OF SERVICE

I, Leo W. Desmond, hereby certify that on July 10, 2023, a true and accurate copy of the above document was electronically filed with the Clerk of the Court by using the CM/ECF system which will send Notice of Electronic Filing (NEF) to all counsel of record.

*s/ Leo W. Desmond*
Leo W. Desmond

2