# EXHIBIT C

## Financial Interest Analysis

**Company Name:**     Icahn Enterprises L.P.
**Ticker:**           IEP
**Class Period:**     August 2, 2018 to May 9, 2023
**Name:**             Ron Heider

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 9/18/2018 | 303.9240 | $66.1700 | -$20,110.6511 | | $0.0000 | -$20,110.65 |
| 12/18/2018 | 321.0000 | $64.3100 | -$20,643.5100 | | $0.0000 | -$20,643.51 |
| 4/17/2019 | 330.4631 | $73.3300 | -$24,232.8591 | | $0.0000 | -$24,232.86 |
| 6/20/2019 | 352.7454 | $70.5800 | -$24,896.7703 | | $0.0000 | -$24,896.77 |
| 9/18/2019 | 380.6668 | $67.2200 | -$25,588.4223 | | $0.0000 | -$25,588.42 |
| 12/20/2019 | 428.3488 | $61.5400 | -$26,360.5852 | | $0.0000 | -$26,360.59 |
| 4/28/2020 | 572.5600 | $47.5400 | -$27,219.5024 | | $0.0000 | -$27,219.50 |
| 6/25/2020 | 576.7548 | $49.1800 | -$28,364.8011 | | $0.0000 | -$28,364.80 |
| 8/20/2020 | 3,100.0000 | $53.0000 | -$164,300.0000 | | $0.0000 | -$164,300.00 |
| 8/20/2020 | 480.0000 | $52.9800 | -$25,430.4000 | | $0.0000 | -$25,430.40 |
| 8/20/2020 | 220.0000 | $52.9500 | -$11,649.0000 | | $0.0000 | -$11,649.00 |
| 8/20/2020 | 100.0000 | $52.9600 | -$5,296.0000 | | $0.0000 | -$5,296.00 |
| 8/20/2020 | 100.0000 | $52.9200 | -$5,292.0000 | | $0.0000 | -$5,292.00 |
| 9/29/2020 | 613.8076 | $48.0900 | -$29,518.0075 | | $0.0000 | -$29,518.01 |
| 12/29/2020 | 758.9963 | $51.0500 | -$38,746.7611 | | $0.0000 | -$38,746.76 |
| 4/28/2021 | 700.6698 | $57.4600 | -$40,260.4867 | | $0.0000 | -$40,260.49 |
| 6/30/2021 | 742.4735 | $56.1200 | -$41,667.6128 | | $0.0000 | -$41,667.61 |
| 8/19/2021 | 629.0000 | $55.8500 | -$35,129.6500 | | $0.0000 | -$35,129.65 |
| 8/19/2021 | 629.0000 | $55.8500 | -$35,129.6500 | | $0.0000 | -$35,129.65 |
| 8/19/2021 | 629.0000 | $55.8500 | -$35,129.6500 | | $0.0000 | -$35,129.65 |
| 8/19/2021 | 629.0000 | $55.8500 | -$35,129.6500 | | $0.0000 | -$35,129.65 |
| 8/19/2021 | 629.0000 | $55.8500 | -$35,129.6500 | | $0.0000 | -$35,129.65 |
| 8/19/2021 | 525.0000 | $55.8500 | -$29,321.2500 | | $0.0000 | -$29,321.25 |
| 8/19/2021 | 505.0000 | $55.8500 | -$28,204.2500 | | $0.0000 | -$28,204.25 |
| 8/19/2021 | 418.0000 | $55.8500 | -$23,345.3000 | | $0.0000 | -$23,345.30 |
| 8/19/2021 | 393.0000 | $55.8500 | -$21,949.0500 | | $0.0000 | -$21,949.05 |
| 8/19/2021 | 393.0000 | $55.8500 | -$21,949.0500 | | $0.0000 | -$21,949.05 |
| 8/19/2021 | 344.0000 | $55.8500 | -$19,212.4000 | | $0.0000 | -$19,212.40 |
| 8/19/2021 | 209.0000 | $55.8500 | -$11,672.6500 | | $0.0000 | -$11,672.65 |
| 8/19/2021 | 209.0000 | $55.8500 | -$11,672.6500 | | $0.0000 | -$11,672.65 |
| 8/19/2021 | 131.0000 | $55.8500 | -$7,316.3500 | | $0.0000 | -$7,316.35 |
| 8/19/2021 | 131.0000 | $55.8500 | -$7,316.3500 | | $0.0000 | -$7,316.35 |
| 8/19/2021 | 131.0000 | $55.8500 | -$7,316.3500 | | $0.0000 | -$7,316.35 |

## Financial Interest Analysis

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 8/19/2021 | 100.0000 | $55.8500 | -$5,585.0000 | | $0.0000 | -$5,585.00 |
| 8/19/2021 | 100.0000 | $55.8400 | -$5,584.0000 | | $0.0000 | -$5,584.00 |
| 8/19/2021 | 100.0000 | $55.8400 | -$5,584.0000 | | $0.0000 | -$5,584.00 |
| 8/19/2021 | 100.0000 | $55.8400 | -$5,584.0000 | | $0.0000 | -$5,584.00 |
| 8/19/2021 | 58.0000 | $55.8400 | -$3,238.7200 | | $0.0000 | -$3,238.72 |
| 8/19/2021 | 7.0000 | $55.8300 | -$390.8100 | | $0.0000 | -$390.81 |
| 8/19/2021 | 1.0000 | $55.8300 | -$55.8300 | | $0.0000 | -$55.83 |
| 9/29/2021 | 860.3071 | $50.1600 | -$43,153.0041 | | $0.0000 | -$43,153.00 |
| 12/22/2021 | 1,182.1941 | $49.8000 | -$58,873.2662 | | $0.0000 | -$58,873.27 |
| 4/27/2022 | 1,141.7393 | $53.6300 | -$61,231.4787 | | $0.0000 | -$61,231.48 |
| 6/29/2022 | 1,312.7072 | $48.3900 | -$63,521.9014 | | $0.0000 | -$63,521.90 |
| 9/28/2022 | 1,298.6147 | $50.9300 | -$66,138.4467 | | $0.0000 | -$66,138.45 |
| 12/21/2022 | 1,362.7953 | $50.4400 | -$68,739.3949 | | $0.0000 | -$68,739.39 |
| 4/19/2023 | 1,367.3976 | $52.2600 | -$71,460.1986 | | $0.0000 | -$71,460.20 |

**Shares Retained:** 25,608.1654

| | | | 90-Day Average Price | Shares Retained | **Subtotal:** | **-$1,383,641.32** |
|---|---|---|---|---|---|---|
| | | | $27.9925 | 25,608.1654 | **90-Day Average:** | $716,836.57 |
| | | | | | **Total:** | **-$666,804.75** |

<u>Notes</u>
The 90-Day Average Price used in this loss chart is the average closing price between May 10, 2023 and July 7, 2023.