**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| OSANEME OKARO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ICAHN ENTERPRISES L.P., CARL C. ICAHN, DAVID WILLETTS, TED PAPAPOSTOLOU, KEITH COZZA, and SUNGHWAN CHO,<br><br>Defendants. | Case No. 1:23-cv-21773-KMM<br><br><br>CLASS ACTION |
| MICHAEL LEVINE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ICAHN ENTERPRISES L.P., CARL C. ICAHN, DAVID WILLETTS, TED PAPAPOSTOLOU, KEITH COZZA, and SUNGHWAN CHO,<br><br>Defendants. | Case No. 1:23-cv-22009-RKA |

**DECLARATION OF CHRIS GOLD IN SUPPORT OF THE MOTION OF JASON CARLSON FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF HIS SELECTION OF COUNSEL**

I, Chris Gold, hereby declare as follows:

1. I am a member in good standing of the bars of the State of Florida and of this Court. I am a partner at the law firm of Edelsberg Law, P.A. ("Edelsberg Law"). I make this declaration in support of the Motion filed by Jason Carlson for an order (i) consolidating the related actions; (ii) appointing Mr. Carlson as Lead Plaintiff; and (iii) approving his selection of Block & Leviton LLP ("Block & Leviton") as Lead Counsel and Edelsberg Law, P.A. ("Edelsberg Law") as Liaison Counsel for the Class.

2. Attached as Exhibits A through E are true and correct copies of the following:

EXHIBIT A: the May 11, 2023 press release issued by Glancy Prongay & Murray LLP announcing the filing of the above-captioned class action against the above-referenced defendants, announcing a class period of August 2, 2018 to May 9, 2023, and noticing that the filing date for appointment as Lead Plaintiff is July 10, 2023.

EXHIBIT B: Mr. Carlson's PSLRA Certification;

EXHIBIT C: Mr. Carlson's Loss Chart;

EXHIBIT D: Block & Leviton LLP's Firm Résumé

EXHIBIT E: Edelsberg Law, P.A. Firm Résumé

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 10th day of July, 2023.

> */s/ Chris Gold*
> Chris Gold
> Florida Bar No. 088733
> chris@edelsberglaw.com
> **EDELSBERG LAW, P.A.**
> 20900 NE 30th Ave., Suite 417
> Aventura, FL 33180
> (786) 673-2405