# EXHIBIT B

**Certification Pursuant to Federal Securities Laws**

1. I, Jason Carlson, have reviewed the complaints on file in *Okaro v. Icahn Enterprises L.P., et al.,* No. 1:23-cv-21773 (S.D. Fla.), and *Levine v. Icahn Enterprises L.P., et al.,* No. 1:23-cv-22009, and have authorized the filing of this motion on my behalf.

2. I did not transact in Icahn Enterprises securities that are the subject of the complaints on file at the direction of plaintiff's counsel, or in order to participate in any private action under the federal securities laws.

3. I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. Attached hereto as Exhibit 1 is a list of all of my transactions in Icahn Enterprises securities during the Class Period, as specified in the Complaints.

5. During the past three years, I have not sought to serve as a representative party on behalf of a class under federal securities laws.

6. I will not accept payment for serving as a representative party on behalf of a class beyond my pro rata share of any recovery, except as ordered or approved by the Court in accordance with 15 U.S.C. 78u-4(a)(4).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      06 / 16 / 2023

Jason Carlson

# Exhibit 1

Doc ID: 4996a214470c8f4503684d301d6a440cefe65441

| Date | Transaction | Shares | Price |
|---|---|---|---|
| 4/25/23 | Bought | 25,390 | $ 51.50 |
| 5/2/23 | Bought | 63,500 | $ 42.00 |
| 5/2/23 | Sold | (25,390) | $ 41.00 |
| 5/3/23 | Sold | (63,500) | $ 31.80 |
| 5/9/23 | Bought | 21,500 | $ 36.80 |

Doc ID: 4996a214470c8f4503684d301d6a440cefe65441