# EXHIBIT C

# Jason Carlson
## Icahn Enterprises L.P. - LIFO Loss Analysis

| Shares | Purchase Date | Purchase Price Per Share | | Purchase Total | Sale Date | Sale Price Per Share | | Sale Total | Total Gain/Loss | |
|---|---|---|---|---|---|---|---|---|---|---|
| 25390 | 4/25/23 | $ | 51.50 | $ 1,307,585.00 | 4/3/23 | $ | 31.80 | $ 807,402.00 | $ | (500,183.00) |
| 25390 | 5/2/23 | $ | 42.00 | $ 1,066,380.00 | 5/2/23 | $ | 41.00 | $ 1,040,990.00 | $ | (25,390.00) |
| 38110 | 5/2/23 | $ | 42.00 | $ 1,600,620.00 | 4/3/23 | $ | 31.80 | $ 1,211,898.00 | $ | (388,722.00) |
| 21500 | 5/9/23 | $ | 36.80 | $ 791,200.00 | Lookback* | $ | 28.16 | $ 605,440.00 | $ | (185,760.00) |
| 110390 | | | | $ 4,765,785.00 | | | | $ 3,665,730.00 | $ | (1,100,055.00) |

* Average closing price between May 10, 2023 and July 10, 2023