# EXHIBIT E

# EDELSBERG
## LAW
### A PLAINTIFF'S FIRM

Edelsberg Law, PA is a law firm focused on complex and class action litigation. The Firm has offices in Miami, Florida, and Los Angeles, California, and has served as lead counsel or co-lead counsel in hundreds of class actions lawsuits in state and federal courts across the country.

The Firm's three partners, Scott Edelsberg, Chris Gold, and Adam Schwartzbaum, each have years of experience litigating and settling large, complex class actions and have each recovered millions of dollars on behalf of consumers and investors, including in multi-district litigation. Some of their notable settlements include the following:

- *Boland v. Gerdau S.A.*, No. 1:16-cv-3925 (S.D.N.Y. 2016) ($15 million settlement on behalf of investors in a Brazilian steel conglomerate that failed to disclose its alleged bribery of Brazilian tax authorities).

- *In re Winn-Dixie Stores, Inc. S'holder Litig.*, No. 16-2011-CA-010616 (Fla. 4th Cir. Ct.) ($9 million settlement for former Winn-Dixie shareholders whose stock was undervalued in a buyout of the company).

- *In re AuthenTec, Inc. S'holder Litig.*, No. 5-2012-CA-57589 (Fla. 18th Cir. Ct.) ($10 million settlement on behalf of the former shareholders of AuthenTec following its buyout by Apple).

- *Gattinella v. Michael Kors*, No. 1:14-cv-05731 (S.D.NY 2016) (Class settlement for $4.875 million) (named class counsel).

- *Wildstein v. Seventh Generation, Inc.*, No. 3:15-cv-00205 (N.D. Cal. 2016) (Class settlement for $4.75 million) (named class counsel).

- *Gottlieb v. CITGO Petroleum Corporation*, No. 9:16-cv-81911 (S.D. Fla. 2017) (Class settlement for $8.3 million) (named class counsel).

- *Seth F. Masson v. Tallahasse Dodge Jeep Chrysler, LLC*, No. 1:17-cv-22967 (S.D. Fla. 2017) (Class settlement for $850,000) (named class counsel).

- *Stathakos v. Columbia Sportswear Company*, No. 4:15-cv-04543 (N.D. Cal. 2017) (Obtained classwide injunctive relief) (named class counsel).

- *Dipuglia v. US Coachways, Inc.,* No. 17-23006-Civ (S.D. Fla. 2018) (Class settlement for $2.6 million) (named class counsel).

- *Bloom v. Jenny Craig Inc.*, No. 1:18-cv-21820 (S.D. Fla. 2018) (Class settlement for $3 million) (named class counsel).