**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case Nos. 1:23-cv-21773-MOORE-LOUIS;**
**1:23-cv-22009-ALTMAN-REID**

| |
|---|
| OSANEME OKARO, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>    v.<br><br>ICAHN ENTERPRISES L.P., CARL C. ICAHN, DAVID WILLETTS, TED PAPAPOSTOLOU, KEITH COZZA, and SUNGHWAN CHO,<br><br>          Defendants. |
| MICHAEL LEVINE, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>    v.<br><br>ICAHN ENTERPRISES L.P., CARL C. ICAHN, DAVID WILLETTS, TED PAPAPOSTOLOU, KEITH COZZA, and SUNGHWAN CHO,<br><br>          Defendants. |

**DECLARATION OF JEFFREY L. HABERMAN IN SUPPORT OF COLIN OCHEL'S MOTION FOR: (1) CONSOLIDATION OF THE RELATED ACTIONS; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF LEAD COUNSEL AND LIAISON COUNSEL**

I, Jeffrey L. Haberman, declare as follows:

1.      I am a member in good standing of the bar of the State of Florida and am admitted in this Court. I am an associate with the law firm of Schlesinger Law Offices P.A. (the "Schlesinger Firm"). I submit this declaration in support of the motion filed by Colin Ochel ("Movant"), for: (1) consolidation of the related actions; (2) appointment of Movant as Lead Plaintiff; and (3) approval of Movant's selection of Faruqi & Faruqi, LLP to serve as Lead Counsel for the Class and the Schlesinger Firm to serve as Liaison Counsel for the Class. I have personal knowledge of the facts set forth herein and would testify thereto if called.

2.      Attached as Exhibits A through F are true and correct copies of the following documents:

Exhibit A:      First Notice of Pendency of a Class Action

Exhibit B:      Movant's PSLRA Certification

Exhibit C:      Chart setting forth Movant's financial interest in this litigation

Exhibit D:      Declaration of Movant

Exhibit E:      Firm Resume of Faruqi & Faruqi, LLP

Exhibit F:      Women's Business Enterprise National Council Certificate

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 10th day of July 2023 at Fort Lauderdale, Florida.


By: /s/ Jeffrey L. Haberman_____
            Jeffrey L. Haberman (FL. Bar No. 98522)

1

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2023, I caused a true and correct copy of the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

By: */s/ Jeffrey L. Haberman*_____
Jeffrey L. Haberman (FL. Bar No. 98522)

2