# EXHIBIT C

**Icahn Enterprises L.P.**
**Class Period: August 2, 2018 and May 9, 2023**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Account Name | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Net Shares Retained | 90-Days* Mean Price $28.1559 Estimated Value | Estimated Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Summary** | | | | | | | | | | | |
| **Colin Ochel Account Total** | | **88,481** | | **$3,824,440.71** | | **90,000** | | **($2,197,931.63)** | **0** | **$0.00** | **($1,670,711.98)** |
| | | | | | | | | | | | |
| **Colin Ochel - Individual Account** | | **Pre-Class Period Shares Held 1,519** | | | | | | | | | |
| | 10/26/2021 | 5,000 | $56.7500 | $283,750.00 | | | | | | | |
| | 11/1/2021 | 5,000 | $57.6000 | $288,000.00 | | | | | | | |
| | 11/10/2021 | 608 | $56.9500 | $34,625.60 | | | | | | | |
| | 11/11/2021 | 5,000 | $57.0000 | $285,000.00 | | | | | | | |
| | 11/11/2021 | 4,392 | $57.0000 | $250,344.00 | | | | | | | |
| | 11/19/2021 | 5,000 | $51.0000 | $255,000.00 | | | | | | | |
| | 11/26/2021 | 1,000 | $50.0800 | $50,079.96 | | | | | | | |
| | 12/3/2021 | 500 | $49.9876 | $24,993.82 | | | | | | | |
| | 3/24/2022 | 1,000 | $51.1500 | $51,149.99 | | | | | | | |
| | 3/25/2022 | 1,015 | $51.4500 | $52,221.75 | | | | | | | |
| | 3/25/2022 | 1,485 | $51.6418 | $76,688.12 | | | | | | | |
| | 3/29/2022 | 5,000 | $51.9838 | $259,918.80 | | | | | | | |
| | 4/28/2022 | 1,750 | $52.6700 | $92,172.50 | | | | | | | |
| | 6/14/2022 | 250 | $49.6000 | $12,400.00 | | | | | | | |
| | 7/1/2022 | 181 | $47.8080 | $8,653.25 | | | | | | | |
| | 9/16/2022 | 1,300 | $50.6496 | $65,844.50 | | | | | | | |
| | 9/20/2022 | 5,000 | $50.9898 | $254,948.92 | | | | | | | |
| | 9/28/2022 | 275 | $49.8300 | $13,703.25 | | | | | | | |
| | 9/30/2022 | 3,000 | $49.4500 | $148,350.00 | | | | | | | |
| | 11/18/2022 | 1,000 | $51.9500 | $51,950.00 | | | | | | | |
| | 11/18/2022 | 225 | $51.9500 | $11,688.75 | | | | | | | |
| | 11/23/2022 | 3,925 | $50.8500 | $199,586.25 | | | | | | | |
| | 12/5/2022 | 3,975 | $50.2500 | $199,743.75 | | | | | | | |
| | 12/20/2022 | 480 | $50.3700 | $24,177.60 | | | | | | | |
| | 12/20/2022 | 290 | $50.4300 | $14,624.70 | | | | | | | |
| | 12/20/2022 | 480 | $50.4250 | $24,204.00 | | | | | | | |
| | 12/23/2022 | 1,350 | $50.1700 | $67,729.50 | | | | | | | |
| | 12/23/2022 | 993 | $50.2500 | $49,898.25 | | | | | | | |
| | 12/23/2022 | 1,257 | $50.3498 | $63,289.75 | | | | | | | |
| | | | | | 12/28/2022 | (0.0098) | $50.3900 | ($0.49) | | | $0.0004 |
| | 12/29/2022 | 250 | $49.9548 | $12,488.70 | | | | | | | |
| | 3/9/2023 | 2,500 | $52.9300 | $132,325.00 | | | | | | | |
| | 3/10/2023 | 10,000 | $51.5000 | $515,000.00 | | | | | | | |
| | 3/10/2023 | 3,500 | $50.3600 | $176,260.00 | | | | | | | |
| | 4/24/2023 | 1,500 | $51.4200 | $77,130.00 | | | | | | | |
| | | | | | 5/2/2023 | (800) | $41.7475 | ($33,398.00) | | | |
| | | | | | 5/2/2023 | (1,600) | $41.5604 | ($66,496.58) | | | |
| | | | | | 5/2/2023 | (482) | $41.1300 | ($19,824.66) | | | |
| | | | | | 5/2/2023 | (1,000) | $41.2400 | ($41,240.00) | | | |
| | | | | | 5/2/2023 | (492) | $41.0700 | ($20,206.44) | | | |
| | | | | | 5/2/2023 | (1,268) | $41.0700 | ($52,076.76) | | | |
| | | | | | 5/2/2023 | (501) | $37.5897 | ($18,832.45) | | | |
| | | | | | 5/2/2023 | (1,800) | $37.4042 | ($67,327.50) | | | |
| | | | | | 5/2/2023 | (504) | $37.3747 | ($18,836.87) | | | |
| | | | | | 5/2/2023 | (504) | $37.3323 | ($18,815.50) | | | |
| | | | | | 5/3/2023 | (641) | $35.9596 | ($23,050.09) | | | |
| | | | | | 5/3/2023 | (1,000) | $35.9682 | ($35,968.20) | | | |
| | | | | | 5/3/2023 | (1,600) | $35.9515 | ($57,522.42) | | | |

| | | | | | |
|---|---|---|---|---|---|
| | 5/3/2023 | (653) | $35.9328 | ($23,464.14) | |
| | 5/3/2023 | (653) | $35.9490 | ($23,474.69) | |
| | 5/3/2023 | (190) | $35.9800 | ($6,836.20) | |
| | 5/3/2023 | (1,200) | $34.3758 | ($41,251.00) | |
| | 5/3/2023 | (626) | $34.2312 | ($21,428.71) | |
| | 5/3/2023 | (628) | $34.2200 | ($21,490.16) | |
| | 5/3/2023 | (630) | $34.1944 | ($21,542.50) | |
| | 5/3/2023 | (639) | $34.1187 | ($21,801.85) | |
| | 5/3/2023 | (641) | $34.0853 | ($21,848.66) | |
| | 5/3/2023 | (1,600) | $34.0611 | ($54,497.70) | |
| | 5/3/2023 | (800) | $34.0500 | ($27,240.00) | |
| | 5/3/2023 | (800) | $34.0362 | ($27,228.92) | |
| | 5/3/2023 | (644) | $34.0300 | ($21,915.32) | |
| | 5/3/2023 | (188) | $34.0334 | ($6,398.27) | |
| | 5/3/2023 | (639) | $32.3100 | ($20,646.09) | |
| | 5/3/2023 | (644) | $32.3100 | ($20,807.64) | |
| | 5/3/2023 | (1,000) | $32.2900 | ($32,290.00) | |
| | 5/3/2023 | (646) | $32.3084 | ($20,871.20) | |
| | 5/3/2023 | (646) | $32.3001 | ($20,865.84) | |
| | 5/3/2023 | (646) | $32.2960 | ($20,863.23) | |
| | 5/3/2023 | (1,000) | $32.1299 | ($32,129.92) | |
| | 5/3/2023 | (657) | $32.0970 | ($21,087.75) | |
| | 5/3/2023 | (662) | $32.0800 | ($21,236.96) | |
| | 5/3/2023 | (1,994) | $32.0126 | ($63,833.17) | |
| | 5/3/2023 | (87) | $32.0257 | ($2,786.24) | ($475,675.12) |
| | 5/4/2023 | (49,295) | $29.1000 | ($1,434,484.50) | ($1,170,551.86) |
| **SHARES SOLD SHORT & PURCHASED TO COVER** | 5/4/2023 | (10,000) | $30.3500 | ($303,500.00) | |
| | 5/4/2023 | 100 | $32.8500 | $3,285.00 | |
| | 5/4/2023 | 900 | $32.8111 | $29,530.00 | |
| | 5/4/2023 | 1,000 | $32.7700 | $32,770.00 | |
| | 5/4/2023 | 1,000 | $32.8000 | $32,800.00 | |
| | 5/4/2023 | 2,000 | $32.8000 | $65,600.00 | |
| | 5/4/2023 | 5,000 | $32.8000 | $164,000.00 | ($24,485.00) |

*Avg Closing Prices from May 10, 2023 to July 10, 2023