# EXHIBIT D

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case Nos. 1:23-cv-21773-MOORE-LOUIS;
1:23-cv-22009-ALTMAN-REID**

OSANEME OKARO, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

ICAHN ENTERPRISES L.P., CARL C. ICAHN, DAVID WILLETTS, TED PAPAPOSTOLOU, KEITH COZZA, and SUNGHWAN CHO,

Defendants.

MICHAEL LEVINE, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

ICAHN ENTERPRISES L.P., CARL C. ICAHN, DAVID WILLETTS, TED PAPAPOSTOLOU, KEITH COZZA, and SUNGHWAN CHO,

Defendants.

**DECLARATION OF COLIN OCHEL IN SUPPORT OF HIS MOTION FOR: (1) CONSOLIDATION OF THE RELATED ACTIONS; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF LEAD COUNSEL AND LIAISON COUNSEL**

DocuSign Envelope ID: 7E9F85B7-F373-460C-87BD-B414D26DBA8A

I, Colin Ochel, ("Movant"), pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I respectfully submit this Declaration in support of Movant's Motion for: (1) Consolidation of the Related Actions; (2) Appointment as Lead Plaintiff; and (3) Approval of Lead Counsel and Liaison Counsel in the instant class actions on behalf of investors in Icahn Enterprises L.P. ("Icahn Enterprises") securities pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"). I am informed of and understand the requirements and duties imposed by the PSLRA.

2.      I was born on July 1, 1973.

3.      I am a U.S. citizen.

4.      I currently reside in New Jersey.

5.      I have a Bachelor of Fine Arts Degree from Syracuse University.

6.      I currently am a self-employed as a consultant and have worked for clients such as New York Life as Lead UX/UI Strategist / Architect / Product Designer.

7.      I have been investing in the stock market for twenty-five years and manage my own investments.

8.      I believe the securities class action against Icahn Enterprises is meritorious and should be led by an investor who is committed to maximizing the recovery on behalf of the Class. I traded in Icahn Enterprises securities during the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws alleged in these Actions. I am motivated to recover my mosses for my benefit and the benefit of all members of the Class. It is for this reason that I decided to seek appointment as Lead Plaintiff in the Actions. I understand the responsibilities and duties of being a Lead Plaintiff, including my fiduciary duties to the Class.

9.      I understand and appreciate a Lead Plaintiff's obligation under the PSLRA to select lead counsel and to monitor the actions of counsel to ensure the action is prosecuted efficiently. I have fulfilled this responsibility by selecting and retaining counsel with a proven history of handling this type of complex litigation. In this case, I selected Faruqi & Faruqi, LLP (the "Faruqi Firm") to serve as lead counsel. Based on the firm's experience in achieving substantial recoveries in securities class actions, I believe the Faruqi Firm is well qualified to represent the class. As part of my due diligence process, prior to my selection of the Faruqi Firm, I assessed the firm's qualifications and communicated with attorney Dylan Weeks.

10.     I have directed the Faruqi Firm to prosecute this action in an efficient, cost-effective manner while obtaining the best possible result for the class. I will continue to supervise lead counsel and actively oversee the prosecution of this action for the benefit of the class by, among other things, reviewing pleadings, instructing counsel, and/or attending hearings, as necessary.

11.     I understand that a Lead Plaintiff's share of any recovery is the same as every other potential class member. As my certificate states, I will not accept any payment for serving as a representative party beyond our *pro rata* share, except any reasonable costs and expenses – such as lost wages and travel expenses – directly related to the class representation, as ordered or approved by the Court pursuant to the PSLRA.

I, Colin Ochel, declare under penalty of perjury that the foregoing is true and correct. Dated: July 10, 2023.

DocuSigned by:

*Colin Ochel*

463BADEADDB84A4...

_____

Colin Ochel