# Exhibit A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| OSANEME OKARO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ICAHN ENTERPRISES L.P., CARL C. ICAHN, DAVID WILLETTS, TED PAPAPOSTOLOU, KEITH COZZA, and SUNGHWAN CHO,<br><br>Defendants. | Case No. 1:23-cv-21773<br><br><br>**DECLARATION OF SAMUEL M. WARD** |

I, Samuel M. Ward, hereby declare as follow:

1.     I am an attorney duly licensed by the State of California and am a partner at Barrack, Rodos & Bacine, Lead Counsel for Philip Kosowsky. I submit this declaration in Support of the Motion of Philip Kosowsky for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel;

2.     Attached hereto as Exhibit 1 is a true and correct copy of the complaint in *Okaro v. Icahn Enterprises, L.P., et al.*, Case No. 1:23-cv-21773 (the "*Okaro* Action")

3.     Attached hereto as Exhibit 2 is a true and correct copy of the complaint in *Levine v. Icahn Enterprises, L.P., et al.*, Case No. 1:23-cv-22009 (the "*Levine* Action"),

4.     Attached hereto as Exhibit 3 is a true and correct copy of the Certification of Philip Kosowsky;

5.     Attached hereto as Exhibit 4 is a true and correct copy of the firm biography of Barrack, Rodos & Bacine; and

6.     Attached hereto as Exhibit 5 is a true and correct copy of IEP Class Action Notice, published on May 11, 2023, on Business Wire, Inc.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. If called as a witness, I could and would competently testify thereto. Executed this 10th day of July 2023.

s/ *Samuel M. Ward*_____

SAMUEL M. WARD

# EXHIBIT 1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| OSANEME OKARO, Individually and on Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br><br>  v.<br><br>ICAHN ENTERPRISES L.P., CARL C. ICAHN, DAVID WILLETTS, TED PAPAPOSTOLOU, KEITH COZZA, and SUNGHWAN CHO,<br><br>   Defendants. | Case No.<br><br>**CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br>**<u>JURY TRIAL DEMANDED</u>** |

Plaintiff Osaneme Okaro ("Plaintiff"), individually and on behalf of all others similarly situated, by and through his attorneys, alleges the following upon information and belief, except as to those allegations concerning Plaintiff, which are alleged upon personal knowledge. Plaintiff's information and belief is based upon, among other things, his counsel's investigation, which includes without limitation: (a) review and analysis of regulatory filings made by Icahn Enterprises L.P. ("Icahn Enterprises" or the "Company") with the United States ("U.S.") Securities and Exchange Commission ("SEC"); (b) review and analysis of press releases and media reports issued by and disseminated by Icahn Enterprises; and (c) review of other publicly available information concerning Icahn Enterprises.

## NATURE OF THE ACTION AND OVERVIEW

1. This is a class action on behalf of persons and entities that purchased or otherwise acquired Icahn Enterprises securities between August 2, 2018 and May 9, 2023, inclusive (the "Class Period"). Plaintiff pursues claims against the Defendants under the Securities Exchange Act of 1934 (the "Exchange Act").

2. Icahn Enterprises is a master limited partnership holding company owning subsidiaries engaged in the following operating businesses: Investment, Energy, Automotive, Food Packaging, Real Estate, Home Fashion and Pharma. Defendant Carl C. Icahn ("Icahn") and his affiliates owned approximately 85% of Icahn Enterprises' outstanding depositary units as of December 31, 2022.

3. On May 2, 2023, Hindenburg Research published a report alleging, among other things, that Icahn Enterprises' "last reported indicative year-end [net asset value] of $5.6 billion is inflated by at least 22%." The report also claimed that the Company operates a "ponzi-like economic structure" and "has been using money taken in from new investors to pay out dividends to old investors."

4. On this news, Icahn Enterprises' share price fell $10.06 per share, or 20%, to close at $40.36 per share on May 2, 2023.

5. Then, on May 10, 2023, before the market opened, Icahn Enterprises filed its Quarterly Report on Form 10-Q with the SEC for the period ended March 31, 2023. Therein, the Company stated that the U.S. Attorney's office for the Southern District of New York contacted Icahn Enterprises on May 3, 2023 seeking production of information relating to the Company, certain of its affiliates' "corporate governance, capitalization, securities offerings, dividends, valuation, marketing materials, due diligence and other materials." The Company claimed it is "cooperating with the request" and is "providing documents in response to the voluntary request for information."

6. On this news, Icahn Enterprises' share price fell $5.75 per share, or 15.1%, to close at $32.22 per share on May 10, 2023.

7. Throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that Icahn Enterprises was inflating its net asset value; (2) that the Company was using money taken in from new investors to pay out dividends to old investors; (3) that, as a result, the Company would become the subject of criminal and/or regulatory scrutiny; and (4) that as a result of the foregoing, Defendant's positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

## JURISDICTION AND VENUE

8. The claims asserted herein arise under Sections 10(b) and 20(a) of the Exchange Act (15 U.S.C. §§ 78j(b) and 78t(a)) and Rule 10b-5 promulgated thereunder by the SEC (17 C.F.R. § 240.10b-5).

9. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331 and Section 27 of the Exchange Act (15 U.S.C. § 78aa).

10. Venue is proper in this Judicial District pursuant to 28 U.S.C. § 1391(b) and Section 27 of the Exchange Act (15 U.S.C. § 78aa(c)). Substantial acts in furtherance of the alleged fraud or the effects of the fraud have occurred in this Judicial District. Many of the acts charged herein, including the dissemination of materially false and/or misleading information, occurred in substantial part in this Judicial District. The Company's principal executive offices are also located in this Judicial District.

11. In connection with the acts, transactions, and conduct alleged herein, Defendants directly and indirectly used the means and instrumentalities of interstate commerce, including the United States mail, interstate telephone communications, and the facilities of a national securities exchange.

## PARTIES

12. Plaintiff Osaneme Okaro, as set forth in the accompanying certification, incorporated by reference herein, purchased Icahn Enterprises securities during the Class Period, and suffered damages as a result of the federal securities law violations and false and/or misleading statements and/or material omissions alleged herein.

13. Defendant Icahn Enterprises is incorporated under the laws of Delaware with its principal executive offices located in Sunny Isles Beach, Florida. Icahn Enterprises' Depositary Units trade on the Nasdaq Global Select Market (the "NASDAQ") under the symbol "IEP."

14. Defendant Carl C. Icahn ("Icahn") was the Company's Chairman of the Board at all relevant times.

15. Defendant David Willetts ("Willetts") has been the Company's President and Chief Executive Officer ("CEO") since November 8, 2021.

3

16. Defendant Ted Papapostolou ("Papapostolou") has been the Company's Chief Financial Officer ("CFO") since November 8, 2021.

17. Defendant Keith Cozza ("Cozza") was the Company's President and Chief Executive Officer ("CEO") from 2014 until November 8, 2021.

18. Defendant SungHwan Cho ("Cho") was the Company's Chief Financial Officer ("CFO") from 2012 until November 8, 2021

19. Defendants Icahn, Willetts, Papapostolou, Cozza, and Cho (collectively the "Individual Defendants"), because of their positions with the Company, possessed the power and authority to control the contents of the Company's reports to the SEC, press releases and presentations to securities analysts, money and portfolio managers and institutional investors, *i.e.*, the market. The Individual Defendants were provided with copies of the Company's reports and press releases alleged herein to be misleading prior to, or shortly after, their issuance and had the ability and opportunity to prevent their issuance or cause them to be corrected. Because of their positions and access to material non-public information available to them, the Individual Defendants knew that the adverse facts specified herein had not been disclosed to, and were being concealed from, the public, and that the positive representations which were being made were then materially false and/or misleading. The Individual Defendants are liable for the false statements pleaded herein.

## SUBSTANTIVE ALLEGATIONS

### Background

20. Icahn Enterprises is a master limited partnership holding company owning subsidiaries engaged in the following operating businesses: Investment, Energy, Automotive, Food Packaging, Real Estate, Home Fashion and Pharma. Defendant Icahn and his affiliates owned approximately 85% of Icahn Enterprises' outstanding depositary units as of December 31, 2022.

4

**Materially False and Misleading**

**Statements Issued During the Class Period**

21.     The Class Period begins on August 2, 2018. On that day, the Company issued a press release entitled "Icahn Enterprises L.P. Reports Second Quarter 2018 Financial Results." Therein, the Company stated, in relevant part:

Icahn Enterprises L.P. (NASDAQ:IEP) is reporting second quarter 2018 revenues of $3.6 billion and net income attributable to Icahn Enterprises of $309 million, or $1.70 per depositary unit, including $164 million from continuing operations, or $0.90 per depositary unit. For the three months ended June 30, 2017 revenues were $4.5 billion and net income attributable to Icahn Enterprises was $1.6 billion, or $9.51 per depositary unit, including $1.5 billion from continuing operations, or $9.20 per depositary unit. The prior year period includes a $1.0 billion gain, net of tax, from the sale of ARL in June 2017. For the three months ended June 30, 2018, Adjusted EBITDA attributable to Icahn Enterprises was $356 million compared to $288 million for the three months ended June 30, 2017. For the three months ended June 30, 2018, Adjusted EBIT attributable to Icahn Enterprises was $270 million compared to $195 million for the three months ended June 30, 2017.

For the six months ended June 30, 2018, revenues were $6.7 billion and net income attributable to Icahn Enterprises was $446 million, or $2.48 per depositary unit, including $272 million from continuing operations, or $1.52 per depositary unit. For the six months ended June 30, 2017 revenues were $7.0 billion and net income attributable to Icahn Enterprises was $1.5 billion, or $9.77 per depositary unit, including $1.5 billion from continuing operations, or $9.23 per depositary unit. The prior year period includes a $1.0 billion gain, net of tax, from the sale of ARL in June 2017. For the six months ended June 30, 2018, Adjusted EBITDA attributable to Icahn Enterprises was $664 million compared to $468 million for the six months ended June 30, 2017. For the six months ended June 30, 2018, Adjusted EBIT attributable to Icahn Enterprises was $490 million compared to $287 million for the six months ended June 30, 2017.

For the six months ended June 30, 2018 indicative net asset value increased to $8.4 billion compared to $7.9 billion as of December 31, 2017.

22.     On February 28, 2019, the Company issued a press release entitled "Icahn Enterprises L.P. Reports Fourth Quarter and Full Year 2018 Financial Results." Therein, the Company, in relevant part, stated:

Icahn Enterprises L.P. (NASDAQ:IEP) is reporting for the year ended December 31, 2018, revenues of $11.8 billion and net income attributable to Icahn Enterprises

5

of $1.5 billion, or $11.46 per depositary unit, including a loss of $213 million from continuing operations, or $1.16 per depositary unit. For the year ended December 31, 2017, revenues were $12.6 billion and net income attributable to Icahn Enterprises was $2.4 billion, or $14.80 per depositary unit, including $2.3 billion from continuing operations, or $13.84 per depositary unit. For the year ended December 31, 2018, Adjusted EBITDA attributable to Icahn Enterprises was $561 million compared to $642 million for the year ended December 31, 2017. For the year ended December 31, 2018, Adjusted EBIT attributable to Icahn Enterprises was $264 million compared to $323 million for the year ended December 31, 2017.

For the fourth quarter of 2018, revenues were $2.8 billion and net income attributable to Icahn Enterprises was $935 million, or $8.03 per depositary unit, including a loss of $434 million from continuing operations, or $2.28 per depositary unit. For the three months ended December 31, 2017, revenues were $2.5 billion and net income attributable to Icahn Enterprises was $298 million, or $1.76 per depositary unit, including $279 million from continuing operations, or $1.65 per depositary unit. For the three months ended December 31, 2018, Adjusted EBITDA attributable to Icahn Enterprises was a loss of $104 million compared to a loss of $96 million for the three months ended December 31, 2017. For the three months ended December 31, 2018, Adjusted EBIT attributable to Icahn Enterprises was a loss of $176 million compared to a loss of $177 million for the three months ended December 31, 2017.

For the year ended December 31, 2018, indicative net asset value increased to $8.2 billion compared to $7.9 billion as of December 31, 2017.

\*　　\*　　\*

**Distribution**

Icahn Enterprises has a long history of endeavoring to return capital to its unitholders by declaring and paying significant and consistent annual distributions. As a reminder –

> Icahn Enterprises estimated annual distribution of $8.00 per depositary unit for fiscal year 2019
>
> Icahn Enterprises declared annual distributions of $7.00 per depositary unit for fiscal year 2018
>
> Icahn Enterprises declared annual distributions of $6.00 per depositary unit for fiscal year 2017
>
> Icahn Enterprises declared annual distributions of $6.00 per depositary unit for fiscal year 2016

6

Icahn Enterprises declared annual distributions of $6.00 per depositary unit for fiscal year 2015

Icahn Enterprises declared annual distributions of $6.00 per depositary unit for fiscal year 2014

Most recently, on February 26, 2019, the Board of Directors of the general partner of Icahn Enterprises declared a quarterly distribution in the amount of $2.00 per depositary unit ($8.00 per unit annualized) which will be paid on or about April 17, 2019 to depositary unitholders of record at the close of business on March 11, 2019. Depositary unitholders will have until April 8, 2019 to make an election to receive either cash or additional depositary units; if a holder does not make an election, it will automatically be deemed to have elected to receive the dividend in cash. Depositary unitholders who elect to receive additional depositary units will receive units valued at the volume weighted average trading price of the units on NASDAQ during the 5 consecutive trading days ending April 15, 2019. No fractional depositary units will be issued pursuant to the distribution payment. Icahn Enterprises will make a cash payment in lieu of issuing fractional depositary units to any holders electing to receive depositary units. Any holders that would only be eligible to receive a fraction of a depositary unit based on the above calculation will receive a cash payment.

Icahn Enterprises L.P., a master limited partnership, is a diversified holding company engaged in eight primary business segments: Investment, Energy, Automotive, Food Packaging, Metals, Real Estate, Home Fashion and Mining.

23. On February 28, 2020, the Company issued a press release entitled "Icahn Enterprises L.P. Reports Fourth Quarter and Full Year 2019 Financial Results." Therein, the Company, in relevant part, stated:

Icahn Enterprises L.P. (NASDAQ:IEP) is reporting fourth quarter 2019 revenues of $2.6 billion and net loss attributable to Icahn Enterprises of $157 million, or $0.74 per depositary unit, including a loss from continuing operations of $149 million, or $0.70 per depositary unit. For the three months ended December 31, 2018, revenues were $2.8 billion and net income attributable to Icahn Enterprises was $930 million, or $8.01 per depositary unit, including a loss from continuing operations of $439 million, or $2.30 per depositary unit. For the three months ended December 31, 2019, Adjusted EBITDA attributable to Icahn Enterprises was $111 million compared to $(108) million for the three months ended December 31, 2018. For the three months ended December 31, 2019, Adjusted EBIT attributable to Icahn Enterprises was $22 million compared to $(188) million for the three months ended December 31, 2018.

For the year ended December 31, 2019 revenues were $9.0 billion and net loss attributable to Icahn Enterprises was $1.1 billion, or $5.38 per depositary unit, including a loss from continuing operations of $1.1 billion, or $5.23 per depositary unit. For the year ended December 31, 2018, revenues were $11.8 billion and net income attributable to Icahn Enterprises was $1.5 billion, or $11.33 per depositary unit, including a loss from continuing operations of $238 million, or $1.29 per depositary unit. For the year ended December 31, 2019, Adjusted EBITDA attributable to Icahn Enterprises was $(462) million compared to $557 million for the year ended December 31, 2018. For the year ended December 31, 2019, Adjusted EBIT attributable to Icahn Enterprises was $(818) million compared to $224 million for the year ended December 31, 2018.

For the year ended December 31, 2019, indicative net asset value decreased to $7.07 billion compared to $8.15 billion as of December 31, 2018.

On February 26, 2020, the Board of Directors of the general partner of Icahn Enterprises declared a quarterly distribution in the amount of $2.00 per depositary unit, which will be paid on or about April 28, 2020 to depositary unitholders of record at the close of business on March 20, 2020. Depositary unitholders will have until March 17, 2020 to make an election to receive either cash or additional depositary units; if a unitholder does not make an election, it will automatically be deemed to have elected to receive the distribution in cash. Depositary unitholders who elect to receive additional depositary units will receive units valued at the volume weighted average trading price of the units on NASDAQ during the 5 consecutive trading days ending April 24, 2020. No fractional depositary units will be issued pursuant to the distribution payment. Icahn Enterprises will make a cash payment in lieu of issuing fractional depositary units to any unitholders electing to receive depositary units. Any unitholders that would only be eligible to receive a fraction of a depositary unit based on the above calculation will receive a cash payment.

24.     On February 26, 20121, the Company issued a press release entitled "Icahn Enterprises L.P. Reports Fourth Quarter and Full Year 2020 Financial Results." Therein, the Company, in relevant part, stated:

Icahn Enterprises L.P. (Nasdaq:IEP) is reporting fourth quarter 2020 revenues of $2.8 billion and net income attributable to Icahn Enterprises of $146 million, or $0.61 per depositary unit. For the three months ended December 31, 2019, revenues were $2.6 billion and net loss attributable to Icahn Enterprises was $157 million, or a loss of $0.74 per depositary unit, including a loss of $149 million from continuing operations, or a loss of $0.70 per depositary unit. For the three months ended December 31, 2020, Adjusted EBITDA attributable to Icahn Enterprises was $420 million compared to $111 million for the three months ended December 31, 2019. For the three months ended December 31, 2020, Adjusted EBIT attributable to

8

Icahn Enterprises was $328 million compared to $22 million for the three months ended December 31, 2019.

For the year ended December 31, 2020, revenues were $6.1 billion and net loss attributable to Icahn Enterprises was $1.7 billion, or a loss of $7.33 per depositary unit. For the year ended December 31, 2019, revenues were $9.0 billion and net loss attributable to Icahn Enterprises was $1.1 billion, or a loss of $5.38 per depositary unit, including a loss of $1.1 billion from continuing operations, or $5.23 per depositary unit. For the year ended December 31, 2020, Adjusted EBITDA attributable to Icahn Enterprises was $(738) million compared to $(462) million for the year ended December 31, 2019. For the year ended December 31, 2020, Adjusted EBIT attributable to Icahn Enterprises was $(1.1) billion compared to $(818) million for the year ended December 31, 2019.

On February 24, 2021, the Board of Directors of the general partner of Icahn Enterprises declared a quarterly distribution in the amount of $2.00 per depositary unit, which will be paid on or about April 28, 2021 to depositary unitholders of record at the close of business on March 26, 2021. Depositary unitholders will have until April 16, 2021 to make an election to receive either cash or additional depositary units; if a holder does not make an election, it will automatically be deemed to have elected to receive the distribution in additional depositary units. Depositary unitholders who elect to receive (or are deemed to have elected to receive) additional depositary units will receive units valued at the volume weighted average trading price of the units on Nasdaq during the 5 consecutive trading days ending April 23, 2021. No fractional depositary units will be issued pursuant to the distribution payment. Icahn Enterprises will make a cash payment in lieu of issuing fractional depositary units to any holders electing to receive depositary units. Any holders that would only be eligible to receive a fraction of a depositary unit based on the above calculation will receive a cash payment. For distributions declared by the Board in prior quarters, the default election (for holders that did not make an election) was a cash distribution. The default election (for holders that do not make an election) for the distribution to be paid on or about April 28, 2021 will be a distribution paid in additional depository units, a change from prior quarters.

25. On February 25, 2022, the Company issued a press release entitled "Icahn Enterprises L.P. Reports Fourth Quarter and Full Year 2021 Financial Results." Therein, the Company, in relevant part, stated:

Icahn Enterprises L.P. (Nasdaq: IEP) is reporting fourth quarter 2021 revenues of $2.3 billion and net loss attributable to Icahn Enterprises of $396 million, or a loss of $1.72 per depositary unit. For the three months ended December 31, 2020, revenues were $2.8 million and net income attributable to Icahn Enterprises was $146 million, or $0.61 per depositary unit. For the three months ended December

31, 2021, Adjusted EBITDA attributable to Icahn Enterprises was ($443) million compared to $423 million for the three months ended December 31, 2020.

For the year ended December 31, 2021, revenues were $11.3 billion and net loss attributable to Icahn Enterprises was $518 million, or a loss of $2.32 per depositary unit. For the year ended December 31, 2020, revenues were $6.1 billion and net loss attributable to Icahn Enterprises was $1.7 billion, or a loss of $7.33 per depositary unit. For the year ended December 31, 2021, Adjusted EBITDA attributable to Icahn Enterprises was $273 million compared to ($735) million for the year ended December 31, 2020.

The full-year 2021 results were negatively impacted by losses of $1.3 billion on IEP's Investment segment short positions (used to hedge our long positions). Other losses included $435 million of RINs expense and $205 million of Automotive transformation losses and inventory write-downs.

For the twelve months ended December 31, 2021, indicative net asset value increased by $1.6 billion to $5.1 billion despite the headwinds mentioned above. The change in indicative net asset value includes, among other things, changes in the fair value of certain subsidiaries which are not included in our GAAP earnings reported above. In addition, in the third and fourth quarters of 2021, we revised how we estimate the fair value of our Automotive segment's owned real estate to reflect the improvement of its real estate leasing operations and its Services business to reflect current market multiples which better reflects the fair value of the assets, both of which contributed to the positive change in indicative net asset value.

On February 23, 2022, the Board of Directors of the general partner of Icahn Enterprises declared a quarterly distribution in the amount of $2.00 per depositary unit, which will be paid on or about April 27, 2022, to depositary unitholders of record at the close of business on March 18, 2022. Depositary unitholders will have until April 14, 2022, to make a timely election to receive either cash or additional depositary units. If a unitholder does not make a timely election, it will automatically be deemed to have elected to receive the distribution in additional depositary units. Depositary unitholders who elect to receive (or who are deemed to have elected to receive) additional depositary units will receive units valued at the volume weighted average trading price of the units during the five consecutive trading days ending April 22, 2022. Icahn Enterprises will make a cash payment in lieu of issuing fractional depositary units to any unitholders electing to receive (or who are deemed to have elected to receive) depositary units.

26.     On February 24, 2023, the Company issued a press release entitled "Icahn Enterprises L.P. Reports Fourth Quarter 2022 Financial Results." Therein, the Company, in relevant part, stated:

Icahn Enterprises L.P. (Nasdaq:IEP) is reporting revenues of $14.1 billion and net loss attributable to Icahn Enterprises of $183 million, or $0.57 per depositary unit, for the twelve months ended December 31, 2022. For the twelve months ended December 31, 2021, revenues were $11.3 billion and net loss attributable to Icahn Enterprises was $518 million, or $2.32 per depositary unit. Adjusted EBITDA attributable to Icahn Enterprises was $758 million for the twelve months ended December 31, 2022, compared to $273 million for the twelve months ended December 31, 2021.

Fourth quarter 2022 revenues were $3.1 billion and net loss attributable to Icahn Enterprises was $255 million, or a loss of $0.74 per depositary unit. For the three months ended December 31, 2021, revenues were $2.3 billion and net loss attributable to Icahn Enterprises was $396 million, or a loss of $1.72 per depositary unit. For the three months ended December 31, 2022, Adjusted EBITDA attributable to Icahn Enterprises was a loss of $54 million compared to a loss of $443 million for the three months ended December 31, 2021.

For the twelve months ended December 31, 2022, indicative net asset value increased by $522 million to $5.6 billion. The change in indicative net asset value includes, among other things, changes in the fair value of certain subsidiaries which are not included in our GAAP earnings reported above.

On February 22, 2023, the Board of Directors of the general partner of Icahn Enterprises declared a quarterly distribution in the amount of $2.00 per depositary unit, which will be paid on or about April 19, 2023, to depositary unitholders of record at the close of business on March 13, 2023. Depositary unitholders will have until April 6, 2023, to make a timely election to receive either cash or additional depositary units. If a unitholder does not make a timely election, it will automatically be deemed to have elected to receive the distribution in additional depositary units. Depositary unitholders who elect to receive (or who are deemed to have elected to receive) additional depositary units will receive units valued at the volume weighted average trading price of the units during the five consecutive trading days ending April 14, 2023. Icahn Enterprises will make a cash payment in lieu of issuing fractional depositary units to any unitholders electing to receive (or who are deemed to have elected to receive) depositary units.

27.     The above statements identified in ¶¶ 21-26 were materially false and/or misleading, and failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that Icahn Enterprises was inflating its net asset value; (2) that the Company was using money taken in from new investors to pay out dividends to old investors; (3) that, as a result, the Company would become

11

the subject of criminal and/or regulatory scrutiny; and (4) that as a result of the foregoing, Defendant's positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

### Disclosures at the End of the Class Period

28.     May 2, 2023, Hindenburg Research published a report alleging, among other things, that Icahn Enterprises' "last reported indicative year-end [net asset value] of $5.6 billion is inflated by at least 22%." The report also claimed that the Company operates a "ponzi-like economic structure" and "has been using money taken in from new investors to pay out dividends to old investors." In greater part, the report stated:

> Icahn Enterprises (IEP) is an ~$18 billion market cap holding company run by corporate raider and activist investor Carl Icahn, who, along with his son Brett, own approximately 85% of the company.
>
> ***Our research has found that IEP units are inflated by 75%+ due to 3 key reasons: (1) IEP trades at a 218% premium to its last reported net asset value (NAV), vastly higher than all comparables (2) we've uncovered clear evidence of inflated valuation marks for IEP's less liquid and private assets (3) the company has suffered additional performance losses year to date following its last disclosure.***
>
> Most closed-end holding companies trade around or at a discount to their NAVs. For comparison, vehicles run by other star managers, like Dan Loeb's Third Point and Bill Ackman's Pershing Square, trade at discounts of 14% and 35% to NAV, respectively.
>
> We further compared IEP to all 526 U.S.-based closed end funds (CEFs) in Bloomberg's database. Icahn Enterprises' premium to NAV was higher than all of them and more than double the next highest we found.
>
> A reason for IEP's extreme premium to NAV, based on a review of retail investor-oriented media, is that average investors are attracted to (a) IEP's large dividend yield and (b) the prospect of investing alongside Wall Street legend Carl Icahn. Institutional investors have virtually no ownership in IEP.
>
> Icahn Enterprises' current dividend yield is ~15.8%, making it the highest dividend yield of any U.S. large cap company by far, with the next closest at ~9.9%.

12

As a result of the company's elevated unit price, its annual dividend rate equates to an absurd 50.5% of last reported indicative net asset value.

The company's outlier dividend is made possible (for now) because Carl Icahn owns roughly 85% of IEP and has been largely taking dividends in units (instead of cash), reducing the overall cash outlay required to meet the dividend payment for remaining unitholders.

The dividend is entirely unsupported by IEP's cash flow and investment performance, which has been negative for years. IEP's investment portfolio has lost ~53% since 2014. The company's free cash flow figures show IEP has cumulatively burned ~$4.9 billion over the same period.

Despite its negative financial performance, IEP has raised its dividend 3 times since 2014. IEP's most recent dividend increase came in 2019, when it raised quarterly distributions from $1.75 to $2.00 per unit. IEP's free cash flow was negative $1.7 billion in the same year.

Given that the investment and operating performance of IEP has burned billions in capital, the company has been forced to support its dividend using regular open market sales of IEP units through at-the-market (ATM) offerings, totaling $1.7 billion since 2019.

***In brief, Icahn has been using money taken in from new investors to pay out dividends to old investors. Such ponzi-like economic structures are sustainable only to the extent that new money is willing to risk being the last one "holding the bag".***

Supporting this structure is Jefferies, the only large investment bank with research coverage on IEP. It has continuously placed a "buy" rating on IEP units. In one of the worst cases of sell-side research malpractice we've seen, Jefferies' research assumes in all cases, even in its bear case, that IEP's dividend will be safe "into perpetuity", despite providing no support for that assumption.

Since 2019, one bank has run all of IEP's $1.7 billion in ATM offerings: Jefferies. In essence, Jefferies is luring in retail investors through its research arm under the guise of IEP's 'safe' dividend, while also selling billions in IEP units through its investment banking arm to support the very same dividend.

***Adding to evidence of IEP's unsustainability, we estimate that IEP's last reported indicative year-end NAV of $5.6 billion is inflated by at least 22%, due to a combination of overly aggressive marks on IEP's less liquid/private investments and continued year to date underperformance.***

***In one example, IEP owns 90% of a publicly traded meat packaging business that it valued at $243 million at year-end. The company had a market value of only $89 million at the time. In other words, IEP marked the value of its public company equity holdings 204% above the prevailing public market price.***

The mark is even more irregular given that IEP bought over a million shares of the company in December before immediately writing up the value of those shares by ~194% in the same month.

***In another instance, IEP marked its "Automotive Parts" division at $381 million in December 2022. Its key subsidiary declared bankruptcy a month later.***

IEP reported $455 million in "real estate holdings" in its most recent quarter. The reported values in this segment have been remarkably stable for years despite declining net income and despite including (i) the Trump Plaza in Atlantic City, which was razed to the ground in 2021; (ii) a country club that became nearly insolvent in 2020 before ownership reverted to its members in 2021; and (iii) a lack of transparency on other assets and valuations.

***The irregular valuation marks fit a pattern: In January of 2020, UBS dropped coverage of IEP citing a "lack of transparency" following its research showing marks that were "divergent from their public market values", among other issues.***

Beyond aggressive marks, Icahn's liquid portfolio has continued to generate losses. Our analysis of Icahn's latest December 2022 13-F filing indicates that IEP's long holdings have lost ~$471 million in value year to date, despite the S&P gaining ~9.2% in the same time frame.

IEP disclosed that its investment fund had a 47% notional short bet in its December 2022 filings. Given the positive market performance, we estimate this short bet has contributed at least a further $272 million in year-to-date losses.

***Overall, we estimate IEP's current NAV as being closer to $4.4 billion, or 22% lower than its disclosed year-end indicative NAV of $5.6 billion. The analysis suggests that units currently trade at a 310% premium to NAV, with an annual dividend rate of 64% of NAV.***

Tightening matters further, IEP is highly levered, with $5.3 billion in Holdco debt and maturities of $1.1 billion, $1.36 billion, and $1.35 billion due in 2024, 2025, and 2026, respectively.

IEP's debt covenants limit the company's financial flexibility: IEP is not permitted to incur additional indebtedness and is only allowed to refinance old debt. With interest rates having increased, IEP will need to pay significantly higher interest expenses on future refinancings.

Carl Icahn's ownership in IEP comprises about 85% of his overall net worth, according to Forbes, giving him limited room to maneuver with his own outside capital. We have assessed that Icahn has little ability or reason to bail out IEP with a capital injection, particularly at such elevated unit prices.

Further underscoring Icahn's limited financial flexibility, he has pledged 181.4 million units, ~60% of his IEP holdings, for personal margin loans. Margin loans are a risky form of debt often reliant on high share (or unit) prices.

Icahn has not disclosed basic metrics around his margin loans like loan to value (LTV), maintenance thresholds, principal amount, or interest rates. We think unitholders deserve this information in order to understand the risk of margin calls should IEP unit prices revert toward NAV, a reality we see as inevitable.

Given limited financial flexibility and worsening liquidity, we expect Icahn Enterprises will eventually cut or eliminate its dividend entirely, barring a miracle turnaround in investment performance.

Overall, we think Icahn, a legend of Wall Street, has made a classic mistake of taking on too much leverage in the face of sustained losses: a combination that rarely ends well.

(Emphasis added.)

29. On this news, Icahn Enterprises' share price fell $10.06 per share, or 20%, to close at $40.36 per share on May 2, 2023.

30. Then, on May 10, 2023, before the market opened, Icahn Enterprises filed its Quarterly Report on Form 10-Q with the SEC for the period ended March 31, 2023. Therein, the Company stated that the U.S. Attorney's office for the Southern District of New York contacted Icahn Enterprises on May 3, 2023 seeking production of information relating to the Company, certain of its affiliates' "corporate governance, capitalization, securities offerings, dividends, valuation, marketing materials, due diligence and other materials." The Company claimed it is "cooperating with the request" and is "providing documents in response to the voluntary request for information." In greater part, the Company stated:

The U.S. Attorney's office for the Southern District of New York contacted Icahn Enterprises L.P. on May 3, 2023 seeking production of information relating to it and certain of its affiliates' corporate governance, capitalization, securities offerings, dividends, valuation, marketing materials, due diligence and other materials. We are cooperating with the request and are providing documents in response to the voluntary request for information. The U.S. Attorney's office has not made any claims or allegations against us or Mr. Icahn with respect to the foregoing inquiry. We believe that we maintain a strong compliance program and,

while no assurances can be made and we are still evaluating the matter, we do not currently believe this inquiry will have a material impact on our business, financial condition, results of operations or cash flows.

31.     In the same quarterly report, Icahn Enterprises reported a $226 million charge related to Auto Plus, which Hindenburg had identified as an overvalued holding:

With respect to our Automotive segment, we have invested significant resources in various initiatives to remain competitive and stimulate growth. Despite these efforts, in January 2023, Auto Plus filed the Chapter 11 Cases in Bankruptcy Court. As a result of this filing, the Company has determined that it no longer controls Auto Plus and has deconsolidated its investment in Auto Plus effective as of January 31, 2023 resulting in a non-cash charge of $226 million recorded in the three months ended March 31, 2023 and determined that our remaining equity investment in Auto Plus is now worth $0.

32.     On this news, Icahn Enterprises' share price fell $5.75 per share, or 15.1%, to close at $32.22 per share on May 10, 2023.

## CLASS ACTION ALLEGATIONS

33.     Plaintiff brings this action as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3) on behalf of a class, consisting of all persons and entities that purchased or otherwise acquired Icahn Enterprises securities between August 2, 2018 and May 9, 2023, inclusive, and who were damaged thereby (the "Class"). Excluded from the Class are Defendants, the officers and directors of the Company, at all relevant times, members of their immediate families and their legal representatives, heirs, successors, or assigns, and any entity in which Defendants have or had a controlling interest.

34.     The members of the Class are so numerous that joinder of all members is impracticable. Throughout the Class Period, Icahn Enterprises' shares actively traded on the NASDAQ. While the exact number of Class members is unknown to Plaintiff at this time and can only be ascertained through appropriate discovery, Plaintiff believes that there are at least hundreds or thousands of members in the proposed Class. Millions of Icahn Enterprises shares were traded

16

publicly during the Class Period on the NASDAQ. Record owners and other members of the Class may be identified from records maintained by Icahn Enterprises or its transfer agent and may be notified of the pendency of this action by mail, using the form of notice similar to that customarily used in securities class actions.

35.     Plaintiff's claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by Defendants' wrongful conduct in violation of federal law that is complained of herein.

36.     Plaintiff will fairly and adequately protect the interests of the members of the Class and has retained counsel competent and experienced in class and securities litigation.

37.     Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class. Among the questions of law and fact common to the Class are:

(a)     whether the federal securities laws were violated by Defendants' acts as alleged herein;

(b)     whether statements made by Defendants to the investing public during the Class Period omitted and/or misrepresented material facts about the business, operations, and prospects of Icahn Enterprises; and

(c)     to what extent the members of the Class have sustained damages and the proper measure of damages.

38.     A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable. Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden

17

of individual litigation makes it impossible for members of the Class to individually redress the wrongs done to them.  There will be no difficulty in the management of this action as a class action.

## UNDISCLOSED ADVERSE FACTS

39.     The market for Icahn Enterprises' securities was open, well-developed and efficient at all relevant times.  As a result of these materially false and/or misleading statements, and/or failures to disclose, Icahn Enterprises' securities traded at artificially inflated prices during the Class Period.  Plaintiff and other members of the Class purchased or otherwise acquired Icahn Enterprises' securities relying upon the integrity of the market price of the Company's securities and market information relating to Icahn Enterprises, and have been damaged thereby.

40.     During the Class Period, Defendants materially misled the investing public, thereby inflating the price of Icahn Enterprises' securities, by publicly issuing false and/or misleading statements and/or omitting to disclose material facts necessary to make Defendants' statements, as set forth herein, not false and/or misleading.  The statements and omissions were materially false and/or misleading because they failed to disclose material adverse information and/or misrepresented the truth about Icahn Enterprises' business, operations, and prospects as alleged herein.

41.     At all relevant times, the material misrepresentations and omissions particularized in this Complaint directly or proximately caused or were a substantial contributing cause of the damages sustained by Plaintiff and other members of the Class.  As described herein, during the Class Period, Defendants made or caused to be made a series of materially false and/or misleading statements about Icahn Enterprises' financial well-being and prospects.  These material misstatements and/or omissions had the cause and effect of creating in the market an unrealistically positive assessment of the Company and its financial well-being and prospects, thus causing the Company's securities to be overvalued and artificially inflated at all relevant times.  Defendants'

18

materially false and/or misleading statements during the Class Period resulted in Plaintiff and other members of the Class purchasing the Company's securities at artificially inflated prices, thus causing the damages complained of herein when the truth was revealed.

## LOSS CAUSATION

42. Defendants' wrongful conduct, as alleged herein, directly and proximately caused the economic loss suffered by Plaintiff and the Class.

43. During the Class Period, Plaintiff and the Class purchased Icahn Enterprises' securities at artificially inflated prices and were damaged thereby. The price of the Company's securities significantly declined when the misrepresentations made to the market, and/or the information alleged herein to have been concealed from the market, and/or the effects thereof, were revealed, causing investors' losses.

## SCIENTER ALLEGATIONS

44. As alleged herein, Defendants acted with scienter since Defendants knew that the public documents and statements issued or disseminated in the name of the Company were materially false and/or misleading; knew that such statements or documents would be issued or disseminated to the investing public; and knowingly and substantially participated or acquiesced in the issuance or dissemination of such statements or documents as primary violations of the federal securities laws. As set forth elsewhere herein in detail, the Individual Defendants, by virtue of their receipt of information reflecting the true facts regarding Icahn Enterprises, their control over, and/or receipt and/or modification of Icahn Enterprises' allegedly materially misleading misstatements and/or their associations with the Company which made them privy to confidential proprietary information concerning Icahn Enterprises, participated in the fraudulent scheme alleged herein.

19

## APPLICABILITY OF PRESUMPTION OF RELIANCE

### (FRAUD-ON-THE-MARKET DOCTRINE)

45.     The market for Icahn Enterprises' securities was open, well-developed and efficient at all relevant times.  As a result of the materially false and/or misleading statements and/or failures to disclose, Icahn Enterprises' securities traded at artificially inflated prices during the Class Period. On August 8, 2018, the Company's share price closed at a Class Period high of $79.48 per share.  Plaintiff and other members of the Class purchased or otherwise acquired the Company's securities relying upon the integrity of the market price of Icahn Enterprises' securities and market information relating to Icahn Enterprises, and have been damaged thereby.

46.     During the Class Period, the artificial inflation of Icahn Enterprises' shares was caused by the material misrepresentations and/or omissions particularized in this Complaint causing the damages sustained by Plaintiff and other members of the Class.  As described herein, during the Class Period, Defendants made or caused to be made a series of materially false and/or misleading statements about Icahn Enterprises' business, prospects, and operations.  These material misstatements and/or omissions created an unrealistically positive assessment of Icahn Enterprises and its business, operations, and prospects, thus causing the price of the Company's securities to be artificially inflated at all relevant times, and when disclosed, negatively affected the value of the Company shares.  Defendants' materially false and/or misleading statements during the Class Period resulted in Plaintiff and other members of the Class purchasing the Company's securities at such artificially inflated prices, and each of them has been damaged as a result.

47.     At all relevant times, the market for Icahn Enterprises' securities was an efficient market for the following reasons, among others:

(a)     Icahn Enterprises shares met the requirements for listing, and was listed and actively traded on the NASDAQ, a highly efficient and automated market;

(b)     As a regulated issuer, Icahn Enterprises filed periodic public reports with the SEC and/or the NASDAQ;

(c)     Icahn Enterprises regularly communicated with public investors via established market communication mechanisms, including through regular dissemination of press releases on the national circuits of major newswire services and through other wide-ranging public disclosures, such as communications with the financial press and other similar reporting services; and/or

(d)     Icahn Enterprises was followed by securities analysts employed by brokerage firms who wrote reports about the Company, and these reports were distributed to the sales force and certain customers of their respective brokerage firms.  Each of these reports was publicly available and entered the public marketplace.

48.     As a result of the foregoing, the market for Icahn Enterprises' securities promptly digested current information regarding Icahn Enterprises from all publicly available sources and reflected such information in Icahn Enterprises' share price. Under these circumstances, all purchasers of Icahn Enterprises' securities during the Class Period suffered similar injury through their purchase of Icahn Enterprises' securities at artificially inflated prices and a presumption of reliance applies.

49.     A Class-wide presumption of reliance is also appropriate in this action under the Supreme Court's holding in *Affiliated Ute Citizens of Utah v. United States*, 406 U.S. 128 (1972), because the Class's claims are, in large part, grounded on Defendants' material misstatements and/or omissions.  Because this action involves Defendants' failure to disclose material adverse

information regarding the Company's business operations and financial prospects—information that Defendants were obligated to disclose—positive proof of reliance is not a prerequisite to recovery. All that is necessary is that the facts withheld be material in the sense that a reasonable investor might have considered them important in making investment decisions. Given the importance of the Class Period material misstatements and omissions set forth above, that requirement is satisfied here.

## NO SAFE HARBOR

50. The statutory safe harbor provided for forward-looking statements under certain circumstances does not apply to any of the allegedly false statements pleaded in this Complaint. The statements alleged to be false and misleading herein all relate to then-existing facts and conditions. In addition, to the extent certain of the statements alleged to be false may be characterized as forward looking, they were not identified as "forward-looking statements" when made and there were no meaningful cautionary statements identifying important factors that could cause actual results to differ materially from those in the purportedly forward-looking statements. In the alternative, to the extent that the statutory safe harbor is determined to apply to any forward-looking statements pleaded herein, Defendants are liable for those false forward-looking statements because at the time each of those forward-looking statements was made, the speaker had actual knowledge that the forward-looking statement was materially false or misleading, and/or the forward-looking statement was authorized or approved by an executive officer of Icahn Enterprises who knew that the statement was false when made.

### FIRST CLAIM

### Violation of Section 10(b) of The Exchange Act and

### Rule 10b-5 Promulgated Thereunder

### Against All Defendants

51.     Plaintiff repeats and re-alleges each and every allegation contained above as if fully set forth herein.

52.     During the Class Period, Defendants carried out a plan, scheme and course of conduct which was intended to and, throughout the Class Period, did: (i) deceive the investing public, including Plaintiff and other Class members, as alleged herein; and (ii) cause Plaintiff and other members of the Class to purchase Icahn Enterprises' securities at artificially inflated prices. In furtherance of this unlawful scheme, plan and course of conduct, Defendants, and each defendant, took the actions set forth herein.

53.     Defendants (i) employed devices, schemes, and artifices to defraud; (ii) made untrue statements of material fact and/or omitted to state material facts necessary to make the statements not misleading; and (iii) engaged in acts, practices, and a course of business which operated as a fraud and deceit upon the purchasers of the Company's securities in an effort to maintain artificially high market prices for Icahn Enterprises' securities in violation of Section 10(b) of the Exchange Act and Rule 10b-5. All Defendants are sued either as primary participants in the wrongful and illegal conduct charged herein or as controlling persons as alleged below.

54.     Defendants, individually and in concert, directly and indirectly, by the use, means or instrumentalities of interstate commerce and/or of the mails, engaged and participated in a continuous course of conduct to conceal adverse material information about Icahn Enterprises' financial well-being and prospects, as specified herein.

23

55. Defendants employed devices, schemes and artifices to defraud, while in possession of material adverse non-public information and engaged in acts, practices, and a course of conduct as alleged herein in an effort to assure investors of Icahn Enterprises' value and performance and continued substantial growth, which included the making of, or the participation in the making of, untrue statements of material facts and/or omitting to state material facts necessary in order to make the statements made about Icahn Enterprises and its business operations and future prospects in light of the circumstances under which they were made, not misleading, as set forth more particularly herein, and engaged in transactions, practices and a course of business which operated as a fraud and deceit upon the purchasers of the Company's securities during the Class Period.

56. Each of the Individual Defendants' primary liability and controlling person liability arises from the following facts: (i) the Individual Defendants were high-level executives and/or directors at the Company during the Class Period and members of the Company's management team or had control thereof; (ii) each of these Defendants, by virtue of their responsibilities and activities as a senior officer and/or director of the Company, was privy to and participated in the creation, development and reporting of the Company's internal budgets, plans, projections and/or reports; (iii) each of these Defendants enjoyed significant personal contact and familiarity with the other Defendants and was advised of, and had access to, other members of the Company's management team, internal reports and other data and information about the Company's finances, operations, and sales at all relevant times; and (iv) each of these Defendants was aware of the Company's dissemination of information to the investing public which they knew and/or recklessly disregarded was materially false and misleading.

57.     Defendants had actual knowledge of the misrepresentations and/or omissions of material facts set forth herein, or acted with reckless disregard for the truth in that they failed to ascertain and to disclose such facts, even though such facts were available to them. Such Defendants' material misrepresentations and/or omissions were done knowingly or recklessly and for the purpose and effect of concealing Icahn Enterprises' financial well-being and prospects from the investing public and supporting the artificially inflated price of its securities. As demonstrated by Defendants' overstatements and/or misstatements of the Company's business, operations, financial well-being, and prospects throughout the Class Period, Defendants, if they did not have actual knowledge of the misrepresentations and/or omissions alleged, were reckless in failing to obtain such knowledge by deliberately refraining from taking those steps necessary to discover whether those statements were false or misleading.

58.     As a result of the dissemination of the materially false and/or misleading information and/or failure to disclose material facts, as set forth above, the market price of Icahn Enterprises' securities was artificially inflated during the Class Period.  In ignorance of the fact that market prices of the Company's securities were artificially inflated, and relying directly or indirectly on the false and misleading statements made by Defendants, or upon the integrity of the market in which the securities trades, and/or in the absence of material adverse information that was known to or recklessly disregarded by Defendants, but not disclosed in public statements by Defendants during the Class Period, Plaintiff and the other members of the Class acquired Icahn Enterprises' securities during the Class Period at artificially high prices and were damaged thereby.

59.     At the time of said misrepresentations and/or omissions, Plaintiff and other members of the Class were ignorant of their falsity and believed them to be true.  Had Plaintiff and the other members of the Class and the marketplace known the truth regarding the problems that

25

Icahn Enterprises was experiencing, which were not disclosed by Defendants, Plaintiff and other members of the Class would not have purchased or otherwise acquired their Icahn Enterprises securities, or, if they had acquired such securities during the Class Period, they would not have done so at the artificially inflated prices which they paid.

60.    By virtue of the foregoing, Defendants violated Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder.

61.    As a direct and proximate result of Defendants' wrongful conduct, Plaintiff and the other members of the Class suffered damages in connection with their respective purchases and sales of the Company's securities during the Class Period.

## SECOND CLAIM

### Violation of Section 20(a) of The Exchange Act

### Against the Individual Defendants

62.    Plaintiff repeats and re-alleges each and every allegation contained above as if fully set forth herein.

63.    Individual Defendants acted as controlling persons of Icahn Enterprises within the meaning of Section 20(a) of the Exchange Act as alleged herein. By virtue of their high-level positions and their ownership and contractual rights, participation in, and/or awareness of the Company's operations and intimate knowledge of the false financial statements filed by the Company with the SEC and disseminated to the investing public, Individual Defendants had the power to influence and control and did influence and control, directly or indirectly, the decision-making of the Company, including the content and dissemination of the various statements which Plaintiff contends are false and misleading. Individual Defendants were provided with or had unlimited access to copies of the Company's reports, press releases, public filings, and other statements alleged by Plaintiff to be misleading prior to and/or shortly after these statements were

26

issued and had the ability to prevent the issuance of the statements or cause the statements to be corrected.

64. In particular, the Individual Defendants had direct and supervisory involvement in the day-to-day operations of the Company and, therefore, had the power to control or influence the particular transactions giving rise to the securities violations as alleged herein, and exercised the same.

65. As set forth above, Icahn Enterprises and Individual Defendants each violated Section 10(b) and Rule 10b-5 by their acts and omissions as alleged in this Complaint. By virtue of their position as controlling persons, Individual Defendants are liable pursuant to Section 20(a) of the Exchange Act. As a direct and proximate result of Defendants' wrongful conduct, Plaintiff and other members of the Class suffered damages in connection with their purchases of the Company's securities during the Class Period.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

(a) Determining that this action is a proper class action under Rule 23 of the Federal Rules of Civil Procedure;

(b) Awarding compensatory damages in favor of Plaintiff and the other Class members against all defendants, jointly and severally, for all damages sustained as a result of Defendants' wrongdoing, in an amount to be proven at trial, including interest thereon;

(c) Awarding Plaintiff and the Class their reasonable costs and expenses incurred in this action, including counsel fees and expert fees; and

(d) Such other and further relief as the Court may deem just and proper.

## **JURY TRIAL DEMANDED**

Plaintiff hereby demands a trial by jury.

Dated: May 11, 2023

Respectfully submitted,

*/s/ Leo W. Desmond*
Leo W. Desmond, Esquire
Florida Bar Number 0041920
**DESMOND LAW FIRM, P.C.**
601 21st Street, Suite 300
Vero Beach, Florida 32960
Telephone: 772-231-9600
Email: lwd@desmondlawfirm.com

**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: 310-201-9150
Facsimile: 310-201-9160
Email: rprongay@glancylaw.com
clinehan@glancylaw.com
prajesh@glancylaw.com

*Counsel for Plaintiff Osaneme Okaro*

**LAW OFFICES OF HOWARD G. SMITH**
Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem PA 19020
Telephone: (215) 638-4847
Facsimile: (215) 638-4867

*Additional Counsel*

# EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| MICHAEL LEVINE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ICAHN ENTERPRISES L.P., CARL C. ICAHN, DAVID WILLETTS, TED PAPAPOSTOLOU, KEITH COZZA, and SUNGHWAN CHO, <br><br> Defendants. | Case No. <br><br><br> **CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS** <br><br><br> **JURY TRIAL DEMANDED** |

Plaintiff Michael Levine ("Plaintiff"), individually and on behalf of all others similarly situated, by and through his attorneys, alleges the following upon information and belief, except as to those allegations concerning Plaintiff, which are alleged upon personal knowledge. Plaintiff's information and belief is based upon, among other things, his counsel's investigation, which includes without limitation: (a) review and analysis of regulatory filings made by Icahn Enterprises L.P. ("Icahn Enterprises" or the "Company") with the United States ("U.S.") Securities and Exchange Commission ("SEC"); (b) review and analysis of press releases and media reports issued by and disseminated by Icahn Enterprises; and (c) review of other publicly available information concerning Icahn Enterprises.

## NATURE OF THE ACTION AND OVERVIEW

1.  This is a class action on behalf of persons and entities that purchased or otherwise acquired Icahn Enterprises securities between August 2, 2018 and May 9, 2023, inclusive (the "Class Period").  Plaintiff pursues claims against the Defendants under the Securities Exchange Act of 1934 (the "Exchange Act").

2.  Icahn Enterprises is a master limited partnership holding company owning subsidiaries engaged in the following operating businesses: Investment, Energy, Automotive, Food Packaging, Real Estate, Home Fashion and Pharma.  Defendant Carl C. Icahn ("Icahn") and his affiliates owned approximately 85% of Icahn Enterprises' outstanding depositary units as of December 31, 2022.

3.  On May 2, 2023, Hindenburg Research published a report alleging, among other things, that Icahn Enterprises' "last reported indicative year-end [net asset value] of $5.6 billion is inflated by at least 22%."  The report also claimed that the Company operates a "ponzi-like

1

economic structure" and "has been using money taken in from new investors to pay out dividends to old investors."

4. On this news, Icahn Enterprises' share price fell $10.06 per share, or 20%, to close at $40.36 per share on May 2, 2023.

5. Then, on May 10, 2023, before the market opened, Icahn Enterprises filed its Quarterly Report on Form 10-Q with the SEC for the period ended March 31, 2023. Therein, the Company stated that the U.S. Attorney's office for the Southern District of New York contacted Icahn Enterprises on May 3, 2023 seeking production of information relating to the Company, certain of its affiliates' "corporate governance, capitalization, securities offerings, dividends, valuation, marketing materials, due diligence and other materials." The Company claimed it is "cooperating with the request" and is "providing documents in response to the voluntary request for information."

6. On this news, Icahn Enterprises' share price fell $5.75 per share, or 15.1%, to close at $32.22 per share on May 10, 2023.

7. Throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that Icahn Enterprises was inflating its net asset value; (2) that the Company was using money taken in from new investors to pay out dividends to old investors; (3) that, as a result, the Company would become the subject of criminal and/or regulatory scrutiny; and (4) that as a result of the foregoing, Defendant's positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

## JURISDICTION AND VENUE

8. The claims asserted herein arise under Sections 10(b) and 20(a) of the Exchange Act (15 U.S.C. §§ 78j(b) and 78t(a)) and Rule 10b-5 promulgated thereunder by the SEC (17 C.F.R. § 240.10b-5).

9. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331 and Section 27 of the Exchange Act (15 U.S.C. § 78aa).

10. Venue is proper in this Judicial District pursuant to 28 U.S.C. § 1391(b) and Section 27 of the Exchange Act (15 U.S.C. § 78aa(c)). Substantial acts in furtherance of the alleged fraud or the effects of the fraud have occurred in this Judicial District. Many of the acts charged herein, including the dissemination of materially false and/or misleading information, occurred in substantial part in this Judicial District. The Company's principal executive offices are also located in this Judicial District.

11. In connection with the acts, transactions, and conduct alleged herein, Defendants directly and indirectly used the means and instrumentalities of interstate commerce, including the United States mail, interstate telephone communications, and the facilities of a national securities exchange.

## PARTIES

12. Plaintiff Michael Levine, as set forth in the accompanying certification, incorporated by reference herein, purchased Icahn Enterprises securities during the Class Period, and suffered damages as a result of the federal securities law violations and false and/or misleading statements and/or material omissions alleged herein.

13. Defendant Icahn Enterprises is incorporated under the laws of Delaware with its principal executive offices located in Sunny Isles Beach, Florida. Icahn Enterprises' Depositary Units trade on the Nasdaq Global Select Market (the "NASDAQ") under the symbol "IEP."

14. Defendant Carl C. Icahn ("Icahn") was the Company's Chairman of the Board at all relevant times.

15. Defendant David Willetts ("Willetts") has been the Company's President and Chief Executive Officer ("CEO") since November 8, 2021.

16. Defendant Ted Papapostolou ("Papapostolou") has been the Company's Chief Financial Officer ("CFO") since November 8, 2021.

17. Defendant Keith Cozza ("Cozza") was the Company's President and Chief Executive Officer ("CEO") from 2014 until November 8, 2021.

18. Defendant SungHwan Cho ("Cho") was the Company's Chief Financial Officer ("CFO") from 2012 until November 8, 2021

19. Defendants Icahn, Willetts, Papapostolou, Cozza, and Cho (collectively the "Individual Defendants"), because of their positions with the Company, possessed the power and authority to control the contents of the Company's reports to the SEC, press releases and presentations to securities analysts, money and portfolio managers and institutional investors, i.e., the market. The Individual Defendants were provided with copies of the Company's reports and press releases alleged herein to be misleading prior to, or shortly after, their issuance and had the ability and opportunity to prevent their issuance or cause them to be corrected. Because of their positions and access to material non-public information available to them, the Individual Defendants knew that the adverse facts specified herein had not been disclosed to, and were being concealed from, the public, and that the positive representations which were being made were then

materially false and/or misleading.  The Individual Defendants are liable for the false statements pleaded herein.

## SUBSTANTIVE ALLEGATIONS

### Background

20.     Icahn Enterprises is a master limited partnership holding company owning subsidiaries engaged in the following operating businesses: Investment, Energy, Automotive, Food Packaging, Real Estate, Home Fashion and Pharma. Defendant Icahn and his affiliates owned approximately 85% of Icahn Enterprises' outstanding depositary units as of December 31, 2022.

### Materially False and Misleading

### Statements Issued During the Class Period

21.     The Class Period begins on August 2, 2018. On that day, the Company issued a press release entitled "Icahn Enterprises L.P. Reports Second Quarter 2018 Financial Results." Therein, the Company stated, in relevant part:

> Icahn Enterprises L.P. (NASDAQ:IEP) is reporting second quarter 2018 revenues of $3.6 billion and net income attributable to Icahn Enterprises of $309 million, or $1.70 per depositary unit, including $164 million from continuing operations, or $0.90 per depositary unit. For the three months ended June 30, 2017 revenues were $4.5 billion and net income attributable to Icahn Enterprises was $1.6 billion, or $9.51 per depositary unit, including $1.5 billion from continuing operations, or $9.20 per depositary unit. The prior year period includes a $1.0 billion gain, net of tax, from the sale of ARL in June 2017. For the three months ended June 30, 2018, Adjusted EBITDA attributable to Icahn Enterprises was $356 million compared to $288 million for the three months ended June 30, 2017. For the three months ended June 30, 2018, Adjusted EBIT attributable to Icahn Enterprises was $270 million compared to $195 million for the three months ended June 30, 2017.
>
> For the six months ended June 30, 2018, revenues were $6.7 billion and net income attributable to Icahn Enterprises was $446 million, or $2.48 per depositary unit, including $272 million from continuing operations, or $1.52 per depositary unit. For the six months ended June 30, 2017 revenues were $7.0 billion and net income attributable to Icahn Enterprises was $1.5 billion, or $9.77 per depositary unit, including $1.5 billion from continuing operations, or $9.23 per depositary unit. The prior year period includes a $1.0 billion gain, net of tax, from the sale of ARL in

June 2017. For the six months ended June 30, 2018, Adjusted EBITDA attributable to Icahn Enterprises was $664 million compared to $468 million for the six months ended June 30, 2017. For the six months ended June 30, 2018, Adjusted EBIT attributable to Icahn Enterprises was $490 million compared to $287 million for the six months ended June 30, 2017.

For the six months ended June 30, 2018 indicative net asset value increased to $8.4 billion compared to $7.9 billion as of December 31, 2017.

22.    On February 28, 2019, the Company issued a press release entitled "Icahn Enterprises L.P. Reports Fourth Quarter and Full Year 2018 Financial Results." Therein, the Company, in relevant part, stated:

Icahn Enterprises L.P. (NASDAQ:IEP) is reporting for the year ended December 31, 2018, revenues of $11.8 billion and net income attributable to Icahn Enterprises of $1.5 billion, or $11.46 per depositary unit, including a loss of $213 million from continuing operations, or $1.16 per depositary unit. For the year ended December 31, 2017, revenues were $12.6 billion and net income attributable to Icahn Enterprises was $2.4 billion, or $14.80 per depositary unit, including $2.3 billion from continuing operations, or $13.84 per depositary unit. For the year ended December 31, 2018, Adjusted EBITDA attributable to Icahn Enterprises was $561 million compared to $642 million for the year ended December 31, 2017. For the year ended December 31, 2018, Adjusted EBIT attributable to Icahn Enterprises was $264 million compared to $323 million for the year ended December 31, 2017.

For the fourth quarter of 2018, revenues were $2.8 billion and net income attributable to Icahn Enterprises was $935 million, or $8.03 per depositary unit, including a loss of $434 million from continuing operations, or $2.28 per depositary unit. For the three months ended December 31, 2017, revenues were $2.5 billion and net income attributable to Icahn Enterprises was $298 million, or $1.76 per depositary unit, including $279 million from continuing operations, or $1.65 per depositary unit. For the three months ended December 31, 2018, Adjusted EBITDA attributable to Icahn Enterprises was a loss of $104 million compared to a loss of $96 million for the three months ended December 31, 2017. For the three months ended December 31, 2018, Adjusted EBIT attributable to Icahn Enterprises was a loss of $176 million compared to a loss of $177 million for the three months ended December 31, 2017.

For the year ended December 31, 2018, indicative net asset value increased to $8.2 billion compared to $7.9 billion as of December 31, 2017.

\*        \*        \*

**Distribution**

6

Icahn Enterprises has a long history of endeavoring to return capital to its unitholders by declaring and paying significant and consistent annual distributions. As a reminder –

> Icahn Enterprises estimated annual distribution of $8.00 per depositary unit for fiscal year 2019

> Icahn Enterprises declared annual distributions of $7.00 per depositary unit for fiscal year 2018

> Icahn Enterprises declared annual distributions of $6.00 per depositary unit for fiscal year 2017

> Icahn Enterprises declared annual distributions of $6.00 per depositary unit for fiscal year 2016

> Icahn Enterprises declared annual distributions of $6.00 per depositary unit for fiscal year 2015

> Icahn Enterprises declared annual distributions of $6.00 per depositary unit for fiscal year 2014

Most recently, on February 26, 2019, the Board of Directors of the general partner of Icahn Enterprises declared a quarterly distribution in the amount of $2.00 per depositary unit ($8.00 per unit annualized) which will be paid on or about April 17, 2019 to depositary unitholders of record at the close of business on March 11, 2019. Depositary unitholders will have until April 8, 2019 to make an election to receive either cash or additional depositary units; if a holder does not make an election, it will automatically be deemed to have elected to receive the dividend in cash. Depositary unitholders who elect to receive additional depositary units will receive units valued at the volume weighted average trading price of the units on NASDAQ during the 5 consecutive trading days ending April 15, 2019. No fractional depositary units will be issued pursuant to the distribution payment. Icahn Enterprises will make a cash payment in lieu of issuing fractional depositary units to any holders electing to receive depositary units. Any holders that would only be eligible to receive a fraction of a depositary unit based on the above calculation will receive a cash payment.

Icahn Enterprises L.P., a master limited partnership, is a diversified holding company engaged in eight primary business segments: Investment, Energy, Automotive, Food Packaging, Metals, Real Estate, Home Fashion and Mining.

23.     On February 28, 2020, the Company issued a press release entitled "Icahn Enterprises L.P. Reports Fourth Quarter and Full Year 2019 Financial Results." Therein, the Company, in relevant part, stated:

Icahn Enterprises L.P. (NASDAQ:IEP) is reporting fourth quarter 2019 revenues of $2.6 billion and net loss attributable to Icahn Enterprises of $157 million, or $0.74 per depositary unit, including a loss from continuing operations of $149 million, or $0.70 per depositary unit. For the three months ended December 31, 2018, revenues were $2.8 billion and net income attributable to Icahn Enterprises was $930 million, or $8.01 per depositary unit, including a loss from continuing operations of $439 million, or $2.30 per depositary unit. For the three months ended December 31, 2019, Adjusted EBITDA attributable to Icahn Enterprises was $111 million compared to $(108) million for the three months ended December 31, 2018. For the three months ended December 31, 2019, Adjusted EBIT attributable to Icahn Enterprises was $22 million compared to $(188) million for the three months ended December 31, 2018.

For the year ended December 31, 2019 revenues were $9.0 billion and net loss attributable to Icahn Enterprises was $1.1 billion, or $5.38 per depositary unit, including a loss from continuing operations of $1.1 billion, or $5.23 per depositary unit. For the year ended December 31, 2018, revenues were $11.8 billion and net income attributable to Icahn Enterprises was $1.5 billion, or $11.33 per depositary unit, including a loss from continuing operations of $238 million, or $1.29 per depositary unit. For the year ended December 31, 2019, Adjusted EBITDA attributable to Icahn Enterprises was $(462) million compared to $557 million for the year ended December 31, 2018. For the year ended December 31, 2019, Adjusted EBIT attributable to Icahn Enterprises was $(818) million compared to $224 million for the year ended December 31, 2018.

For the year ended December 31, 2019, indicative net asset value decreased to $7.07 billion compared to $8.15 billion as of December 31, 2018.

On February 26, 2020, the Board of Directors of the general partner of Icahn Enterprises declared a quarterly distribution in the amount of $2.00 per depositary unit, which will be paid on or about April 28, 2020 to depositary unitholders of record at the close of business on March 20, 2020. Depositary unitholders will have until March 17, 2020 to make an election to receive either cash or additional depositary units; if a unitholder does not make an election, it will automatically be deemed to have elected to receive the distribution in cash. Depositary unitholders who elect to receive additional depositary units will receive units valued at the volume weighted average trading price of the units on NASDAQ during the 5 consecutive trading days ending April 24, 2020. No fractional depositary units will be issued pursuant to the distribution payment. Icahn Enterprises will make a cash payment in lieu of issuing fractional depositary units to any unitholders electing to

receive depositary units. Any unitholders that would only be eligible to receive a fraction of a depositary unit based on the above calculation will receive a cash payment.

24. On February 26, 2021, the Company issued a press release entitled "Icahn Enterprises L.P. Reports Fourth Quarter and Full Year 2020 Financial Results." Therein, the Company, in relevant part, stated:

Icahn Enterprises L.P. (Nasdaq:IEP) is reporting fourth quarter 2020 revenues of $2.8 billion and net income attributable to Icahn Enterprises of $146 million, or $0.61 per depositary unit. For the three months ended December 31, 2019, revenues were $2.6 billion and net loss attributable to Icahn Enterprises was $157 million, or a loss of $0.74 per depositary unit, including a loss of $149 million from continuing operations, or a loss of $0.70 per depositary unit. For the three months ended December 31, 2020, Adjusted EBITDA attributable to Icahn Enterprises was $420 million compared to $111 million for the three months ended December 31, 2019. For the three months ended December 31, 2020, Adjusted EBIT attributable to Icahn Enterprises was $328 million compared to $22 million for the three months ended December 31, 2019.

For the year ended December 31, 2020, revenues were $6.1 billion and net loss attributable to Icahn Enterprises was $1.7 billion, or a loss of $7.33 per depositary unit. For the year ended December 31, 2019, revenues were $9.0 billion and net loss attributable to Icahn Enterprises was $1.1 billion, or a loss of $5.38 per depositary unit, including a loss of $1.1 billion from continuing operations, or $5.23 per depositary unit. For the year ended December 31, 2020, Adjusted EBITDA attributable to Icahn Enterprises was $(738) million compared to $(462) million for the year ended December 31, 2019. For the year ended December 31, 2020, Adjusted EBIT attributable to Icahn Enterprises was $(1.1) billion compared to $(818) million for the year ended December 31, 2019.

On February 24, 2021, the Board of Directors of the general partner of Icahn Enterprises declared a quarterly distribution in the amount of $2.00 per depositary unit, which will be paid on or about April 28, 2021 to depositary unitholders of record at the close of business on March 26, 2021. Depositary unitholders will have until April 16, 2021 to make an election to receive either cash or additional depositary units; if a holder does not make an election, it will automatically be deemed to have elected to receive the distribution in additional depositary units. Depositary unitholders who elect to receive (or are deemed to have elected to receive) additional depositary units will receive units valued at the volume weighted average trading price of the units on Nasdaq during the 5 consecutive trading days ending April 23, 2021. No fractional depositary units will be issued pursuant to the distribution payment. Icahn Enterprises will make a cash payment in lieu of issuing fractional depositary units to any holders electing to receive

depositary units. Any holders that would only be eligible to receive a fraction of a depositary unit based on the above calculation will receive a cash payment. For distributions declared by the Board in prior quarters, the default election (for holders that did not make an election) was a cash distribution. The default election (for holders that do not make an election) for the distribution to be paid on or about April 28, 2021 will be a distribution paid in additional depositary units, a change from prior quarters.

25.     On February 25, 2022, the Company issued a press release entitled "Icahn Enterprises L.P. Reports Fourth Quarter and Full Year 2021 Financial Results."  Therein, the Company, in relevant part, stated:

Icahn Enterprises L.P. (Nasdaq: IEP) is reporting fourth quarter 2021 revenues of $2.3 billion and net loss attributable to Icahn Enterprises of $396 million, or a loss of $1.72 per depositary unit. For the three months ended December 31, 2020, revenues were $2.8 million and net income attributable to Icahn Enterprises was $146 million, or $0.61 per depositary unit. For the three months ended December 31, 2021, Adjusted EBITDA attributable to Icahn Enterprises was ($443) million compared to $423 million for the three months ended December 31, 2020.

For the year ended December 31, 2021, revenues were $11.3 billion and net loss attributable to Icahn Enterprises was $518 million, or a loss of $2.32 per depositary unit. For the year ended December 31, 2020, revenues were $6.1 billion and net loss attributable to Icahn Enterprises was $1.7 billion, or a loss of $7.33 per depositary unit. For the year ended December 31, 2021, Adjusted EBITDA attributable to Icahn Enterprises was $273 million compared to ($735) million for the year ended December 31, 2020.

The full-year 2021 results were negatively impacted by losses of $1.3 billion on IEP's Investment segment short positions (used to hedge our long positions). Other losses included $435 million of RINs expense and $205 million of Automotive transformation losses and inventory write-downs.

For the twelve months ended December 31, 2021, indicative net asset value increased by $1.6 billion to $5.1 billion despite the headwinds mentioned above. The change in indicative net asset value includes, among other things, changes in the fair value of certain subsidiaries which are not included in our GAAP earnings reported above. In addition, in the third and fourth quarters of 2021, we revised how we estimate the fair value of our Automotive segment's owned real estate to reflect the improvement of its real estate leasing operations and its Services business to reflect current market multiples which better reflects the fair value of the assets, both of which contributed to the positive change in indicative net asset value.

On February 23, 2022, the Board of Directors of the general partner of Icahn Enterprises declared a quarterly distribution in the amount of $2.00 per depositary unit, which will be paid on or about April 27, 2022, to depositary unitholders of record at the close of business on March 18, 2022. Depositary unitholders will have until April 14, 2022, to make a timely election to receive either cash or additional depositary units. If a unitholder does not make a timely election, it will automatically be deemed to have elected to receive the distribution in additional depositary units. Depositary unitholders who elect to receive (or who are deemed to have elected to receive) additional depositary units will receive units valued at the volume weighted average trading price of the units during the five consecutive trading days ending April 22, 2022. Icahn Enterprises will make a cash payment in lieu of issuing fractional depositary units to any unitholders electing to receive (or who are deemed to have elected to receive) depositary units.

26. On February 24, 2023, the Company issued a press release entitled "Icahn Enterprises L.P. Reports Fourth Quarter 2022 Financial Results." Therein, the Company, in relevant part, stated:

Icahn Enterprises L.P. (Nasdaq:IEP) is reporting revenues of $14.1 billion and net loss attributable to Icahn Enterprises of $183 million, or $0.57 per depositary unit, for the twelve months ended December 31, 2022. For the twelve months ended December 31, 2021, revenues were $11.3 billion and net loss attributable to Icahn Enterprises was $518 million, or $2.32 per depositary unit. Adjusted EBITDA attributable to Icahn Enterprises was $758 million for the twelve months ended December 31, 2022, compared to $273 million for the twelve months ended December 31, 2021.

Fourth quarter 2022 revenues were $3.1 billion and net loss attributable to Icahn Enterprises was $255 million, or a loss of $0.74 per depositary unit. For the three months ended December 31, 2021, revenues were $2.3 billion and net loss attributable to Icahn Enterprises was $396 million, or a loss of $1.72 per depositary unit. For the three months ended December 31, 2022, Adjusted EBITDA attributable to Icahn Enterprises was a loss of $54 million compared to a loss of $443 million for the three months ended December 31, 2021.

For the twelve months ended December 31, 2022, indicative net asset value increased by $522 million to $5.6 billion. The change in indicative net asset value includes, among other things, changes in the fair value of certain subsidiaries which are not included in our GAAP earnings reported above.

On February 22, 2023, the Board of Directors of the general partner of Icahn Enterprises declared a quarterly distribution in the amount of $2.00 per depositary unit, which will be paid on or about April 19, 2023, to depositary unitholders of record at the close of business on March 13, 2023. Depositary unitholders will have

until April 6, 2023, to make a timely election to receive either cash or additional depositary units. If a unitholder does not make a timely election, it will automatically be deemed to have elected to receive the distribution in additional depositary units. Depositary unitholders who elect to receive (or who are deemed to have elected to receive) additional depositary units will receive units valued at the volume weighted average trading price of the units during the five consecutive trading days ending April 14, 2023. Icahn Enterprises will make a cash payment in lieu of issuing fractional depositary units to any unitholders electing to receive (or who are deemed to have elected to receive) depositary units.

27.     The above statements identified in ¶¶ 21-26 were materially false and/or misleading, and failed to disclose material adverse facts about the Company's business, operations, and prospects.  Specifically, Defendants failed to disclose to investors: (1) that Icahn Enterprises was inflating its net asset value; (2) that the Company was using money taken in from new investors to pay out dividends to old investors; (3) that, as a result, the Company would become the subject of criminal and/or regulatory scrutiny; and (4) that as a result of the foregoing, Defendant's positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

**Disclosures at the End of the Class Period**

28.     On May 2, 2023, Hindenburg Research published a report alleging, among other things, that Icahn Enterprises' "last reported indicative year-end [net asset value] of $5.6 billion is inflated by at least 22%."  The report also claimed that the Company operates a "ponzi-like economic structure" and "has been using money taken in from new investors to pay out dividends to old investors."  In greater part, the report stated:

- Icahn Enterprises (IEP) is an ~$18 billion market cap holding company run by corporate raider and activist investor Carl Icahn, who, along with his son Brett, own approximately 85% of the company.

- *Our research has found that IEP units are inflated by 75%+ due to 3 key reasons: (1) IEP trades at a 218% premium to its last reported net asset value (NAV), vastly higher than all comparables (2) we've uncovered clear evidence of inflated valuation marks for IEP's less liquid and*

12

*private assets (3) the company has suffered additional performance losses year to date following its last disclosure.*

- Most closed-end holding companies trade around or at a discount to their NAVs. For comparison, vehicles run by other star managers, like Dan Loeb's Third Point and Bill Ackman's Pershing Square, trade at discounts of 14% and 35% to NAV, respectively.

- We further compared IEP to all 526 U.S.-based closed end funds (CEFs) in Bloomberg's database. Icahn Enterprises' premium to NAV was higher than all of them and more than double the next highest we found.

- A reason for IEP's extreme premium to NAV, based on a review of retail investor-oriented media, is that average investors are attracted to (a) IEP's large dividend yield and (b) the prospect of investing alongside Wall Street legend Carl Icahn. Institutional investors have virtually no ownership in IEP.

- Icahn Enterprises' current dividend yield is ~15.8%, making it the highest dividend yield of any U.S. large cap company by far, with the next closest at ~9.9%.

- As a result of the company's elevated unit price, its annual dividend rate equates to an absurd 50.5% of last reported indicative net asset value.

- The company's outlier dividend is made possible (for now) because Carl Icahn owns roughly 85% of IEP and has been largely taking dividends in units (instead of cash), reducing the overall cash outlay required to meet the dividend payment for remaining unitholders.

- The dividend is entirely *unsupported* by IEP's cash flow and investment performance, which has been negative for years. IEP's investment portfolio has lost ~53% since 2014. The company's free cash flow figures show IEP has cumulatively burned ~$4.9 billion over the same period.

- Despite its negative financial performance, IEP has raised its dividend 3 times since 2014. IEP's most recent dividend increase came in 2019, when it raised quarterly distributions from $1.75 to $2.00 per unit. IEP's free cash flow was negative $1.7 billion in the same year.

- Given that the investment and operating performance of IEP has burned billions in capital, the company has been forced to support its dividend using regular open market sales of IEP units through at-the-market (ATM) offerings, totaling $1.7 billion since 2019.

13

- ***In brief, Icahn has been using money taken in from new investors to pay out dividends to old investors. Such ponzi-like economic structures are sustainable only to the extent that new money is willing to risk being the last one "holding the bag".***

- Supporting this structure is Jefferies, the only large investment bank with research coverage on IEP. It has continuously placed a "buy" rating on IEP units. In one of the worst cases of sell-side research malpractice we've seen, Jefferies' research assumes in all cases, even in its bear case, that IEP's dividend will be safe "into perpetuity", despite providing no support for that assumption.

- Since 2019, one bank has run all of IEP's $1.7 billion in ATM offerings: Jefferies. In essence, Jefferies is luring in retail investors through its research arm under the guise of IEP's 'safe' dividend, while also selling billions in IEP units through its investment banking arm to support the very same dividend.

- ***Adding to evidence of IEP's unsustainability, we estimate that IEP's last reported indicative year-end NAV of $5.6 billion is inflated by at least 22%, due to a combination of overly aggressive marks on IEP's less liquid/private investments and continued year to date underperformance.***

- ***In one example, IEP owns 90% of a publicly traded meat packaging business that it valued at $243 million at year-end. The company had a market value of only $89 million at the time. In other words, IEP marked the value of its public company equity holdings 204% above the prevailing public market price.***

- The mark is even more irregular given that IEP bought over a million shares of the company in December before immediately writing up the value of those shares by ~194% in the same month.

- ***In another instance, IEP marked its "Automotive Parts" division at $381 million in December 2022. Its key subsidiary declared bankruptcy a month later.***

- IEP reported $455 million in "real estate holdings" in its most recent quarter. The reported values in this segment have been remarkably stable for years despite declining net income and despite including (i) the Trump Plaza in Atlantic City, which was razed to the ground in 2021; (ii) a country club that became nearly insolvent in 2020 before ownership reverted to its members in 2021; and (iii) a lack of transparency on other assets and valuations.

- ***The irregular valuation marks fit a pattern: In January of 2020, UBS dropped coverage of IEP citing a "lack of transparency" following its research showing marks that were "divergent from their public market values", among other issues.***

- Beyond aggressive marks, Icahn's liquid portfolio has continued to generate losses. Our analysis of Icahn's latest December 2022 13-F filing indicates that IEP's long holdings have lost ~$471 million in value year to date, despite the S&P gaining ~9.2% in the same time frame.

- IEP disclosed that its investment fund had a 47% notional short bet in its December 2022 filings. Given the positive market performance, we estimate this short bet has contributed at least a further $272 million in year-to-date losses.

- ***Overall, we estimate IEP's current NAV as being closer to $4.4 billion, or 22% lower than its disclosed year-end indicative NAV of $5.6 billion. The analysis suggests that units currently trade at a 310% premium to NAV, with an annual dividend rate of 64% of NAV.***

- Tightening matters further, IEP is highly levered, with $5.3 billion in Holdco debt and maturities of $1.1 billion, $1.36 billion, and $1.35 billion due in 2024, 2025, and 2026, respectively.

- IEP's debt covenants limit the company's financial flexibility: IEP is not permitted to incur additional indebtedness and is only allowed to refinance old debt. With interest rates having increased, IEP will need to pay significantly higher interest expenses on future refinancings.

- Carl Icahn's ownership in IEP comprises about 85% of his overall net worth, according to Forbes, giving him limited room to maneuver with his own outside capital. We have assessed that Icahn has little ability or reason to bail out IEP with a capital injection, particularly at such elevated unit prices.

- Further underscoring Icahn's limited financial flexibility, he has pledged 181.4 million units, ~60% of his IEP holdings, for personal margin loans. Margin loans are a risky form of debt often reliant on high share (or unit) prices.

- Icahn has not disclosed basic metrics around his margin loans like loan to value (LTV), maintenance thresholds, principal amount, or interest rates. We think unitholders deserve this information in order to understand the risk of margin calls should IEP unit prices revert toward NAV, a reality we see as inevitable.

- Given limited financial flexibility and worsening liquidity, we expect Icahn Enterprises will eventually cut or eliminate its dividend entirely, barring a miracle turnaround in investment performance.

- Overall, we think Icahn, a legend of Wall Street, has made a classic mistake of taking on too much leverage in the face of sustained losses: a combination that rarely ends well.

(Emphasis added.)

29.     On this news, Icahn Enterprises' share price fell $10.06 per share, or 20%, to close at $40.36 per share on May 2, 2023.

30.     Then, on May 10, 2023, before the market opened, Icahn Enterprises filed its Quarterly Report on Form 10-Q with the SEC for the period ended March 31, 2023.  Therein, the Company stated that the U.S. Attorney's office for the Southern District of New York contacted Icahn Enterprises on May 3, 2023 seeking production of information relating to the Company, certain of its affiliates' "corporate governance, capitalization, securities offerings, dividends, valuation, marketing materials, due diligence and other materials."  The Company claimed it is "cooperating with the request" and is "providing documents in response to the voluntary request for information."  In greater part, the Company stated:

> The U.S. Attorney's office for the Southern District of New York contacted Icahn Enterprises L.P. on May 3, 2023 seeking production of information relating to it and certain of its affiliates' corporate governance, capitalization, securities offerings, dividends, valuation, marketing materials, due diligence and other materials. We are cooperating with the request and are providing documents in response to the voluntary request for information. The U.S. Attorney's office has not made any claims or allegations against us or Mr. Icahn with respect to the foregoing inquiry. We believe that we maintain a strong compliance program and, while no assurances can be made and we are still evaluating the matter, we do not currently believe this inquiry will have a material impact on our business, financial condition, results of operations or cash flows.

31.     In the same quarterly report, Icahn Enterprises reported a $226 million charge related to Auto Plus, which Hindenburg had identified as an overvalued holding:

16

With respect to our Automotive segment, we have invested significant resources in various initiatives to remain competitive and stimulate growth. Despite these efforts, in January 2023, Auto Plus filed the Chapter 11 Cases in Bankruptcy Court. As a result of this filing, the Company has determined that it no longer controls Auto Plus and has deconsolidated its investment in Auto Plus effective as of January 31, 2023 resulting in a non-cash charge of $226 million recorded in the three months ended March 31, 2023 and determined that our remaining equity investment in Auto Plus is now worth $0.

32.     On this news, Icahn Enterprises' share price fell $5.75 per share, or 15.1%, to close at $32.22 per share on May 10, 2023.

## CLASS ACTION ALLEGATIONS

33.     Plaintiff brings this action as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3) on behalf of a class, consisting of all persons and entities that purchased or otherwise acquired Icahn Enterprises securities between August 2, 2018 and May 9, 2023, inclusive, and who were damaged thereby (the "Class").  Excluded from the Class are Defendants, the officers and directors of the Company, at all relevant times, members of their immediate families and their legal representatives, heirs, successors, or assigns, and any entity in which Defendants have or had a controlling interest.

34.     The members of the Class are so numerous that joinder of all members is impracticable.  Throughout the Class Period, Icahn Enterprises' shares actively traded on the NASDAQ.  While the exact number of Class members is unknown to Plaintiff at this time and can only be ascertained through appropriate discovery, Plaintiff believes that there are at least hundreds or thousands of members in the proposed Class.  Millions of Icahn Enterprises shares were traded publicly during the Class Period on the NASDAQ.  Record owners and other members of the Class may be identified from records maintained by Icahn Enterprises or its transfer agent and may be notified of the pendency of this action by mail, using the form of notice similar to that customarily used in securities class actions.

35.    Plaintiff's claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by Defendants' wrongful conduct in violation of federal law that is complained of herein.

36.    Plaintiff will fairly and adequately protect the interests of the members of the Class and has retained counsel competent and experienced in class and securities litigation.

37.    Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class.  Among the questions of law and fact common to the Class are:

(a)    whether the federal securities laws were violated by Defendants' acts as alleged herein;

(b)    whether statements made by Defendants to the investing public during the Class Period omitted and/or misrepresented material facts about the business, operations, and prospects of Icahn Enterprises; and

(c)    to what extent the members of the Class have sustained damages and the proper measure of damages.

38.    A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable.  Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation makes it impossible for members of the Class to individually redress the wrongs done to them.  There will be no difficulty in the management of this action as a class action.

## UNDISCLOSED ADVERSE FACTS

39.    The market for Icahn Enterprises' securities was open, well-developed and efficient at all relevant times.  As a result of these materially false and/or misleading statements, and/or

18

failures to disclose, Icahn Enterprises' securities traded at artificially inflated prices during the Class Period. Plaintiff and other members of the Class purchased or otherwise acquired Icahn Enterprises' securities relying upon the integrity of the market price of the Company's securities and market information relating to Icahn Enterprises, and have been damaged thereby.

40. During the Class Period, Defendants materially misled the investing public, thereby inflating the price of Icahn Enterprises' securities, by publicly issuing false and/or misleading statements and/or omitting to disclose material facts necessary to make Defendants' statements, as set forth herein, not false and/or misleading. The statements and omissions were materially false and/or misleading because they failed to disclose material adverse information and/or misrepresented the truth about Icahn Enterprises' business, operations, and prospects as alleged herein.

41. At all relevant times, the material misrepresentations and omissions particularized in this Complaint directly or proximately caused or were a substantial contributing cause of the damages sustained by Plaintiff and other members of the Class. As described herein, during the Class Period, Defendants made or caused to be made a series of materially false and/or misleading statements about Icahn Enterprises' financial well-being and prospects. These material misstatements and/or omissions had the cause and effect of creating in the market an unrealistically positive assessment of the Company and its financial well-being and prospects, thus causing the Company's securities to be overvalued and artificially inflated at all relevant times. Defendants' materially false and/or misleading statements during the Class Period resulted in Plaintiff and other members of the Class purchasing the Company's securities at artificially inflated prices, thus causing the damages complained of herein when the truth was revealed.

## LOSS CAUSATION

42.     Defendants' wrongful conduct, as alleged herein, directly and proximately caused the economic loss suffered by Plaintiff and the Class.

43.     During the Class Period, Plaintiff and the Class purchased Icahn Enterprises' securities at artificially inflated prices and were damaged thereby.  The price of the Company's securities significantly declined when the misrepresentations made to the market, and/or the information alleged herein to have been concealed from the market, and/or the effects thereof, were revealed, causing investors' losses.

## SCIENTER ALLEGATIONS

44.     As alleged herein, Defendants acted with scienter since Defendants knew that the public documents and statements issued or disseminated in the name of the Company were materially false and/or misleading; knew that such statements or documents would be issued or disseminated to the investing public; and knowingly and substantially participated or acquiesced in the issuance or dissemination of such statements or documents as primary violations of the federal securities laws.  As set forth elsewhere herein in detail, the Individual Defendants, by virtue of their receipt of information reflecting the true facts regarding Icahn Enterprises, their control over, and/or receipt and/or modification of Icahn Enterprises' allegedly materially misleading misstatements and/or their associations with the Company which made them privy to confidential proprietary information concerning Icahn Enterprises, participated in the fraudulent scheme alleged herein.

20

## APPLICABILITY OF PRESUMPTION OF RELIANCE

## (FRAUD-ON-THE-MARKET DOCTRINE)

45.     The market for Icahn Enterprises' securities was open, well-developed and efficient at all relevant times.  As a result of the materially false and/or misleading statements and/or failures to disclose, Icahn Enterprises' securities traded at artificially inflated prices during the Class Period.  Plaintiff and other members of the Class purchased or otherwise acquired the Company's securities relying upon the integrity of the market price of Icahn Enterprises' securities and market information relating to Icahn Enterprises, and have been damaged thereby.

46.     During the Class Period, the artificial inflation of Icahn Enterprises' shares was caused by the material misrepresentations and/or omissions particularized in this Complaint causing the damages sustained by Plaintiff and other members of the Class.  As described herein, during the Class Period, Defendants made or caused to be made a series of materially false and/or misleading statements about Icahn Enterprises' business, prospects, and operations.  These material misstatements and/or omissions created an unrealistically positive assessment of Icahn Enterprises and its business, operations, and prospects, thus causing the price of the Company's securities to be artificially inflated at all relevant times, and when disclosed, negatively affected the value of the Company shares.  Defendants' materially false and/or misleading statements during the Class Period resulted in Plaintiff and other members of the Class purchasing the Company's securities at such artificially inflated prices, and each of them has been damaged as a result.

47.     At all relevant times, the market for Icahn Enterprises' securities was an efficient market for the following reasons, among others:

21

(a)     Icahn Enterprises shares met the requirements for listing, and was listed and actively traded on the NASDAQ, a highly efficient and automated market;

(b)     As a regulated issuer, Icahn Enterprises filed periodic public reports with the SEC and/or the NASDAQ;

(c)     Icahn Enterprises regularly communicated with public investors via established market communication mechanisms, including through regular dissemination of press releases on the national circuits of major newswire services and through other wide-ranging public disclosures, such as communications with the financial press and other similar reporting services; and/or

(d)     Icahn Enterprises was followed by securities analysts employed by brokerage firms who wrote reports about the Company, and these reports were distributed to the sales force and certain customers of their respective brokerage firms.  Each of these reports was publicly available and entered the public marketplace.

48.     As a result of the foregoing, the market for Icahn Enterprises' securities promptly digested current information regarding Icahn Enterprises from all publicly available sources and reflected such information in Icahn Enterprises' share price.  Under these circumstances, all purchasers of Icahn Enterprises' securities during the Class Period suffered similar injury through their purchase of Icahn Enterprises' securities at artificially inflated prices and a presumption of reliance applies.

49.     A Class-wide presumption of reliance is also appropriate in this action under the Supreme Court's holding in *Affiliated Ute Citizens of Utah v. United States*, 406 U.S. 128 (1972), because the Class's claims are, in large part, grounded on Defendants' material misstatements and/or omissions. Because this action involves Defendants' failure to disclose material adverse

22

information regarding the Company's business operations and financial prospects—information that Defendants were obligated to disclose—positive proof of reliance is not a prerequisite to recovery. All that is necessary is that the facts withheld be material in the sense that a reasonable investor might have considered them important in making investment decisions. Given the importance of the Class Period material misstatements and omissions set forth above, that requirement is satisfied here.

## NO SAFE HARBOR

50. The statutory safe harbor provided for forward-looking statements under certain circumstances does not apply to any of the allegedly false statements pleaded in this Complaint. The statements alleged to be false and misleading herein all relate to then-existing facts and conditions. In addition, to the extent certain of the statements alleged to be false may be characterized as forward looking, they were not identified as "forward-looking statements" when made and there were no meaningful cautionary statements identifying important factors that could cause actual results to differ materially from those in the purportedly forward-looking statements. In the alternative, to the extent that the statutory safe harbor is determined to apply to any forward-looking statements pleaded herein, Defendants are liable for those false forward-looking statements because at the time each of those forward-looking statements was made, the speaker had actual knowledge that the forward-looking statement was materially false or misleading, and/or the forward-looking statement was authorized or approved by an executive officer of Icahn Enterprises who knew that the statement was false when made.

23

## FIRST CLAIM

### Violation of Section 10(b) of The Exchange Act and

### Rule 10b-5 Promulgated Thereunder

### Against All Defendants

51.     Plaintiff repeats and re-alleges each and every allegation contained above as if fully set forth herein.

52.     During the Class Period, Defendants carried out a plan, scheme and course of conduct which was intended to and, throughout the Class Period, did: (i) deceive the investing public, including Plaintiff and other Class members, as alleged herein; and (ii) cause Plaintiff and other members of the Class to purchase Icahn Enterprises' securities at artificially inflated prices. In furtherance of this unlawful scheme, plan and course of conduct, Defendants, and each defendant, took the actions set forth herein.

53.     Defendants (i) employed devices, schemes, and artifices to defraud; (ii) made untrue statements of material fact and/or omitted to state material facts necessary to make the statements not misleading; and (iii) engaged in acts, practices, and a course of business which operated as a fraud and deceit upon the purchasers of the Company's securities in an effort to maintain artificially high market prices for Icahn Enterprises' securities in violation of Section 10(b) of the Exchange Act and Rule 10b-5.  All Defendants are sued either as primary participants in the wrongful and illegal conduct charged herein or as controlling persons as alleged below.

54.     Defendants, individually and in concert, directly and indirectly, by the use, means or instrumentalities of interstate commerce and/or of the mails, engaged and participated in a continuous course of conduct to conceal adverse material information about Icahn Enterprises' financial well-being and prospects, as specified herein.

24

55. Defendants employed devices, schemes and artifices to defraud, while in possession of material adverse non-public information and engaged in acts, practices, and a course of conduct as alleged herein in an effort to assure investors of Icahn Enterprises' value and performance and continued substantial growth, which included the making of, or the participation in the making of, untrue statements of material facts and/or omitting to state material facts necessary in order to make the statements made about Icahn Enterprises and its business operations and future prospects in light of the circumstances under which they were made, not misleading, as set forth more particularly herein, and engaged in transactions, practices and a course of business which operated as a fraud and deceit upon the purchasers of the Company's securities during the Class Period.

56. Each of the Individual Defendants' primary liability and controlling person liability arises from the following facts: (i) the Individual Defendants were high-level executives and/or directors at the Company during the Class Period and members of the Company's management team or had control thereof; (ii) each of these Defendants, by virtue of their responsibilities and activities as a senior officer and/or director of the Company, was privy to and participated in the creation, development and reporting of the Company's internal budgets, plans, projections and/or reports; (iii) each of these Defendants enjoyed significant personal contact and familiarity with the other Defendants and was advised of, and had access to, other members of the Company's management team, internal reports and other data and information about the Company's finances, operations, and sales at all relevant times; and (iv) each of these Defendants was aware of the Company's dissemination of information to the investing public which they knew and/or recklessly disregarded was materially false and misleading.

57. Defendants had actual knowledge of the misrepresentations and/or omissions of material facts set forth herein, or acted with reckless disregard for the truth in that they failed to ascertain and to disclose such facts, even though such facts were available to them. Such Defendants' material misrepresentations and/or omissions were done knowingly or recklessly and for the purpose and effect of concealing Icahn Enterprises' financial well-being and prospects from the investing public and supporting the artificially inflated price of its securities. As demonstrated by Defendants' overstatements and/or misstatements of the Company's business, operations, financial well-being, and prospects throughout the Class Period, Defendants, if they did not have actual knowledge of the misrepresentations and/or omissions alleged, were reckless in failing to obtain such knowledge by deliberately refraining from taking those steps necessary to discover whether those statements were false or misleading.

58. As a result of the dissemination of the materially false and/or misleading information and/or failure to disclose material facts, as set forth above, the market price of Icahn Enterprises' securities was artificially inflated during the Class Period. In ignorance of the fact that market prices of the Company's securities were artificially inflated, and relying directly or indirectly on the false and misleading statements made by Defendants, or upon the integrity of the market in which the securities trades, and/or in the absence of material adverse information that was known to or recklessly disregarded by Defendants, but not disclosed in public statements by Defendants during the Class Period, Plaintiff and the other members of the Class acquired Icahn Enterprises' securities during the Class Period at artificially high prices and were damaged thereby.

59. At the time of said misrepresentations and/or omissions, Plaintiff and other members of the Class were ignorant of their falsity and believed them to be true. Had Plaintiff and the other members of the Class and the marketplace known the truth regarding the problems that

Icahn Enterprises was experiencing, which were not disclosed by Defendants, Plaintiff and other members of the Class would not have purchased or otherwise acquired their Icahn Enterprises securities, or, if they had acquired such securities during the Class Period, they would not have done so at the artificially inflated prices which they paid.

60.     By virtue of the foregoing, Defendants violated Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder.

61.     As a direct and proximate result of Defendants' wrongful conduct, Plaintiff and the other members of the Class suffered damages in connection with their respective purchases and sales of the Company's securities during the Class Period.

## SECOND CLAIM

### Violation of Section 20(a) of The Exchange Act

### Against the Individual Defendants

62.     Plaintiff repeats and re-alleges each and every allegation contained above as if fully set forth herein.

63.     Individual Defendants acted as controlling persons of Icahn Enterprises within the meaning of Section 20(a) of the Exchange Act as alleged herein.  By virtue of their high-level positions and their ownership and contractual rights, participation in, and/or awareness of the Company's operations and intimate knowledge of the false financial statements filed by the Company with the SEC and disseminated to the investing public, Individual Defendants had the power to influence and control and did influence and control, directly or indirectly, the decision-making of the Company, including the content and dissemination of the various statements which Plaintiff contends are false and misleading.  Individual Defendants were provided with or had unlimited access to copies of the Company's reports, press releases, public filings, and other

27

statements alleged by Plaintiff to be misleading prior to and/or shortly after these statements were issued and had the ability to prevent the issuance of the statements or cause the statements to be corrected.

64.     In particular, the Individual Defendants had direct and supervisory involvement in the day-to-day operations of the Company and, therefore, had the power to control or influence the particular transactions giving rise to the securities violations as alleged herein, and exercised the same.

65.     As set forth above, Icahn Enterprises and Individual Defendants each violated Section 10(b) and Rule 10b-5 by their acts and omissions as alleged in this Complaint.  By virtue of their position as controlling persons, Individual Defendants are liable pursuant to Section 20(a) of the Exchange Act.  As a direct and proximate result of Defendants' wrongful conduct, Plaintiff and other members of the Class suffered damages in connection with their purchases of the Company's securities during the Class Period.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

A.     Determining that this action is a proper class action under Rule 23 of the Federal Rules of Civil Procedure;

B.     Awarding compensatory damages in favor of Plaintiff and the other Class members against all defendants, jointly and severally, for all damages sustained as a result of Defendants' wrongdoing, in an amount to be proven at trial, including interest thereon;

C.     Awarding Plaintiff and the Class their reasonable costs and expenses incurred in this action, including counsel fees and expert fees; and

D.     Such other and further relief as the Court may deem just and proper.

## JURY TRIAL DEMANDED

Plaintiff hereby demands a trial by jury.

Dated:  May 31, 2023

Respectfully submitted,

MILLER SHAH LLP

*/s/ Jayne A. Goldstein*
Jayne A. Goldstein
1625 N. Commerce Pkwy, Suite 320
Fort Lauderdale, Florida 33326
Telephone: (954) 903-3170
Facsimile: (866) 300-7367
jagoldstein@millershah.com

POMERANTZ LLP
Stanley M. Grossman
(*pro hac vice* application forthcoming)
600 Third Avenue
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
smgrossman@pomlaw.com

*Attorneys for Plaintiff*

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.     I, __Michael Levine__, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.     I have reviewed a Complaint against Icahn Enterprises L.P. ("Icahn") and authorize the filing of a comparable complaint on my behalf.

3.     I did not purchase or acquire Icahn securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.     I am willing to serve as a representative party on behalf of a Class of investors who purchased or otherwise acquired Icahn securities during the Class Period as specified in the Complaint, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.     The attached sheet lists all of my transactions in Icahn securities during the Class Period as specified in the Complaint.

6.     During the three-year period preceding the date on which this Certification is signed, I have not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7.     I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.  I declare under penalty of perjury under the laws of the United States of America

that the foregoing is true and correct.


Executed ___5/24/2023_____
                    **(Date)**


_____
                    **(Signature)**

_____
                    **(Type or Print Name)**

**Icahn Enterprises L.P. (IEP)**                                          **Michael Levine**

### List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 8/1/2022 | 25 | $53.5400 |
| Purchase | 8/3/2022 | 25 | $53.6500 |

# EXHIBIT 3

## CERTIFICATION OF PHILIP KOSOWSKY

I, Philip Kosowsky hereby certify, as to claims asserted under the federal securities laws, that:

1.     I have reviewed a complaint filed in this matter alleging violations of federal securities laws.

2.     I did not purchase the securities that are the subject of this action at the direction of counsel, or in order to participate in any action arising under the federal securities laws.

3.     I am willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.  I fully understand the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4.     My transactions in the securities that are the subject of this action are set forth in the chart attached hereto as Schedule A.

5.     I am not currently serving as a representative party in any class actions filed under the federal securities laws and I have not served as a representative party in any class actions filed under the federal securities laws during the three years prior to the date of this Certification.

6.     I will not accept any payment for serving as a representative party on behalf of the Class beyond my pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _7_ day of June, 2023.


_____

Philip Kosowsky

# Schedule A

**FIFO Loss Chart**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Philip Kosowsky | | | | | | | | | | | |
| Icahn Enterprises (IEP) | | | | | | | | | | | |
| Class Period: 08/02/2018 through 05/09/2023 | | | | | | | | | | | |
| **Loss Chart—FIFO** | | | | | | | | | | | |
| | **PURCHASES/ACQUISITIONS** | | | | **SALES** | | | | | | |
| | **DATE** | **SHARES** | **PRICE/SH** | **AMOUNT** | **DATE** | **SHARES** | **PRICE/SH** | **AMOUNT** | | **PROFIT/(LOSS)** | **TOTAL** |
| | Beg Bal | 1,000 | | | 8/2/2018 | 1,000 | 77.9 | $ 77,900 | | | |
| | Beg Bal | 1,000 | | | 8/14/2018 | 1,000 | 77.95 | $ 77,950 | | | |
| | Beg Bal | 1,000 | | | 8/24/2018 | 1,000 | 77.2 | $ 77,200 | | | |
| | Beg Bal | 1,000 | | | 8/24/2018 | 1,000 | 77.05 | $ 77,050 | | | |
| | Beg Bal | 1,000 | | | 9/4/2018 | 1,000 | 73.8 | $ 73,800 | | | |
| | Beg Bal | 200 | | | 9/13/2018 | 200 | 68.915 | $ 13,783 | | | |
| | Beg Bal | 800 | | | 9/13/2018 | 800 | 68.9 | $ 55,120 | | | |
| | Beg Bal | 1,000 | | | 9/19/2018 | 1,000 | 67.6 | $ 67,600 | | | |
| | | 7,000 | | | | 7,000 | | $ 520,403 | | | |
| | | | | | | | | | | | |
| | 8/10/2018 | 1,000 | 77 | $ 77,000 | 10/12/2018 | 1,000 | 67 | $ 67,000 | | $ (10,000) | |
| | 8/21/2018 | 478 | 77 | $ 36,806 | 11/20/2018 | 478 | 66.4 | $ 31,739 | | $ (5,067) | |
| | 8/22/2018 | 522 | 77 | $ 40,194 | 11/20/2018 | 522 | 66.4 | $ 34,661 | | $ (5,533) | |
| | 8/24/2018 | 1,000 | 76.9 | $ 76,900 | 12/3/2018 | 1,000 | 68.85 | $ 68,850 | | $ (8,050) | |
| | 8/31/2018 | 1,000 | 76.81 | $ 76,810 | 12/7/2018 | 1,000 | 66.9 | $ 66,900 | | $ (9,910) | |
| | 9/4/2018 | 1,000 | 76 | $ 76,000 | 12/12/2018 | 1,000 | 65.75 | $ 65,750 | | $ (10,250) | |
| | 9/4/2018 | 1,000 | 72.4 | $ 72,400 | 1/8/2019 | 1,000 | 66 | $ 66,000 | | $ (6,400) | |
| | 9/5/2018 | 1,000 | 68.4 | $ 68,400 | 3/19/2019 | 1,000 | 74.53 | $ 74,530 | | $ 6,130 | |
| | 9/18/2018 | 1,000 | 66.9 | $ 66,900 | 4/3/2019 | 1,000 | 74.53 | $ 74,530 | | $ 7,630 | |
| | 10/10/2018 | 1,000 | 66 | $ 66,000 | 4/16/2019 | 1,000 | 74.53 | $ 74,530 | | $ 8,530 | |
| | 11/14/2018 | 1,000 | 67.85 | $ 67,850 | 5/1/2019 | 1,000 | 76 | $ 76,000 | | $ 8,150 | |
| | 11/20/2018 | 1,000 | 65.15 | $ 65,150 | 5/14/2019 | 1,000 | 71.55 | $ 71,550 | | $ 6,400 | |
| | 12/6/2018 | 1,000 | 65.15 | $ 65,150 | 5/28/2019 | 1,000 | 70.45 | $ 70,450 | | $ 5,300 | |
| | 12/10/2018 | 1,000 | 64.75 | $ 64,750 | 6/3/2019 | 1,000 | 70.45 | $ 70,450 | | $ 5,700 | |
| | 12/14/2018 | 1,000 | 64.75 | $ 64,750 | 7/5/2019 | 1,000 | 75.01 | $ 75,010 | | $ 10,260 | |
| | 3/6/2019 | 1,000 | 74.53 | $ 74,530 | 7/16/2019 | 1,000 | 75.85 | $ 75,850 | | $ 1,320 | |
| | 3/6/2019 | 9 | 73.53 | $ 662 | 7/19/2019 | 9 | 75.3 | $ 678 | | $ 16 | |
| | 3/7/2019 | 991 | 73.35 | $ 72,690 | 7/19/2019 | 991 | 75.3 | $ 74,622 | | $ 1,932 | |
| | 4/3/2019 | 100 | 73.53 | $ 7,353 | 7/23/2019 | 100 | 76.81 | $ 7,681 | | $ 328 | |
| | 4/3/2019 | 900 | 73.53 | $ 66,177 | 7/24/2019 | 900 | 76.81 | $ 69,129 | | $ 2,952 | |
| | 5/7/2019 | 1,000 | 75.85 | $ 75,850 | 8/14/2019 | 1,000 | 69 | $ 69,000 | | $ (6,850) | |
| | 5/8/2019 | 1,000 | 75.01 | $ 75,010 | 8/16/2019 | 1,000 | 69 | $ 69,000 | | $ (6,010) | |
| | 5/13/2019 | 1,000 | 70.55 | $ 70,550 | 10/2/2019 | 1,000 | 61.91 | $ 61,910 | | $ (8,640) | |
| | 5/23/2019 | 1,000 | 70 | $ 70,000 | 10/3/2019 | 1,000 | 64.67 | $ 64,670 | | $ (5,330) | |
| | 5/28/2019 | 91 | 70 | $ 6,370 | 10/10/2019 | 91 | 67.4 | $ 6,133 | | $ (237) | |
| | 5/29/2019 | 909 | 70 | $ 63,630 | 10/10/2019 | 909 | 67.4 | $ 61,267 | | $ (2,363) | |

**FIFO Loss Chart**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Philip Kosowsky | | | | | | | | | | | | |
| Icahn Enterprises (IEP) | | | | | | | | | | | | |
| Class Period: 08/02/2018 through 05/09/2023 | | | | | | | | | | | | |
| **Loss Chart—FIFO** | | | | | | | | | | | | |
| | **PURCHASES/ACQUISITIONS** | | | | | **SALES** | | | | | | |
| | **DATE** | **SHARES** | **PRICE/SH** | **AMOUNT** | | **DATE** | **SHARES** | **PRICE/SH** | **AMOUNT** | | **PROFIT/(LOSS)** | **TOTAL** |
| | | | | | | | | | | | | |
| | 7/18/2019 | 1,000 | 74.7 | $ 74,700 | | 10/15/2019 | 1,000 | 67.16 | $ 67,160 | | $ (7,540) | |
| | 8/1/2019 | 80 | 76.9 | $ 6,152 | | 10/15/2019 | 80 | 67.77 | $ 5,422 | | $ (730) | |
| | 8/2/2019 | 920 | 77 | $ 70,840 | | 10/15/2019 | 920 | 67.77 | $ 62,348 | | $ (8,492) | |
| | 8/5/2019 | 100 | 75.2 | $ 7,520 | | 10/16/2019 | 100 | 68.3 | $ 6,830 | | $ (690) | |
| | 8/5/2019 | 900 | 75.2 | $ 67,680 | | 10/21/2019 | 900 | 68.3 | $ 61,470 | | $ (6,210) | |
| | 8/5/2019 | 897 | 74.7 | $ 67,006 | | 11/4/2019 | 897 | 69.4404 | $ 62,288 | | $ (4,718) | |
| | 8/5/2019 | 100 | 74.7 | $ 7,470 | | 11/4/2019 | 100 | 69.4397 | $ 6,944 | | $ (526) | |
| | 8/5/2019 | 3 | 74.7 | $ 224 | | 11/4/2019 | 3 | 69.414 | $ 208 | | $ (16) | |
| | 8/14/2019 | 1,000 | 68 | $ 68,000 | | 12/12/2019 | 1,000 | 60.9 | $ 60,900 | | $ (7,100) | |
| | 8/15/2019 | 618 | 68 | $ 42,024 | | 2/11/2020 | 618 | 66.82 | $ 41,295 | | $ (729) | |
| | 8/15/2019 | 382 | 68 | $ 25,976 | | 2/11/2020 | 382 | 66.79 | $ 25,514 | | $ (462) | |
| | 8/22/2019 | 1,000 | 68 | $ 68,000 | | 2/20/2020 | 1,000 | 68.22 | $ 68,220 | | $ 220 | |
| | 9/24/2019 | 1 | 66.67 | $ 67 | | 2/24/2020 | 1 | 67.9 | $ 68 | | $ 1 | |
| | 9/24/2019 | 999 | 66.67 | $ 66,603 | | 2/25/2020 | 999 | 67.9 | $ 67,832 | | $ 1,229 | |
| | 10/1/2019 | 1,000 | 63.67 | $ 63,670 | | 5/8/2020 | 1,000 | 50.1 | $ 50,100 | | $ (13,570) | |
| | 10/2/2019 | 1,000 | 61.51 | $ 61,510 | | 5/14/2020 | 1,000 | 49.4 | $ 49,400 | | $ (12,110) | |
| | 10/14/2019 | 1,000 | 67.67 | $ 67,670 | | 5/26/2020 | 1,000 | 50.5 | $ 50,500 | | $ (17,170) | |
| | 10/14/2019 | 1,000 | 66.67 | $ 66,670 | | 5/28/2020 | 1,000 | 49.7 | $ 49,700 | | $ (16,970) | |
| | 10/31/2019 | 1,000 | 68 | $ 68,000 | | 5/29/2020 | 1,000 | 49.8 | $ 49,800 | | $ (18,200) | |
| | 11/5/2019 | 1,000 | 68.22 | $ 68,220 | | 6/3/2020 | 1,000 | 49.98 | $ 49,980 | | $ (18,240) | |
| | 11/6/2019 | 1,000 | 66.67 | $ 66,670 | | 6/4/2020 | 1,000 | 49.97 | $ 49,970 | | $ (16,700) | |
| | 12/10/2019 | 1,000 | 60 | $ 60,000 | | 6/4/2020 | 1,000 | 50.16 | $ 50,160 | | $ (9,840) | |
| | 2/24/2020 | 101 | 66.8 | $ 6,747 | | 6/4/2020 | 101 | 50.4 | $ 5,090 | | $ (1,656) | |
| | 2/24/2020 | 899 | 66.8 | $ 60,053 | | 6/5/2020 | 899 | 50.4 | $ 45,310 | | $ (14,744) | |
| | 2/25/2020 | 1,000 | 66.8 | $ 66,800 | | 6/15/2020 | 1,000 | 50 | $ 50,000 | | $ (16,800) | |
| | 5/1/2020 | 863 | 50.1 | $ 43,236 | | 6/18/2020 | 863 | 49.6 | $ 42,805 | | $ (432) | |
| | 5/1/2020 | 137 | 50.1 | $ 6,864 | | 6/18/2020 | 137 | 49.402 | $ 6,768 | | $ (96) | |
| | 5/8/2020 | 863 | 48.1 | $ 41,510 | | 6/18/2020 | 863 | 49.402 | $ 42,634 | | $ 1,124 | |
| | 5/8/2020 | 137 | 48.1 | $ 6,590 | | 6/19/2020 | 137 | 49.2 | $ 6,740 | | $ 151 | |
| | 5/13/2020 | 863 | 50.01 | $ 43,159 | | 6/19/2020 | 863 | 49.2 | $ 42,460 | | $ (699) | |
| | 5/13/2020 | 137 | 50.01 | $ 6,851 | | 6/19/2020 | 137 | 49.3 | $ 6,754 | | $ (97) | |
| | 5/13/2020 | 863 | 49.5 | $ 42,719 | | 6/19/2020 | 863 | 49.3 | $ 42,546 | | $ (173) | |
| | 5/13/2020 | 137 | 49.5 | $ 6,782 | | 7/2/2020 | 137 | 49.5 | $ 6,782 | | $ - | |
| | 5/14/2020 | 863 | 48.1 | $ 41,510 | | 7/2/2020 | 863 | 49.5 | $ 42,719 | | $ 1,208 | |
| | 5/14/2020 | 137 | 48.1 | $ 6,590 | | 7/15/2020 | 137 | 49.5 | $ 6,782 | | $ 192 | |
| | 5/28/2020 | 863 | 49.2 | $ 42,460 | | 7/15/2020 | 863 | 49.5 | $ 42,719 | | $ 259 | |

Barrack, Rodos & Bacine — PROPRIETARY & CONFIDENTIAL

**FIFO Loss Chart**

Philip Kosowsky
Icahn Enterprises (IEP)
Class Period: 08/02/2018 through 05/09/2023
Loss Chart—FIFO

| | PURCHASES/ACQUISITIONS | | | | SALES | | | | | PROFIT/(LOSS) | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **DATE** | **SHARES** | **PRICE/SH** | **AMOUNT** | | **DATE** | **SHARES** | **PRICE/SH** | **AMOUNT** | **PROFIT/(LOSS)** | **TOTAL** |
| | 5/28/2020 | 17 | 49.2 | $ 836 | | 9/29/2020 | 17 | 49.45 | $ 841 | $ 4 | |
| | 5/28/2020 | 120 | 49.2 | $ 5,904 | | 9/30/2020 | 120 | 49.45 | $ 5,934 | $ 30 | |
| | 5/29/2020 | 863 | 49.2 | $ 42,460 | | 9/30/2020 | 863 | 49.45 | $ 42,675 | $ 216 | |
| | 5/29/2020 | 5 | 49.2 | $ 246 | | 10/28/2020 | 5 | 49.4 | $ 247 | $ 1 | |
| | 5/29/2020 | 12 | 49.2 | $ 590 | | 10/29/2020 | 12 | 49.4 | $ 593 | $ 2 | |
| | 5/29/2020 | 120 | 49.2 | $ 5,904 | | 10/30/2020 | 120 | 49.4 | $ 5,928 | $ 24 | |
| | 6/1/2020 | 863 | 49.2 | $ 42,460 | | 10/30/2020 | 863 | 49.4 | $ 42,632 | $ 173 | |
| | 6/1/2020 | 137 | 49.2 | $ 6,740 | | 11/3/2020 | 137 | 51.24 | $ 7,020 | $ 279 | |
| | 6/3/2020 | 863 | 49.2 | $ 42,460 | | 11/3/2020 | 863 | 51.24 | $ 44,220 | $ 1,761 | |
| | 6/3/2020 | 137 | 49.2 | $ 6,740 | | 11/20/2020 | 137 | 52.35 | $ 7,172 | $ 432 | |
| | 6/11/2020 | 863 | 49 | $ 42,287 | | 11/20/2020 | 863 | 52.35 | $ 45,178 | $ 2,891 | |
| | 6/11/2020 | 137 | 49 | $ 6,713 | | 1/5/2021 | 137 | 53.4 | $ 7,316 | $ 603 | |
| | 6/18/2020 | 863 | 49 | $ 42,287 | | 1/5/2021 | 863 | 53.4 | $ 46,084 | $ 3,797 | |
| | 6/18/2020 | 1,000 | 49 | $ 49,000 | | 2/1/2021 | 1,000 | 56.7 | $ 56,700 | $ 7,700 | |
| | 6/19/2020 | 750 | 49 | $ 36,750 | | 3/8/2021 | 750 | 62 | $ 46,500 | $ 9,750 | |
| | 6/19/2020 | 250 | 49 | $ 12,250 | | 3/8/2021 | 250 | 61.4 | $ 15,350 | $ 3,100 | |
| | 6/19/2020 | 1,000 | 49 | $ 49,000 | | 3/9/2021 | 1,000 | 60.75 | $ 60,750 | $ 11,750 | |
| | 6/19/2020 | 1,000 | 49 | $ 49,000 | | 4/5/2021 | 1,000 | 56.56 | $ 56,560 | $ 7,560 | |
| | 9/21/2020 | 1,000 | 48.45 | $ 48,450 | | 4/5/2021 | 1,000 | 57.13 | $ 57,130 | $ 8,680 | |
| | 10/26/2020 | 131 | 50.24 | $ 6,581 | | 4/5/2021 | 131 | 57.23 | $ 7,497 | $ 916 | |
| | 10/26/2020 | 19 | 50.24 | $ 955 | | 4/6/2021 | 19 | 57.23 | $ 1,087 | $ 133 | |
| | 10/26/2020 | 850 | 50.24 | $ 42,704 | | 4/15/2021 | 850 | 57.23 | $ 48,646 | $ 5,942 | |
| | 10/28/2020 | 1,000 | 48.8 | $ 48,800 | | 7/1/2021 | 1,000 | 55.9043 | $ 55,904 | $ 7,104 | |
| | 11/9/2020 | 900 | 52.15 | $ 46,935 | | 7/21/2021 | 900 | 57.3 | $ 51,570 | $ 4,635 | |
| | 11/9/2020 | 100 | 52.135 | $ 5,214 | | 7/21/2021 | 100 | 57.3 | $ 5,730 | $ 517 | |
| | 11/18/2020 | 1,000 | 52.1 | $ 52,100 | | 7/29/2021 | 1,000 | 58.42 | $ 58,420 | $ 6,320 | |
| | 1/29/2021 | 1,000 | 55.8 | $ 55,800 | | 7/29/2021 | 1,000 | 58.48 | $ 58,480 | $ 2,680 | |
| | 2/26/2021 | 1,000 | 65.2 | $ 65,200 | | 7/29/2021 | 1,000 | 58.54 | $ 58,540 | $ (6,660) | |
| | 2/26/2021 | 1,000 | 63.9 | $ 63,900 | | 7/29/2021 | 1,000 | 58.55 | $ 58,550 | $ (5,350) | |
| | 3/1/2021 | 1,000 | 62.9 | $ 62,900 | | 7/29/2021 | 1,000 | 58.7 | $ 58,700 | $ (4,200) | |
| | 3/1/2021 | 107 | 61 | $ 6,527 | | 7/29/2021 | 107 | 58.745 | $ 6,286 | $ (241) | |
| | 3/1/2021 | 893 | 61 | $ 54,473 | | 7/29/2021 | 893 | 58.7402 | $ 52,455 | $ (2,018) | |
| | 3/4/2021 | 1,000 | 59.62 | $ 59,620 | | 8/2/2021 | 1,000 | 58.65 | $ 58,650 | $ (970) | |
| | 3/9/2021 | 1,000 | 60 | $ 60,000 | | 8/6/2021 | 1,000 | 58.5 | $ 58,500 | $ (1,500) | |
| | 3/17/2021 | 1,000 | 60.4199 | $ 60,420 | | 10/1/2021 | 1,000 | 50.6 | $ 50,600 | $ (9,820) | |
| | 3/17/2021 | 1,000 | 60 | $ 60,000 | | 10/1/2021 | 1,000 | 51.26 | $ 51,260 | $ (8,740) | |

**FIFO Loss Chart**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Philip Kosowsky | | | | | | | | | | | | |
| Icahn Enterprises (IEP) | | | | | | | | | | | | |
| Class Period: 08/02/2018 through 05/09/2023 | | | | | | | | | | | | |
| Loss Chart—FIFO | | | | | | | | | | | | |
| | **PURCHASES/ACQUISITIONS** | | | | **SALES** | | | | | | | |
| | **DATE** | **SHARES** | **PRICE/SH** | **AMOUNT** | **DATE** | **SHARES** | **PRICE/SH** | **AMOUNT** | | **PROFIT/(LOSS)** | | **TOTAL** |
| | | | | | | | | | | | | |
| | 3/22/2021 | 1,000 | 58.8 | $ 58,800 | 11/22/2021 | 1,000 | 52.25 | $ 52,250 | | $ (6,550) | | |
| | 3/23/2021 | 1 | 57.132 | $ 57 | 12/1/2021 | 1 | 51.37 | $ 51 | | $ (6) | | |
| | 3/23/2021 | 199 | 57.132 | $ 11,369 | 12/8/2021 | 199 | 50.48 | $ 10,046 | | $ (1,324) | | |
| | 3/23/2021 | 495 | 57.12 | $ 28,274 | 12/8/2021 | 495 | 50.48 | $ 24,988 | | $ (3,287) | | |
| | 3/23/2021 | 305 | 57.12 | $ 17,422 | 12/8/2021 | 305 | 50.48 | $ 15,396 | | $ (2,025) | | |
| | 3/24/2021 | 300 | 56.562 | $ 16,969 | 12/8/2021 | 300 | 50.48 | $ 15,144 | | $ (1,825) | | |
| | 3/24/2021 | 395 | 56.55 | $ 22,337 | 12/8/2021 | 395 | 50.48 | $ 19,940 | | $ (2,398) | | |
| | 3/24/2021 | 305 | 56.55 | $ 17,248 | 12/15/2021 | 305 | 50.1 | $ 15,281 | | $ (1,967) | | |
| | 4/5/2021 | 695 | 56.73 | $ 39,427 | 12/15/2021 | 695 | 50.1 | $ 34,820 | | $ (4,608) | | |
| | 4/5/2021 | 305 | 56.73 | $ 17,303 | 12/17/2021 | 305 | 50 | $ 15,250 | | $ (2,053) | | |
| | 5/12/2021 | 695 | 59.2 | $ 41,144 | 12/17/2021 | 695 | 50 | $ 34,750 | | $ (6,394) | | |
| | 5/12/2021 | 305 | 59.2 | $ 18,056 | 12/20/2021 | 305 | 49.99 | $ 15,247 | | $ (2,809) | | |
| | 5/12/2021 | 695 | 58.7 | $ 40,797 | 12/20/2021 | 695 | 49.99 | $ 34,743 | | $ (6,053) | | |
| | 5/12/2021 | 305 | 58.7 | $ 17,904 | 12/20/2021 | 305 | 50.1401 | $ 15,293 | | $ (2,611) | | |
| | 5/12/2021 | 695 | 57.8 | $ 40,171 | 12/20/2021 | 695 | 50.1401 | $ 34,847 | | $ (5,324) | | |
| | 5/12/2021 | 134 | 57.8 | $ 7,745 | 12/21/2021 | 134 | 50.29 | $ 6,739 | | $ (1,006) | | |
| | 5/12/2021 | 171 | 57.8 | $ 9,884 | 1/3/2022 | 171 | 50.29 | $ 8,600 | | $ (1,284) | | |
| | 5/19/2021 | 555 | 57.3345 | $ 31,821 | 1/3/2022 | 555 | 50.29 | $ 27,911 | | $ (3,910) | | |
| | 5/19/2021 | 140 | 57.31 | $ 8,023 | 1/3/2022 | 140 | 50.29 | $ 7,041 | | $ (983) | | |
| | 5/19/2021 | 105 | 57.31 | $ 6,018 | 1/3/2022 | 105 | 50.6 | $ 5,313 | | $ (705) | | |
| | 5/19/2021 | 200 | 57.29 | $ 11,458 | 1/3/2022 | 200 | 50.6 | $ 10,120 | | $ (1,338) | | |
| | 5/21/2021 | 695 | 57.55 | $ 39,997 | 1/3/2022 | 695 | 50.6 | $ 35,167 | | $ (4,830) | | |
| | 5/21/2021 | 305 | 57.55 | $ 17,553 | 1/3/2022 | 305 | 51.1 | $ 15,586 | | $ (1,967) | | |
| | 5/21/2021 | 695 | 57.4 | $ 39,893 | 1/3/2022 | 695 | 51.1 | $ 35,515 | | $ (4,379) | | |
| | 5/21/2021 | 305 | 57.4 | $ 17,507 | 1/3/2022 | 305 | 51.3 | $ 15,647 | | $ (1,861) | | |
| | 5/24/2021 | 695 | 57.4 | $ 39,893 | 1/3/2022 | 695 | 51.3 | $ 35,654 | | $ (4,240) | | |
| | 5/24/2021 | 305 | 57.4 | $ 17,507 | 1/3/2022 | 305 | 52.03 | $ 15,869 | | $ (1,638) | | |
| | 5/24/2021 | 695 | 57.3999 | $ 39,893 | 1/3/2022 | 695 | 52.03 | $ 36,161 | | $ (3,732) | | |
| | 5/24/2021 | 305 | 57.3999 | $ 17,507 | 1/4/2022 | 305 | 52.4 | $ 15,982 | | $ (1,525) | | |
| | 5/24/2021 | 695 | 57.4 | $ 39,893 | 1/4/2022 | 695 | 52.4 | $ 36,418 | | $ (3,475) | | |
| | 5/24/2021 | 305 | 57.4 | $ 17,507 | 1/4/2022 | 305 | 53 | $ 16,165 | | $ (1,342) | | |
| | 5/24/2021 | 695 | 57.35 | $ 39,858 | 1/4/2022 | 695 | 53 | $ 36,835 | | $ (3,023) | | |
| | 5/24/2021 | 305 | 57.35 | $ 17,492 | 1/7/2022 | 305 | 54.2401 | $ 16,543 | | $ (949) | | |
| | 5/24/2021 | 695 | 57.3 | $ 39,824 | 1/7/2022 | 695 | 54.2401 | $ 37,697 | | $ (2,127) | | |
| | 5/24/2021 | 305 | 57.3 | $ 17,477 | 1/13/2022 | 305 | 54.65 | $ 16,668 | | $ (808) | | |
| | 6/2/2021 | 695 | 55.3 | $ 38,434 | 1/13/2022 | 695 | 54.65 | $ 37,982 | | $ (452) | | |

**FIFO Loss Chart**

| Philip Kosowsky | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Icahn Enterprises (IEP) | | | | | | | | | | |
| Class Period: 08/02/2018 through 05/09/2023 | | | | | | | | | | |
| **Loss Chart—FIFO** | | | | | | | | | | |
| | **PURCHASES/ACQUISITIONS** | | | | **SALES** | | | | | |
| | **DATE** | **SHARES** | **PRICE/SH** | **AMOUNT** | **DATE** | **SHARES** | **PRICE/SH** | **AMOUNT** | **PROFIT/(LOSS)** | **TOTAL** |
| | 6/2/2021 | 305 | 55.3 | $ 16,867 | 1/18/2022 | 305 | 54.75 | $ 16,699 | $ (168) | |
| | 7/19/2021 | 695 | 55.55 | $ 38,607 | 1/18/2022 | 695 | 54.75 | $ 38,051 | $ (556) | |
| | 7/19/2021 | 305 | 55.55 | $ 16,943 | 1/18/2022 | 305 | 54.89 | $ 16,741 | $ (201) | |
| | 7/29/2021 | 695 | 58.38 | $ 40,574 | 1/18/2022 | 695 | 54.89 | $ 38,149 | $ (2,426) | |
| | 7/29/2021 | 305 | 58.38 | $ 17,806 | 1/25/2022 | 305 | 51.2 | $ 15,616 | $ (2,190) | |
| | 7/30/2021 | 695 | 58.1 | $ 40,380 | 1/25/2022 | 695 | 51.2 | $ 35,584 | $ (4,796) | |
| | 7/30/2021 | 305 | 58.1 | $ 17,721 | 1/25/2022 | 305 | 52.0056 | $ 15,862 | $ (1,859) | |
| | 8/2/2021 | 695 | 58.05 | $ 40,345 | 1/25/2022 | 695 | 52.0056 | $ 36,144 | $ (4,201) | |
| | 8/2/2021 | 305 | 58.05 | $ 17,705 | 1/25/2022 | 305 | 52.25 | $ 15,936 | $ (1,769) | |
| | 8/2/2021 | 695 | 57.85 | $ 40,206 | 1/25/2022 | 695 | 52.25 | $ 36,314 | $ (3,892) | |
| | 8/2/2021 | 305 | 57.85 | $ 17,644 | 1/25/2022 | 305 | 52.95 | $ 16,150 | $ (1,495) | |
| | 8/3/2021 | 695 | 57.55 | $ 39,997 | 1/25/2022 | 695 | 52.95 | $ 36,800 | $ (3,197) | |
| | 8/3/2021 | 305 | 57.55 | $ 17,553 | 1/26/2022 | 305 | 53.35 | $ 16,272 | $ (1,281) | |
| | 8/6/2021 | 695 | 57.83 | $ 40,192 | 1/26/2022 | 695 | 53.35 | $ 37,078 | $ (3,114) | |
| | 8/6/2021 | 305 | 57.83 | $ 17,638 | 2/2/2022 | 305 | 55 | $ 16,775 | $ (863) | |
| | 8/9/2021 | 695 | 58.35 | $ 40,553 | 2/2/2022 | 695 | 55 | $ 38,225 | $ (2,328) | |
| | 8/9/2021 | 305 | 58.35 | $ 17,797 | 2/8/2022 | 305 | 54.8 | $ 16,714 | $ (1,083) | |
| | 8/10/2021 | 695 | 58.58 | $ 40,713 | 2/8/2022 | 695 | 54.8 | $ 38,086 | $ (2,627) | |
| | 8/10/2021 | 305 | 58.58 | $ 17,867 | 2/9/2022 | 305 | 55.24 | $ 16,848 | $ (1,019) | |
| | 8/11/2021 | 695 | 58 | $ 40,310 | 2/9/2022 | 695 | 55.24 | $ 38,392 | $ (1,918) | |
| | 8/11/2021 | 305 | 58 | $ 17,690 | 2/10/2022 | 305 | 55.42 | $ 16,903 | $ (787) | |
| | 8/16/2021 | 695 | 58.26 | $ 40,491 | 2/10/2022 | 695 | 55.42 | $ 38,517 | $ (1,974) | |
| | 8/16/2021 | 78 | 58.26 | $ 4,544 | 2/14/2022 | 78 | 55 | $ 4,290 | $ (254) | |
| | 8/16/2021 | 227 | 58.26 | $ 13,225 | 2/15/2022 | 227 | 55 | $ 12,485 | $ (740) | |
| | 8/17/2021 | 695 | 58.1 | $ 40,380 | 2/15/2022 | 695 | 55 | $ 38,225 | $ (2,155) | |
| | 8/17/2021 | 305 | 58.1 | $ 17,721 | 2/15/2022 | 305 | 55.25 | $ 16,851 | $ (869) | |
| | 8/17/2021 | 695 | 58.2 | $ 40,449 | 2/15/2022 | 695 | 55.25 | $ 38,399 | $ (2,050) | |
| | 8/17/2021 | 305 | 58.2 | $ 17,751 | 2/16/2022 | 305 | 55.49 | $ 16,924 | $ (827) | |
| | 8/17/2021 | 695 | 58.05 | $ 40,345 | 2/16/2022 | 695 | 55.49 | $ 38,566 | $ (1,779) | |
| | 8/17/2021 | 305 | 58.05 | $ 17,705 | 2/17/2022 | 305 | 55.3 | $ 16,867 | $ (839) | |
| | 8/17/2021 | 695 | 58.02 | $ 40,324 | 2/17/2022 | 695 | 55.3 | $ 38,434 | $ (1,890) | |
| | 8/17/2021 | 305 | 58.02 | $ 17,696 | 2/24/2022 | 305 | 54 | $ 16,470 | $ (1,226) | |
| | 8/17/2021 | 695 | 58.01 | $ 40,317 | 2/24/2022 | 695 | 54 | $ 37,530 | $ (2,787) | |
| | 8/17/2021 | 305 | 58.01 | $ 17,693 | 2/24/2022 | 305 | 54.5 | $ 16,623 | $ (1,071) | |
| | 8/17/2021 | 695 | 58.01 | $ 40,317 | 2/24/2022 | 695 | 54.5 | $ 37,878 | $ (2,439) | |
| | 8/17/2021 | 305 | 58.01 | $ 17,693 | 3/4/2022 | 305 | 54 | $ 16,470 | $ (1,223) | |

**FIFO Loss Chart**

| Philip Kosowsky | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Icahn Enterprises (IEP) | | | | | | | | | | |
| Class Period: 08/02/2018 through 05/09/2023 | | | | | | | | | | |
| **Loss Chart—FIFO** | | | | | | | | | | |
| **PURCHASES/ACQUISITIONS** | | | | | **SALES** | | | | | **TOTAL** |
| **DATE** | **SHARES** | **PRICE/SH** | **AMOUNT** | | **DATE** | **SHARES** | **PRICE/SH** | **AMOUNT** | **PROFIT/(LOSS)** | |
| 8/17/2021 | 695 | 58.01 | $ 40,317 | | 3/4/2022 | 695 | 54 | $ 37,530 | $ (2,787) | |
| 8/17/2021 | 1,000 | 58.01 | $ 58,010 | | 5/17/2022 | 1,000 | 55 | $ 55,000 | $ (3,010) | |
| 8/17/2021 | 305 | 58.01 | $ 17,693 | | 5/17/2022 | 305 | 55.3 | $ 16,867 | $ (827) | |
| 8/19/2021 | 695 | 54.75 | $ 38,051 | | 5/17/2022 | 695 | 55.3 | $ 38,434 | $ 382 | |
| 8/19/2021 | 305 | 54.75 | $ 16,699 | | 5/23/2022 | 305 | 50.93 | $ 15,534 | $ (1,165) | |
| 8/20/2021 | 695 | 54.6 | $ 37,947 | | 5/23/2022 | 695 | 50.93 | $ 35,396 | $ (2,551) | |
| 8/20/2021 | 305 | 54.6 | $ 16,653 | | 5/23/2022 | 305 | 51.3 | $ 15,647 | $ (1,007) | |
| 8/20/2021 | 695 | 54.6799 | $ 38,003 | | 5/23/2022 | 695 | 51.3 | $ 35,654 | $ (2,349) | |
| 8/20/2021 | 305 | 54.6799 | $ 16,677 | | 5/24/2022 | 305 | 51.1 | $ 15,586 | $ (1,092) | |
| 8/20/2021 | 695 | 55.04 | $ 38,253 | | 5/24/2022 | 695 | 51.1 | $ 35,515 | $ (2,738) | |
| 8/20/2021 | 305 | 55.04 | $ 16,787 | | 5/24/2022 | 305 | 51.3 | $ 15,647 | $ (1,141) | |
| 8/23/2021 | 695 | 54.85 | $ 38,121 | | 5/24/2022 | 695 | 51.3 | $ 35,654 | $ (2,467) | |
| 8/23/2021 | 305 | 54.85 | $ 16,729 | | 5/31/2022 | 305 | 51.3 | $ 15,647 | $ (1,083) | |
| 8/23/2021 | 695 | 54.71 | $ 38,023 | | 5/31/2022 | 695 | 51.3 | $ 35,654 | $ (2,370) | |
| 8/23/2021 | 305 | 54.71 | $ 16,687 | | 6/1/2022 | 305 | 51.1 | $ 15,586 | $ (1,101) | |
| 8/25/2021 | 695 | 54.56 | $ 37,919 | | 6/1/2022 | 695 | 51.1 | $ 35,515 | $ (2,405) | |
| 8/25/2021 | 1,000 | 54.56 | $ 54,560 | | 6/1/2022 | 1,000 | 51.3 | $ 51,300 | $ (3,260) | |
| 8/25/2021 | 1,000 | 54.56 | $ 54,560 | | 6/2/2022 | 1,000 | 51.2 | $ 51,200 | $ (3,360) | |
| 8/25/2021 | 100 | 54.56 | $ 5,456 | | 6/2/2022 | 100 | 51.31 | $ 5,131 | $ (325) | |
| 8/25/2021 | 900 | 54.56 | $ 49,104 | | 6/2/2022 | 900 | 51.3 | $ 46,170 | $ (2,934) | |
| 8/25/2021 | 1,000 | 54.56 | $ 54,560 | | 6/2/2022 | 1,000 | 51.3 | $ 51,300 | $ (3,260) | |
| 8/25/2021 | 1,000 | 54.56 | $ 54,560 | | 6/7/2022 | 1,000 | 51.25 | $ 51,250 | $ (3,310) | |
| 8/25/2021 | 1,000 | 54.56 | $ 54,560 | | 6/7/2022 | 1,000 | 51.3 | $ 51,300 | $ (3,260) | |
| 8/25/2021 | 192 | 54.56 | $ 10,476 | | 6/8/2022 | 192 | 51.83 | $ 9,951 | $ (524) | |
| 8/25/2021 | 1,000 | 54.56 | $ 54,560 | | 6/8/2022 | 1,000 | 51.8101 | $ 51,810 | $ (2,750) | |
| 8/25/2021 | 808 | 54.56 | $ 44,084 | | 6/8/2022 | 808 | 51.8501 | $ 41,895 | $ (2,190) | |
| 8/25/2021 | 1,000 | 54.56 | $ 54,560 | | 6/13/2022 | 1,000 | 50.6 | $ 50,600 | $ (3,960) | |
| 8/25/2021 | 110 | 54.56 | $ 6,002 | | 6/14/2022 | 110 | 50.57 | $ 5,563 | $ (439) | |
| 8/25/2021 | 195 | 54.56 | $ 10,639 | | 6/17/2022 | 195 | 49.3 | $ 9,614 | $ (1,026) | |
| 8/25/2021 | 805 | 53.98 | $ 43,454 | | 6/17/2022 | 805 | 49.3 | $ 39,687 | $ (3,767) | |
| 8/25/2021 | 195 | 53.98 | $ 10,526 | | 6/21/2022 | 195 | 49.76 | $ 9,703 | $ (823) | |
| 9/8/2021 | 805 | 52.79 | $ 42,496 | | 6/21/2022 | 805 | 49.76 | $ 40,057 | $ (2,439) | |
| 9/8/2021 | 195 | 52.79 | $ 10,294 | | 6/22/2022 | 195 | 48.8 | $ 9,516 | $ (778) | |
| 9/17/2021 | 805 | 51.26 | $ 41,264 | | 6/22/2022 | 805 | 48.8 | $ 39,284 | $ (1,980) | |
| 9/17/2021 | 195 | 51.26 | $ 9,996 | | 6/27/2022 | 195 | 48.49 | $ 9,456 | $ (540) | |
| 9/20/2021 | 805 | 50.26 | $ 40,459 | | 6/27/2022 | 805 | 48.49 | $ 39,034 | $ (1,425) | |

**FIFO Loss Chart**

| Philip Kosowsky | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Icahn Enterprises (IEP) | | | | | | | | | | |
| Class Period: 08/02/2018 through 05/09/2023 | | | | | | | | | | |
| **Loss Chart—FIFO** | | | | | | | | | | |
| | **PURCHASES/ACQUISITIONS** | | | | **SALES** | | | | | |
| | **DATE** | **SHARES** | **PRICE/SH** | **AMOUNT** | **DATE** | **SHARES** | **PRICE/SH** | **AMOUNT** | **PROFIT/(LOSS)** | **TOTAL** |
| | 9/20/2021 | 195 | 50.26 | $ 9,801 | 6/27/2022 | 195 | 48.7 | $ 9,497 | $ (304) | |
| | 9/28/2021 | 805 | 50 | $ 40,250 | 6/27/2022 | 805 | 48.7 | $ 39,204 | $ (1,047) | |
| | 9/28/2021 | 195 | 50 | $ 9,750 | 6/28/2022 | 195 | 49.5 | $ 9,653 | $ (98) | |
| | 9/30/2021 | 805 | 49.8 | $ 40,089 | 6/28/2022 | 805 | 49.5 | $ 39,848 | $ (242) | |
| | 9/30/2021 | 195 | 49.8 | $ 9,711 | 6/30/2022 | 195 | 48.4001 | $ 9,438 | $ (273) | |
| | 11/15/2021 | 800 | 54.89 | $ 43,912 | 6/30/2022 | 800 | 48.4001 | $ 38,720 | $ (5,192) | |
| | 11/15/2021 | 5 | 54.8685 | $ 274 | 6/30/2022 | 5 | 48.4001 | $ 242 | $ (32) | |
| | 11/15/2021 | 195 | 54.8685 | $ 10,699 | 7/1/2022 | 195 | 48.1 | $ 9,380 | $ (1,320) | |
| | 11/15/2021 | 805 | 54.7 | $ 44,034 | 7/1/2022 | 805 | 48.1 | $ 38,721 | $ (5,313) | |
| | 11/15/2021 | 195 | 54.7 | $ 10,667 | 7/6/2022 | 195 | 48.8 | $ 9,516 | $ (1,151) | |
| | 11/15/2021 | 805 | 54.6 | $ 43,953 | 7/6/2022 | 805 | 48.8 | $ 39,284 | $ (4,669) | |
| | 11/15/2021 | 195 | 54.6 | $ 10,647 | 7/6/2022 | 195 | 49 | $ 9,555 | $ (1,092) | |
| | 11/16/2021 | 805 | 54 | $ 43,470 | 7/6/2022 | 805 | 49 | $ 39,445 | $ (4,025) | |
| | 11/16/2021 | 195 | 54 | $ 10,530 | 7/8/2022 | 195 | 49.8 | $ 9,711 | $ (819) | |
| | 11/16/2021 | 805 | 53.45 | $ 43,027 | 7/8/2022 | 805 | 49.8 | $ 40,089 | $ (2,938) | |
| | 11/16/2021 | 195 | 53.45 | $ 10,423 | 7/8/2022 | 195 | 50.4 | $ 9,828 | $ (595) | |
| | 11/16/2021 | 805 | 53 | $ 42,665 | 7/8/2022 | 805 | 50.4 | $ 40,572 | $ (2,093) | |
| | 11/16/2021 | 195 | 53 | $ 10,335 | 7/13/2022 | 195 | 51.4 | $ 10,023 | $ (312) | |
| | 11/18/2021 | 805 | 52 | $ 41,860 | 7/13/2022 | 805 | 51.4 | $ 41,377 | $ (483) | |
| | 11/18/2021 | 195 | 52 | $ 10,140 | 7/15/2022 | 195 | 51.6 | $ 10,062 | $ (78) | |
| | 11/19/2021 | 805 | 51 | $ 41,055 | 7/15/2022 | 805 | 51.6 | $ 41,538 | $ 483 | |
| | 11/19/2021 | 195 | 51 | $ 9,945 | 7/28/2022 | 195 | 52.5 | $ 10,238 | $ 293 | |
| | 11/23/2021 | 805 | 51.3 | $ 41,297 | 7/28/2022 | 805 | 52.5 | $ 42,263 | $ 966 | |
| | 11/23/2021 | 195 | 51.3 | $ 10,004 | 7/29/2022 | 195 | 53.55 | $ 10,442 | $ 439 | |
| | 11/26/2021 | 805 | 50.6 | $ 40,733 | 7/29/2022 | 805 | 53.55 | $ 43,108 | $ 2,375 | |
| | 11/26/2021 | 195 | 50.6 | $ 9,867 | 8/22/2022 | 195 | 50.2501 | $ 9,799 | $ (68) | |
| | 11/30/2021 | 805 | 50 | $ 40,250 | 8/22/2022 | 805 | 50.2501 | $ 40,451 | $ 201 | |
| | 11/30/2021 | 195 | 50 | $ 9,750 | 9/28/2022 | 195 | 50.05 | $ 9,760 | $ 10 | |
| | 12/1/2021 | 117 | 50 | $ 5,850 | 9/28/2022 | 117 | 50.05 | $ 5,856 | $ 6 | |
| | 12/1/2021 | 688 | 50 | $ 34,400 | 9/28/2022 | 688 | 50 | $ 34,400 | $ - | |
| | 12/1/2021 | 196 | 50 | $ 9,800 | 10/3/2022 | 196 | 50.8 | $ 9,957 | $ 157 | |
| | 12/3/2021 | 804 | 49.9 | $ 40,120 | 10/3/2022 | 804 | 50.8 | $ 40,843 | $ 724 | |
| | 12/3/2021 | 196 | 49.9 | $ 9,780 | 10/4/2022 | 196 | 51.5 | $ 10,094 | $ 314 | |
| | 12/8/2021 | 694 | 50.01 | $ 34,707 | 10/4/2022 | 694 | 51.5 | $ 35,741 | $ 1,034 | |
| | 12/10/2021 | 110 | 50 | $ 5,500 | 10/4/2022 | 110 | 51.5 | $ 5,665 | $ 165 | |
| | 12/10/2021 | 890 | 50 | $ 44,500 | 10/5/2022 | 890 | 52.35 | $ 46,592 | $ 2,092 | |

Barrack, Rodos & Bacine — PROPRIETARY & CONFIDENTIAL

**FIFO Loss Chart**

Philip Kosowsky
Icahn Enterprises (IEP)
Class Period: 08/02/2018 through 05/09/2023
Loss Chart—FIFO

| | PURCHASES/ACQUISITIONS | | | | SALES | | | | | PROFIT/(LOSS) | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | PRICE/SH | AMOUNT | DATE | SHARES | PRICE/SH | AMOUNT | | PROFIT/(LOSS) | TOTAL |
| | 12/14/2021 | 110 | 49.5 | $ 5,445 | 10/5/2022 | 110 | 52.35 | $ 5,759 | | $ 314 | |
| | 12/14/2021 | 890 | 49.5 | $ 44,055 | 10/13/2022 | 890 | 53.05 | $ 47,215 | | $ 3,160 | |
| | 12/15/2021 | 110 | 49 | $ 5,390 | 10/13/2022 | 110 | 53.05 | $ 5,836 | | $ 446 | |
| | 12/15/2021 | 890 | 49 | $ 43,610 | 12/7/2022 | 890 | 50.4601 | $ 44,909 | | $ 1,299 | |
| | 12/17/2021 | 110 | 49.4 | $ 5,434 | 12/7/2022 | 110 | 50.4601 | $ 5,551 | | $ 117 | |
| | 12/17/2021 | 890 | 49.4 | $ 43,966 | 12/13/2022 | 890 | 50.6 | $ 45,034 | | $ 1,068 | |
| | 12/21/2021 | 110 | 49.5 | $ 5,445 | 12/13/2022 | 110 | 50.6 | $ 5,566 | | $ 121 | |
| | 12/21/2021 | 890 | 49.5 | $ 44,055 | 12/13/2022 | 890 | 50.5 | $ 44,945 | | $ 890 | |
| | 12/31/2021 | 110 | 49.6 | $ 5,456 | 12/13/2022 | 110 | 50.5 | $ 5,555 | | $ 99 | |
| | 12/31/2021 | 890 | 49.6 | $ 44,144 | 12/13/2022 | 890 | 50.5 | $ 44,945 | | $ 801 | |
| | 1/10/2022 | 110 | 53.24 | $ 5,856 | 12/13/2022 | 110 | 50.5 | $ 5,555 | | $ (301) | |
| | 1/10/2022 | 890 | 53.24 | $ 47,384 | 12/14/2022 | 890 | 51 | $ 45,390 | | $ (1,994) | |
| | 1/18/2022 | 110 | 54.45 | $ 5,990 | 12/14/2022 | 110 | 51 | $ 5,610 | | $ (380) | |
| | 1/18/2022 | 590 | 54.45 | $ 32,126 | 12/16/2022 | 590 | 50.7301 | $ 29,931 | | $ (2,195) | |
| | 1/18/2022 | 300 | 54.44 | $ 16,332 | 12/16/2022 | 300 | 50.7301 | $ 15,219 | | $ (1,113) | |
| | 1/18/2022 | 110 | 54.49 | $ 5,994 | 12/16/2022 | 110 | 50.7301 | $ 5,580 | | $ (414) | |
| | 1/18/2022 | 890 | 54.49 | $ 48,496 | 12/21/2022 | 890 | 50.7 | $ 45,123 | | $ (3,373) | |
| | 1/20/2022 | 110 | 53.25 | $ 5,858 | 12/21/2022 | 110 | 50.7 | $ 5,577 | | $ (281) | |
| | 1/20/2022 | 890 | 53.25 | $ 47,393 | 12/21/2022 | 890 | 50.75 | $ 45,168 | | $ (2,225) | |
| | 1/20/2022 | 110 | 52.75 | $ 5,803 | 12/21/2022 | 110 | 50.75 | $ 5,583 | | $ (220) | |
| | 1/20/2022 | 890 | 52.75 | $ 46,948 | 12/23/2022 | 890 | 50.63 | $ 45,061 | | $ (1,887) | |
| | 1/21/2022 | 110 | 52.25 | $ 5,748 | 12/23/2022 | 110 | 50.63 | $ 5,569 | | $ (178) | |
| | 1/21/2022 | 890 | 52.25 | $ 46,503 | 12/30/2022 | 890 | 50.5 | $ 44,945 | | $ (1,558) | |
| | 1/21/2022 | 110 | 51.75 | $ 5,693 | 12/30/2022 | 110 | 50.5 | $ 5,555 | | $ (138) | |
| | 1/21/2022 | 890 | 51.75 | $ 46,058 | 1/6/2023 | 890 | 53.45 | $ 47,571 | | $ 1,513 | |
| | 1/21/2022 | 110 | 51.25 | $ 5,638 | 1/6/2023 | 110 | 53.45 | $ 5,880 | | $ 242 | |
| | 1/21/2022 | 890 | 51.25 | $ 45,613 | 1/10/2023 | 890 | 53.0301 | $ 47,197 | | $ 1,584 | |
| | 1/24/2022 | 110 | 50.75 | $ 5,583 | 1/10/2023 | 110 | 53.0301 | $ 5,833 | | $ 251 | |
| | 1/24/2022 | 890 | 50.75 | $ 45,168 | 1/17/2023 | 890 | 53.44 | $ 47,562 | | $ 2,394 | |
| | 1/24/2022 | 110 | 50 | $ 5,500 | 1/17/2023 | 110 | 53.44 | $ 5,878 | | $ 378 | |
| | 1/24/2022 | 890 | 50 | $ 44,500 | 1/24/2023 | 890 | 53.1401 | $ 47,295 | | $ 2,795 | |
| | 1/25/2022 | 110 | 52.7 | $ 5,797 | 1/24/2023 | 110 | 53.1401 | $ 5,845 | | $ 48 | |
| | 1/25/2022 | 890 | 52.7 | $ 46,903 | 1/24/2023 | 890 | 53.3 | $ 47,437 | | $ 534 | |
| | 1/26/2022 | 110 | 52.69 | $ 5,796 | 1/24/2023 | 110 | 53.3 | $ 5,863 | | $ 67 | |
| | 1/26/2022 | 890 | 52.69 | $ 46,894 | 1/24/2023 | 890 | 53.45 | $ 47,571 | | $ 676 | |
| | 1/26/2022 | 110 | 52.7 | $ 5,797 | 1/24/2023 | 110 | 53.45 | $ 5,880 | | $ 83 | |

Barrack, Rodos & Bacine — PROPRIETARY & CONFIDENTIAL

**FIFO Loss Chart**

Philip Kosowsky
Icahn Enterprises (IEP)
Class Period: 08/02/2018 through 05/09/2023
Loss Chart—FIFO

| | PURCHASES/ACQUISITIONS | | | | SALES | | | | PROFIT/(LOSS) | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | PRICE/SH | AMOUNT | DATE | SHARES | PRICE/SH | AMOUNT | | |
| | 1/26/2022 | 890 | 52.7 | $ 46,903 | 1/25/2023 | 890 | 53.5 | $ 47,615 | $ 712 | |
| | 2/3/2022 | 110 | 54.15 | $ 5,957 | 1/25/2023 | 110 | 53.5 | $ 5,885 | $ (72) | |
| | 2/3/2022 | 890 | 54.15 | $ 48,194 | 1/25/2023 | 890 | 53.625 | $ 47,726 | $ (467) | |
| | 2/11/2022 | 110 | 54.5 | $ 5,995 | 1/25/2023 | 110 | 53.625 | $ 5,899 | $ (96) | |
| | 2/11/2022 | 890 | 54.5 | $ 48,505 | 1/26/2023 | 890 | 53.85 | $ 47,927 | $ (579) | |
| | 2/17/2022 | 1,000 | 55.25 | $ 55,250 | 1/26/2023 | 1,000 | 53.85 | $ 53,850 | $ (1,400) | |
| | 2/17/2022 | 110 | 55 | $ 6,050 | 1/26/2023 | 110 | 53.85 | $ 5,924 | $ (127) | |
| | 2/17/2022 | 890 | 55 | $ 48,950 | 1/27/2023 | 890 | 53.97 | $ 48,033 | $ (917) | |
| | 2/18/2022 | 110 | 55 | $ 6,050 | 1/27/2023 | 110 | 53.97 | $ 5,937 | $ (113) | |
| | 2/18/2022 | 890 | 55 | $ 48,950 | 1/27/2023 | 890 | 54 | $ 48,060 | $ (890) | |
| | 2/22/2022 | 110 | 54.5 | $ 5,995 | 1/27/2023 | 110 | 54 | $ 5,940 | $ (55) | |
| | 2/22/2022 | 890 | 54.5 | $ 48,505 | 2/3/2023 | 890 | 53.98 | $ 48,042 | $ (463) | |
| | 2/24/2022 | 110 | 54.5 | $ 5,995 | 2/3/2023 | 110 | 53.98 | $ 5,938 | $ (57) | |
| | 2/24/2022 | 890 | 54.5 | $ 48,505 | 2/3/2023 | 890 | 54.1 | $ 48,149 | $ (356) | |
| | 2/24/2022 | 110 | 54 | $ 5,940 | 2/3/2023 | 110 | 54.1 | $ 5,951 | $ 11 | |
| | 2/24/2022 | 890 | 54 | $ 48,060 | 2/3/2023 | 890 | 54.15 | $ 48,194 | $ 134 | |
| | 2/24/2022 | 110 | 53 | $ 5,830 | 2/3/2023 | 110 | 54.15 | $ 5,957 | $ 127 | |
| | 2/24/2022 | 890 | 53 | $ 47,170 | 2/14/2023 | 890 | 54.18 | $ 48,220 | $ 1,050 | |
| | 2/24/2022 | 110 | 52.5 | $ 5,775 | 2/14/2023 | 110 | 54.18 | $ 5,960 | $ 185 | |
| | 2/24/2022 | 890 | 52.5 | $ 46,725 | 2/16/2023 | 890 | 54.4 | $ 48,416 | $ 1,691 | |
| | 2/24/2022 | 110 | 53.5 | $ 5,885 | 2/16/2023 | 110 | 54.4 | $ 5,984 | $ 99 | |
| | 2/24/2022 | 890 | 53.5 | $ 47,615 | 2/16/2023 | 890 | 54.45 | $ 48,461 | $ 846 | |
| | 2/25/2022 | 110 | 53 | $ 5,830 | 2/16/2023 | 110 | 54.45 | $ 5,990 | $ 160 | |
| | 2/25/2022 | 890 | 53 | $ 47,170 | 2/22/2023 | 890 | 54.2 | $ 48,238 | $ 1,068 | |
| | 3/1/2022 | 110 | 53.85 | $ 5,924 | 2/22/2023 | 110 | 54.2 | $ 5,962 | $ 39 | |
| | 3/1/2022 | 890 | 53.85 | $ 47,927 | 2/24/2023 | 890 | 54.15 | $ 48,194 | $ 267 | |
| | 3/4/2022 | 110 | 54.0999 | $ 5,951 | 2/24/2023 | 110 | 54.15 | $ 5,957 | $ 6 | |
| | 3/4/2022 | 890 | 54.0999 | $ 48,149 | 3/1/2023 | 890 | 53.94 | $ 48,007 | $ (142) | |
| | 3/4/2022 | 110 | 53.9 | $ 5,929 | 3/1/2023 | 110 | 53.94 | $ 5,933 | $ 4 | |
| | 3/4/2022 | 890 | 53.9 | $ 47,971 | 3/1/2023 | 890 | 53.8701 | $ 47,944 | $ (27) | |
| | 3/4/2022 | 110 | 53.7 | $ 5,907 | 3/1/2023 | 110 | 53.8701 | $ 5,926 | $ 19 | |
| | 3/4/2022 | 890 | 53.7 | $ 47,793 | 3/15/2023 | 890 | 50.2801 | $ 44,749 | $ (3,044) | |
| | 3/7/2022 | 110 | 53.85 | $ 5,924 | 3/15/2023 | 110 | 50.2801 | $ 5,531 | $ (393) | |
| | 3/7/2022 | 890 | 53.85 | $ 47,927 | 3/16/2023 | 890 | 50.93 | $ 45,328 | $ (2,599) | |
| | 3/7/2022 | 110 | 53.5 | $ 5,885 | 3/16/2023 | 110 | 50.93 | $ 5,602 | $ (283) | |
| | 3/7/2022 | 890 | 53.5 | $ 47,615 | 3/28/2023 | 890 | 51.29 | $ 45,648 | $ (1,967) | |

**FIFO Loss Chart**

| Philip Kosowsky | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Icahn Enterprises (IEP) | | | | | | | | | |
| Class Period: 08/02/2018 through 05/09/2023 | | | | | | | | | |
| Loss Chart—FIFO | | | | | | | | | |
| | **PURCHASES/ACQUISITIONS** | | | | **SALES** | | | | |
| | **DATE** | **SHARES** | **PRICE/SH** | **AMOUNT** | **DATE** | **SHARES** | **PRICE/SH** | **AMOUNT** | **PROFIT/(LOSS)** | **TOTAL** |
| | 3/10/2022 | 110 | 53.85 | $ 5,924 | 3/28/2023 | 110 | 51.29 | $ 5,642 | $ (282) | |
| | 3/10/2022 | 890 | 53.85 | $ 47,927 | 3/29/2023 | 890 | 51.5 | $ 45,835 | $ (2,092) | |
| | 3/11/2022 | 110 | 53.55 | $ 5,891 | 3/29/2023 | 110 | 51.5 | $ 5,665 | $ (226) | |
| | 3/11/2022 | 890 | 53.55 | $ 47,660 | 4/6/2023 | 890 | 52.6 | $ 46,814 | $ (846) | |
| | 3/14/2022 | 110 | 53.6 | $ 5,896 | 4/6/2023 | 110 | 52.6 | $ 5,786 | $ (110) | |
| | 3/14/2022 | 50 | 53.6 | $ 2,680 | 4/18/2023 | 50 | 52.43 | $ 2,622 | $ (59) | |
| | 3/14/2022 | 840 | 53.6 | $ 45,024 | Retained | 840 | 27.9058 | $ 23,441 | $ (21,583) | |
| | 3/14/2022 | 1,000 | 53.4 | $ 53,400 | Retained | 1,000 | 27.9058 | $ 27,906 | $ (25,494) | |
| | 5/9/2022 | 1,000 | 53.45 | $ 53,450 | Retained | 1,000 | 27.9058 | $ 27,906 | $ (25,544) | |
| | 5/9/2022 | 1,000 | 52.8 | $ 52,800 | Retained | 1,000 | 27.9058 | $ 27,906 | $ (24,894) | |
| | 5/18/2022 | 1,000 | 54.8 | $ 54,800 | Retained | 1,000 | 27.9058 | $ 27,906 | $ (26,894) | |
| | 5/18/2022 | 1,000 | 54.5 | $ 54,500 | Retained | 1,000 | 27.9058 | $ 27,906 | $ (26,594) | |
| | 5/19/2022 | 1,000 | 51.8 | $ 51,800 | Retained | 1,000 | 27.9058 | $ 27,906 | $ (23,894) | |
| | 5/20/2022 | 1,000 | 50.8 | $ 50,800 | Retained | 1,000 | 27.9058 | $ 27,906 | $ (22,894) | |
| | 5/20/2022 | 1,000 | 50.4 | $ 50,400 | Retained | 1,000 | 27.9058 | $ 27,906 | $ (22,494) | |
| | 5/24/2022 | 1,000 | 50.8 | $ 50,800 | Retained | 1,000 | 27.9058 | $ 27,906 | $ (22,894) | |
| | 5/24/2022 | 1,000 | 50.4 | $ 50,400 | Retained | 1,000 | 27.9058 | $ 27,906 | $ (22,494) | |
| | 5/31/2022 | 1,000 | 50.8 | $ 50,800 | Retained | 1,000 | 27.9058 | $ 27,906 | $ (22,894) | |
| | 6/1/2022 | 1,000 | 50.8 | $ 50,800 | Retained | 1,000 | 27.9058 | $ 27,906 | $ (22,894) | |
| | 6/1/2022 | 1,000 | 50.6 | $ 50,600 | Retained | 1,000 | 27.9058 | $ 27,906 | $ (22,694) | |
| | 6/2/2022 | 1,000 | 50.8 | $ 50,800 | Retained | 1,000 | 27.9058 | $ 27,906 | $ (22,894) | |
| | 6/2/2022 | 1,000 | 50.7 | $ 50,700 | Retained | 1,000 | 27.9058 | $ 27,906 | $ (22,794) | |
| | 6/2/2022 | 1,000 | 50.6 | $ 50,600 | Retained | 1,000 | 27.9058 | $ 27,906 | $ (22,694) | |
| | 6/3/2022 | 1,000 | 50.8 | $ 50,800 | Retained | 1,000 | 27.9058 | $ 27,906 | $ (22,894) | |
| | 6/6/2022 | 45 | 50.85 | $ 2,288 | Retained | 45 | 27.9058 | $ 1,256 | $ (1,032) | |
| | 6/7/2022 | 955 | 50.85 | $ 48,562 | Retained | 955 | 27.9058 | $ 26,650 | $ (21,912) | |
| | 6/7/2022 | 1,000 | 50.7 | $ 50,700 | Retained | 1,000 | 27.9058 | $ 27,906 | $ (22,794) | |
| | 6/8/2022 | 1,000 | 50.85 | $ 50,850 | Retained | 1,000 | 27.9058 | $ 27,906 | $ (22,944) | |
| | 6/9/2022 | 1,000 | 51.6 | $ 51,600 | Retained | 1,000 | 27.9058 | $ 27,906 | $ (23,694) | |
| | 6/10/2022 | 1,000 | 50.85 | $ 50,850 | Retained | 1,000 | 27.9058 | $ 27,906 | $ (22,944) | |
| | 6/10/2022 | 1,000 | 50.7 | $ 50,700 | Retained | 1,000 | 27.9058 | $ 27,906 | $ (22,794) | |
| | 6/10/2022 | 1,000 | 50.6 | $ 50,600 | Retained | 1,000 | 27.9058 | $ 27,906 | $ (22,694) | |
| | 6/13/2022 | 1,000 | 50.5 | $ 50,500 | Retained | 1,000 | 27.9058 | $ 27,906 | $ (22,594) | |
| | 6/13/2022 | 1,000 | 50.4 | $ 50,400 | Retained | 1,000 | 27.9058 | $ 27,906 | $ (22,494) | |
| | 6/13/2022 | 1,000 | 50.2 | $ 50,200 | Retained | 1,000 | 27.9058 | $ 27,906 | $ (22,294) | |
| | 6/13/2022 | 1,000 | 50 | $ 50,000 | Retained | 1,000 | 27.9058 | $ 27,906 | $ (22,094) | |

Barrack, Rodos & Bacine — PROPRIETARY & CONFIDENTIAL

**FIFO Loss Chart**

| Philip Kosowsky | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Icahn Enterprises (IEP) | | | | | | | | | | |
| Class Period: 08/02/2018 through 05/09/2023 | | | | | | | | | | |
| Loss Chart—FIFO | | | | | | | | | | |
| | **PURCHASES/ACQUISITIONS** | | | | | **SALES** | | | | | |
| | **DATE** | **SHARES** | **PRICE/SH** | **AMOUNT** | **DATE** | **SHARES** | **PRICE/SH** | **AMOUNT** | **PROFIT/(LOSS)** | | **TOTAL** |
| | 6/13/2022 | 1,000 | 50.1 | $ 50,100 | Retained | 1,000 | 27.9058 | $ 27,906 | $ (22,194) | |
| | 6/13/2022 | 1,000 | 50.01 | $ 50,010 | Retained | 1,000 | 27.9058 | $ 27,906 | $ (22,104) | |
| | 6/14/2022 | 110 | 50.05 | $ 5,506 | Retained | 110 | 27.9058 | $ 3,070 | $ (2,436) | |
| | 6/14/2022 | 1,000 | 49.75 | $ 49,750 | Retained | 1,000 | 27.9058 | $ 27,906 | $ (21,844) | |
| | 6/14/2022 | 1,000 | 49.5 | $ 49,500 | Retained | 1,000 | 27.9058 | $ 27,906 | $ (21,594) | |
| | 6/16/2022 | 1,000 | 49 | $ 49,000 | Retained | 1,000 | 27.9058 | $ 27,906 | $ (21,094) | |
| | 6/16/2022 | 1,000 | 48.5 | $ 48,500 | Retained | 1,000 | 27.9058 | $ 27,906 | $ (20,594) | |
| | 6/21/2022 | 1,000 | 48.8 | $ 48,800 | Retained | 1,000 | 27.9058 | $ 27,906 | $ (20,894) | |
| | 6/21/2022 | 1,000 | 48.7 | $ 48,700 | Retained | 1,000 | 27.9058 | $ 27,906 | $ (20,794) | |
| | 6/21/2022 | 1,000 | 48.0799 | $ 48,080 | Retained | 1,000 | 27.9058 | $ 27,906 | $ (20,174) | |
| | 6/23/2022 | 1,000 | 48.2 | $ 48,200 | Retained | 1,000 | 27.9058 | $ 27,906 | $ (20,294) | |
| | 6/28/2022 | 246 | 49 | $ 12,054 | Retained | 246 | 27.9058 | $ 6,865 | $ (5,189) | |
| | 6/28/2022 | 100 | 48.9999 | $ 4,900 | Retained | 100 | 27.9058 | $ 2,791 | $ (2,109) | |
| | 6/28/2022 | 200 | 48.99 | $ 9,798 | Retained | 200 | 27.9058 | $ 5,581 | $ (4,217) | |
| | 6/28/2022 | 100 | 48.989 | $ 4,899 | Retained | 100 | 27.9058 | $ 2,791 | $ (2,108) | |
| | 6/28/2022 | 354 | 48.965 | $ 17,334 | Retained | 354 | 27.9058 | $ 9,879 | $ (7,455) | |
| | 6/30/2022 | 1,000 | 48.1 | $ 48,100 | Retained | 1,000 | 27.9058 | $ 27,906 | $ (20,194) | |
| | 6/30/2022 | 1,000 | 47.8 | $ 47,800 | Retained | 1,000 | 27.9058 | $ 27,906 | $ (19,894) | |
| | 7/1/2022 | 1,000 | 47.7 | $ 47,700 | Retained | 1,000 | 27.9058 | $ 27,906 | $ (19,794) | |
| | 7/1/2022 | 1,000 | 47.5 | $ 47,500 | Retained | 1,000 | 27.9058 | $ 27,906 | $ (19,594) | |
| | 7/5/2022 | 1,000 | 47.7 | $ 47,700 | Retained | 1,000 | 27.9058 | $ 27,906 | $ (19,794) | |
| | 7/14/2022 | 1,000 | 50.4 | $ 50,400 | Retained | 1,000 | 27.9058 | $ 27,906 | $ (22,494) | |
| | 7/20/2022 | 1,000 | 50.6 | $ 50,600 | Retained | 1,000 | 27.9058 | $ 27,906 | $ (22,694) | |
| | 8/4/2022 | 1,000 | 53.3 | $ 53,300 | Retained | 1,000 | 27.9058 | $ 27,906 | $ (25,394) | |
| | 8/8/2022 | 1,000 | 53.6 | $ 53,600 | Retained | 1,000 | 27.9058 | $ 27,906 | $ (25,694) | |
| | 8/22/2022 | 1,000 | 51 | $ 51,000 | Retained | 1,000 | 27.9058 | $ 27,906 | $ (23,094) | |
| | 8/22/2022 | 1,000 | 50.5 | $ 50,500 | Retained | 1,000 | 27.9058 | $ 27,906 | $ (22,594) | |
| | 9/1/2022 | 558 | 50.84 | $ 28,369 | Retained | 558 | 27.9058 | $ 15,571 | $ (12,797) | |
| | 9/1/2022 | 442 | 50.8399 | $ 22,471 | Retained | 442 | 27.9058 | $ 12,334 | $ (10,137) | |
| | 9/6/2022 | 1,000 | 50.5 | $ 50,500 | Retained | 1,000 | 27.9058 | $ 27,906 | $ (22,594) | |
| | 9/23/2022 | 1,000 | 50 | $ 50,000 | Retained | 1,000 | 27.9058 | $ 27,906 | $ (22,094) | |
| | 9/26/2022 | 1,000 | 49.5 | $ 49,500 | Retained | 1,000 | 27.9058 | $ 27,906 | $ (21,594) | |
| | 9/26/2022 | 1,000 | 49 | $ 49,000 | Retained | 1,000 | 27.9058 | $ 27,906 | $ (21,094) | |
| | 9/26/2022 | 1,000 | 48.5 | $ 48,500 | Retained | 1,000 | 27.9058 | $ 27,906 | $ (20,594) | |
| | 9/29/2022 | 1,000 | 49.12 | $ 49,120 | Retained | 1,000 | 27.9058 | $ 27,906 | $ (21,214) | |
| | 10/14/2022 | 1,000 | 52.75 | $ 52,750 | Retained | 1,000 | 27.9058 | $ 27,906 | $ (24,844) | |

Barrack, Rodos & Bacine — PROPRIETARY & CONFIDENTIAL

**FIFO Loss Chart**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Philip Kosowsky | | | | | | | | | | | |
| Icahn Enterprises (IEP) | | | | | | | | | | | |
| Class Period: 08/02/2018 through 05/09/2023 | | | | | | | | | | | |
| **Loss Chart—FIFO** | | | | | | | | | | | |
| | **PURCHASES/ACQUISITIONS** | | | | **SALES** | | | | | | |
| | **DATE** | **SHARES** | **PRICE/SH** | **AMOUNT** | **DATE** | **SHARES** | **PRICE/SH** | **AMOUNT** | | **PROFIT/(LOSS)** | **TOTAL** |
| | 10/20/2022 | 1,000 | 53.4 | $ 53,400 | Retained | 1,000 | 27.9058 | $ 27,906 | $ | (25,494) | |
| | 10/26/2022 | 1,000 | 53.77 | $ 53,770 | Retained | 1,000 | 27.9058 | $ 27,906 | $ | (25,864) | |
| | 11/2/2022 | 1,000 | 53.76 | $ 53,760 | Retained | 1,000 | 27.9058 | $ 27,906 | $ | (25,854) | |
| | 11/2/2022 | 905 | 53.6 | $ 48,508 | Retained | 905 | 27.9058 | $ 25,255 | $ | (23,253) | |
| | 11/3/2022 | 95 | 53.6 | $ 5,092 | Retained | 95 | 27.9058 | $ 2,651 | $ | (2,441) | |
| | 11/16/2022 | 1,000 | 53.36 | $ 53,360 | Retained | 1,000 | 27.9058 | $ 27,906 | $ | (25,454) | |
| | 11/18/2022 | 1,000 | 51.5 | $ 51,500 | Retained | 1,000 | 27.9058 | $ 27,906 | $ | (23,594) | |
| | 11/21/2022 | 1,000 | 51 | $ 51,000 | Retained | 1,000 | 27.9058 | $ 27,906 | $ | (23,094) | |
| | 11/25/2022 | 776 | 50.9299 | $ 39,522 | Retained | 776 | 27.9058 | $ 21,655 | $ | (17,867) | |
| | 11/25/2022 | 224 | 50.915 | $ 11,405 | Retained | 224 | 27.9058 | $ 6,251 | $ | (5,154) | |
| | 11/28/2022 | 1,000 | 50.8 | $ 50,800 | Retained | 1,000 | 27.9058 | $ 27,906 | $ | (22,894) | |
| | 11/28/2022 | 1,000 | 50.5 | $ 50,500 | Retained | 1,000 | 27.9058 | $ 27,906 | $ | (22,594) | |
| | 12/6/2022 | 1,000 | 50 | $ 50,000 | Retained | 1,000 | 27.9058 | $ 27,906 | $ | (22,094) | |
| | 12/22/2022 | 206 | 50.34 | $ 10,370 | Retained | 206 | 27.9058 | $ 5,749 | $ | (4,621) | |
| | 12/22/2022 | 190 | 50.3399 | $ 9,565 | Retained | 190 | 27.9058 | $ 5,302 | $ | (4,262) | |
| | 12/23/2022 | 604 | 50.34 | $ 30,405 | Retained | 604 | 27.9058 | $ 16,855 | $ | (13,550) | |
| | 12/28/2022 | 1,000 | 50.07 | $ 50,070 | Retained | 1,000 | 27.9058 | $ 27,906 | $ | (22,164) | |
| | 1/9/2023 | 1,000 | 52.6259 | $ 52,626 | Retained | 1,000 | 27.9058 | $ 27,906 | $ | (24,720) | |
| | 1/12/2023 | 1,000 | 52.84 | $ 52,840 | Retained | 1,000 | 27.9058 | $ 27,906 | $ | (24,934) | |
| | 1/17/2023 | 1,000 | 53.04 | $ 53,040 | Retained | 1,000 | 27.9058 | $ 27,906 | $ | (25,134) | |
| | 1/19/2023 | 899 | 52.78 | $ 47,449 | Retained | 899 | 27.9058 | $ 25,087 | $ | (22,362) | |
| | 1/19/2023 | 101 | 52.7795 | $ 5,331 | Retained | 101 | 27.9058 | $ 2,818 | $ | (2,512) | |
| | 1/19/2023 | 1,000 | 52.6 | $ 52,600 | Retained | 1,000 | 27.9058 | $ 27,906 | $ | (24,694) | |
| | 1/30/2023 | 1,000 | 53.7 | $ 53,700 | Retained | 1,000 | 27.9058 | $ 27,906 | $ | (25,794) | |
| | 2/1/2023 | 1,000 | 53.5 | $ 53,500 | Retained | 1,000 | 27.9058 | $ 27,906 | $ | (25,594) | |
| | 2/1/2023 | 1,000 | 53.4 | $ 53,400 | Retained | 1,000 | 27.9058 | $ 27,906 | $ | (25,494) | |
| | 2/13/2023 | 1,000 | 53.8799 | $ 53,880 | Retained | 1,000 | 27.9058 | $ 27,906 | $ | (25,974) | |
| | 2/21/2023 | 1,000 | 54 | $ 54,000 | Retained | 1,000 | 27.9058 | $ 27,906 | $ | (26,094) | |
| | 2/21/2023 | 1,000 | 53.91 | $ 53,910 | Retained | 1,000 | 27.9058 | $ 27,906 | $ | (26,004) | |
| | 2/23/2023 | 1,000 | 53.78 | $ 53,780 | Retained | 1,000 | 27.9058 | $ 27,906 | $ | (25,874) | |
| | 2/27/2023 | 1,000 | 53.91 | $ 53,910 | Retained | 1,000 | 27.9058 | $ 27,906 | $ | (26,004) | |
| | 2/27/2023 | 1,000 | 53.8999 | $ 53,900 | Retained | 1,000 | 27.9058 | $ 27,906 | $ | (25,994) | |
| | 2/27/2023 | 1,000 | 53.8 | $ 53,800 | Retained | 1,000 | 27.9058 | $ 27,906 | $ | (25,894) | |
| | 2/27/2023 | 1,000 | 53.8 | $ 53,800 | Retained | 1,000 | 27.9058 | $ 27,906 | $ | (25,894) | |
| | 2/27/2023 | 1,000 | 53.82 | $ 53,820 | Retained | 1,000 | 27.9058 | $ 27,906 | $ | (25,914) | |
| | 2/27/2023 | 1,000 | 53.78 | $ 53,780 | Retained | 1,000 | 27.9058 | $ 27,906 | $ | (25,874) | |

Barrack, Rodos & Bacine — PROPRIETARY & CONFIDENTIAL

**FIFO Loss Chart**

| Philip Kosowsky | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Icahn Enterprises (IEP) | | | | | | | | | | | |
| Class Period: 08/02/2018 through 05/09/2023 | | | | | | | | | | | |
| **Loss Chart—FIFO** | | | | | | | | | | | |
| | **PURCHASES/ACQUISITIONS** | | | | **SALES** | | | | | | |
| | **DATE** | **SHARES** | **PRICE/SH** | **AMOUNT** | **DATE** | **SHARES** | **PRICE/SH** | **AMOUNT** | | **PROFIT/(LOSS)** | **TOTAL** |
| | 2/27/2023 | 1,000 | 53.75 | $ 53,750 | Retained | 1,000 | 27.9058 | $ 27,906 | $ | (25,844) | |
| | 2/28/2023 | 285 | 53.62 | $ 15,282 | Retained | 285 | 27.9058 | $ 7,953 | $ | (7,329) | |
| | 3/1/2023 | 715 | 53.62 | $ 38,338 | Retained | 715 | 27.9058 | $ 19,953 | $ | (18,386) | |
| | 3/1/2023 | 1,000 | 53.82 | $ 53,820 | Retained | 1,000 | 27.9058 | $ 27,906 | $ | (25,914) | |
| | 3/1/2023 | 1,000 | 53.61 | $ 53,610 | Retained | 1,000 | 27.9058 | $ 27,906 | $ | (25,704) | |
| | 3/1/2023 | 800 | 53.4299 | $ 42,744 | Retained | 800 | 27.9058 | $ 22,325 | $ | (20,419) | |
| | 3/1/2023 | 3 | 53.4292 | $ 160 | Retained | 3 | 27.9058 | $ 84 | $ | (77) | |
| | 3/1/2023 | 197 | 53.415 | $ 10,523 | Retained | 197 | 27.9058 | $ 5,497 | $ | (5,025) | |
| | 3/8/2023 | 1,000 | 53.78 | $ 53,780 | Retained | 1,000 | 27.9058 | $ 27,906 | $ | (25,874) | |
| | 3/10/2023 | 1,000 | 51.29 | $ 51,290 | Retained | 1,000 | 27.9058 | $ 27,906 | $ | (23,384) | |
| | 3/10/2023 | 1,000 | 51 | $ 51,000 | Retained | 1,000 | 27.9058 | $ 27,906 | $ | (23,094) | |
| | 3/10/2023 | 1,000 | 50.5 | $ 50,500 | Retained | 1,000 | 27.9058 | $ 27,906 | $ | (22,594) | |
| | 3/13/2023 | 1,000 | 50.18 | $ 50,180 | Retained | 1,000 | 27.9058 | $ 27,906 | $ | (22,274) | |
| | 3/13/2023 | 1,000 | 50.5 | $ 50,500 | Retained | 1,000 | 27.9058 | $ 27,906 | $ | (22,594) | |
| | 3/14/2023 | 1,000 | 50.26 | $ 50,260 | Retained | 1,000 | 27.9058 | $ 27,906 | $ | (22,354) | |
| | 3/15/2023 | 1,000 | 50 | $ 50,000 | Retained | 1,000 | 27.9058 | $ 27,906 | $ | (22,094) | |
| | 3/24/2023 | 1,000 | 50.3 | $ 50,300 | Retained | 1,000 | 27.9058 | $ 27,906 | $ | (22,394) | |
| | 4/10/2023 | 1,000 | 52 | $ 52,000 | Retained | 1,000 | 27.9058 | $ 27,906 | $ | (24,094) | |
| | 4/18/2023 | 1,050 | 52.41 | $ 55,031 | Retained | 1,050 | 27.9058 | $ 29,301 | $ | (25,729) | |
| | 4/19/2023 | 1,000 | 52.18 | $ 52,180 | Retained | 1,000 | 27.9058 | $ 27,906 | $ | (24,274) | |
| | 4/19/2023 | 1,000 | 52.03 | $ 52,030 | Retained | 1,000 | 27.9058 | $ 27,906 | $ | (24,124) | |
| | 4/19/2023 | 1,000 | 52 | $ 52,000 | Retained | 1,000 | 27.9058 | $ 27,906 | $ | (24,094) | |
| | 4/21/2023 | 1,000 | 51 | $ 51,000 | Retained | 1,000 | 27.9058 | $ 27,906 | $ | (23,094) | |
| | 5/1/2023 | 1,000 | 50.86 | $ 50,860 | Retained | 1,000 | 27.9058 | $ 27,906 | $ | (22,954) | |
| | 5/1/2023 | 1,000 | 50.52 | $ 50,520 | Retained | 1,000 | 27.9058 | $ 27,906 | $ | (22,614) | |
| | 5/2/2023 | 1,000 | 50 | $ 50,000 | Retained | 1,000 | 27.9058 | $ 27,906 | $ | (22,094) | |
| | 5/2/2023 | 1,000 | 49.5 | $ 49,500 | Retained | 1,000 | 27.9058 | $ 27,906 | $ | (21,594) | |
| | 5/2/2023 | 1,000 | 49 | $ 49,000 | Retained | 1,000 | 27.9058 | $ 27,906 | $ | (21,094) | |
| | 5/2/2023 | 1,000 | 45.89 | $ 45,890 | Retained | 1,000 | 27.9058 | $ 27,906 | $ | (17,984) | |
| | 5/2/2023 | 1,000 | 46.33 | $ 46,330 | Retained | 1,000 | 27.9058 | $ 27,906 | $ | (18,424) | |
| | 5/2/2023 | 1,000 | 46.5 | $ 46,500 | Retained | 1,000 | 27.9058 | $ 27,906 | $ | (18,594) | |
| | 5/2/2023 | 1,000 | 42.6 | $ 42,600 | Retained | 1,000 | 27.9058 | $ 27,906 | $ | (14,694) | |
| | 5/2/2023 | 1,000 | 40 | $ 40,000 | Retained | 1,000 | 27.9058 | $ 27,906 | $ | (12,094) | |
| | 5/2/2023 | 1,000 | 41.6 | $ 41,600 | Retained | 1,000 | 27.9058 | $ 27,906 | $ | (13,694) | |
| | 5/2/2023 | 1,000 | 39 | $ 39,000 | Retained | 1,000 | 27.9058 | $ 27,906 | $ | (11,094) | |
| | 5/2/2023 | 1,000 | 38 | $ 38,000 | Retained | 1,000 | 27.9058 | $ 27,906 | $ | (10,094) | |

Barrack, Rodos & Bacine — PROPRIETARY & CONFIDENTIAL

**FIFO Loss Chart**

| Philip Kosowsky | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Icahn Enterprises (IEP) | | | | | | | | | | |
| Class Period: 08/02/2018 through 05/09/2023 | | | | | | | | | | |
| **Loss Chart—FIFO** | | | | | | | | | | |
| | **PURCHASES/ACQUISITIONS** | | | | | **SALES** | | | | |
| | DATE | SHARES | PRICE/SH | AMOUNT | | DATE | SHARES | PRICE/SH | AMOUNT | PROFIT/(LOSS) | TOTAL |
| | | | | | | | | | | | |
| | 5/2/2023 | 1,000 | 37 | $ 37,000 | | Retained | 1,000 | 27.9058 | $ 27,906 | $ (9,094) | |
| | 5/3/2023 | 1,000 | 35 | $ 35,000 | | Retained | 1,000 | 27.9058 | $ 27,906 | $ (7,094) | |
| | 5/4/2023 | 1,000 | 30 | $ 30,000 | | Retained | 1,000 | 27.9058 | $ 27,906 | $ (2,094) | |
| | | 304,718 | | 16,652,653 | | | 304,718 | | 13,403,475 | (3,249,179) | (3,249,179) |
| | | | | | | | | | | | |
| | | | | | | | | | | **Grand Total:** | **(3,249,179)** |

Barrack, Rodos & Bacine — PROPRIETARY & CONFIDENTIAL

**LIFO Loss Chart**

| Philip Kosowsky | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Icahn Enterprises (IEP) | | | | | | | | | | |
| Class Period: 08/02/2018 through 05/09/2023 | | | | | | | | | | |
| **Loss Chart—LIFO** | | | | | | | | | | |
| | **PURCHASES/ACQUISITIONS** | | | | **SALES** | | | | | |
| | **DATE** | **SHARES** | **PRICE/SH** | **AMOUNT** | **DATE** | **SHARES** | **PRICE/SH** | **AMOUNT** | **PROFIT/(LOSS)** | **TOTAL** |
| | Beg Bal | 1,000 | | | Retained | 1,000 | | | | |
| | Beg Bal | 1,000 | | | Retained | 1,000 | | | | |
| | Beg Bal | 1,000 | | | Retained | 1,000 | | | | |
| | Beg Bal | 1,000 | | | Retained | 1,000 | | | | |
| | Beg Bal | 1,000 | | | Retained | 1,000 | | | | |
| | Beg Bal | 200 | | | Retained | 200 | | | | |
| | Beg Bal | 800 | | | Retained | 800 | | | | |
| | Beg Bal | 1,000 | | | 8/2/2018 | 1000 | 77.9 | $ 77,900 | | |
| | | 7,000 | | | | 7,000 | | 77,900 | | |
| | 8/10/2018 | 1000 | 77 | $ 77,000 | 8/14/2018 | 1000 | 77.95 | $ 77,950 | $ 950 | |
| | 8/21/2018 | 478 | 77 | $ 36,806 | 8/24/2018 | 478 | 77.05 | $ 36,830 | $ 24 | |
| | 8/22/2018 | 522 | 77 | $ 40,194 | 8/24/2018 | 522 | 77.05 | $ 40,220 | $ 26 | |
| | 8/24/2018 | 1000 | 76.9 | $ 76,900 | 8/24/2018 | 1000 | 77.2 | $ 77,200 | $ 300 | |
| | 8/31/2018 | 900 | 76.81 | $ 69,129 | 7/24/2019 | 900 | 76.81 | $ 69,129 | $ - | |
| | 8/31/2018 | 100 | 76.81 | $ 7,681 | 7/23/2019 | 100 | 76.81 | $ 7,681 | $ - | |
| | 9/4/2018 | 1000 | 76 | $ 76,000 | 5/1/2019 | 1000 | 76 | $ 76,000 | $ - | |
| | 9/4/2018 | 1000 | 72.4 | $ 72,400 | 9/4/2018 | 1000 | 73.8 | $ 73,800 | $ 1,400 | |
| | 9/5/2018 | 200 | 68.4 | $ 13,680 | 9/13/2018 | 200 | 68.915 | $ 13,783 | $ 103 | |
| | 9/5/2018 | 800 | 68.4 | $ 54,720 | 9/13/2018 | 800 | 68.9 | $ 55,120 | $ 400 | |
| | 9/18/2018 | 1000 | 66.9 | $ 66,900 | 9/19/2018 | 1000 | 67.6 | $ 67,600 | $ 700 | |
| | 10/10/2018 | 1000 | 66 | $ 66,000 | 10/12/2018 | 1000 | 67 | $ 67,000 | $ 1,000 | |
| | 11/14/2018 | 1000 | 67.85 | $ 67,850 | 12/3/2018 | 1000 | 68.85 | $ 68,850 | $ 1,000 | |
| | 11/20/2018 | 1000 | 65.15 | $ 65,150 | 11/20/2018 | 1000 | 66.4 | $ 66,400 | $ 1,250 | |
| | 12/6/2018 | 1000 | 65.15 | $ 65,150 | 12/7/2018 | 1000 | 66.9 | $ 66,900 | $ 1,750 | |
| | 12/10/2018 | 1000 | 64.75 | $ 64,750 | 12/12/2018 | 1000 | 65.75 | $ 65,750 | $ 1,000 | |
| | 12/14/2018 | 1000 | 64.75 | $ 64,750 | 1/8/2019 | 1000 | 66 | $ 66,000 | $ 1,250 | |
| | 3/6/2019 | 1000 | 74.53 | $ 74,530 | 4/16/2019 | 1000 | 74.53 | $ 74,530 | $ - | |
| | 3/6/2019 | 9 | 73.53 | $ 662 | 3/19/2019 | 9 | 74.53 | $ 671 | $ 9 | |
| | 3/7/2019 | 991 | 73.35 | $ 72,690 | 3/19/2019 | 991 | 74.53 | $ 73,859 | $ 1,169 | |
| | 4/3/2019 | 1000 | 73.53 | $ 73,530 | 4/3/2019 | 1000 | 74.53 | $ 74,530 | $ 1,000 | |
| | 5/7/2019 | 1000 | 75.85 | $ 75,850 | 7/16/2019 | 1000 | 75.85 | $ 75,850 | $ - | |
| | 5/8/2019 | 1000 | 75.01 | $ 75,010 | 7/5/2019 | 1000 | 75.01 | $ 75,010 | $ - | |
| | 5/13/2019 | 1000 | 70.55 | $ 70,550 | 5/14/2019 | 1000 | 71.55 | $ 71,550 | $ 1,000 | |
| | 5/23/2019 | 91 | 70 | $ 6,370 | 6/3/2019 | 91 | 70.45 | $ 6,411 | $ 41 | |
| | 5/23/2019 | 909 | 70 | $ 63,630 | 5/28/2019 | 909 | 70.45 | $ 64,039 | $ 409 | |

**LIFO Loss Chart**

| Philip Kosowsky | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Icahn Enterprises (IEP) | | | | | | | | | | |
| Class Period: 08/02/2018 through 05/09/2023 | | | | | | | | | | |
| **Loss Chart—LIFO** | | | | | | | | | | |
| **PURCHASES/ACQUISITIONS** | | | | **SALES** | | | | | | |
| **DATE** | **SHARES** | **PRICE/SH** | **AMOUNT** | **DATE** | **SHARES** | **PRICE/SH** | **AMOUNT** | | **PROFIT/(LOSS)** | **TOTAL** |
| 5/28/2019 | 91 | 70 | $ 6,370 | 5/28/2019 | 91 | 70.45 | $ 6,411 | $ | 41 | |
| 5/29/2019 | 909 | 70 | $ 63,630 | 6/3/2019 | 909 | 70.45 | $ 64,039 | $ | 409 | |
| 7/18/2019 | 1000 | 74.7 | $ 74,700 | 7/19/2019 | 1000 | 75.3 | $ 75,300 | $ | 600 | |
| 8/1/2019 | 80 | 76.9 | $ 6,152 | Retained | 80 | 27.9058 | $ 2,232 | $ | (3,920) | |
| 8/2/2019 | 920 | 77 | $ 70,840 | Retained | 920 | 27.9058 | $ 25,673 | $ | (45,167) | |
| 8/5/2019 | 1000 | 75.2 | $ 75,200 | Retained | 1000 | 27.9058 | $ 27,906 | $ | (47,294) | |
| 8/5/2019 | 1000 | 74.7 | $ 74,700 | Retained | 1000 | 27.9058 | $ 27,906 | $ | (46,794) | |
| 8/14/2019 | 1000 | 68 | $ 68,000 | 8/14/2019 | 1000 | 69 | $ 69,000 | $ | 1,000 | |
| 8/15/2019 | 1000 | 68 | $ 68,000 | 8/16/2019 | 1000 | 69 | $ 69,000 | $ | 1,000 | |
| 8/22/2019 | 900 | 68 | $ 61,200 | 10/21/2019 | 900 | 68.3 | $ 61,470 | $ | 270 | |
| 8/22/2019 | 100 | 68 | $ 6,800 | 10/16/2019 | 100 | 68.3 | $ 6,830 | $ | 30 | |
| 9/24/2019 | 1000 | 66.67 | $ 66,670 | 10/10/2019 | 1000 | 67.4 | $ 67,400 | $ | 730 | |
| 10/1/2019 | 1000 | 63.67 | $ 63,670 | 10/3/2019 | 1000 | 64.67 | $ 64,670 | $ | 1,000 | |
| 10/2/2019 | 1000 | 61.51 | $ 61,510 | 10/2/2019 | 1000 | 61.91 | $ 61,910 | $ | 400 | |
| 10/14/2019 | 1000 | 67.67 | $ 67,670 | 10/15/2019 | 1000 | 67.77 | $ 67,770 | $ | 100 | |
| 10/14/2019 | 1000 | 66.67 | $ 66,670 | 10/15/2019 | 1000 | 67.16 | $ 67,160 | $ | 490 | |
| 10/31/2019 | 3 | 68 | $ 204 | 11/4/2019 | 3 | 69.414 | $ 208 | $ | 4 | |
| 10/31/2019 | 100 | 68 | $ 6,800 | 11/4/2019 | 100 | 69.4397 | $ 6,944 | $ | 144 | |
| 10/31/2019 | 897 | 68 | $ 60,996 | 11/4/2019 | 897 | 69.4404 | $ 62,288 | $ | 1,292 | |
| 11/5/2019 | 1000 | 68.22 | $ 68,220 | 2/20/2020 | 1000 | 68.22 | $ 68,220 | $ | - | |
| 11/6/2019 | 382 | 66.67 | $ 25,468 | 2/11/2020 | 382 | 66.79 | $ 25,514 | $ | 46 | |
| 11/6/2019 | 618 | 66.67 | $ 41,202 | 2/11/2020 | 618 | 66.82 | $ 41,295 | $ | 93 | |
| 12/10/2019 | 1000 | 60 | $ 60,000 | 12/12/2019 | 1000 | 60.9 | $ 60,900 | $ | 900 | |
| 2/24/2020 | 999 | 66.8 | $ 66,733 | 7/15/2020 | 999 | 49.5 | $ 49,451 | $ | (17,283) | |
| 2/24/2020 | 1 | 66.8 | $ 67 | 2/24/2020 | 1 | 67.9 | $ 68 | $ | 1 | |
| 2/25/2020 | 1 | 66.8 | $ 67 | 7/15/2020 | 1 | 49.5 | $ 50 | $ | (17) | |
| 2/25/2020 | 999 | 66.8 | $ 66,733 | 2/25/2020 | 999 | 67.9 | $ 67,832 | $ | 1,099 | |
| 5/1/2020 | 899 | 50.1 | $ 45,040 | 6/5/2020 | 899 | 50.4 | $ 45,310 | $ | 270 | |
| 5/1/2020 | 101 | 50.1 | $ 5,060 | 6/4/2020 | 101 | 50.4 | $ 5,090 | $ | 30 | |
| 5/8/2020 | 1000 | 48.1 | $ 48,100 | 5/8/2020 | 1000 | 50.1 | $ 50,100 | $ | 2,000 | |
| 5/13/2020 | 1000 | 50.01 | $ 50,010 | 6/4/2020 | 1000 | 50.16 | $ 50,160 | $ | 150 | |
| 5/13/2020 | 1000 | 49.5 | $ 49,500 | 5/26/2020 | 1000 | 50.5 | $ 50,500 | $ | 1,000 | |
| 5/14/2020 | 1000 | 48.1 | $ 48,100 | 5/14/2020 | 1000 | 49.4 | $ 49,400 | $ | 1,300 | |
| 5/28/2020 | 1000 | 49.2 | $ 49,200 | 5/28/2020 | 1000 | 49.7 | $ 49,700 | $ | 500 | |
| 5/29/2020 | 1000 | 49.2 | $ 49,200 | 5/29/2020 | 1000 | 49.8 | $ 49,800 | $ | 600 | |
| 6/1/2020 | 1000 | 49.2 | $ 49,200 | 6/4/2020 | 1000 | 49.97 | $ 49,970 | $ | 770 | |

Barrack, Rodos & Bacine — PROPRIETARY & CONFIDENTIAL

**LIFO Loss Chart**

Philip Kosowsky
Icahn Enterprises (IEP)
Class Period: 08/02/2018 through 05/09/2023
Loss Chart—LIFO

| | PURCHASES/ACQUISITIONS | | | | SALES | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | PRICE/SH | AMOUNT | DATE | SHARES | PRICE/SH | AMOUNT | | PROFIT/(LOSS) | TOTAL |
| | 6/3/2020 | 1000 | 49.2 | $ 49,200 | 6/3/2020 | 1000 | 49.98 | $ 49,980 | | $ 780 | |
| | 6/11/2020 | 1000 | 49 | $ 49,000 | 6/15/2020 | 1000 | 50 | $ 50,000 | | $ 1,000 | |
| | 6/18/2020 | 863 | 49 | $ 42,287 | 6/18/2020 | 863 | 49.6 | $ 42,805 | | $ 518 | |
| | 6/18/2020 | 1000 | 49 | $ 49,000 | 6/18/2020 | 1000 | 49.402 | $ 49,402 | | $ 402 | |
| | 6/19/2020 | 1000 | 49 | $ 49,000 | 7/2/2020 | 1000 | 49.5 | $ 49,500 | | $ 500 | |
| | 6/19/2020 | 1000 | 49 | $ 49,000 | 6/19/2020 | 1000 | 49.3 | $ 49,300 | | $ 300 | |
| | 6/19/2020 | 1000 | 49 | $ 49,000 | 6/19/2020 | 1000 | 49.2 | $ 49,200 | | $ 200 | |
| | 9/21/2020 | 983 | 48.45 | $ 47,626 | 9/30/2020 | 983 | 49.45 | $ 48,609 | | $ 983 | |
| | 9/21/2020 | 17 | 48.45 | $ 824 | 9/29/2020 | 17 | 49.45 | $ 841 | | $ 17 | |
| | 10/26/2020 | 1000 | 50.24 | $ 50,240 | 11/3/2020 | 1000 | 51.24 | $ 51,240 | | $ 1,000 | |
| | 10/28/2020 | 983 | 48.8 | $ 47,970 | 10/30/2020 | 983 | 49.4 | $ 48,560 | | $ 590 | |
| | 10/28/2020 | 12 | 48.8 | $ 586 | 10/29/2020 | 12 | 49.4 | $ 593 | | $ 7 | |
| | 10/28/2020 | 5 | 48.8 | $ 244 | 10/28/2020 | 5 | 49.4 | $ 247 | | $ 3 | |
| | 11/9/2020 | 900 | 52.15 | $ 46,935 | 1/5/2021 | 900 | 53.4 | $ 48,060 | | $ 1,125 | |
| | 11/9/2020 | 100 | 52.135 | $ 5,214 | 1/5/2021 | 100 | 53.4 | $ 5,340 | | $ 127 | |
| | 11/18/2020 | 1000 | 52.1 | $ 52,100 | 11/20/2020 | 1000 | 52.35 | $ 52,350 | | $ 250 | |
| | 1/29/2021 | 1000 | 55.8 | $ 55,800 | 2/1/2021 | 1000 | 56.7 | $ 56,700 | | $ 900 | |
| | 2/26/2021 | 1000 | 65.2 | $ 65,200 | Retained | 1000 | 27.9058 | $ 27,906 | | $ (37,294) | |
| | 2/26/2021 | 1000 | 63.9 | $ 63,900 | Retained | 1000 | 27.9058 | $ 27,906 | | $ (35,994) | |
| | 3/1/2021 | 1000 | 62.9 | $ 62,900 | Retained | 1000 | 27.9058 | $ 27,906 | | $ (34,994) | |
| | 3/1/2021 | 1000 | 61 | $ 61,000 | Retained | 1000 | 27.9058 | $ 27,906 | | $ (33,094) | |
| | 3/4/2021 | 250 | 59.62 | $ 14,905 | 3/8/2021 | 250 | 61.4 | $ 15,350 | | $ 445 | |
| | 3/4/2021 | 750 | 59.62 | $ 44,715 | 3/8/2021 | 750 | 62 | $ 46,500 | | $ 1,785 | |
| | 3/9/2021 | 1000 | 60 | $ 60,000 | 3/9/2021 | 1000 | 60.75 | $ 60,750 | | $ 750 | |
| | 3/17/2021 | 1000 | 60.4199 | $ 60,420 | Retained | 1000 | 27.9058 | $ 27,906 | | $ (32,514) | |
| | 3/17/2021 | 1000 | 60 | $ 60,000 | Retained | 1000 | 27.9058 | $ 27,906 | | $ (32,094) | |
| | 3/22/2021 | 1000 | 58.8 | $ 58,800 | Retained | 1000 | 27.9058 | $ 27,906 | | $ (30,894) | |
| | 3/23/2021 | 200 | 57.132 | $ 11,426 | 4/15/2021 | 200 | 57.23 | $ 11,446 | | $ 20 | |
| | 3/23/2021 | 650 | 57.12 | $ 37,128 | 4/15/2021 | 650 | 57.23 | $ 37,200 | | $ 72 | |
| | 3/23/2021 | 19 | 57.12 | $ 1,085 | 4/6/2021 | 19 | 57.23 | $ 1,087 | | $ 2 | |
| | 3/23/2021 | 131 | 57.12 | $ 7,483 | 4/5/2021 | 131 | 57.23 | $ 7,497 | | $ 14 | |
| | 3/24/2021 | 300 | 56.562 | $ 16,969 | 4/5/2021 | 300 | 57.13 | $ 17,139 | | $ 170 | |
| | 3/24/2021 | 700 | 56.55 | $ 39,585 | 4/5/2021 | 700 | 57.13 | $ 39,991 | | $ 406 | |
| | 4/5/2021 | 1000 | 56.73 | $ 56,730 | 4/5/2021 | 1000 | 56.56 | $ 56,560 | | $ (170) | |
| | 5/12/2021 | 1000 | 59.2 | $ 59,200 | Retained | 1000 | 27.9058 | $ 27,906 | | $ (31,294) | |
| | 5/12/2021 | 1000 | 58.7 | $ 58,700 | Retained | 1000 | 27.9058 | $ 27,906 | | $ (30,794) | |

**LIFO Loss Chart**

Philip Kosowsky
Icahn Enterprises (IEP)
Class Period: 08/02/2018 through 05/09/2023
**Loss Chart—LIFO**

| | PURCHASES/ACQUISITIONS | | | | SALES | | | | | PROFIT/(LOSS) | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **DATE** | **SHARES** | **PRICE/SH** | **AMOUNT** | **DATE** | **SHARES** | **PRICE/SH** | **AMOUNT** | | **PROFIT/(LOSS)** | **TOTAL** |
| | 5/12/2021 | 1000 | 57.8 | $ 57,800 | Retained | 1000 | 27.9058 | $ 27,906 | | $ (29,894) | |
| | 5/19/2021 | 555 | 57.3345 | $ 31,821 | Retained | 555 | 27.9058 | $ 15,488 | | $ (16,333) | |
| | 5/19/2021 | 245 | 57.31 | $ 14,041 | Retained | 245 | 27.9058 | $ 6,837 | | $ (7,204) | |
| | 5/19/2021 | 200 | 57.29 | $ 11,458 | Retained | 200 | 27.9058 | $ 5,581 | | $ (5,877) | |
| | 5/21/2021 | 1000 | 57.55 | $ 57,550 | Retained | 1000 | 27.9058 | $ 27,906 | | $ (29,644) | |
| | 5/21/2021 | 1000 | 57.4 | $ 57,400 | Retained | 1000 | 27.9058 | $ 27,906 | | $ (29,494) | |
| | 5/24/2021 | 893 | 57.4 | $ 51,258 | 7/29/2021 | 893 | 58.7402 | $ 52,455 | | $ 1,197 | |
| | 5/24/2021 | 107 | 57.4 | $ 6,142 | 7/29/2021 | 107 | 58.745 | $ 6,286 | | $ 144 | |
| | 5/24/2021 | 1000 | 57.3999 | $ 57,400 | 7/29/2021 | 1000 | 58.7 | $ 58,700 | | $ 1,300 | |
| | 5/24/2021 | 1000 | 57.4 | $ 57,400 | 7/29/2021 | 1000 | 58.55 | $ 58,550 | | $ 1,150 | |
| | 5/24/2021 | 1000 | 57.35 | $ 57,350 | 7/29/2021 | 1000 | 58.54 | $ 58,540 | | $ 1,190 | |
| | 5/24/2021 | 1000 | 57.3 | $ 57,300 | 7/29/2021 | 1000 | 58.48 | $ 58,480 | | $ 1,180 | |
| | 6/2/2021 | 1000 | 55.3 | $ 55,300 | 7/1/2021 | 1000 | 55.9043 | $ 55,904 | | $ 604 | |
| | 7/19/2021 | 1000 | 55.55 | $ 55,550 | 7/21/2021 | 1000 | 57.3 | $ 57,300 | | $ 1,750 | |
| | 7/29/2021 | 1000 | 58.38 | $ 58,380 | 7/29/2021 | 1000 | 58.42 | $ 58,420 | | $ 40 | |
| | 7/30/2021 | 1000 | 58.1 | $ 58,100 | Retained | 1000 | 27.9058 | $ 27,906 | | $ (30,194) | |
| | 8/2/2021 | 1000 | 58.05 | $ 58,050 | Retained | 1000 | 27.9058 | $ 27,906 | | $ (30,144) | |
| | 8/2/2021 | 1000 | 57.85 | $ 57,850 | 8/2/2021 | 1000 | 58.65 | $ 58,650 | | $ 800 | |
| | 8/3/2021 | 1000 | 57.55 | $ 57,550 | Retained | 1000 | 27.9058 | $ 27,906 | | $ (29,644) | |
| | 8/6/2021 | 1000 | 57.83 | $ 57,830 | 8/6/2021 | 1000 | 58.5 | $ 58,500 | | $ 670 | |
| | 8/9/2021 | 1000 | 58.35 | $ 58,350 | Retained | 1000 | 27.9058 | $ 27,906 | | $ (30,444) | |
| | 8/10/2021 | 1000 | 58.58 | $ 58,580 | Retained | 1000 | 27.9058 | $ 27,906 | | $ (30,674) | |
| | 8/11/2021 | 1000 | 58 | $ 58,000 | Retained | 1000 | 27.9058 | $ 27,906 | | $ (30,094) | |
| | 8/16/2021 | 1000 | 58.26 | $ 58,260 | Retained | 1000 | 27.9058 | $ 27,906 | | $ (30,354) | |
| | 8/17/2021 | 1000 | 58.1 | $ 58,100 | Retained | 1000 | 27.9058 | $ 27,906 | | $ (30,194) | |
| | 8/17/2021 | 1000 | 58.2 | $ 58,200 | Retained | 1000 | 27.9058 | $ 27,906 | | $ (30,294) | |
| | 8/17/2021 | 1000 | 58.05 | $ 58,050 | Retained | 1000 | 27.9058 | $ 27,906 | | $ (30,144) | |
| | 8/17/2021 | 1000 | 58.02 | $ 58,020 | Retained | 1000 | 27.9058 | $ 27,906 | | $ (30,114) | |
| | 8/17/2021 | 1000 | 58.01 | $ 58,010 | Retained | 1000 | 27.9058 | $ 27,906 | | $ (30,104) | |
| | 8/17/2021 | 1000 | 58.01 | $ 58,010 | Retained | 1000 | 27.9058 | $ 27,906 | | $ (30,104) | |
| | 8/17/2021 | 2000 | 58.01 | $ 116,020 | Retained | 2000 | 27.9058 | $ 55,812 | | $ (60,208) | |
| | 8/19/2021 | 1000 | 54.75 | $ 54,750 | Retained | 1000 | 27.9058 | $ 27,906 | | $ (26,844) | |
| | 8/20/2021 | 1000 | 54.6 | $ 54,600 | Retained | 1000 | 27.9058 | $ 27,906 | | $ (26,694) | |
| | 8/20/2021 | 1000 | 54.6799 | $ 54,680 | Retained | 1000 | 27.9058 | $ 27,906 | | $ (26,774) | |
| | 8/20/2021 | 1000 | 55.04 | $ 55,040 | Retained | 1000 | 27.9058 | $ 27,906 | | $ (27,134) | |
| | 8/23/2021 | 1000 | 54.85 | $ 54,850 | Retained | 1000 | 27.9058 | $ 27,906 | | $ (26,944) | |

Barrack, Rodos & Bacine — PROPRIETARY & CONFIDENTIAL

**LIFO Loss Chart**

Philip Kosowsky
Icahn Enterprises (IEP)
Class Period: 08/02/2018 through 05/09/2023
Loss Chart—LIFO

| | PURCHASES/ACQUISITIONS | | | | SALES | | | | | PROFIT/(LOSS) | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | PRICE/SH | AMOUNT | DATE | SHARES | PRICE/SH | AMOUNT | | PROFIT/(LOSS) | TOTAL |
| | 8/23/2021 | 1000 | 54.71 | $ 54,710 | Retained | 1000 | 27.9058 | $ 27,906 | | $ (26,804) | |
| | 8/25/2021 | 10000 | 54.56 | $ 545,600 | Retained | 10000 | 27.9058 | $ 279,058 | | $ (266,542) | |
| | 8/25/2021 | 1000 | 53.98 | $ 53,980 | Retained | 1000 | 27.9058 | $ 27,906 | | $ (26,074) | |
| | 9/8/2021 | 1000 | 52.79 | $ 52,790 | Retained | 1000 | 27.9058 | $ 27,906 | | $ (24,884) | |
| | 9/17/2021 | 1000 | 51.26 | $ 51,260 | Retained | 1000 | 27.9058 | $ 27,906 | | $ (23,354) | |
| | 9/20/2021 | 1000 | 50.26 | $ 50,260 | Retained | 1000 | 27.9058 | $ 27,906 | | $ (22,354) | |
| | 9/28/2021 | 1000 | 50 | $ 50,000 | 10/1/2021 | 1000 | 51.26 | $ 51,260 | | $ 1,260 | |
| | 9/30/2021 | 1000 | 49.8 | $ 49,800 | 10/1/2021 | 1000 | 50.6 | $ 50,600 | | $ 800 | |
| | 11/15/2021 | 800 | 54.89 | $ 43,912 | Retained | 800 | 27.9058 | $ 22,325 | | $ (21,587) | |
| | 11/15/2021 | 200 | 54.8685 | $ 10,974 | Retained | 200 | 27.9058 | $ 5,581 | | $ (5,393) | |
| | 11/15/2021 | 1000 | 54.7 | $ 54,700 | Retained | 1000 | 27.9058 | $ 27,906 | | $ (26,794) | |
| | 11/15/2021 | 1000 | 54.6 | $ 54,600 | Retained | 1000 | 27.9058 | $ 27,906 | | $ (26,694) | |
| | 11/16/2021 | 1000 | 54 | $ 54,000 | Retained | 1000 | 27.9058 | $ 27,906 | | $ (26,094) | |
| | 11/16/2021 | 1000 | 53.45 | $ 53,450 | Retained | 1000 | 27.9058 | $ 27,906 | | $ (25,544) | |
| | 11/16/2021 | 1000 | 53 | $ 53,000 | 1/7/2022 | 1000 | 54.2401 | $ 54,240 | | $ 1,240 | |
| | 11/18/2021 | 1000 | 52 | $ 52,000 | 1/4/2022 | 1000 | 53 | $ 53,000 | | $ 1,000 | |
| | 11/19/2021 | 1000 | 51 | $ 51,000 | 11/22/2021 | 1000 | 52.25 | $ 52,250 | | $ 1,250 | |
| | 11/23/2021 | 1000 | 51.3 | $ 51,300 | 1/4/2022 | 1000 | 52.4 | $ 52,400 | | $ 1,100 | |
| | 11/26/2021 | 1000 | 50.6 | $ 50,600 | 1/3/2022 | 1000 | 52.03 | $ 52,030 | | $ 1,430 | |
| | 11/30/2021 | 1000 | 50 | $ 50,000 | 1/3/2022 | 1000 | 51.3 | $ 51,300 | | $ 1,300 | |
| | 12/1/2021 | 1000 | 50 | $ 50,000 | 1/3/2022 | 1000 | 51.1 | $ 51,100 | | $ 1,100 | |
| | 12/1/2021 | 1 | 50 | $ 50 | 12/1/2021 | 1 | 51.37 | $ 51 | | $ 1 | |
| | 12/3/2021 | 1000 | 49.9 | $ 49,900 | 12/8/2021 | 1000 | 50.48 | $ 50,480 | | $ 580 | |
| | 12/8/2021 | 694 | 50.01 | $ 34,707 | 12/8/2021 | 694 | 50.48 | $ 35,033 | | $ 326 | |
| | 12/10/2021 | 1000 | 50 | $ 50,000 | 12/20/2021 | 1000 | 50.1401 | $ 50,140 | | $ 140 | |
| | 12/14/2021 | 1000 | 49.5 | $ 49,500 | 12/20/2021 | 1000 | 49.99 | $ 49,990 | | $ 490 | |
| | 12/15/2021 | 1000 | 49 | $ 49,000 | 12/15/2021 | 1000 | 50.1 | $ 50,100 | | $ 1,100 | |
| | 12/17/2021 | 1000 | 49.4 | $ 49,400 | 12/17/2021 | 1000 | 50 | $ 50,000 | | $ 600 | |
| | 12/21/2021 | 866 | 49.5 | $ 42,867 | 1/3/2022 | 866 | 50.29 | $ 43,551 | | $ 684 | |
| | 12/21/2021 | 134 | 49.5 | $ 6,633 | 12/21/2021 | 134 | 50.29 | $ 6,739 | | $ 106 | |
| | 12/31/2021 | 1000 | 49.6 | $ 49,600 | 1/3/2022 | 1000 | 50.6 | $ 50,600 | | $ 1,000 | |
| | 1/10/2022 | 1000 | 53.24 | $ 53,240 | 1/13/2022 | 1000 | 54.65 | $ 54,650 | | $ 1,410 | |
| | 1/18/2022 | 700 | 54.45 | $ 38,115 | 1/18/2022 | 700 | 54.89 | $ 38,423 | | $ 308 | |
| | 1/18/2022 | 300 | 54.44 | $ 16,332 | 1/18/2022 | 300 | 54.89 | $ 16,467 | | $ 135 | |
| | 1/18/2022 | 1000 | 54.49 | $ 54,490 | 1/18/2022 | 1000 | 54.75 | $ 54,750 | | $ 260 | |
| | 1/20/2022 | 1000 | 53.25 | $ 53,250 | 2/16/2022 | 1000 | 55.49 | $ 55,490 | | $ 2,240 | |

Barrack, Rodos & Bacine — PROPRIETARY & CONFIDENTIAL

**LIFO Loss Chart**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Philip Kosowsky | | | | | | | | | | | | |
| Icahn Enterprises (IEP) | | | | | | | | | | | | |
| Class Period: 08/02/2018 through 05/09/2023 | | | | | | | | | | | | |
| **Loss Chart—LIFO** | | | | | | | | | | | | |
| | **PURCHASES/ACQUISITIONS** | | | | | **SALES** | | | | | | |
| | **DATE** | **SHARES** | **PRICE/SH** | **AMOUNT** | | **DATE** | **SHARES** | **PRICE/SH** | **AMOUNT** | | **PROFIT/(LOSS)** | **TOTAL** |
| | | | | | | | | | | | | |
| | 1/20/2022 | 1000 | 52.75 | $ 52,750 | | 2/15/2022 | 1000 | 55.25 | $ 55,250 | | $ 2,500 | |
| | 1/21/2022 | 1000 | 52.25 | $ 52,250 | | 2/10/2022 | 1000 | 55.42 | $ 55,420 | | $ 3,170 | |
| | 1/21/2022 | 1000 | 51.75 | $ 51,750 | | 2/9/2022 | 1000 | 55.24 | $ 55,240 | | $ 3,490 | |
| | 1/21/2022 | 1000 | 51.25 | $ 51,250 | | 1/25/2022 | 1000 | 51.2 | $ 51,200 | | $ (50) | |
| | 1/24/2022 | 1000 | 50.75 | $ 50,750 | | 1/25/2022 | 1000 | 52.0056 | $ 52,006 | | $ 1,256 | |
| | 1/24/2022 | 1000 | 50 | $ 50,000 | | 1/25/2022 | 1000 | 52.25 | $ 52,250 | | $ 2,250 | |
| | 1/25/2022 | 1000 | 52.7 | $ 52,700 | | 1/25/2022 | 1000 | 52.95 | $ 52,950 | | $ 250 | |
| | 1/26/2022 | 1000 | 52.69 | $ 52,690 | | 2/2/2022 | 1000 | 55 | $ 55,000 | | $ 2,310 | |
| | 1/26/2022 | 1000 | 52.7 | $ 52,700 | | 1/26/2022 | 1000 | 53.35 | $ 53,350 | | $ 650 | |
| | 2/3/2022 | 1000 | 54.15 | $ 54,150 | | 2/8/2022 | 1000 | 54.8 | $ 54,800 | | $ 650 | |
| | 2/11/2022 | 922 | 54.5 | $ 50,249 | | 2/15/2022 | 922 | 55 | $ 50,710 | | $ 461 | |
| | 2/11/2022 | 78 | 54.5 | $ 4,251 | | 2/14/2022 | 78 | 55 | $ 4,290 | | $ 39 | |
| | 2/17/2022 | 1000 | 55.25 | $ 55,250 | | Retained | 1000 | 27.9058 | $ 27,906 | | $ (27,344) | |
| | 2/17/2022 | 1000 | 55 | $ 55,000 | | 2/17/2022 | 1000 | 55.3 | $ 55,300 | | $ 300 | |
| | 2/18/2022 | 1000 | 55 | $ 55,000 | | Retained | 1000 | 27.9058 | $ 27,906 | | $ (27,094) | |
| | 2/22/2022 | 1000 | 54.5 | $ 54,500 | | Retained | 1000 | 27.9058 | $ 27,906 | | $ (26,594) | |
| | 2/24/2022 | 1000 | 54.5 | $ 54,500 | | Retained | 1000 | 27.9058 | $ 27,906 | | $ (26,594) | |
| | 2/24/2022 | 1000 | 54 | $ 54,000 | | Retained | 1000 | 27.9058 | $ 27,906 | | $ (26,094) | |
| | 2/24/2022 | 1000 | 53 | $ 53,000 | | Retained | 1000 | 27.9058 | $ 27,906 | | $ (25,094) | |
| | 2/24/2022 | 1000 | 52.5 | $ 52,500 | | 2/24/2022 | 1000 | 54.5 | $ 54,500 | | $ 2,000 | |
| | 2/24/2022 | 1000 | 53.5 | $ 53,500 | | 2/24/2022 | 1000 | 54 | $ 54,000 | | $ 500 | |
| | 2/25/2022 | 1000 | 53 | $ 53,000 | | Retained | 1000 | 27.9058 | $ 27,906 | | $ (25,094) | |
| | 3/1/2022 | 1000 | 53.85 | $ 53,850 | | Retained | 1000 | 27.9058 | $ 27,906 | | $ (25,944) | |
| | 3/4/2022 | 1000 | 54.0999 | $ 54,100 | | Retained | 1000 | 27.9058 | $ 27,906 | | $ (26,194) | |
| | 3/4/2022 | 1000 | 53.9 | $ 53,900 | | Retained | 1000 | 27.9058 | $ 27,906 | | $ (25,994) | |
| | 3/4/2022 | 1000 | 53.7 | $ 53,700 | | 3/4/2022 | 1000 | 54 | $ 54,000 | | $ 300 | |
| | 3/7/2022 | 1000 | 53.85 | $ 53,850 | | Retained | 1000 | 27.9058 | $ 27,906 | | $ (25,944) | |
| | 3/7/2022 | 1000 | 53.5 | $ 53,500 | | Retained | 1000 | 27.9058 | $ 27,906 | | $ (25,594) | |
| | 3/10/2022 | 1000 | 53.85 | $ 53,850 | | Retained | 1000 | 27.9058 | $ 27,906 | | $ (25,944) | |
| | 3/11/2022 | 1000 | 53.55 | $ 53,550 | | Retained | 1000 | 27.9058 | $ 27,906 | | $ (25,644) | |
| | 3/14/2022 | 1000 | 53.6 | $ 53,600 | | Retained | 1000 | 27.9058 | $ 27,906 | | $ (25,694) | |
| | 3/14/2022 | 1000 | 53.4 | $ 53,400 | | Retained | 1000 | 27.9058 | $ 27,906 | | $ (25,494) | |
| | 5/9/2022 | 1000 | 53.45 | $ 53,450 | | 5/17/2022 | 1000 | 55.3 | $ 55,300 | | $ 1,850 | |
| | 5/9/2022 | 1000 | 52.8 | $ 52,800 | | 5/17/2022 | 1000 | 55 | $ 55,000 | | $ 2,200 | |
| | 5/18/2022 | 1000 | 54.8 | $ 54,800 | | Retained | 1000 | 27.9058 | $ 27,906 | | $ (26,894) | |
| | 5/18/2022 | 1000 | 54.5 | $ 54,500 | | Retained | 1000 | 27.9058 | $ 27,906 | | $ (26,594) | |

Barrack, Rodos & Bacine — PROPRIETARY & CONFIDENTIAL

**LIFO Loss Chart**

Philip Kosowsky
Icahn Enterprises (IEP)
Class Period: 08/02/2018 through 05/09/2023
Loss Chart—LIFO

| | PURCHASES/ACQUISITIONS | | | | SALES | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **DATE** | **SHARES** | **PRICE/SH** | **AMOUNT** | **DATE** | **SHARES** | **PRICE/SH** | **AMOUNT** | | **PROFIT/(LOSS)** | **TOTAL** |
| | 5/19/2022 | 1000 | 51.8 | $ 51,800 | Retained | 1000 | 27.9058 | $ 27,906 | $ | (23,894) | |
| | 5/20/2022 | 1000 | 50.8 | $ 50,800 | 5/23/2022 | 1000 | 51.3 | $ 51,300 | $ | 500 | |
| | 5/20/2022 | 1000 | 50.4 | $ 50,400 | 5/23/2022 | 1000 | 50.93 | $ 50,930 | $ | 530 | |
| | 5/24/2022 | 1000 | 50.8 | $ 50,800 | 5/24/2022 | 1000 | 51.3 | $ 51,300 | $ | 500 | |
| | 5/24/2022 | 1000 | 50.4 | $ 50,400 | 5/24/2022 | 1000 | 51.1 | $ 51,100 | $ | 700 | |
| | 5/31/2022 | 1000 | 50.8 | $ 50,800 | 5/31/2022 | 1000 | 51.3 | $ 51,300 | $ | 500 | |
| | 6/1/2022 | 1000 | 50.8 | $ 50,800 | 6/1/2022 | 1000 | 51.1 | $ 51,100 | $ | 300 | |
| | 6/1/2022 | 1000 | 50.6 | $ 50,600 | 6/1/2022 | 1000 | 51.3 | $ 51,300 | $ | 700 | |
| | 6/2/2022 | 1000 | 50.8 | $ 50,800 | 6/2/2022 | 1000 | 51.2 | $ 51,200 | $ | 400 | |
| | 6/2/2022 | 100 | 50.7 | $ 5,070 | 6/2/2022 | 100 | 51.31 | $ 5,131 | $ | 61 | |
| | 6/2/2022 | 900 | 50.7 | $ 45,630 | 6/2/2022 | 900 | 51.3 | $ 46,170 | $ | 540 | |
| | 6/2/2022 | 1000 | 50.6 | $ 50,600 | 6/2/2022 | 1000 | 51.3 | $ 51,300 | $ | 700 | |
| | 6/3/2022 | 192 | 50.8 | $ 9,754 | 6/8/2022 | 192 | 51.83 | $ 9,951 | $ | 198 | |
| | 6/3/2022 | 808 | 50.8 | $ 41,046 | 6/8/2022 | 808 | 51.8501 | $ 41,895 | $ | 848 | |
| | 6/6/2022 | 45 | 50.85 | $ 2,288 | 6/7/2022 | 45 | 51.3 | $ 2,309 | $ | 20 | |
| | 6/7/2022 | 955 | 50.85 | $ 48,562 | 6/7/2022 | 955 | 51.3 | $ 48,992 | $ | 430 | |
| | 6/7/2022 | 1000 | 50.7 | $ 50,700 | 6/7/2022 | 1000 | 51.25 | $ 51,250 | $ | 550 | |
| | 6/8/2022 | 1000 | 50.85 | $ 50,850 | 6/8/2022 | 1000 | 51.8101 | $ 51,810 | $ | 960 | |
| | 6/9/2022 | 1000 | 51.6 | $ 51,600 | Retained | 1000 | 27.9058 | $ 27,906 | $ | (23,694) | |
| | 6/10/2022 | 1000 | 50.85 | $ 50,850 | Retained | 1000 | 27.9058 | $ 27,906 | $ | (22,944) | |
| | 6/10/2022 | 1000 | 50.7 | $ 50,700 | Retained | 1000 | 27.9058 | $ 27,906 | $ | (22,794) | |
| | 6/10/2022 | 1000 | 50.6 | $ 50,600 | Retained | 1000 | 27.9058 | $ 27,906 | $ | (22,694) | |
| | 6/13/2022 | 1000 | 50.5 | $ 50,500 | Retained | 1000 | 27.9058 | $ 27,906 | $ | (22,594) | |
| | 6/13/2022 | 1000 | 50.4 | $ 50,400 | Retained | 1000 | 27.9058 | $ 27,906 | $ | (22,494) | |
| | 6/13/2022 | 1000 | 50.2 | $ 50,200 | Retained | 1000 | 27.9058 | $ 27,906 | $ | (22,294) | |
| | 6/13/2022 | 1000 | 50 | $ 50,000 | Retained | 1000 | 27.9058 | $ 27,906 | $ | (22,094) | |
| | 6/13/2022 | 1000 | 50.1 | $ 50,100 | Retained | 1000 | 27.9058 | $ 27,906 | $ | (22,194) | |
| | 6/13/2022 | 1000 | 50.01 | $ 50,010 | 6/13/2022 | 1000 | 50.6 | $ 50,600 | $ | 590 | |
| | 6/14/2022 | 110 | 50.05 | $ 5,506 | 6/14/2022 | 110 | 50.57 | $ 5,563 | $ | 57 | |
| | 6/14/2022 | 1000 | 49.75 | $ 49,750 | 7/29/2022 | 1000 | 53.55 | $ 53,550 | $ | 3,800 | |
| | 6/14/2022 | 1000 | 49.5 | $ 49,500 | 7/13/2022 | 1000 | 51.4 | $ 51,400 | $ | 1,900 | |
| | 6/16/2022 | 1000 | 49 | $ 49,000 | 6/27/2022 | 1000 | 48.7 | $ 48,700 | $ | (300) | |
| | 6/16/2022 | 1000 | 48.5 | $ 48,500 | 6/17/2022 | 1000 | 49.3 | $ 49,300 | $ | 800 | |
| | 6/21/2022 | 1000 | 48.8 | $ 48,800 | 6/27/2022 | 1000 | 48.49 | $ 48,490 | $ | (310) | |
| | 6/21/2022 | 1000 | 48.7 | $ 48,700 | 6/22/2022 | 1000 | 48.8 | $ 48,800 | $ | 100 | |
| | 6/21/2022 | 1000 | 48.0799 | $ 48,080 | 6/21/2022 | 1000 | 49.76 | $ 49,760 | $ | 1,680 | |

Barrack, Rodos & Bacine — PROPRIETARY & CONFIDENTIAL

**LIFO Loss Chart**

Philip Kosowsky
Icahn Enterprises (IEP)
Class Period: 08/02/2018 through 05/09/2023
Loss Chart—LIFO

| PURCHASES/ACQUISITIONS | | | | | SALES | | | | | PROFIT/(LOSS) | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | SHARES | PRICE/SH | AMOUNT | | DATE | SHARES | PRICE/SH | AMOUNT | | | |
| 6/23/2022 | 1000 | 48.2 | $ 48,200 | | 7/8/2022 | 1000 | 50.4 | $ 50,400 | | $ 2,200 | |
| 6/28/2022 | 246 | 49 | $ 12,054 | | 6/28/2022 | 246 | 49.5 | $ 12,177 | | $ 123 | |
| 6/28/2022 | 100 | 48.9999 | $ 4,900 | | 6/28/2022 | 100 | 49.5 | $ 4,950 | | $ 50 | |
| 6/28/2022 | 200 | 48.99 | $ 9,798 | | 6/28/2022 | 200 | 49.5 | $ 9,900 | | $ 102 | |
| 6/28/2022 | 100 | 48.989 | $ 4,899 | | 6/28/2022 | 100 | 49.5 | $ 4,950 | | $ 51 | |
| 6/28/2022 | 354 | 48.965 | $ 17,334 | | 6/28/2022 | 354 | 49.5 | $ 17,523 | | $ 189 | |
| 6/30/2022 | 1000 | 48.1 | $ 48,100 | | 7/8/2022 | 1000 | 49.8 | $ 49,800 | | $ 1,700 | |
| 6/30/2022 | 1000 | 47.8 | $ 47,800 | | 6/30/2022 | 1000 | 48.4001 | $ 48,400 | | $ 600 | |
| 7/1/2022 | 1000 | 47.7 | $ 47,700 | | 7/6/2022 | 1000 | 48.8 | $ 48,800 | | $ 1,100 | |
| 7/1/2022 | 1000 | 47.5 | $ 47,500 | | 7/1/2022 | 1000 | 48.1 | $ 48,100 | | $ 600 | |
| 7/5/2022 | 1000 | 47.7 | $ 47,700 | | 7/6/2022 | 1000 | 49 | $ 49,000 | | $ 1,300 | |
| 7/14/2022 | 1000 | 50.4 | $ 50,400 | | 7/15/2022 | 1000 | 51.6 | $ 51,600 | | $ 1,200 | |
| 7/20/2022 | 1000 | 50.6 | $ 50,600 | | 7/28/2022 | 1000 | 52.5 | $ 52,500 | | $ 1,900 | |
| 8/4/2022 | 1000 | 53.3 | $ 53,300 | | 2/16/2023 | 1000 | 54.45 | $ 54,450 | | $ 1,150 | |
| 8/8/2022 | 1000 | 53.6 | $ 53,600 | | 2/16/2023 | 1000 | 54.4 | $ 54,400 | | $ 800 | |
| 8/22/2022 | 1000 | 51 | $ 51,000 | | 1/27/2023 | 1000 | 54 | $ 54,000 | | $ 3,000 | |
| 8/22/2022 | 1000 | 50.5 | $ 50,500 | | 8/22/2022 | 1000 | 50.2501 | $ 50,250 | | $ (250) | |
| 9/1/2022 | 558 | 50.84 | $ 28,369 | | 1/27/2023 | 558 | 53.97 | $ 30,115 | | $ 1,747 | |
| 9/1/2022 | 442 | 50.8399 | $ 22,471 | | 1/27/2023 | 442 | 53.97 | $ 23,855 | | $ 1,384 | |
| 9/6/2022 | 1000 | 50.5 | $ 50,500 | | 1/26/2023 | 1000 | 53.85 | $ 53,850 | | $ 3,350 | |
| 9/23/2022 | 1000 | 50 | $ 50,000 | | 10/13/2022 | 1000 | 53.05 | $ 53,050 | | $ 3,050 | |
| 9/26/2022 | 1000 | 49.5 | $ 49,500 | | 10/5/2022 | 1000 | 52.35 | $ 52,350 | | $ 2,850 | |
| 9/26/2022 | 1000 | 49 | $ 49,000 | | 10/4/2022 | 1000 | 51.5 | $ 51,500 | | $ 2,500 | |
| 9/26/2022 | 688 | 48.5 | $ 33,368 | | 9/28/2022 | 688 | 50 | $ 34,400 | | $ 1,032 | |
| 9/26/2022 | 312 | 48.5 | $ 15,132 | | 9/28/2022 | 312 | 50.05 | $ 15,616 | | $ 484 | |
| 9/29/2022 | 1000 | 49.12 | $ 49,120 | | 10/3/2022 | 1000 | 50.8 | $ 50,800 | | $ 1,680 | |
| 10/14/2022 | 1000 | 52.75 | $ 52,750 | | 1/26/2023 | 1000 | 53.85 | $ 53,850 | | $ 1,100 | |
| 10/20/2022 | 1000 | 53.4 | $ 53,400 | | 1/25/2023 | 1000 | 53.625 | $ 53,625 | | $ 225 | |
| 10/26/2022 | 1000 | 53.77 | $ 53,770 | | 1/25/2023 | 1000 | 53.5 | $ 53,500 | | $ (270) | |
| 11/2/2022 | 1000 | 53.76 | $ 53,760 | | 1/6/2023 | 1000 | 53.45 | $ 53,450 | | $ (310) | |
| 11/2/2022 | 905 | 53.6 | $ 48,508 | | 12/21/2022 | 905 | 50.75 | $ 45,929 | | $ (2,579) | |
| 11/3/2022 | 95 | 53.6 | $ 5,092 | | 12/21/2022 | 95 | 50.75 | $ 4,821 | | $ (271) | |
| 11/16/2022 | 1000 | 53.36 | $ 53,360 | | 12/21/2022 | 1000 | 50.7 | $ 50,700 | | $ (2,660) | |
| 11/18/2022 | 1000 | 51.5 | $ 51,500 | | 12/16/2022 | 1000 | 50.7301 | $ 50,730 | | $ (770) | |
| 11/21/2022 | 1000 | 51 | $ 51,000 | | 12/14/2022 | 1000 | 51 | $ 51,000 | | $ - | |
| 11/25/2022 | 776 | 50.9299 | $ 39,522 | | 12/13/2022 | 776 | 50.5 | $ 39,188 | | $ (334) | |

Barrack, Rodos & Bacine — PROPRIETARY & CONFIDENTIAL

**LIFO Loss Chart**

Philip Kosowsky
Icahn Enterprises (IEP)
Class Period: 08/02/2018 through 05/09/2023
Loss Chart—LIFO

| | PURCHASES/ACQUISITIONS | | | | SALES | | | | | PROFIT/(LOSS) | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **DATE** | **SHARES** | **PRICE/SH** | **AMOUNT** | **DATE** | **SHARES** | **PRICE/SH** | **AMOUNT** | | **PROFIT/(LOSS)** | **TOTAL** |
| | 11/25/2022 | 224 | 50.915 | $ 11,405 | 12/13/2022 | 224 | 50.5 | $ 11,312 | | $ (93) | |
| | 11/28/2022 | 1000 | 50.8 | $ 50,800 | 12/13/2022 | 1000 | 50.5 | $ 50,500 | | $ (300) | |
| | 11/28/2022 | 1000 | 50.5 | $ 50,500 | 12/13/2022 | 1000 | 50.6 | $ 50,600 | | $ 100 | |
| | 12/6/2022 | 1000 | 50 | $ 50,000 | 12/7/2022 | 1000 | 50.4601 | $ 50,460 | | $ 460 | |
| | 12/22/2022 | 206 | 50.34 | $ 10,370 | 12/23/2022 | 206 | 50.63 | $ 10,430 | | $ 60 | |
| | 12/22/2022 | 190 | 50.3399 | $ 9,565 | 12/23/2022 | 190 | 50.63 | $ 9,620 | | $ 55 | |
| | 12/23/2022 | 604 | 50.34 | $ 30,405 | 12/23/2022 | 604 | 50.63 | $ 30,581 | | $ 175 | |
| | 12/28/2022 | 1000 | 50.07 | $ 50,070 | 12/30/2022 | 1000 | 50.5 | $ 50,500 | | $ 430 | |
| | 1/9/2023 | 1000 | 52.6259 | $ 52,626 | 1/10/2023 | 1000 | 53.0301 | $ 53,030 | | $ 404 | |
| | 1/12/2023 | 1000 | 52.84 | $ 52,840 | 1/24/2023 | 1000 | 53.45 | $ 53,450 | | $ 610 | |
| | 1/17/2023 | 1000 | 53.04 | $ 53,040 | 1/17/2023 | 1000 | 53.44 | $ 53,440 | | $ 400 | |
| | 1/19/2023 | 899 | 52.78 | $ 47,449 | 1/24/2023 | 899 | 53.3 | $ 47,917 | | $ 467 | |
| | 1/19/2023 | 101 | 52.7795 | $ 5,331 | 1/24/2023 | 101 | 53.3 | $ 5,383 | | $ 53 | |
| | 1/19/2023 | 1000 | 52.6 | $ 52,600 | 1/24/2023 | 1000 | 53.1401 | $ 53,140 | | $ 540 | |
| | 1/30/2023 | 1000 | 53.7 | $ 53,700 | 2/3/2023 | 1000 | 54.15 | $ 54,150 | | $ 450 | |
| | 2/1/2023 | 1000 | 53.5 | $ 53,500 | 2/3/2023 | 1000 | 54.1 | $ 54,100 | | $ 600 | |
| | 2/1/2023 | 1000 | 53.4 | $ 53,400 | 2/3/2023 | 1000 | 53.98 | $ 53,980 | | $ 580 | |
| | 2/13/2023 | 1000 | 53.8799 | $ 53,880 | 2/14/2023 | 1000 | 54.18 | $ 54,180 | | $ 300 | |
| | 2/21/2023 | 1000 | 54 | $ 54,000 | Retained | 1000 | 27.9058 | $ 27,906 | | $ (26,094) | |
| | 2/21/2023 | 1000 | 53.91 | $ 53,910 | 2/22/2023 | 1000 | 54.2 | $ 54,200 | | $ 290 | |
| | 2/23/2023 | 1000 | 53.78 | $ 53,780 | 2/24/2023 | 1000 | 54.15 | $ 54,150 | | $ 370 | |
| | 2/27/2023 | 1000 | 53.91 | $ 53,910 | Retained | 1000 | 27.9058 | $ 27,906 | | $ (26,004) | |
| | 2/27/2023 | 1000 | 53.8999 | $ 53,900 | Retained | 1000 | 27.9058 | $ 27,906 | | $ (25,994) | |
| | 2/27/2023 | 1000 | 53.8 | $ 53,800 | Retained | 1000 | 27.9058 | $ 27,906 | | $ (25,894) | |
| | 2/27/2023 | 1000 | 53.8 | $ 53,800 | Retained | 1000 | 27.9058 | $ 27,906 | | $ (25,894) | |
| | 2/27/2023 | 1000 | 53.82 | $ 53,820 | Retained | 1000 | 27.9058 | $ 27,906 | | $ (25,914) | |
| | 2/27/2023 | 1000 | 53.78 | $ 53,780 | Retained | 1000 | 27.9058 | $ 27,906 | | $ (25,874) | |
| | 2/27/2023 | 1000 | 53.75 | $ 53,750 | Retained | 1000 | 27.9058 | $ 27,906 | | $ (25,844) | |
| | 2/28/2023 | 285 | 53.62 | $ 15,282 | Retained | 285 | 27.9058 | $ 7,953 | | $ (7,329) | |
| | 3/1/2023 | 715 | 53.62 | $ 38,338 | Retained | 715 | 27.9058 | $ 19,953 | | $ (18,386) | |
| | 3/1/2023 | 1000 | 53.82 | $ 53,820 | Retained | 1000 | 27.9058 | $ 27,906 | | $ (25,914) | |
| | 3/1/2023 | 1000 | 53.61 | $ 53,610 | 3/1/2023 | 1000 | 53.8701 | $ 53,870 | | $ 260 | |
| | 3/1/2023 | 800 | 53.4299 | $ 42,744 | 3/1/2023 | 800 | 53.94 | $ 43,152 | | $ 408 | |
| | 3/1/2023 | 3 | 53.4292 | $ 160 | 3/1/2023 | 3 | 53.94 | $ 162 | | $ 2 | |
| | 3/1/2023 | 197 | 53.415 | $ 10,523 | 3/1/2023 | 197 | 53.94 | $ 10,626 | | $ 103 | |
| | 3/8/2023 | 1000 | 53.78 | $ 53,780 | Retained | 1000 | 27.9058 | $ 27,906 | | $ (25,874) | |

**LIFO Loss Chart**

Philip Kosowsky
Icahn Enterprises (IEP)
Class Period: 08/02/2018 through 05/09/2023
**Loss Chart—LIFO**

| | PURCHASES/ACQUISITIONS | | | | SALES | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **DATE** | **SHARES** | **PRICE/SH** | **AMOUNT** | **DATE** | **SHARES** | **PRICE/SH** | **AMOUNT** | | **PROFIT/(LOSS)** | **TOTAL** |
| | 3/10/2023 | 1000 | 51.29 | $ 51,290 | Retained | 1000 | 27.9058 | $ 27,906 | | $ (23,384) | |
| | 3/10/2023 | 1000 | 51 | $ 51,000 | Retained | 1000 | 27.9058 | $ 27,906 | | $ (23,094) | |
| | 3/10/2023 | 1000 | 50.5 | $ 50,500 | Retained | 1000 | 27.9058 | $ 27,906 | | $ (22,594) | |
| | 3/13/2023 | 1000 | 50.18 | $ 50,180 | 4/6/2023 | 1000 | 52.6 | $ 52,600 | | $ 2,420 | |
| | 3/13/2023 | 1000 | 50.5 | $ 50,500 | 3/29/2023 | 1000 | 51.5 | $ 51,500 | | $ 1,000 | |
| | 3/14/2023 | 1000 | 50.26 | $ 50,260 | 3/16/2023 | 1000 | 50.93 | $ 50,930 | | $ 670 | |
| | 3/15/2023 | 1000 | 50 | $ 50,000 | 3/15/2023 | 1000 | 50.2801 | $ 50,280 | | $ 280 | |
| | 3/24/2023 | 1000 | 50.3 | $ 50,300 | 3/28/2023 | 1000 | 51.29 | $ 51,290 | | $ 990 | |
| | 4/10/2023 | 1000 | 52 | $ 52,000 | Retained | 1000 | 27.9058 | $ 27,906 | | $ (24,094) | |
| | 4/18/2023 | 1000 | 52.41 | $ 52,410 | Retained | 1000 | 27.9058 | $ 27,906 | | $ (24,504) | |
| | 4/18/2023 | 50 | 52.41 | $ 2,621 | 4/18/2023 | 50 | 52.43 | $ 2,622 | | $ 1 | |
| | 4/19/2023 | 1000 | 52.18 | $ 52,180 | Retained | 1000 | 27.9058 | $ 27,906 | | $ (24,274) | |
| | 4/19/2023 | 1000 | 52.03 | $ 52,030 | Retained | 1000 | 27.9058 | $ 27,906 | | $ (24,124) | |
| | 4/19/2023 | 1000 | 52 | $ 52,000 | Retained | 1000 | 27.9058 | $ 27,906 | | $ (24,094) | |
| | 4/21/2023 | 1000 | 51 | $ 51,000 | Retained | 1000 | 27.9058 | $ 27,906 | | $ (23,094) | |
| | 5/1/2023 | 1000 | 50.86 | $ 50,860 | Retained | 1000 | 27.9058 | $ 27,906 | | $ (22,954) | |
| | 5/1/2023 | 1000 | 50.52 | $ 50,520 | Retained | 1000 | 27.9058 | $ 27,906 | | $ (22,614) | |
| | 5/2/2023 | 1000 | 50 | $ 50,000 | Retained | 1000 | 27.9058 | $ 27,906 | | $ (22,094) | |
| | 5/2/2023 | 1000 | 49.5 | $ 49,500 | Retained | 1000 | 27.9058 | $ 27,906 | | $ (21,594) | |
| | 5/2/2023 | 1000 | 49 | $ 49,000 | Retained | 1000 | 27.9058 | $ 27,906 | | $ (21,094) | |
| | 5/2/2023 | 1000 | 45.89 | $ 45,890 | Retained | 1000 | 27.9058 | $ 27,906 | | $ (17,984) | |
| | 5/2/2023 | 1000 | 46.33 | $ 46,330 | Retained | 1000 | 27.9058 | $ 27,906 | | $ (18,424) | |
| | 5/2/2023 | 1000 | 46.5 | $ 46,500 | Retained | 1000 | 27.9058 | $ 27,906 | | $ (18,594) | |
| | 5/2/2023 | 1000 | 42.6 | $ 42,600 | Retained | 1000 | 27.9058 | $ 27,906 | | $ (14,694) | |
| | 5/2/2023 | 1000 | 40 | $ 40,000 | Retained | 1000 | 27.9058 | $ 27,906 | | $ (12,094) | |
| | 5/2/2023 | 1000 | 41.6 | $ 41,600 | Retained | 1000 | 27.9058 | $ 27,906 | | $ (13,694) | |
| | 5/2/2023 | 1000 | 39 | $ 39,000 | Retained | 1000 | 27.9058 | $ 27,906 | | $ (11,094) | |
| | 5/2/2023 | 1000 | 38 | $ 38,000 | Retained | 1000 | 27.9058 | $ 27,906 | | $ (10,094) | |
| | 5/2/2023 | 1000 | 37 | $ 37,000 | Retained | 1000 | 27.9058 | $ 27,906 | | $ (9,094) | |
| | 5/3/2023 | 1000 | 35 | $ 35,000 | Retained | 1000 | 27.9058 | $ 27,906 | | $ (7,094) | |
| | 5/4/2023 | 1000 | 30 | $ 30,000 | Retained | 1000 | 27.9058 | $ 27,906 | | $ (2,094) | |
| | | 304,718 | | 16,652,653 | | 304,718 | | 13,678,543 | | (2,974,111) | (2,974,111) |
| | | | | | | | | | **Grand Total:** | | (2,974,111) |

Barrack, Rodos & Bacine — PROPRIETARY & CONFIDENTIAL

# EXHIBIT 4

Case 1:23-cv-21773-KMM   Document 20-1   Entered on FLSD Docket 07/10/2023   Page 96 of 123

# Firm Biography

**BARRACK RODOS & BACINE**
ATTORNEYS AT LAW

**Barrack, Rodos & Bacine** is extensively involved in complex class action litigation, including securities, antitrust and RICO matters, representing both plaintiffs and defendants. The Firm has significant leadership positions in complex litigation, having been appointed by courts as lead counsel in numerous class actions throughout the United States, including those brought pursuant to the provisions of the Private Securities Litigation Reform Act.

Among the many securities law, derivative and fiduciary duty cases where the Firm has been appointed lead counsel are the following:

*In re Vroom, Inc. Securities Litigation,* Civil Action No. 1:21-cv-03296-PGG, before the Honorable Paul G. Gardephe in the United States District Court for the Southern District of New York;

*In re Grand Canyon Education, Inc. Securities Litigation,* Civil Action No. 1:20-cv-00639-MN-CJB, before the Honorable Maryellen Noreika in the United States District Court for the District of Delaware;

*Allegheny County Employees' Retirement System v. Energy Transfer LP, et al.,* Case No. 2:20-cv-00200-GAM, before the Honorable Gerald A. McHugh in the Eastern District of Pennsylvania;

*Max Morris Harari v. PriceSmart, Inc., et al.*, Civil Action No. 19-CV-958 JLS (LL), before the Honorable Janis L. Sammartino in the Southern District of California;

*In re Dentsply Sirona, Inc. Securities Litigation,* Civil Action No. 1:18-cv7253-NG-PK, before the Honorable Nina Gershon in the Eastern District of New York;

*In re WageWorks, Inc. Securities Litigation*, Case No. 4:18-cv-01523-JSW, before the Honorable Jeffrey S. White in the Northern District of California;

*Patricia A. Shenk, et al. v. Mallinckrodt PLC, et al., Civil Action No. 17-cv-00145 (DLF), before the Honorable Dabney L. Friedrich in the District of Columbia;*

*In re Roadrunner Transportation Systems, Inc. Securities Litigation, No. 2:17-cv-144-PP, before the Honorable Pamela Pepper in the Eastern District of Wisconsin;*

*In re Omnivision Technologies, Inc. Securities Litigation,* Case No. 5:11-cv-05235, before the Honorable Ronald M. Whyte in the Northern District of California;

*Pennsylvania Public School Employees' Retirement System v. Bank of America Corp., et al.,* Civil Action No. 1:11-cv-733-WHP, before the Honorable William H. Pauley, III, in the Southern District of New York;

FIRM BIOGRAPHY                                                                                    1

**BARRACK
RODOS &
BACINE**
ATTORNEYS AT LAW

*In re American International Group Inc. 2008 Securities Litigation*, Master File No. 08-CV-4772-LTS, before the Honorable Laura Taylor Swain in the Southern District of New York;

*In re McKesson HBOC, Inc. Securities Litigation*, No. C-99-20743-RMW, before the Honorable Ronald M. Whyte in the Northern District of California;

*In re DFC Global Corp. Securities Litigation*, Civ. A. No. 2:13-cv-06731-BMS, before the Honorable Berle M. Schiller in the Eastern District of Pennsylvania;

*In re WorldCom, Inc. Securities Litigation*, Master File No. 02-Civ-3288 (DLC), before the Honorable Denise L. Cote in the Southern District of New York;

*In re Cendant Corporation Litigation*, Master File No. 98-1664 (WHW), before the Honorable William H. Walls in the District of New Jersey;

*In re Apollo Group, Inc. Securities Litigation*, Master File No. CV 04-2147-PHX-JAT, the Honorable James A. Teilborg in the District of Arizona;

*In re Merrill Lynch & Co., Inc. Securities, Derivative & ERISA Litigation*, Master File No. 07-cv-9633 (LBS)(AJP)(DFE), before the Honorable Jed S. Rakoff in the Southern District of New York;

*Rubin v. MF Global, Ltd., et al.*, Case No. 1:08cv2233-VM, before the Honorable Victor Marrero in the Southern District of New York;

*Louisiana Municipal Police Employees Retirement System v. Green Mountain Coffee Roasters et al.,* Case No. 11-cv-00289, pending before the Honorable William K. Sessions, III, in the District of Vermont;

*In re The Mills Corporation Securities Litigation*, Civil Action No. 1:06-77 (GBL), before the Honorable Liam O'Grady in the Eastern District of Virginia;

*Waldrep v. ValueClick, Inc., et al.,* Case No. 07-05411 DDP (AJWx), before the Honorable Dean D. Pregerson in the Central District of California;

*In re Michael Baker Inc. Securities Litigation*, Civil Action No. 2:08-cv-00370-JFC, before the Honorable Joy Flowers Conti in the Western District of Pennsylvania;

*In re PainCare Holdings, Inc. Securities Litigation*, Case No. 6:06-cv-362-Orl-28DAB, before the Honorable John Antoon, II in the Middle District of Florida;

*In re MSG Networks, Inc. Stockholder Class Action Litig.,* Consolidated C.A. 2021-0575-KSJM, before the Honorable Kathaleen St. J. McCormick in the Delaware Court of Chancery;

**FIRM BIOGRAPHY**                                                                                              2

**BARRACK
RODOS &
BACINE**
ATTORNEYS AT LAW

*Government Employees' Retirement System of the Virgin Islands v. Michael D. Huggins, et al. (Synthes)*, Civil Action No. 11-01993, before the Honorable Robert J. Shenkin in the Court of Common Pleas in Chester County, Pennsylvania;

*In re Allion Healthcare Inc. Shareholders Litigation*, Cons. C.A. No. 5022-CC, before Chancellor William B. Chandler III in the Delaware Chancery Court;

*Herbert Resnik v. Patricia A. Woertz, et al. (Archer-Daniels-Midland Company)*, Civil Action No. 1:10-cv-00527-GMS, before the Honorable Gregory M. Sleet, Chief Judge of the District of Delaware;

*Ruby Resnick v. Spencer Abraham, et al. (Occidental Petroleum Corp.)*, Case No. 10-cv-00390, before the Honorable Robert F. Kelly (sitting by designation) in the District of Delaware;

*In re R & G Financial Corp. Securities Litigation*, No. 05 cv 4186, before the Honorable John E. Sprizzo in the Southern District of New York;

*In re Bridgestone Securities Litigation*, Master File No. 3:01-0017, before the Honorable Robert L. Echols in the Middle District of Tennessee;

*In re Daimler Chrysler Securities Litigation*, No. 00-0993, before the Honorable Joseph J. Farnan, Jr. in the District of Delaware;

*In re Schering-Plough Securities Litigation*, Master File No. 01-CV-0829 (KSH/RJH), before the Honorable Katherine Hayden in the District of New Jersey;

*In re Chiron Shareholder Deal Litigation*, Case No. RG 05-230567, before the Honorable Robert B. Freedman in the California Superior Court for Alameda County;

*In re AOL Time Warner Shareholder Derivative Litigation*, Master File No. 02-CV-6302 (SWK), before the Honorable Shirley Wohl Kram in the Southern District of New York;

*In re Apple Computer, Inc., Derivative Litigation*, Lead Case No. 1:06CV066692, before the Honorable Joseph H. Huber in the Superior Court of the State of California, County of Santa Clara;

*In re Computer Sciences Corporation Derivative Litigation*, Lead Case No.: 06-CV-5288 MRP (Ex), before the Honorable Mariana R. Pfaelzer in the Central District of California;

*Dennis Rice v. Lafarge North America, Inc., et al.*, Civil No. 268974-V, before the Honorable Michael D. Mason in the Circuit Court for Montgomery County, Maryland;

*In re Nationwide Financial Services Litigation*, Civil Action No. 2:08cv00249, before the Honorable Michael H. Watson in the Southern District of Ohio;

**BARRACK RODOS & BACINE**

*In re Monster Worldwide, Inc.*, Master Docket No. 1:06-cv-04622, before the Honorable Naomi Reice Buchwald in the Southern District of New York;

*In re Quest Software, Inc. Derivative Litigation*, Lead Case No. 06-cv-751 Doc(Rnbx), before the Honorable David O. Carter in the Central District of California, Southern Division;

*Bader v. Ainslie (Lehman Brothers Holdings, Inc.)*, Civil Action No. 06cv5884, before the Honorable William H. Pauley, III in the Southern District of New York;

*Insulators and Asbestos Workers Local 14 Pension Fund v. Buckley, et al. (3M Corporation)*, Case No. 1:07-cv-00416-GMS, pending before the Honorable Gregory M. Sleet in District of Delaware;

*Hill v. Berdon (Barnes & Noble, Inc.)*, Index No. 06602889, before the Honorable Richard B. Lowe, III, in the Supreme Court of New York County New York; and

*The Edward Goodman Life Income Trust v. Huang (NVIDIA Corp.)*, Case No. 3:06cv06110-MHP (N.D. Cal.), before the Honorable Saundra Brown Armstrong in the Northern District of California.

*In re Sunbeam Securities Litigation*, No. 98-8258-CIV-MIDDLEBROOKS, before the Honorable Donald M. Middlebrooks in the Southern District of Florida;

*In re Applied Micro Circuits Corp. Securities Litigation*, No. 01-CV-0649-K (AJB), before the Honorable Judith N. Keep in the Southern District of California;

*Jason Stanley, et al. v. Safeskin Corporation, et al.*, Lead Case No.: 99cv0454-BTM (LSP), before the Honorable Barry Ted Moskowitz in the Southern District of California;

*In re Hi/Fn, Inc. Securities Litigation*, Master File No. C-99-4531-SI, before the Honorable Susan Illston in the Northern District of California;

*In re Theragenics Corp. Securities Litigation*, No. 1:99-CV-0141 (TWT), before the Honorable Thomas W. Thrash in the Northern District of Georgia, Atlanta Division;

*Bell, et al. v. Fore Systems, Inc., et al.*, Civil Action No. 97-1265, before the Honorable Robert J. Cindrich in the Western District of Pennsylvania;

*In re Envoy Corp. Securities Litigation*, Civil Action No. 3-98-00760, before the Honorable John T. Nixon in the Middle District of Tennessee, Nashville Division;

*In re Paradyne Networks, Inc. Securities Litigation*, Case No. 8:00-CV-2057-T-17E, before the Honorable Elizabeth A. Kovachevich in the Middle District of Florida, Tampa Division;

*In re Ford Motor Co. Securities Litigation*, No. 00-74233, before the Honorable Avern Cohn in the Eastern District of Michigan, Southern Division;

**FIRM BIOGRAPHY**                                                                                                4

*Smith v. Harmonic, Inc., et al.*, No. C-00-2287 PJH, before the Honorable Phyllis J. Hamilton in the Northern District of California;

*Smith, et al. v. Electronics For Imaging, Inc., et al.*, No. C-97-4739-CAL, before the Honorable Charles A. Legge in the Northern District of California; and

*Allan Zishka, et al. vs. American Pad & Paper Company, et al.*, Civil Action No. 3:98-CV-0660-D, before the Honorable Sidney A. Fitzwater in the Northern District of Texas, Dallas Division.

The firm has also been appointed lead counsel or to the leadership group in many antitrust law class action cases including:

*In re Fasteners Antitrust Litigation*, MDL Docket No. 1912, the Honorable R. Barclay Surrick in the Eastern District of Pennsylvania;

*In re Lithium Ion Batteries Antitrust Litigation, MDL Docket No. 2420,* the Honorable Yvonne Gonzalez Rogers in the Northern District of California;

*In re Publication Paper Antitrust Litigation*, Docket No. 3:04 MDL 1631 (SRU), the Honorable Stefan R. Underhill in the District of Connecticut;

*In re Automotive Paint Refinishing Antitrust Litigation*, MDL No. 1426, the Honorable R.  Barclay Surrick in the Eastern District of Pennsylvania;

*Brookshire Brothers, Ltd., et al. v. Chiquita Brands International, Inc., et al.*, Lead Case No. 05-21962-Cooke/Brown, the Honorable Marcia G. Cooke in the Southern District of Florida, Miami Division;

*Thomas & Thomas Rodmakers, Inc. v. Newport Adhesives and Composites, Inc., et al.* (Carbon Fiber Antitrust Litigation), No. CV-99-07796-GHK(Ctx), the Honorable Florence Marie Cooper in the Central District of California, Western Division;

*In re Graphite Electrodes Antitrust Litigation*, Master File No. 97-CV-4182(CRW), the Honorable Charles R. Weiner in the Eastern District of Pennsylvania;

*In re Flat Glass Antitrust Litigation,* Master Docket Misc. No. 970550, MDL No. 1200, the Honorable Donald E. Ziegler in the Western District of Pennsylvania;

*In re Sorbates Antitrust Litigation*, Master File No. C 98-4886 MCC, the Honorable William H. Orrick, Jr. in the Northern District of California;

*In re Sodium Gluconate Antitrust Litigation*, No. C-97-4142CW, the Honorable Claudia Wilken in the Northern District of California;

*In re: Metal Building Insulation Antitrust Litigation*, Master File No. H-96-3490, the Honorable Nancy F. Atlas in the Southern District of Texas;



*In re Carpet Antitrust Litigation*, MDL No. 1075, the Honorable Harold L. Murphy in the Northern District of Georgia, Rome Division;

*In re Citric Acid Antitrust Litigation*, Master File No. 95-2963, the Honorable Charles A. Legge in the Northern District of California; and

*Capital Sign Company, Inc. v. Alliance Metals, Inc.*, et al., Civil Action No. 95-CV-6557 (LHP), the Honorable Louis H. Pollak in the Eastern District of Pennsylvania; and

*Plastic Cutlery Antitrust Litigation*, Master File No. 96-728, the Honorable Joseph L. McGlynn in the Eastern District of Pennsylvania.

The Firm has extensive jury trial experience in nationwide class actions:  *In re WorldCom, Inc. Securities Litigation*, Master File No. 02-Civ-3288 (DLC) (Southern District of New York) (2005 jury trial against accounting firm Arthur Andersen); *In re Apollo Group, Inc. Securities Litigation*, Master File No. CV-04-2147-PHX-JAT (District of Arizona) (jury verdict for the full amount per share requested); *Gutierrez v. Charles J. Givens Organization, et al.*, Case No. 667169 (Superior Court of California, County of San Diego) (jury verdict in excess of $14 million for plaintiff consumer class); *In re Control Data Corporation Securities Litigation*, 933 F.2d 616 (8th Cir. 1991); *Gould v. Marlon*, CV-86-968-LDG (D. Nev.) (jury verdict for plaintiff class); *Herskowitz v. Nutri/System, et al.*, 857 F.2d 179 (3rd Cir. 1988); and *Betanzos v. Huntsinger*, CV-82-5383 RMT (C.D. Cal.) (jury verdict for plaintiff class).

*Leonard Barrack*, senior partner at Barrack, Rodos & Bacine, is a graduate of Temple University Law School (J.D. 1968) where he was Editor in Chief of the Temple Law Reporter. Mr. Barrack has been practicing in the area of securities class and derivative actions, and corporate litigation generally, for more than 40 years, during which time he has analyzed laws and provided advice on issues relevant to pension fund boards of trustees.  He was admitted to the bar of the Supreme Court of Pennsylvania in 1969, and is also a member of the bars of the United States Supreme Court, the United States Courts of Appeals for the First, Third, Eighth and Tenth Circuits, and the United States District Court for the Eastern District of Pennsylvania. Mr. Barrack can be reached at the Firm's Philadelphia, PA office.

Since enactment of the PSLRA, Mr. Barrack has been appointed lead or co-lead counsel in dozens of securities cases throughout the United States, including three of the largest case settlements in securities class action history.  In *In re WorldCom, Inc. Securities Litigation,* before the Honorable Denise L. Cote in the Southern District of New York, Mr. Barrack was responsible for guiding both the vigorously prosecuted litigation – including the five-week trial against Arthur Andersen – as well as negotiating on behalf of the NYSCRF the ground-breaking settlements totaling more than $6.19 billion with WorldCom's underwriters, its outside directors, and Arthur Andersen, in the midst of trial.  He was also co-lead counsel in *In re Cendant Corporation Litigation*, before the Honorable William H. Walls in the District of New Jersey, which, at $3.3 billion, was the previously highest recovery ever achieved in a securities fraud



class case; *In re McKesson HBOC, Inc. Securities Litigation,* before the Honorable Ronald M. Whyte in the Northern District of California, which settled for $1.052 billion.  Mr. Barrack was also appointed co-lead counsel in *In re Merrill Lynch & Co. Securities, Derivative and ERISA Litigation*, before the Honorable Jed S. Rakoff in the Southern District of New York (settlement of $475 million approved in August 2009) and co-lead counsel in *In re American International Group, Inc. Securities Litigation*, before the Honorable Laura Taylor Swain in the Southern District of New York, which settled for $970.5 million.

Mr. Barrack has had extensive trial and deposition experience in complex actions including the successful trial of derivative lawsuits under Section 14(a) of the Securities Exchange Act of 1934; *Gladwin v. Medfield*, CCH Fed. Sec. L. Rep. ¶95,012 (M.D. Fla. 1975), *aff'd*, 540 F.2d 1266 (5th Cir. 1976); *Rafal v. Geneen*, CCH Fed. Sec. L. Rep. ¶93,505 (E.D. Pa. 1972).  In addition, Mr. Barrack has lectured on class actions to sections of the American and Pennsylvania Bar Association and is the author of *Developments in Class Actions*, The Review of Securities Regulations, Volume 10, No. 1 (January 6, 1977); Securities Litigation, *Public Interest Practice and Fee Awards*, Practicing Law Institute (March, 1980).

*Gerald J. Rodos*, a partner at Barrack, Rodos & Bacine, is a graduate of Boston University (B.A. 1967) and an honor graduate of the University of Michigan Law School (J.D. c*um laude* 1970).  Mr. Rodos has been practicing in the area of securities class and derivative actions, antitrust litigation and corporate litigation generally, for more than 40 years, during which time he has analyzed laws and provided advice on issues relevant to pension fund boards of trustees.  He was admitted to the bar of the Supreme Court of Pennsylvania in 1971, and is also a member of the bars of the Supreme Court of the United States, the United States Court of Appeals for the Third Circuit, and the United States District Court for the Eastern District of Pennsylvania.  Mr. Rodos can be reached at the Firm's Philadelphia, PA office.

Mr. Rodos has been appointed lead counsel, *inter alia*, in *Payne, et al. v. MicroWarehouse, Inc., et al.*, before the Honorable Dominic J. Squatrito in the District of Connecticut; *In re Sunbeam Securities Litigation,* pending before the Honorable Donald M. Middlebrooks in the Southern District of Florida; *In re Regal Communications Securities Litigation*, before the Honorable James T. Giles in the Eastern District of Pennsylvania; *In re Midlantic Corp. Shareholders Securities Litigation*, before the Honorable Dickinson R. Debevoise in the District of New Jersey; *In re Craftmatic Securities Litigation*, before the Honorable Joseph L. McGlynn, Jr. in the Eastern District of Pennsylvania; *In re New Jersey Title Insurance Litigation*, Case No. 2:08-cv-01425-PGS-ES, before the Honorable Peter G. Sheridan in the District of New Jersey; *In re Automotive Refinishing Paint Antitrust Litigation*, Case No. 2:01-cv-02830-RBS, before the Honorable R. Barclay Surrick in the Eastern District of Pennsylvania; and *In re Publication Paper Antitrust Litigation*, Docket No. 3:04 MD 1631 (SRU), before the Honorable Stefan R. Underhill in the District of Connecticut, among many others.  Mr. Rodos also represented lead plaintiff in the *WorldCom* litigation.



Mr. Rodos is the co-author of *Standing To Sue Of Subsequent Purchasers For Antitrust Violations -- The Pass-On Issue Re-Evaluated*, 20 S.D.L. Rev. 107 (1975), and *Judicial Implication of Private Causes of Action; Reappraisal and Retrenchment*, 80 Dick. L. Rev. 167 (1976).

***Daniel E. Bacine***, a partner at Barrack, Rodos & Bacine, is a graduate of Temple University (B.S. 1967) and of Villanova University School of Law (J.D. 1971), where he was an Associate Editor of the Law Review and a member of the Order of the Coif.  Mr. Bacine has been practicing in the area of securities class and derivative actions, and corporate litigation generally, for more than 40 years, during which time he has analyzed laws and provided advice on issues relevant to pension fund boards of trustees.  He was admitted to the bar of the Supreme Court of Pennsylvania in 1971, and is also a member of the bars of the United States Courts of Appeals for the Third and Seventh Circuits and the United States District Court for the Eastern District of Pennsylvania.  Mr. Bacine can be reached at the Firm's Philadelphia, PA office.

Mr. Bacine is an experienced civil litigator in both the federal and state courts, having tried jury and non-jury securities and other commercial cases, including cases involving disputes between securities brokerage firms and their customers.  He has been lead or co-lead counsel in various class actions, including, *inter alia*, *In re American Travelers Corp. Securities Litigation*, in the Eastern District of Pennsylvania; *In re IGI Securities Litigation, in the District of New Jersey; Kirschner v. CableTel Corp.*, in the Eastern District of Pennsylvania; *Lewis v. Goldsmith*, in the District of New Jersey; *Rieff v. Evens (Allied Mutual Demutualization Litigation)*, in the District Court for Polk County, Iowa; *Crandall v. Alderfer (Old Guard Demutualization Litigation)*, in the Eastern District of Pennsylvania; and *In re Harleysville Mutual*, in the Court of Common Pleas of Philadelphia.

Mr. Bacine served as senior plaintiff's counsel in *Becker v. BNY Mellon Trust Co., N.A.*, in the Eastern District of Pennsylvania, a class action case that resulted in several important decisions delineating the duties of indenture trustees to bondholders: 172 F. Supp. 3d 777 (E.D. Pa. 2016) (denying motion for summary judgment); 2016 WL 6397415 (E.D. Pa. October 28, 2016) (reconsideration denied); 2016 WL5816075 (E.D. Pa. October 5, 2016) (granting class certification). He was senior counsel at the trial of the *Becker* matter, which settled just before closing arguments.

Mr. Bacine is an adjunct professor of law at Drexel University's Thomas R. Kline School of Law and an adjunct lecturer in law at Villanova University School of Law, teaching courses in class actions and complex litigation.  He also sits as an arbitrator for the Financial Industry Regulatory Authority, hearing disputes involving the securities industry, and has chaired numerous FINRA arbitration panels since 2000.

***E. Teresa Akonhai***, an associate at Barrack, Rodos & Bacine, is a graduate of Georgetown University School of Foreign Service (1997, B.S. International Politics & Spanish)



and Temple University Beasley School of Law (J.D. 2002).  Before joining Barrack, Ms. Ahonkhai represented plaintiffs and defendants in a variety of matters, including: complex securities class action litigation, multi-district product liability litigation and mass tort litigation in diverse industries (such as pharmaceutical products, devices and chemicals in regulated and non-regulated industries).  Ms. Akonhai can be reached at the Firm's Philadelphia, PA office.

At BR&B, Ms. Ahonkhai represents investors in class and derivative actions, including cases involving securities fraud, shareholder rights and corporate governance. Ms. Ahonkhai was a member of the litigation team that prosecuted *In re American International Group, Inc. 2008 Securities Litigation*, which resulted in a $970.5 million settlement for defrauded investors, among the largest recoveries ever achieved in a securities fraud class action arising from the 2008 financial crisis.

Ms. Ahonkhai serves as a volunteer for Big Brothers Big Sisters, a mentoring organization that pairs at-risk youth with positive role models with the goal of overcoming otherwise significant barriers to success and for Metropolitan Area Neighborhood Nutrition Alliance (MANNA), a non-profit that prepares and delivers nutritional meals and nutrition services at no cost to individuals in need.  A former college and professional basketball player, Ms. Ahonkhai is a frequent lecturer for high-school and collegiate student-athletes and coaches.

***William J. Ban***, a partner at Barrack, Rodos & Bacine, is a graduate of Brooklyn Law School (J.D. 1982) and Lehman College of the City University of New York (A.B. 1977).  Mr. Ban was admitted to practice in New York in 1983 and in Pennsylvania in 2005.  He is a member of the bars of United States District Courts for the Southern and Eastern Districts of New York and the Eastern District of Pennsylvania and is a member of the New York City Bar Association.  Mr. Ban can be reached at the Firm's New York, NY office.

For more than thirty-five years, Mr. Ban's practice of law has focused on securities, antitrust and consumer class action litigation on behalf of plaintiffs and he has participated as lead or co-lead counsel, on executive committees and in significant defined roles in scores of major class action litigations in federal and state courts throughout the country.  Since Mr. Ban came to the Firm in 2004, he has been an important member of the firm's litigation teams for: *In re WorldCom, Inc. Securities Litigation*, Master File No. 02-Civ-3288 (DLC), before the Honorable Denise L. Cote in the Southern District of New York;  *IPERS v. MF Global, Ltd.*, 08-Civ-2233 (VM), before the Honorable Victor Marrero in the Southern District of New York;  *PPSERS v. Bank of America, Corp.*, 11-Civ-00733(WHP), before the Honorable William H. Pauley in the Southern District of New York; *In re Automotive Refinishing Paint Antitrust Litigation*, MDL Docket No. 1426, before the Honorable  R. Barclay Surrick in the Eastern District of Pennsylvania; *In re: OSB Antitrust Litigation*, 06-CV-00826 (PSD), before the Honorable Paul S. Diamond in the Eastern District of Pennsylvania; and the recently concluded *In re: Lithium Ion Batteries Antitrust Litigation*, MDL Docket No. 2420, before the Honorable Yvonne G. Rogers in the Northern District of California, among others.



*Jeffrey A. Barrack*, a partner at Barrack, Rodos & Bacine, is a graduate of Clark University (B.A. 1990), Boston College (M.A. 1992) and Temple University School of Law (J.D. 1996).  He was admitted to practice in Pennsylvania in 1996 and in New York in 2009, is a member of the bars of the United States Court of Appeals for the Third Circuit and the United States District Courts for the Southern and Eastern Districts of New York, the Eastern District of Pennsylvania, and has been admitted *pro hac vice* in district courts throughout the United States.  Mr. Barrack has represented plaintiffs in securities fraud, antitrust and other class actions since joining the Firm in 1996.  He also has represented both plaintiff and defendant individual and corporate clients in environmental, consumer, business tort and commercial litigation in state and federal courts.  Before joining the Firm, Mr. Barrack served under the United States Attorney assisting in the prosecution of complex white-collar crime in the Eastern District of Pennsylvania and the Philadelphia District Attorney assisting in the prosecution of crime in Philadelphia.  He has been honored repeatedly by the First Judicial District of Pennsylvania as an attorney whose "work has been recognized by the judiciary as exemplary." Mr. Barrack can be reached at the Firm's Philadelphia, PA office.

Mr. Barrack served as a principal member of the litigation team and as a trial attorney in *In re Apollo Group Inc. Securities Litigation*, Master File No. CV-04-2147 PHX-JAT, before the Honorable James A. Teilborg of the United States District Court for the District of Arizona, which resulted in a $145 million recovery for the class.  With the firm representing the Policemen's Annuity and Benefit Fund of Chicago, the *Apollo Group* federal jury trial began in November 2007 and ended in a unanimous verdict for investors in January 2008 for the full amount requested per damaged share.  After the District Court entered a judgment notwithstanding the verdict on loss causation grounds, Mr. Barrack participated on the briefing team before the Ninth Circuit Court of Appeals, which led to the Court of Appeals vacating the JNOV and reinstating the jury verdict.  Mr. Barrack also participated on the briefing team before the U.S. Supreme Court, which denied defendants' petition for certiorari.  Mr. Barrack led the successful loss causation evidentiary and expert presentation at trial.

Mr. Barrack was also a principal member of the litigation team in *In re WorldCom, Inc. Securities Litigation*, Master File No. 02-Civ-3288 (DLC), before the Honorable Denise L. Cote of the United States District Court for the Southern District of New York, in which the Firm represented the New York State Common Retirement Fund.  He served as the lead attorney on auditing and accounting issues through the case and actively participated in the five-week trial of the only non-settling defendant, WorldCom's former auditor Arthur Andersen LLP.  The 2005 jury trial against Arthur Andersen resulted in an additional $103 million for the benefit of the class of WorldCom investors, prompting Judge Cote to commend in an opinion and order that in the "trial against Andersen, the quality of Lead Counsel's representation remained first-rate."

Mr. Barrack was a principal member of the litigation team in *Pennsylvania Public School Employees' Retirement System v. Bank of America Corp., et al.,* Civil Action No. 1:11-cv-733-WHP, before the Honorable William H. Pauley, III, in the United States District Court for the Southern District of New York.  With the firm serving as counsel on behalf of the lead plaintiff



and class representative, the Pennsylvania Public School Employees' Retirement System, Mr. Barrack has served as a key member in the litigation and resolution of the case, which settled for $335 million.

Mr. Barrack has also served as an important member of many successful litigation teams for the Firm. He participated in the prosecution of *In re McKesson HBOC, Inc. Securities Litigation*, No. C-99-20743-RMW, before the Honorable Ronald M. Whyte in the Northern District of California, which resulted in more than $1.052 billion for investors from defendants, including Bear Stearns, the investment bank that issued a fairness opinion on the merger that was the subject of the action; *In re Merrill Lynch & Co., Inc. Securities, Derivative and ERISA Litigation*, Master File No.: 1:07-cv-9633-JSR-DFE, before the Honorable Judge Jed S. Rakoff, in the Southern District of New York, which settled for $475 million; *In re The Mills Corporation Securities Litigation*, Civil Action No. 1:06-cv-00077 (LO/TRJ), before the Honorable Liam O'Grady, in the Eastern District of Virginia, which settled for $202.75 million; *In re DaimlerChrysler AG Securities Litigation*, Master Docket No. 00-0993 (JJF), before the Honorable Joseph J. Farnan, Jr. in the District of Delaware ($300 million settlement); *In re Sunbeam Securities Litigation*, No. 98-8258-CIV-MIDDLEBROOKS, before the Honorable Donald M. Middlebrooks in the Southern District of Florida ($140 million settlement recovered from corporate defendants and the company's independent public accounting firm); *In re R&G Financial Corporation Securities Litigation*, Master File No. 05 Civ. 4186 (JES), before the Honorable John E. Sprizzo, in the Southern District of New York ($51 million settlement from corporate defendants and the company's independent public accounting firm); and *In re Bridgestone Securities* Litigation, Master File No. 3:01-cv-0017, before the Honorable Robert L. Echols in the Middle District of Tennessee ($30 million settlement from Japanese corporation).

Mr. Barrack has successfully advocated corporate governance and excessive executive compensation reforms through shareholder rights claims asserted in direct and derivative cases alleging corporate directors' breaches of fiduciary and other legal duties. For example, Mr. Barrack was a principal member of the litigation team in *Resnick v. Occidental Petroleum, et al.*, Case No. 10-cv-00390, before the Honorable Robert F. Kelly, presiding by special designation in the District of Delaware, which resulted in benefits described by the Court as "meaningful change" to the company's executive compensation and reporting policies and practices that "affords valuable consideration to Occidental and its shareholders." And in *Gralnick v Apple, Inc.*, No. 13 Civ. 900 (RJS), 13 Civ. 0976 (RJS) (S.D.N.Y.), Mr. Barrack was a principal member of the litigation team that successfully challenged an improper proxy statement issued by Apple, Inc., seeking to preserve shareholders' right to a fair and informed shareholder vote and to enjoin the vote on the offending proposal. The Court issue the injunction ruling that plaintiff shareholder was "likely to succeed on the merits and [would] face irreparable harm if the vote ... [was] permitted to proceed. Further, the Court finds that the balance of hardships tips in [plaintiff's] favor, and that a preliminary injunction would be in the public interest."

Mr. Barrack has participated in public pension board educational programs and conferences designed for the education of public pension fiduciaries. For example, Mr. Barrack



participated at a board educational program hosted by the Pennsylvania Public School Employees' Retirement System, and presented on trial practice in securities fraud litigation.  In addition, Mr. Barrack has presented to the members of the National Association of Public Pension Attorneys ("NAPPA") during its annual summer seminar, and has published work in its periodical, *The NAPPA Report*.  Mr. Barrack currently serves on NAPPA's Securities Litigation Working Group.  Mr. Barrack has lectured on private securities litigation at the Beasley School of Law at Temple University, has been a featured columnist on securities litigation for *The Legal Intelligencer*, the oldest law journal in the United States, and has written on trial practice for the *American Journal of Trial Advocacy.*

*Stephen R. Basser*, a partner at Barrack, Rodos & Bacine, is a graduate of the American University, Washington D.C. (B.A., with Honors, 1973) and Temple University School of Law, Philadelphia, Pennsylvania (J.D. *cum laude* 1976), where he was awarded the honor of "Highest Grade and Distinguished Class Performance" by its nationally renowned clinical trial litigation program and was selected to serve as a student prosecutor under the supervision of the United States Attorney's Office for the Eastern District of Pennsylvania.  Mr. Basser has been practicing in the area of securities class and derivative actions, and corporate litigation generally, for over 32 years, during which time he has analyzed laws and provided advice on issues relevant to pension fund boards of trustees.  He was admitted to the bars of the Supreme Court of Pennsylvania in 1976, and the Supreme Court of California in 1985.  He is also a member of the bars of the United States Circuit Courts of Appeals for the Sixth and Ninth Circuits, and the United States District Courts for the Southern, Central and Northern Districts of California, the District of Colorado, the Eastern District of Pennsylvania and the Northern District of Texas.  Mr. Basser is the managing partner of the Firm's San Diego, CA office.

Mr. Basser is an experienced civil litigator in federal and state courts and has successfully tried numerous civil jury and non-jury cases to verdict.  In addition to litigating product liability, medical malpractice, catastrophic injury, mass toxic tort and complex business disputes, Mr. Basser has extensive experience prosecuting securities class actions, including actions against Pfizer, Inc., Procyte Corp., Wall Data Corp., Louisiana-Pacific Corp., Samsonite Corp., TriTeal Corp., Sybase, Inc., Silicon Graphics, Inc., Orthologic Corp., Adobe, PeopleSoft, Inc., Safeskin Corp., Bridgestone Corp., Harmonic, Inc., 3Com Corp., Dignity Partners, Inc., Daou, Vivus, Inc., FPA Medical, Inc., Union Banc of California, Merix Corporation, Simulation Sciences, Inc., Informix Corporation, OmniVision Technologies, Inc. and Hewlett Packard Company.  Mr. Basser served as lead counsel representing lead plaintiff the Florida State Board of Administration in *In re Applied Micro Circuits Corp. Securities Litigation*, Lead Case No. 01-cv-0649-K (AJB), which settled for $60 million, one of the largest recoveries in a securities class action in the Southern District of California since passage of the PSLRA.  He also acted as co-lead counsel for lead plaintiff the NYSCRF in *In re McKesson HBOC, Inc. Securities Litigation*, Master File No. CV-99-20743 RMW, which settled for a total of $1.052 billion from all defendants and is the largest securities fraud class action recovery in the Northern District of California.  Mr. Basser was the lead attorney in *In re Chiron Shareholder Deal Litigation*, Case

FIRM BIOGRAPHY                                                                                                    12



No. RG 05-230567, (Superior Court in and for the County of Alameda, California), resulting in a settlement for the shareholder class valued at approximately $880 million, constituting one of the largest securities ever achieved in a merger related class action alleging breach of fiduciary duties by corporate officers and directors.  He was the lead trial attorney in *In re Apollo Group Inc. Securities Litigation*, Master File No. CV-04-2147 PHX-JAT (District of Arizona), before the Honorable James A. Teilborg, which was tried to a federal jury from November 2007 until the jury returned a unanimous verdict for investors on January 16, 2008, ultimately recovering $145 million for the shareholder class.

Mr. Basser has prosecuted derivative shareholder actions on behalf of and for the benefit of nominal corporate entities such as Pfizer, Apple, Nvidia and Quest, achieving significant corporate governance therapeutics on behalf of those entities.  Mr. Basser has also vigorously pursued the rights of the elderly, serving as a co-lead counsel and as part of a group of firms prosecuting class actions alleging federal RICO claims against companies that target senior citizens in the sale of deferred annuity products, ultimately securing benefits collectively valued at over $1 billion.

Mr. Basser has regularly shared his experience and knowledge with attorneys, Judges, public pension funds and the lay public.  He also lectured on the topic of securities related litigation and shareholder issues in the wake of the derivative securities, toxic debt portfolio and real estate mortgage default related global economic crisis of 2008, at the American Association of Justice, Winter Convention, February 2010 and the American Association of Justice, Summer Convention 2010, presented on the topic of "Securities Litigation" at the Federal Judicial Center's Workshop for Judges of the Ninth Circuit on February 1, 2011 and lectured on the topic of trying a complex class action at Vanderbilt Law School entitled "Battle in the Valley of the Sun: Strategy Tactics and Honor in Litigation," October 17, 2013.  He has written for the American Association of Justice Quarterly Newsletter, Fall 2009, co-authoring "*Securities Litigation in the Wake of the Sub-Prime Crisis.*"  Mr. Basser has been repeatedly selected as a California "Super Lawyer" through 2018, as LAWDRAGON's "100 Attorneys You Need to Know in Securities Litigation" and has been regularly commended by San Diego Magazine and the Los Angeles Times as a "Top Lawyer."

***Chad A. Carder***, a partner at Barrack, Rodos & Bacine, is an honors graduate of The Ohio State University (B.A. 1999), and College of William and Mary, Marshall-Wythe School of Law (J.D. 2002), where he was a Graduate Research Fellow and served on the William and Mary Moot Court Board.  From 2002 to 2003, Mr. Carder served as the law clerk to the Honorable Michael J. Hogan of the New Jersey Superior Court.  He was admitted to practice in Pennsylvania and New Jersey in 2002 and is a member of the bars of the United States District Courts for the Eastern District of Pennsylvania and the District of New Jersey.  Mr. Carder can be reached at the Firm's Philadelphia, PA office.

Mr. Carder concentrates his practice on federal securities class action litigation, is experienced in representing both institutional investor plaintiffs and individual defendants, and

FIRM BIOGRAPHY                                                                                                                13



has been a member of the teams that have litigated major securities class actions to their landmark conclusions, including *In re WorldCom, Inc. Securities Litigation*, Master File No. 02-Civ-3288 (DLC), before the Honorable Denise L. Cote in the Southern District of New York; *In re Schering-Plough Securities Litigation*, Master File No. 01-CV-0829 (KSH/RJH), before the Honorable Katherine Hayden in the District of New Jersey; *Eastwood Enterprises, LLC v. Farha, et al.*, Case No. 8:07-cv-1940-T-33EAJ, before the Honorable Virginia M. Hernandez Covington in the Middle District of Florida; and *In re The Mills Corporation Securities Litigation*, Civil Action No. 1:06-cv-00077 (LO/TJR), before the Honorable Liam O'Grady in the Eastern District of Virginia.

In addition to representing plaintiffs in securities class actions, Mr. Carder also has an active antitrust litigation practice, representing plaintiffs in the prosecution of the following antitrust cases, among others: *In re Chocolate Confectionary Antitrust Litigation*, before the Honorable Christopher C. Connor, in the Middle District of Pennsylvania; *In re Processed Egg Products Antitrust Litigation*, before the Honorable Gene E.K. Pratter, in the Eastern District of Pennsylvania; *In re New Jersey Title Insurance Antitrust Litigation*, before the Honorable Garrett E. Brown, Jr., in the District of New Jersey; *In re Flat Glass (II) Antitrust Litigation*, before the Honorable Donetta W. Ambrose in the Western District of Pennsylvania; and *In re Publication Paper Antitrust Litigation*, before the Honorable Stefan R. Underhill in the District of Connecticut. Mr. Carder has also litigated several corporate takeover class and derivative actions, and has extensive experience litigating shareholder derivative actions in various state and federal courts.

***Matthew Cyr***, an associate at Barrack, Rodos & Bacine, is a graduate of St. Joseph's University, Philadelphia, Pennsylvania (B.A. 1998) and the University of Wisconsin Law School, Madison, Wisconsin (J.D. 2005). Mr. Cyr was admitted to practice in Wisconsin in 2005, in New Jersey in 2006 and in Pennsylvania in 2012. He can be reached at the Firm's Philadelphia, PA office.

At the Firm, Mr. Cyr has worked on major class action litigation in the securities and antitrust fields, including cases against Mills Corporation, WellCare Health Plans, Inc., American International Group, RAIT Financial Trust, Merrill Lynch & Co., and companies involved in the municipal derivatives industry.

***Alexander Arnold Gershon,*** a partner at Barrack, Rodos & Bacine, is a graduate of the Georgia Institute of Technology (B.S. 1962), Emory University School of Law (L.L.B. 1964) and New York University (L.L.M. 1966). For more than 35 years, Mr. Gershon's practice has focused on representing plaintiffs in cases arising under the federal securities laws, state corporations laws, and similar kinds of matters in class actions, individual actions, and stockholders' derivative actions in the state and federal courts. Mr. Gershon was admitted to practice in New York in 1966 and in Georgia in 1964 (inactive status) and is a member of the bars of the United States Supreme Court, United States Courts of Appeals for the Second (inactive status), Third and Ninth Circuits, and the United States District Courts for the Southern,



Eastern and Western Districts of New York and the Northern District of Georgia.  Mr. Gershon can be reached at the Firm's New York, NY office.

Mr. Gershon is an experienced civil litigator in federal and state courts and has contributed to the jurisprudence of class action settlements in cases such as *National Super Spuds, Inc. v. New York Mercantile Exchange,* 660 F.2d 9 (2d Cir. 1981); has helped to establish important standards in shareholder derivative actions: *Seinfeld v. Barrett,* 2006 WL 890909 (D. Del. 2006), and *Vides v. Amelio,* 265 F.Supp.2d 273 (S.D.N.Y. 2003) (exceptions to the demand requirement in stockholders' derivative actions);  *Lewis v. Vogelstein,* 699 A.2d 327 (Del.Ch. 1997), and *Kaufman v. Beal,* 1983 WL 20295 (Del.Ch. 1983) (standards for executive compensation); and contributed to the establishment of the standards of required disclosure under the federal securities laws when corporate stockholders are solicited to approve executive bonus plans seeking tax benefits under the Internal Revenue Code in *Shaev v. Saper,* 320 F.3d 373 (3d Cir. 2003).

Mr. Gershon has successfully advocated corporate governance and excessive executive compensation reforms through shareholder rights claims asserted in direct and derivative cases alleging corporate directors' breaches of fiduciary and other legal duties.  Most recently, Mr. Gershon led the litigation team in *Resnick v. Occidental Petroleum, et al.*, Case No. 10-cv-00390, before the Honorable Robert F. Kelly, presiding by special designation in the District of Delaware, which resulted in benefits described by the Court as "meaningful change" to the company's executive compensation and reporting policies and practices that "affords valuable consideration to Occidental and its shareholders."

*Jeffrey W. Golan*, a partner at Barrack, Rodos & Bacine, graduated with honors from Harvard College in 1976 with a degree in Government.  Mr. Golan graduated in 1980 from the Georgetown University Law Center, where he served as the Topics Editor for the school's international law review, and from the School of Foreign Service, with a Master's of Science Degree in Foreign Service.  In 1980, he received the Francis Deák Award from the American Society of International Law for the year's best student writing in an international law journal. Mr. Golan served as a Law Clerk for the Honorable Edwin D. Steel, Jr., in the United States District Court for the District of Delaware, and thereafter joined a large firm in Philadelphia, where he concentrated on commercial litigation, including the representation of plaintiffs and defendants in federal securities and antitrust cases.  Mr. Golan was admitted to practice in Pennsylvania in 1981 and is a member of the bars of United States Court of Appeals for the Second, Third, and Fourth Circuits, and the United States District Court for the Eastern District of Pennsylvania.  Mr. Golan can be reached at the Firm's Philadelphia, PA office.

Since joining BR&B in 1990, Mr. Golan has been the Firm's primary attorney in many major securities fraud cases throughout the country.  Of particular note, he was BR&B's lead trial attorney in the *WorldCom* securities class action – a prosecution that yielded a record-breaking recovery of more than $6.19 billion for defrauded investors – one of the most notable fraud cases ever to go to trial.  In April 2005, Mr. Golan led the BR&B team that took the only

**FIRM BIOGRAPHY**                                                                                                          15



non-settling defendant, WorldCom's former auditor Arthur Andersen LLP, to trial.  Andersen agreed to settle in the fifth week of trial, shortly before closing arguments.  In approving this and other settlements, Judge Denise Cote found "the quality of the representation given by Lead Counsel is unsurpassed in this Court's experience with plaintiffs' counsel in securities litigation" and that "the quality of representation that Lead Counsel has provided to the class has been superb."  From 2008 to 2015, Mr. Golan was the Firm's lead attorney in *In re American International Group, Inc. 2008 Securities Litigation*, which settled for $970.5 million.  The settlement is believed to be the largest recovery in a securities class action in the absence of a restatement, an SEC enforcement action or a criminal indictment.  In approving the settlement in March 2015, Judge Laura Taylor Swain found the recovery to be an "outstanding result obtained on behalf of the settlement class."

Mr. Golan also served as BR&B's primary attorney for the landmark *Cendant* case, in which the lead plaintiffs and lead counsel achieved what is still the third highest recovery ever achieved in a securities fraud class case ($3.32 billion), which included the most ever paid in a securities fraud class case by an outside auditor ($335 million).  He served as the Firm's lead attorney in the securities fraud class action involving The Mills Corporation, which settled with the defendant real estate investment trust corporation, its officers and directors, its auditor, and a foreign real estate development company, for $202.75 million, as well as in cases against DaimlerChrysler ($300 million obtained for the class), Mallinckrodt plc ($65.75 million while the company was in bankruptcy proceedings), DFC Global Corp. ($30 million recovered), and many others.

Mr. Golan also served as the lead trial attorney in an action in the Delaware Court of Chancery, *Equity Asset Investment Trust, et al. v. John G. Daugman, et al.*, in which the Firm represented Iridian Technologies, Inc. (the world leader in iris recognition technologies) and its common shareholder-elected directors.  The case was brought against the Company and the common directors, prepared for trial on an expedited basis under the Chancery Court's "fast-track" procedures for Board contests, and went to trial two months after the complaint was filed.

Mr. Golan has also headed up the Firm's representation of lead plaintiffs in a number of derivative actions stemming from the stock option backdating scandal, and served as the Firm's lead attorney in cases challenging proposed corporate transactions.  He served as a co-lead counsel in consolidated shareholder cases challenging PepsiCo's acquisition of Pepsi Bottling Group.  After such lawsuits were filed, PepsiCo increased its offer price from $29.50 to $36.50 per share, which provided PBG's public shareholders with an additional $1.022 billion in value. He represented institutional and individual lead plaintiffs in a case that challenged the proposed buy-out of Lafarge N.A. by its majority shareholder, Lafarge S.A., which was settled when Lafarge S.A. agreed to increase the buy-out price from the $75.00 per share initially offered to $85.50 per share (a $388 million increase in the amount paid to Lafarge N.A.'s public shareholders) and to make additional disclosures about the company and the proposed transaction.  And, among other cases, Mr. Golan served as a co-lead counsel in consolidated shareholder cases challenging the majority shareholder buy-out of Nationwide Financial



Services, Inc., where as part of a settlement the acquirer raised its offer price from $47.20 per share to $52.25 per share, thereby providing a $232 million benefit to class members.

Mr. Golan also successfully represented investors in the class and derivative action in the Delaware Court of Chancery in *In re Cheniere Energy Stockholders Litigation*, which challenged whether shareholders approved an equity compensation plan that provided Cheniere's CEO with $126 million in equity compensation for one year.  The successful settlement of this litigation resulted in the withdrawal of a new equity compensation plan that had earlier been proposed to grant executives 30 million shares that would have had a market value of $565 million at the time, a new stockholder vote on the shares that were challenged by the litigation, and several other corporate reforms.

Mr. Golan has been selected as a "Pennsylvania Super Lawyer" in the field of securities litigation.  In June 2000, he was honored as the "Featured Litigator" in the on-line magazine published by Summation Legal Technologies, the legal software company.  Mr. Golan, who has served as a faculty member at various deposition training programs, has also served in numerous capacities for the Public Interest Law Center of Philadelphia, including as Vice-Chair of the Board, on the staff of the Mayor's Task Force for the Employment of Minorities in the Philadelphia Police Force, and as a member of the Philadelphia Bar Association's Pro Bono Task Force (report issued October 2017).

*Andrew J. Heo*, an associate at Barrack, Rodos & Bacine, is a graduate of George Washington University (B.A. 2015) and Drexel University Thomas R. Kline School of Law (J.D. 2018), where he was President of the Civil Litigation Society.  Mr. Heo is admitted to practice in Pennsylvania and New Jersey, and is a member of the bar of the Eastern District of Pennsylvania and the District of New Jersey.  Mr. Heo can be reached at the Firm's Philadelphia, PA office.

Mr. Heo focuses his practice on complex class action litigation with an emphasis on antitrust and securities litigation.  Among other matters, Mr. Heo is active in the prosecution of complex class action claims against Energy Transfer LP, Subaru of America, Inc., and MSG Networks, Inc.  Prior to joining BR&B, Mr. Heo's practice included advising and representing institutional clients in a wide range of commercial litigation matters, including complex products liability, class action, and mass torts litigation.  During law school, Mr. Heo worked at the Federal Reserve Bank of Philadelphia, as well as for the Honorable Rayford A. Means of the First Judicial District of Pennsylvania.  Mr. Heo's pro bono practice has included appellate work on behalf of plaintiffs in federal court.

*Robert A. Hoffman*, a partner at Barrack, Rodos & Bacine, is a graduate of Rutgers University (B.A. 1980) (with high distinction) and Rutgers University School of Law - Camden (J.D. 1983).  Mr. Hoffman clerked for the Honorable Charles R. Weiner, United States District Court for the Eastern District of Pennsylvania, during the years 1984-1985.  Mr. Hoffman has been practicing in the area of securities class and derivative actions, and corporate litigation



generally, for more than 25 years, during which time he has analyzed laws and provided advice on issues relevant to pension fund boards of trustees. He was admitted to the bars of the Supreme Court of Pennsylvania and Supreme Court of New Jersey in 1983, and is also a member of the bars the United States Court of Appeals for the Eighth Circuit and the United States District Courts for the Eastern District of Pennsylvania and the District of New Jersey. Mr. Hoffman can be reached at the Firm's Philadelphia, PA office.

Mr. Hoffman has broad experience in prosecuting securities class actions in federal courts around the country. He served as lead counsel for the Florida State Board of Administration in *In re Schering-Plough Securities Litigation*, before the Honorable Katherine Hayden in the District of New Jersey, which settled in 2009 for $165 million. Mr. Hoffman also prosecuted one of the most significant subprime related securities class actions, *In Re Merrill Lynch & Co., Inc. Securities, Derivative and ERISA Litigation*, before the Honorable Judge Jed S. Rakoff, in the Southern District of New York, which settled for $475 million for defrauded investors, and was a member of the litigation team in prosecuting *In re American International Group, Inc. 2008 Securities Litigation*, before the Honorable Laura Taylor Swain in the Southern District of New York, which settled in 2014 for $970.5 million. He was one of the lead attorneys representing plaintiffs in *In re MicroWarehouse Securities Litigation*, (D.Conn.), which resulted in a $30 million recovery for the plaintiff class. He also has significant experience in the trial and appeal of securities class actions. *See, e.g. In re Control Data Corp. Securities Litigation*, 933 F.2d 616 (8th Cir. 1991). Mr. Hoffman also led a derivative case against Synthes, Inc., a large medical device company that had been cited by the U.S. Government for illegal "off-label" promotions. The case resulted in the implementation of significant corporate governance changes at the company.

*Jordan R. Laporta,* an associate at Barrack, Rodos & Bacine, joined the Firm in 2023. Ms. Laporta is a 2019 graduate, *summa cum laude*, of Drexel University Thomas R. Kline School of Law. During law school, she was a lead editor for the Drexel Law Review, an accomplished member of the Moot Court Board, and a student attorney with the Federal Litigation and Appeals Clinic, through which she achieved victories for her clients in immigration and social security cases. Ms. Laporta also graduated *cum laude* from the Pennsylvania State University Schreyer Honors College in 2016.

Ms. Laporta was admitted to practice law in Pennsylvania in 2019. Prior to joining BR&B's Philadelphia office, she served as a law clerk to the Honorable Russell G. Vineyard, Chief Magistrate Judge, and the Honorable Justin S. Anand, Magistrate Judge, in the United States District Court for the Northern District of Georgia. As an associate at BR&B, Ms. Laporta represents investors and clients in complex commercial litigation with an emphasis on securities litigation. She is a member of the BR&B team prosecuting *In re Grand Canyon Education, Inc. Securities Litigation*, which the Court upheld in its entirety in March 2023.

*Leslie Bornstein Molder*, a partner at Barrack, Rodos & Bacine, is an honors graduate from the University of Michigan (A.B. *magna cum laude* 1980) as well as from the National Law



Center at the George Washington University (J.D. *cum laude* 1983) and was admitted to practice in Pennsylvania in 1983 and is a member of the bar of the United States Court of Appeals for the Seventh Circuit and the United States District Court for the Eastern District of Pennsylvania. For over 25 years, Ms. Molder has practiced primarily in the area of complex civil litigation, including securities class actions, antitrust class actions and policyholder actions against insurance companies and has participated in the trials of a variety of commercial cases, including cases involving disputes between securities brokerage firms and their customers. Ms. Molder oversees the Firm's portfolio monitoring services for institutional clients. She is also the Firm's settlement attorney, specializing in documenting and effectuating settlements of class actions and assisting clients throughout the settlement process. Ms. Molder can be reached at the Firm's Philadelphia, PA office.

*Christopher D. Taylor*, an associate at Barrack, Rodos & Bacine, is a graduate of Cornell University's College of Arts and Sciences (1983, B.A., Joint Degree in Government and African Studies) and Georgetown University Law Center (1990, J.D.). Prior to joining BR&B, Mr. Taylor represented plaintiffs and defendants in a variety of matters, including complex securities class action litigation, multi-district product liability litigation and mass tort litigation in diverse industries including, but not limited to, pharmaceuticals (opiates, schizophrenia and microcrystalline cellulose), government contracts, and commercial contracts disputes. Mr. Taylor also worked with the Washington, DC Rental Housing Commission and as the Program Coordinator for the Senior Legal Services Program in Burlington County, NJ. Mr. Taylor can be reached at the Firm's Philadelphia, PA office.

Mr. Taylor is committed to helping his community. He serves on the Board of Trustees of Tabernacle Baptist Church in Burlington, New Jersey, where he previously held the office of Chairperson for three years, as well as the HYPE Youth Ministry and the King's Men, male youth mentoring program, is a Life Member of Phi Beta Sigma Fraternity, Inc., an international service fraternity, and is a board member of the non-profit organization, Making a Better Tomorrow Foundation, a non-profit organization dedicated to providing scholarships assistance and mentoring young people. Mr. Taylor is a frequent participant in fraternity and public-school activities for middle and high-school students where he provides insights about applying to college and career opportunities in the legal profession.

*Michael A. Toomey*, a partner at Barrack, Rodos & Bacine, is a graduate of Tufts University (B.A. 2005) and Temple University School of Law (J.D. 2010). Mr. Toomey is admitted to practice in New York and New Jersey and is a member of the bars of the United States District Courts for the Southern and Eastern Districts of New York. While at Temple, Mr. Toomey was an intern in the Chambers of Judge Lerner of the Philadelphia Court of Common Pleas and Magistrate Judge Elizabeth Hey of the Eastern District of Pennsylvania. He also interned at the Philadelphia Public Defender where he advocated in court on behalf of indigent defendants. Mr. Toomey can be reached at the Firm's New York, NY office.

At BR&B, Mr. Toomey has represented investors, including state, local and union pension funds, in many class and derivative actions, including cases involving securities fraud, shareholder rights and corporate governance.  Mr. Toomey was an integral part of the litigation teams that prosecuted *In re American International Group, Inc. 2008 Securities Litigation*, which resulted in a $970.5 million settlement for defrauded investors, among the largest recoveries ever achieved in a securities fraud class action stemming from the 2008 financial crisis, and *Pennsylvania Public School Employees' Retirement System v. Bank of America Corp et. al*., which resulted in a $335 million settlement in 2016.  Mr. Toomey has also successfully represented investors in class and derivative actions such as *Pub. Employees' Ret. Sys. of Miss. v. Schleifer*, which challenged the excessive compensation provided to Regeneron Pharmaceuticals, Inc. board of directors'.  The successful settlement of this case resulted in the largest reduction in board compensation in any excessive director compensation case, ever: $44.5 million.  Mr. Toomey also represented investors in *In re Cheniere Energy Stockholders Litigation*, which challenged whether shareholders approved an equity compensation plan that provided Cheniere's CEO with $126 million in one year.  The successful settlement of this litigation resulted in the withdrawal of a new equity compensation plan that proposed to grant executives 30 million shares, a new stockholder vote on the shares that were challenged by the litigation, and several other corporate reforms.  Mr. Toomey also successfully represented shareholders in a derivative case challenging the payment by Barnes & Noble for an asset held by its chairman Leonard Riggio whereby Riggio agreed to pay $29 million to settle shareholders' claims.  Mr. Toomey has also helped to establish important standards in shareholder derivative actions such as *Seinfeld v. Slager*, No. CIV.A. 6462-VCG, 2012 WL 2501105 (Del. Ch. June 29, 2012) (directors must show entire fairness of their own compensation if compensation plan lacks meaningful limits) and *Kaufman v. Allemang*, 70 F. Supp. 3d 682 (D. Del. 2014) (companies must strictly comply with SEC regulation 17 C.F.R. § 240.14a-101 (Item 10(a)(1)) when attempting to gain shareholder approval of company compensation plans).

*Samuel M. Ward*, a partner at Barrack, Rodos & Bacine, is a graduate of the University of California, Hastings College of Law (J.D. 2001), and a 1995 honors graduate of the University of California, San Diego (B.A. 1995).  Mr. Ward was admitted to practice in California in 2001 and is a member of the bars of the United States District Courts for the Southern, Central and Northern District of California.  Before joining BR&B, Mr. Ward worked as a political consultant, managing both Congressional and State Assembly campaigns.  At the Firm, he has litigated numerous securities cases in federal district courts throughout the country.  Mr. Ward was a member of the trial team in *In re Apollo Group Inc. Securities Litigation*, before the Honorable James A. Teilborg in the District of Arizona, where he played a critical role in mastering the deposition and documentary proof that was used at trial to secure the jury's unanimous verdict. Mr. Ward also represented the plaintiff class in *In re Applied Micro Circuits Corp. Securities Litigation*, achieving a $60 million settlement for class members, one of the largest recoveries in a securities class action in the Southern District of California since passage of the PSLRA.  Mr. Ward is the former Chair of Planned Parenthood Affiliates of California and former Vice-Chair of



the Board of Directors of Planned Parenthood of the Pacific Southwest. Mr. Ward can be reached at the Firm's San Diego, CA office.

*Danielle M. Weiss,* an associate at Barrack, Rodos & Bacine, joined the Firm in 2022. She graduated *cum laude* from the University of Pennsylvania in 2002 with a degree in U.S. History. Ms. Weiss attended the James E. Beasley School of Law of Temple University (J.D. 2005), where she was a James Beasley Scholar, a member and editor of the *Temple International and Comparative Law Journal*, and the recipient of the Harry R. Kozart Memorial Prize in Products Liability. She is licensed to practice law in Pennsylvania and New Jersey. Ms. Weiss can be reached at the Firm's Philadelphia, PA office.

Before joining BR&B's Philadelphia office, Ms. Weiss spent over fifteen years at a boutique litigation firm in Philadelphia, where she successfully represented individual and small-business clients in high stakes cases in state and federal court, trying several matters to successful conclusion, including at the appellate level. Her experience includes litigating complex matters involving issues of professional liability, products liability, defamation, breach of contract, breach of warranty, employment discrimination, personal injury, and education law through all phases of litigation. Ms. Weiss is active in the community, serving, among other positions and organizations, on the Board of Directors of the Jewish Federation of Greater Philadelphia, Chair of the Jewish Community Relations Council of the Jewish Federation of Greater Philadelphia, and on the National Young Leadership Cabinet of the Jewish Federations of North America.

*Frances Vilella-Vélez*, of-counsel to Barrack, Rodos & Bacine, is a graduate of Syracuse University College of Law, Syracuse, New York (J.D. 1977) and Swarthmore College (B.A. 1974). She was admitted to practice in Puerto Rico in 1977 and in Pennsylvania in 1978 and is a member of the bars of the United States Court of Appeals for the Third Circuit and the United States District Court for the Eastern District of Pennsylvania. Ms. Vilella-Vélez began her legal career in 1978 as a trial attorney in the Office of the Regional Solicitor, U.S. Department of Labor, where she litigated OSHA cases before the United States district courts and the Occupational Safety and Health Review Commission (OSHRC). She then served as the first law clerk for the Honorable Nelson A. Diaz, on the Court of Common Pleas of Philadelphia County, Philadelphia, Pennsylvania. During her tenure with Judge Diaz, Ms. Vilella-Vélez also served as a staff member on the Mayor's Task Force on Minority Employment in the Police Department, in Philadelphia, where she conducted legal and policy analyses of alternative proposals to increase minority employment in the Policy Department, and assisted in drafting the report to the mayor. Ms. Vilella-Vélez can be reached at the Firm's Philadelphia, PA office. Among other community activities, Ms. Vilella-Vélez served for many years on the board of the Valentine Foundation and currently serves on the board of the Chester Children's Chorus.

*Zakiya Washington*, an associate at Barrack, Rodos & Bacine, is a graduate of Hampton University School of Business (2004, B.S. Entrepreneurship) and Temple University



Beasley School of Law (2007, J.D.). Before joining Barrack, Ms. Washington performed discovery representing plaintiffs and defendants in a variety of matters, including: complex securities class action litigation, pharmaceutical litigation and insurance litigation. Ms. Washington was also a Compliance Advisor to large financial institutions in the Financial Crimes department. At BR&B, Ms. Washington performs discovery representing investors in class and derivative actions, including cases involving securities fraud, shareholder rights and corporate governance. Ms. Washington can be reached at the Firm's Philadelphia, PA office.

\*       \*       \*

In ***In re Apollo Group Inc. Securities Litigation,*** Master File No. CV-04-2147 PHX-JAT (District of Arizona), Barrack, Rodos & Bacine was lead counsel for the class that secured a jury verdict in January 2008 for the full amount per share requested. Judge Teilborg commented that trial counsel ***"brought to this courtroom just extraordinary talent and preparation.... The technical preparation, the preparation for your examination and cross-examination of witnesses has been evident in every single instance. The preparation for evidentiary objections and responses to those objections have been thorough and foresighted. The arguments that have been made in every instance have been well-prepared and well-presented throughout the case. \*\*\* Likewise, for the professionalism and the civility that you -- and the integrity that you have all demonstrated and exuded throughout the handling of this case, it has just, I think, been very, very refreshing and rewarding to see that. \*\*\* [W]hat I have seen has just been truly exemplary."*** BR&B ultimately secured payment of $145 million from the defendants – the largest post-verdict judgment and recovery achieved in a shareholder class action for violations of the federal securities laws since passage of the PSLRA.

In ***In re WorldCom, Inc. Securities Litigation***, No. 02 Civ. 3288 (DLC), Barrack, Rodos & Bacine was co-lead counsel for the Class and achieved settlements in excess of $6.19 billion. After a partial settlement with one group of defendants for in excess of $2.56 billion, the Court stated that ***"the settlement amount ... is so large that it is of historic proportions."*** The Court found that ***"Lead Counsel has performed its work at every juncture with integrity and competence. It has worked as hard as a litigation of this importance demands, which for some of the attorneys, including the senior attorneys from Lead Counsel on whose shoulders the principal responsibility for this litigation rests, has meant an onerous work schedule for over two years."*** The Court further found that ***"the quality of the representation given by Lead Counsel is unsurpassed in this Court's experience with***



*plaintiffs' counsel in securities litigation.  Lead Counsel has been energetic and creative.  Its skill has matched that of able and well-funded defense counsel.  It has behaved professionally and has taken care not to burden the Court or other parties with needless disputes.  Its negotiations with the Citigroup Defendants have resulted in a settlement of historic proportions.  It has cooperated with other counsel in ways that redound to the benefit of the class and those investors who have opted out of the class.  The submissions of Lead Counsel to the Court have been written with care and have repeatedly been of great assistance."*  The Court also found that *"In sum, the quality of representation that Lead Counsel has provided to the class has been superb".*   In approving the final settlements totaling $3.5 billion, in an opinion and order dated September 20, 2005, the Court stated *"The impressive extent and superior quality of Lead Counsel's efforts as of May 2004 were described in detail in the Opinion approving the Citigroup Settlement. …  At the conclusion of this litigation, more than ever, it remains true that 'the quality of representation that Lead Counsel has provided to the class has been superb.' … At trial against Andersen, the quality of Lead Counsel's representation remained first-rate. .. The size of the recovery achieved for the class – which has been praised even by several objectors – could not have been achieved without the unwavering commitment of Lead Counsel to this litigation."*

The Court also found that *"Despite the existence of these risks, Lead Counsel obtained remarkable settlements for the Class while facing formidable opposing counsel from some of the best defense firms in the country;"* and *"If the Lead Plaintiff had been represented by less tenacious and competent counsel, it is by no means clear that it would have achieved the success it did here on behalf of the Class."*
*"It is only the size of the Citigroup and Underwriters' Settlements that make this recovery so historic, and it is likely that less able plaintiffs' counsel would have achieved far less."*

In *In re Cendant Corporation Litigation*, No. 98-CV-1664 (WHW) (D.N.J. December 7, 1999), Barrack, Rodos & Bacine was co-lead counsel for the Class and achieved settlements with defendants in excess of **$3.18 billion**, more than three times larger than the next highest recovery ever achieved in a securities law class action suit by that time.  The *Cendant* settlement included what was, at the time, the largest amount by far ever paid in a securities class action by an issuing company (which, nearly ten years later, remains the second largest ever paid) and what was, and remains, the largest amount ever paid in a securities class action



by an auditor.  The *Cendant* settlement further included extensive corporate governance reforms, and a contingency recovery of one-half the net recovery that Cendant and certain of its affiliated individuals may recover in on-going proceedings against CUC's former auditor.  The *Cendant*  Court stated that ***"we have all been favored with counsel of the highest competence and integrity and fortunately savvy in the ways of the law and the market."***  The Court found that the ***"standing, experience and expertise of counsel, the skill and professionalism with which counsel prosecuted the case and the performance and quality of opposed counsel were and are high in this action."***  The Court further found that the result of lead counsel's efforts were ***"excellent settlements of uncommon amount engineered by highly skilled counsel with reasonable cost to the class."***

In *In re Automotive Refinishing Paint Antitrust Litigation,* 2:10-md-01426-RBS (E.D. Pa.), Barrack, Rodos & Bacine, co-lead counsel for a Class of direct purchasers of automotive refinishing paint, achieved settlements with five defendants in excess of $100 million.  After reaching a settlement with the last two defendants remaining in the litigation, the Court stated, ***"I want to commend counsel on both sides of this litigation.  I think that the representation on both sides of this litigation is as good as I've ever seen in my entire professional career.  Counsel worked together in this case.  They frankly made the job of this Court very easy and I commend all of you for what you've done in this litigation."***

In *Payne v. Micro Warehouse, Inc.*, No. 3:96CV1920(DJS) (D. Conn. Sept. 30, 1999), where Barrack, Rodos & Bacine was co-lead counsel for the shareholder class, the Court noted ***"the exceptional results achieved by plaintiffs' counsel,"*** who ***"were required to develop and litigate this complex case solely through their own efforts,"*** and concluded that ***"the benefit conveyed to the class plaintiffs amply supports the conclusion that the plaintiffs' counsels' work was exceptional."***

**FIRM BIOGRAPHY**                                                                                                       24

# EXHIBIT 5

## IEP CLASS ACTION NOTICE: Glancy Prongay & Murray LLP Files Securities Fraud Lawsuit Against Icahn Enterprises L.P.

Business Wire

May 11, 2023 Thursday 6:51 PM GMT

Copyright 2023 Business Wire, Inc.

**Length:** 740 words

**Dateline:** LOS ANGELES

**Body**

Glancy Prongay & Murray LLP ("GPM"), announces that it has filed a class action lawsuit in the United States District Court for the Southern District of Florida, captioned Okaro v. Icahn Enterprises L.P., et al., Case No. 1:23-cv-21773, on behalf of persons and entities that purchased or otherwise acquired Icahn Enterprises L.P. ("Icahn Enterprises" or the "Company") (NASDAQ: IEP ) securities between August 2, 2018 and May 9, 2023, inclusive (the "Class Period"). Plaintiff pursues claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act").

Investors are hereby notified that they have 60 days from the date of this notice to move the Court to serve as lead plaintiff in this action.

If you suffered a loss on your Icahn Enterprises investments or would like to inquire about potentially pursuing claims to recover your loss under the federal securities laws, you can submit your contact information at www.glancylaw.com/cases/Icahn-Enterprises-LP/ . You can also contact Charles H. Linehan, of GPM at 310-201-9150, Toll-Free at 888-773-9224, or via email at shareholders@glancylaw.com or visit our website at www.glancylaw.com to learn more about your rights.

On May 2, 2023, Hindenburg Research published a report alleging, among other things, that Icahn Enterprises' "last reported indicative year-end [net asset value] of $5.6 billion is inflated by at least 22%." The report also claimed that the Company operates a "ponzi-like economic structure" and "has been using money taken in from new investors to pay out dividends to old investors."

On this news, Icahn Enterprises' share price fell $10.06 per share, or 20%, to close at $40.36 per share on May 2, 2023.

Then, on May 10, 2023, before the market opened, Icahn Enterprises filed its Quarterly Report on Form 10-Q with the SEC for the period ended March 31, 2023. Therein, the Company stated that the U.S. Attorney's office for the Southern District of New York contacted Icahn Enterprises on May 3, 2023 seeking production of information relating to the Company, certain of its affiliates' "corporate governance, capitalization, securities offerings, dividends, valuation, marketing materials, due diligence and other materials." The Company claimed it is "cooperating with the request" and is "providing documents in response to the voluntary request for information."

Gavin O'Hara

IEP CLASS ACTION NOTICE: Glancy Prongay & Murray LLP Files Securities Fraud Lawsuit Against Icahn Enterprises L.P.

On this news, Icahn Enterprises' share price fell $5.75 per share, or 15.1%, to close at $32.22 per share on May 10, 2023.

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that Icahn Enterprises was inflating its net asset value; (2) that the Company was using money taken in from new investors to pay out dividends to old investors; (3) that, as a result, the Company would become the subject of criminal and/or regulatory scrutiny; and (4) that as a result of the foregoing, Defendant's positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

Follow us for updates on LinkedIn , Twitter , or Facebook .

If you purchased or otherwise acquired Icahn Enterprises securities during the Class Period, you may move the Court no later than 60 days from the date of this notice to ask the Court to appoint you as lead plaintiff. To be a member of the Class you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the Class. If you wish to learn more about this action, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact Charles Linehan, Esquire, of GPM, 1925 Century Park East, Suite 2100, Los Angeles California 90067 at 310-201-9150, Toll-Free at 888-773-9224, by email to shareholders@glancylaw.com , or visit our website at www.glancylaw.com . If you inquire by email please include your mailing address, telephone number and number of shares purchased.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

View source version on businesswire.com: https://www.businesswire.com/news/home/20230511005890/en/

CONTACT: Glancy Prongay & Murray LLP, Los Angeles
Charles H. Linehan, 310-201-9150 or 888-773-9224
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
www.glancylaw.com
shareholders@glancylaw.com

http://www.businesswire.com

**Load-Date:** May 11, 2023

---

End of Document