# Exhibit B

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

|  |  |
|---|---|
| OSANEME OKARO, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> ICAHN ENTERPRISES L.P., CARL C. ICAHN, DAVID WILLETTS, TED PAPAPOSTOLOU, KEITH COZZA, and SUNGHWAN CHO, <br><br> Defendants. | Case No. 1:23-cv-21773 <br><br><br> **[PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS, APPOINTING LEAD PLAINTIFF, AND APPROVING SELECTION OF COUNSEL** |

**WHEREAS**, the Court has considered the competing motions for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel,

**IT IS HEREBY ORDERED THAT**:

1. Consolidation of *Okaro* v. *Icahn Enterprises, L.P., et al.*, Case No. 1:23-cv-21773 and *Levine v. Icahn Enterprises, L.P., et al.*, Case No. 1:23-cv-22009 is appropriate pursuant to Fed. R. Civ. P. Rule 42(a) because the above-captioned actions raise common issues of law – claims pursuant to the Exchange Act and are governed by the PSLRA.  The claims all arise from the same core facts and are brought on behalf of identical classes against the same defendants. Absent consolidation, the simultaneous litigation of these actions before different judges will create the unnecessary risk of duplication of efforts, inconsistent adjudication, and waste of judicial resources.  Therefore, the Court ORDERS that the above-captioned actions be consolidated.

2. The Court further hereby appoints Philip Kosowsky ("Kosowsky") as Lead Plaintiff in the above-captioned action (the "Action"). Kosowsky satisfies the requirements for appointment as Lead Plaintiff pursuant to Section 21D(a)(3)(B)(iii) of the Private Securities Litigation Reform Act of 1995 (the "PSLRA").

3. Lead Plaintiff, pursuant to Section 21D(a)(3)(B)(v) of the PSLRA, has selected and retained Barrack Rodos & Bacine as Lead Counsel for the Class in the Action.

4. Lead Counsel shall have authority to speak for, and enter into agreements on behalf of, plaintiffs and putative class members in all matters regarding litigation including, but not limited to, pretrial procedures, discovery, motion practice, trial, and settlement negotiations. Lead Counsel shall manage the prosecution of this litigation in an efficient and orderly fashion to avoid duplicative or unproductive activities. Defendants' counsel may rely upon agreements made with Lead Counsel, and all such agreements shall be binding on all plaintiffs. Lead Counsel additionally shall be responsible for coordination of all activities and appearances on behalf of plaintiffs and

for dissemination of notices and orders, and shall be responsible for communications with the Court. Finally, Lead Counsel shall maintain a master service list of all parties and counsel.

5.      Every pleading in this Action, and any related action that is consolidated with this Action, shall hereafter bear the following caption:

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| IN RE ICAHN ENTERPRISES, INC. SECURITIES LITIGATION | Case No. 1:23-cv-21773 |
|---|---|

6.      When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:" When the document applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the name of the first-listed plaintiff in said action.

7.      Counsel in any related action that is consolidated with this Action shall be bound by the organization of plaintiffs' counsel set forth herein.

8.      Defendants shall effect service of papers on plaintiffs by serving a copy of same on Lead Counsel by overnight mail service, electronic or hand delivery.  Plaintiffs shall effect service of papers on defendants by serving a copy of same on defendants' counsel by overnight mail service, electronic or hand delivery.

9.      During the pendency of this litigation, or until further order of this Court, the parties shall take reasonable steps to preserve all documents within their possession, custody, or control, including computer-generated and stored information, and materials such

as computerized data and electronic mail, containing information which is relevant, or which may lead to the discovery of information relevant, to the subject matter of the pending litigation.

**SO ORDERED.**

Dated:  Florida,_____                    _____

                                             UNITED STATES DISTRICT JUDGE
                                             SOUTHERN DISTRICT OF FLORIDA