**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| OSANEME OKARAO, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ICAHN ENTERPRISES L.P., CARL C. ICAHN, DAVID WILLETTS, TED PAPAPOSTOLOU, KEITH COZZA, and SUNGHWAN CHO,<br><br>Defendants. | No. 1:23-cv-21773-KMM |
| MICHAEL LEVINE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ICAHN ENTERPRISES L.P., CARL C. ICAHN, DAVID WILLETTS, TED PAPAPOSTOLOU, KEITH COZZA, and SUNGHWAN CHO,<br><br>Defendants. | No. 1:23-cv-22009-KMM |

**[PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS, APPOINTING LEAD PLAINTIFF, AND APPROVING LEAD PLAINTIFF'S SELECTION OF COUNSEL**

**WHEREAS**, the above-captioned securities class actions (the "Related Actions") have been filed against defendants Icahn Enterprises L.P., Carl C. Icahn, David Willetts, Ted Papapostolou, Keith Cozza, and Sunghwan Cho ("Defendants"), alleging violations of the federal securities laws;

**WHEREAS**, Rule 42(a) of the Federal Rules of Civil Procedure provides that a court may order all actions consolidated if they involve "common issues of law or fact." Fed. R. Civ. P. 42(a). The Related Actions involve common legal and factual issues; thus, efficiency and consistency will result from their consolidation. *See* Fed. R. Civ. P. 42(a);

**WHEREAS**, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A)(i), on May 11, 2023 a notice was issued to potential class members informing them of the action and their right to move to serve as lead plaintiff within 60 days of the date of the issuance of said notice;

**WHEREAS**, on July 10, 2023, Brett Morris ("Mr. Morris" or "Movant"), moved the Court to: (1) consolidate the Related Actions; (2) be appointed as Lead Plaintiff; and (3) approve Movant's selection of Kahn Swick & Foti, LLC ("KSF") as Lead Counsel;

**WHEREAS**, the PSLRA, provides, *inter alia*, that the most-adequate plaintiff to serve as lead plaintiff is the movant that has either filed a complaint or has made a motion in response to a notice and has the largest financial interest in the relief sought by the Class and satisfied the requirement of Fed. R. Civ. P. 23; and

**WHEREAS**, the Court finding that Movant has the largest financial interest in this action and *prima facie* satisfies the typicality and adequacy requirements of Fed. R. Civ. P. 23. *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I);

**IT IS HEREBY ORDERED THAT:**

1

1.      The Related Actions are consolidated for all purposes including, but not limited to, discovery, pretrial proceedings, and trial proceedings pursuant to Fed. R. Civ. P. 42(a).

2.      The docket in Case No. 1:23-cv-21773-KMM shall constitute the Master Docket for the Consolidated Action.

3.      Every pleading filed in the Consolidated Action shall bear the following caption:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE ICAHN ENTERPRISES L.P. SECURITIES LITIGATION<br>-------------------------------------------------<br>This Document Relates To: | Master File No. 1:23-cv-21773-KMM<br><br>CLASS ACTION |

4.      When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:". When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action.

5.      All related class actions subsequently filed in, or transferred to, this District shall be consolidated into this Action. This Order shall apply to every such action, absent an order of the Court. A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the date on which a copy of this Order is mailed to the party's counsel.

6.      This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown.

7.      Pursuant to Section 21D(a)(3)(B) of the Exchange Act, 15 U.S.C. §78u-(a)(3)(B), Movant is appointed as Lead Plaintiff for the Class as Movant has the largest financial interest in this litigation and otherwise satisfy the requirements of Fed. R. Civ. P. 23.

8.      Movant's choice of counsel is approved, and accordingly, KSF is appointed Lead

Counsel.

**SO ORDERED.**

DATED: _____, 2023          _____

                                              HONORABLE K. MICHAEL MOORE
                                              UNITED STATES DISTRICT JUDGE
                                              SOUTHERN DISTRICT OF FLORIDA

3