## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| OSANEME OKARAO, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ICAHN ENTERPRISES L.P., CARL C. ICAHN, DAVID WILLETTS, TED PAPAPOSTOLOU, KEITH COZZA, and SUNGHWAN CHO,<br><br>Defendants. | No. 1:23-cv-21773-KMM |
| MICHAEL LEVINE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ICAHN ENTERPRISES L.P., CARL C. ICAHN, DAVID WILLETTS, TED PAPAPOSTOLOU, KEITH COZZA, and SUNGHWAN CHO,<br><br>Defendants. | No. 1:23-cv-22009-KMM |

**DECLARATION OF C. MARK WHITEHEAD III IN SUPPORT OF MOTION OF BRETT MORRIS FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF <u>SELECTION OF COUNSEL</u>**

I, C. Mark Whitehead III, hereby declare under penalty of perjury as follows:

1.      I am a partner of The Whitehead Law Firm, L.L.C., Local Counsel for Lead Plaintiff Movant Brett Morris ("Mr. Morris" or "Movant").

2.      Movant seeks appointment as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 in the above-captioned action.

3.      I submit this Declaration, together with the attached exhibits, in support of Mr. Morris's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of his Selection of Counsel.

4.      Attached as exhibits are true and correct copies of the following:

Exhibit A:      Certification of Brett Morris reflecting Class Period transactions in Icahn Enterprises L.P. securities;

Exhibit B:      Loss Chart reflecting Brett Morris's Class Period transactions in Icahn Enterprises L.P. securities;

Exhibit C:      Published Notice on *Business Wire* on May 11, 2023 of the securities class action complaint filed against Icahn Enterprises L.P.;

Exhibit D:      Declaration of Brett Morris; and

Exhibit E:      Biography for Proposed Lead Counsel, Kahn Swick & Foti, LLC

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed this 10th day of July, 2023 at Miami Beach, Florida.

*/s/ C. Mark Whitehead III*
C. Mark Whitehead III