# EXHIBIT B

**Icahn Enterprises L.P. Securities Litigation**
**Class Period Losses of Brett Morris in Securities of Icahn Enterprises (NASDAQ: "IEP")**

| | | |
|---|---|---|
| **Class Period Begins:** | 8/2/2018 |
| **Class Period Ends:** | 5/9/2023 |
| **Partial Disclosures:** | 5/2/2023 |
| **90-Day Lookback Period Ends:** | 8/7/2023 |
| **90-Day Lookback Price Through 7/10/2023:** | $    28.1557 |
| **Total LIFO/*Dura* Losses Net Class Period Gains:** | $(309,523.42) |

**Stock**

| Purchases/Acquisitions | | | | Sales | | | | |
|---|---|---|---|---|---|---|---|---|
| Date | Quantity | Price | (Cost) | Date | Quantity | Price* | Proceeds | (Loss)/Gain |
| 11/1/2022 | 2000 | $ 54.4400 | $(108,879.99) | HELD | 2000 | $ 28.1557 | $56,311.40 | $ (52,568.59) |
| 11/11/2022 | 708 | $ 54.1451 | $ (38,334.74) | HELD | 708 | $ 28.1557 | $19,934.24 | $ (18,400.51) |
| 11/11/2022 | 1149 | $ 54.1451 | $ (62,212.74) | | | | | |
| 11/11/2022 | 888 | $ 54.2600 | $ (48,182.88) | | | | | |
| 11/11/2022 | 4015 | $ 54.2700 | $(217,894.05) | | | | | |
| | | | | 5/23/2023 | 906 | $ 32.5550 | $29,494.83 | |
| | | | | 5/24/2023 | 860 | $ 31.7718 | $27,323.77 | |
| | | | | 5/24/2023 | 666 | $ 31.7718 | $21,160.03 | |
| | | | | 5/24/2023 | 702 | $ 31.7718 | $22,303.82 | |
| | | | | 5/24/2023 | 14 | $ 31.7718 | $    444.81 | |
| | | | | 5/24/2023 | 4 | $ 31.7718 | $    127.09 | |
| | | | | 5/24/2023 | 65 | $ 31.7718 | $ 2,065.17 | |
| | | | | 5/25/2023 | 2069 | $ 30.8433 | $63,814.85 | |
| | | | | 5/25/2023 | 397 | $ 30.8433 | $12,244.80 | |
| | | | | 5/25/2023 | 369 | $ 30.8433 | $11,381.19 | $ (137,929.32) |
| 11/11/2022 | 206 | $ 54.2700 | $ (11,179.62) | 5/4/2023 | 206 | $ 28.5100 | $ 5,873.06 | $ (5,306.56) |
| 11/11/2022 | 34 | $ 54.2700 | $ (1,845.18) | 3/15/2023 | 34 | $ 50.1874 | $ 1,706.37 | $    (138.81) *Non-*Dura* Loss |
| 12/22/2022 | 356 | $    - | $    - | | | | | |
| | | | | 12/27/2022 | 21 | $ 50.2600 | $ 1,055.46 | |
| | | | | 12/27/2022 | 13 | $ 50.2500 | $    653.25 | |
| | | | | 12/27/2022 | 20 | $ 50.2001 | $ 1,004.00 | |
| | | | | 12/27/2022 | 3 | $ 50.2020 | $    150.61 | |
| | | | | 12/28/2022 | 197 | $ 49.9212 | $ 9,834.47 | |

| Date | Shares | | Price | Amount | Date | Shares | | Price | Amount | | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 3/15/2023 | 102 | $ | 50.1874 | $ 5,119.11 | $ | 17,816.90 |
| 3/16/2023 | 5066 | $ | 50.6100 | $(256,390.26) | | | | | | | |
| | | | | | 5/3/2023 | 533 | $ | 33.7000 | $17,962.10 | | |
| | | | | | 5/3/2023 | 1651 | $ | 32.0124 | $52,852.48 | | |
| | | | | | 5/4/2023 | 2075 | $ | 29.6000 | $61,420.00 | | |
| | | | | | 5/4/2023 | 27 | $ | 29.6000 | $ 799.20 | | |
| | | | | | 5/4/2023 | 780 | $ | 28.5100 | $22,237.80 | $ | (101,118.68) |
| 4/20/2023 | 348 | $ | - | $ - | 5/3/2023 | 348 | $ | 33.7000 | $11,727.60 | $ | 11,727.60 |
| 5/2/2023 | 3400 | $ | 40.2000 | $(136,680.00) | | | | | | | |
| | | | | | 5/3/2023 | 606 | $ | 25.9376 | $15,718.18 | | |
| | | | | | 5/3/2023 | 603 | $ | 35.3700 | $21,328.11 | | |
| | | | | | 5/3/2023 | 1173 | $ | 35.4500 | $41,582.85 | | |
| | | | | | 5/3/2023 | 1018 | $ | 33.7000 | $34,306.60 | $ | (23,744.26) |

**Total LIFO/*Dura* Losses Net Class Period Gains:  $  (309,523.42)**

* For those shares purchased during the Class Period and "HELD" through the 90-day period immediately thereafter, losses have been determined using the difference between the purchase/acquisition price and the mean trading price of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that forms the basis for the action is disseminated to the market. *See* 15 U.S.C. § 78u–4(e)(1). Because the final corrective disclosure was disseminated to the market on 5/10/2023, the final day of the 90-day lookback period is 8/7/2023. The mean trading price of Icahn Enterprises' stock from 5/10/2023 through the day of this filing, 7/10/2023, is $28.1557.

For those shares purchased during the Class Period and sold during the 90-day period immediately thereafter, losses have been determined using the difference between the purchase/acquisition price and the greater of the sales price or the mean trading price of that security during the period beginning on the final corrective disclosure date and ending on the date of sale. *See* 15 U.S.C. § 78u–4(e)(2).