# Exhibit B

**Loss Analysis for John Haworth and James Gillespie - Icahn Enterprises L.P. (IEP)**
**Class Period 08/02/18 - 05/09/23**

| | Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price) | Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP) |
|---|---|---|
| John Haworth | 1,805,291.90 | 1,805,291.90 |
| James Gillespie | 751,483.74 | 751,483.74 |
| | 2,556,775.64 | 2,556,775.64 |

**Loss Analysis for John Haworth - Icahn Enterprises L.P. (IEP)**
**Class Period 08/02/18 - 05/09/23**

| | **PURCHASES** | | | | | **SALES** | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | Amount Paid | | Date | Shares | Share Price | Amount Received |
| **Pre-Class Held** | | | | | | | | | |
| **Class Period** | 03/10/23 | 60 | $51.4490 | $3,086.94 | | | | | |
| **Purchases** | 03/10/23 | 167 | $51.4400 | $8,590.48 | | | | | |
| | 03/10/23 | 76,733 | $51.4500 | $3,947,912.85 | | | | | |
| | 03/10/23 | 540 | $51.4450 | $27,780.30 | | | | | |
| **Post Class** | | | | | **Post Class** | | | | |
| **Purchases** | | | | | **Sales** | | | | |
| | | | | | | | | | |

| Total Shares Acquired in CP | 77,500 | Total Amt. Paid in CP | $3,987,370.57 | Total Shares Sold in CP | 0 | Total Amt. Sold in CP | $0.00 | |
|---|---|---|---|---|---|---|---|---|
| | | | | Post CP Shares Sold | 0 | Post CP Amount Sold | $0.00 | |
| | | | | Total Shares Sold to Current | 0 | Total Amt. Sold to Current | $0.00 | ALTERNATIVE |

| | | | |
|---|---|---|---|
| Actual Net Shares Acquired in CP | 77,500 | (CP Retained Shares) | |
| | | Net Amount Paid  in CP | $3,987,370.57 |
| | | Net Amount Paid in CP Minus Sold to Current Date | $3,987,370.57 ALTERNATIVE |

**Calculation Using 90-Day Lookback**

| | | |
|---|---|---|
| Net Shares Acquired in CP (CP Retained Shares) | 77,500 | Automatically 0 if Negative |
| Net  Shares Acquired During Class Period Held to Current Date | 77,500 | Automatically 0 if Negative (ALTERNATIVE) |

| | |
|---|---|
| 90-Day Mean Share Price after last Day of CP | $28.16 |

| | |
|---|---|
| Value of Net Shares Acquired in CP Using 90-Day Mean Share Price | $2,182,078.67 |
| Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price | $2,182,078.67 ALTERNATIVE |
| Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price | $1,805,291.90 ALTERNATIVE |

| | |
|---|---|
| Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price) | $1,805,291.90 |
| Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP) | $1,805,291.90 ALTERNATIVE |

**Loss Analysis for James Gillespie - Icahn Enterprises L.P. (IEP)**
**Class Period 08/02/18 - 05/09/23**

| | | **PURCHASES** | | | | | **SALES** | | |
|---|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | Amount Paid | | Date | Shares | Share Price | Amount Received |
| Pre-Class Held | | | | | | | | | |
| Class Period | 04/27/23 | 865 | $51.1800 | $44,270.70 | | | | | |
| Purchases | 04/27/23 | 200 | $51.1900 | $10,238.00 | | | | | |
| | 04/27/23 | 946 | $51.2100 | $48,444.66 | | | | | |
| | 04/27/23 | 2,789 | $51.1500 | $142,657.35 | | | | | |
| | 04/27/23 | 200 | $51.1600 | $10,232.00 | | | | | |
| | 05/01/23 | 1,000 | $50.9114 | $50,911.40 | | | | | |
| | 05/01/23 | 1,000 | $50.8800 | $50,880.00 | | | | | |
| | 05/01/23 | 1,000 | $50.8800 | $50,880.00 | | | | | |
| | 05/01/23 | 1,000 | $50.8418 | $50,841.80 | | | | | |
| | 05/01/23 | 2,000 | $50.8350 | $101,670.00 | | | | | |
| | 05/01/23 | 5,000 | $50.6350 | $253,175.00 | | | | | |
| | 05/01/23 | 200 | $50.7600 | $10,152.00 | | | | | |
| | 05/01/23 | 800 | $50.7699 | $40,615.92 | | | | | |
| | 05/01/23 | 2,000 | $50.7700 | $101,540.00 | | | | | |
| | 05/01/23 | 2,000 | $50.6450 | $101,290.00 | | | | | |
| | 05/01/23 | 500 | $50.6650 | $25,332.50 | | | | | |
| | 05/01/23 | 1,000 | $50.6799 | $50,679.90 | | | | | |
| | 05/01/23 | 500 | $50.6686 | $25,334.30 | | | | | |
| | 05/01/23 | 1,000 | $50.6300 | $50,630.00 | | | | | |
| | 05/01/23 | 1,000 | $50.6381 | $50,638.10 | | | | | |
| | 05/01/23 | 708 | $50.6350 | $35,849.58 | | | | | |
| | 05/01/23 | 292 | $50.6681 | $14,795.09 | | | | | |
| | 05/01/23 | 600 | $50.7700 | $30,462.00 | | | | | |
| | 05/01/23 | 400 | $50.7300 | $20,292.00 | | | | | |
| | 05/01/23 | 200 | $50.6150 | $10,123.00 | | | | | |
| | 05/01/23 | 800 | $50.6185 | $40,494.80 | | | | | |
| | 05/01/23 | 742 | $50.6400 | $37,574.88 | | | | | |
| | 05/01/23 | 200 | $50.6299 | $10,125.98 | | | | | |
| | 05/01/23 | 200 | $50.6298 | $10,125.96 | | | | | |
| | 05/01/23 | 3 | $50.6297 | $151.89 | | | | | |
| | 05/01/23 | 855 | $50.6300 | $43,288.65 | | | | | |
| | 05/01/23 | 100 | $50.6790 | $5,067.90 | | | | | |
| | 05/01/23 | 900 | $50.6799 | $45,611.91 | | | | | |
| | 05/01/23 | 1,000 | $51.1255 | $51,125.50 | | | | | |
| | 05/02/23 | 2,000 | $41.6400 | $83,280.00 | | | | | |
| Post Class Purchases | | | | | Post Class Sales | | | | |

| Total Shares Acquired in CP | 34,000 | Total Amt. Paid in CP | $1,708,782.76 | Total Shares Sold in CP | 0 | Total Amt. Sold in CP | $0.00 | |
|---|---|---|---|---|---|---|---|---|
| | | | | Post CP Shares Sold | 0 | Post CP Amount Sold | $0.00 | |
| | | | | Total Shares Sold to Current | 0 | Total Amt. Sold to Current | $0.00 | ALTERNATIVE |

Actual Net Shares Acquired in CP    34,000 (CP Retained Shares)

| | | |
|---|---|---|
| Net Amount Paid in CP | $1,708,782.76 | |
| Net Amount Paid in CP Minus Sold to Current Date | $1,708,782.76 | ALTERNATIVE |

**Calculation Using 90-Day Lookback**

| | | |
|---|---|---|
| Net Shares Acquired in CP (CP Retained Shares) | 34,000 | Automatically 0 if Negative |
| Net Shares Acquired During Class Period Held to Current Date | 34,000 | Automatically 0 if Negative (ALTERNATIVE) |

90-Day Mean Share Price after last Day of CP    $28.16

| | | |
|---|---|---|
| Value of Net Shares Acquired in CP Using 90-Day Mean Share Price | $957,299.03 | |
| Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price | $957,299.03 | ALTERNATIVE |
| Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price | $751,483.74 | ALTERNATIVE |

| | | |
|---|---|---|
| Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price) | $751,483.74 | |
| Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP) | $751,483.74 | ALTERNATIVE |