# Exhibit F

# Maderal Byrne & Furst PLLC

## FIRM RESUME

MB&F attorneys are experienced in multiparty complex injury, mass tort and class action litigation, and have been appointed by various courts to leadership positions.

MB&F attorneys' court-appointed leadership positions include:

- Co-Chair Lead Counsel, *Champlain Towers South Condominium Complex, in Surfside*, *Florida, Class Action*, Case No. 2021-015089, Miami-Dade Circuit Court. This class action, arising from the 2021 collapse, resulted in a certified settlement class, and the distribution of over $1.1 in settlement proceeds;

- Plaintiffs Liaison Counsel and PSC Member, *In re Zantac (Ranitidine) Product Liability litigation*, MDL No. 2924,  Southern District of Florida. This multi-district litigation was one of the largest pharmaceutical mass torts, and the MB&F attorney was the unanimous choice for Plaintiffs' Liaison Counsel amongst hundreds of Plaintiffs' attorneys nation-wide.

- Liaison Counsel, *In re January 2021 Short Squeeze Trading Litigation*, Case MDL No. 2989, Southern District of Florida, relating to the trading restrictions imposed by Robinhood and other brokers in late January 2021 in response to a dramatic rise in trading and share prices for a group of so-called "meme stocks";

- Co-Lead Counsel, *MJ Capital Ponzi Scheme Class Action*, Case No. 21-cv-61749, Southern District of Florida, resulting in $26 million dollar settlement for Ponzi-scheme victims;

- PSC Member, *In re Elmiron (Pentosan Polysulfate Sodium) Products Liability Litigation*, MDL No. 2973, District of New Jersey, pending settlement negotiations for all Plaintiffs' with signature injuries;

- PSC Member & Committee Chair, *In re FTX Cryptocurrency Exchange Collapse Litigation*, MDL No. 3076, Southern District of Florida; and,

- Class Counsel, *In re Takata Airbag Products Liability Litigation,* MDL No. 2599, pending in the Southern District of Florida.

In addition, MB&F attorneys have led and participated in leading numerous class and other complex litigations, including:

- Representation of taxpayers in putative class action against the City of Miami for imposition and collection of illegal parking surcharge tax, *Klugh v. City of Miami*, Case No. 2022-020524-CA-01 (Fla. 11th Cir. Ct.);

- Representation of certified class of consumers against a self-storage company for deceptive practices involving the sale of self-storage insurance, *Coleman v. CubeSmart*, 328 F. Supp. 3d 1349, 1353 (S.D. Fla. 2018);

- Serving as class counsel for a certified class of car owners alleging breaches of warranty and violations of under the deceptive trade practices act statutes in eight states, *Tershakovec v. Ford Motor Co.*, Case No. 17-21087- (S.D. Fla.);

- Representation of class of car owners in case alleging breaches of warranty and violations of under the Florida Deceptive and Unfair Trade Practices Act, *Vazquez v. Gen. Motors, LLC*, Case No. 17-22209-CIV (S.D. Fla.);

- Representation of class of investors in case against TD Bank arising from a viatical life insurance scheme, *Gevaerts v. TD Bank*, N.A., Case No. 11:14-CV-20744-RLR (S.D. Fla.); and

- Representation of certified class of consumers against a self-storage company for deceptive practices involving the sale of self-storage insurance, *Bowe v. Pub. Storage*, Case No. 1:14–cv–21559–UU (S.D. Fla.)

# FRANCISCO R. MADERAL
## Partner



For over a decade, trial attorney Frank R. Maderal has successfully handled important and complex cases for his clients.

Frank handles all forms of litigation in state and federal courts, including complex product liability, pharmaceutical, aviation, wrongful death and personal injury, financial frauds, and constitutional and civil rights claims, and has recovered millions of dollars for his clients.

Multiple Federal Courts have appointed Frank to important MDL leadership positions. Frank also regularly represents families and individuals in catastrophic personal injury and wrongful death lawsuits.

Frank has substantial experience in positions of public trust, leading high-profile, complex litigations on behalf of both plaintiffs and the United States government and has obtained ground-breaking and record-setting results on behalf of his clients, including the largest known personal injury settlement against Miami-Dade County.

Frank dedicated six years to public service as an Assistant United States Attorney for the Southern District of Florida where he fought for justice as a federal prosecutor in cases pending from West Palm Beach to Key West. Frank was the lead Department of Justice attorney in multiple, successful multi-billion-dollar, complex white-collar prosecutions, by the age of 36.

Frank's work as a litigator and trial attorney has been covered and featured in print and on television by the Wall Street Journal, CNBC, the Miami Herald, Bloomberg, PBS News Hour, Netflix's "Dirty Money" series, and a book, in which he was described as a "brilliant" and "savvy" lawyer.

# JOHN BYRNE
# Partner



John received his B.A. degree cum laude from the University of Florida. He then received his J.D. cum laude from Cornell Law School. Before joining Maderal Byrne & Furst PLLC, John clerked for the Honorable Jeffrey Howard, United States Circuit Judge for the United States Court of Appeals for the First Circuit. He also served four years as an Assistant United States Attorney in the Southern District of Florida, where he tried sixteen cases to verdict.

Prior to founding Maderal Byrne & Furst, John practiced for five years in the commercial litigation department of a boutique Florida law firm. While there, John handled various civil cases, including a multi-week arbitration in a case about defective wind farm blades. In that case, John handled opening arguments, directed and cross-examined numerous witnesses, and took lead on all post-hearing briefing. The arbitration ultimately resulted in a $66M award to his client.

In the class action space, John represented consumers in a class action that resulted in a $5M settlement. Based on his experience representing consumers, in 2023 John was recognized by LawDragon as a Leading Plaintiff Consumer Lawyer.

# RACHEL FURST
## Partner



Rachel received her A.B. degree magna cum laude from Princeton University. She then received her J.D. from the University of Florida, where she served as an editor of the Florida Law Review and graduated magna cum laude, with admission to the Order of the Coif. Rachel clerked for the Honorable Ursula Ungaro, United States District Judge for the Southern District of Florida.
For a decade, Rachel has handled catastrophic cases, mass torts, and class actions on behalf of plaintiffs. She also practiced for five years in the commercial litigation department of an international law firm, defending corporations against complex claims, including consumer class actions and professional malpractice.

Rachel has taken a leading role in high-profile class actions and multi-district litigation. She served as Co-Chair Lead Counsel of the Champlain Towers South Collapse Litigation, in Florida Circuit Court, which resulted in a record-setting $1.12 billion settlement. She also presently serves on the Plaintiffs' Steering Committee of the FTX Cryptocurrency Exchange Collapse Litigation, on the Steering Committee of the Takata Airbag Products Liability Litigation, and as the Liaison Counsel in the January 2021 Short Squeeze Trading Litigation, all multi-district litigations pending in the Southern District of Florida. She is also class counsel in a pending case against Ford Motor Company including several certified state classes, and in a case against the City of Miami for the imposition of an unconstitutional taxing scheme.

Based on her experience, Rachel has been recognized and included in LawDragon 500 as among the leading Plaintiff Consumer Lawyers (2023), by the publications Best Lawyers (2023), Super Lawyers (2019-Present); and Best Lawyers in America (2021-Present), and she received the 40 Under 40, Outstanding Lawyers of South Florida, award in 2016.

## NICOLE ESTRADA
## Associate

Nicole graduated Magnum Cum Laude from the Florida International University in August 2015 where she received a Bachelor of Arts in Psychology with a minor in Criminal Justice. She received her Juris Doctor from Florida International University College of Law in May 2019. While in law school, Nicole served as Secretary and then President of the Employment and Labor Law Society.

Nicole practices in the areas of product liability, personal injury, class action, and multi-district litigation.

Nicole represents clients in nation-wide products liability, multi-district litigations against pharmaceutical manufacturers, including In re Zantac (Ranitidine) Products Liability Litigation, MDL No. 2924; and In re Elmiron (Pentosan Polysulfate Sodium) Products Liability Litigation, MDL No. 2973.

Nicole is licensed to practice law in Florida and speaks Spanish fluently.