## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| OSANEME OKARO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ICAHN ENTERPRISES L.P., CARL C. ICAHN, DAVID WILLETTS, TED PAPAPOSTOLOU, KEITH COZZA, and SUNGHWAN CHO,<br><br>Defendants. | Case 23-cv-21773-KMM<br><br><br>CLASS ACTION |
| MICHAEL LEVINE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ICAHN ENTERPRISES L.P., CARL C. ICAHN, DAVID WILLETTS, TED PAPAPOSTOLOU, KEITH COZZA, and SUNGHWAN CHO,<br><br>Defendants. | Case 1:23-cv-22009-RKA |

### (PROPOSED) ORDER CONSOLIDATING RELATED CASES, APPOINTING LEAD PLAINTIFF, AND APPROVING LEAD COUNSEL

Having considered the motion of Brian Harris ("Harris") for: (i) consolidation of the above-captioned, related cases; (ii) appointment as Lead Plaintiff; and (ii) approval of selection of Bernstein Liebhard LLP ("Bernstein Liebhard") as Lead Counsel to the Class and Mark Migdal & Hayden ("MM&H") as Liaison Counsel to the Class (the "Motion"),

**IT IS HEREBY ORDERED THAT:**

1.     The related actions are consolidated.

2

2.      Harris is appointed to serve as Lead Plaintiff in the action pursuant to 15 U.S.C. § 78u-4(a)(3)(B).

3.      Harris' selection of Bernstein Liebhard as Lead Counsel, and Mark Migdal & Hayden as Liaison Counsel, for the Class is approved pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v).

**IT IS SO ORDERED.**

_____

Date

_____
Hon. K. Michael Moore
United States District Judge