**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:23-CV-21773-MOORE/LOUIS
Case No. 1:23-CV-22009-ALTMAN/REID

| | |
|---|---|
| OSANEME OKARO, Individually and on Behalf of All Others Similarly Situated,<br><br>             Plaintiff,<br>    v.<br><br>ICAHN ENTERPRISES L.P., CARL C. ICAHN, DAVID WILLETTS, TED PAPAPOSTOLOU, KEITH COZZA, and SUNGHWAN CHO,<br><br>             Defendants. | CLASS ACTION |

| |
|---|
| MICHAEL LEVINE, Individually and on Behalf of All Others Similarly Situated,<br><br>             Plaintiff,<br>    v.<br><br>ICAHN ENTERPRISES L.P., CARL C. ICAHN, DAVID WILLETTS, TED PAPAPOSTOLOU, KEITH COZZA, and SUNGHWAN CHO,<br><br>             Defendants. |

**MOTION OF ANDREW GOLDSTEIN FOR**
**CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF,**
**AND APPROVAL OF SELECTION OF COUNSEL**

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that Proposed Lead Plaintiff Andrew Goldstein, by and through his counsel, respectfully moves this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for an Order: (1) consolidating the above-captioned, related actions; (2) appointing Andrew Goldstein as Lead Plaintiff on behalf of all persons and entities who purchased or otherwise acquired Icahn Enterprises L.P. securities between August 2, 2018 and May 9, 2023, inclusive (the "Class"); (3) approving Andrew Goldstein's selection of Saxena White P.A. as Lead Counsel, and (4) granting such other and further relief as the Court may deem just and proper.

This Motion is based on the accompanying memorandum of law, the declaration of Lester R. Hooker filed herewith and all exhibits attached thereto, the pleadings and other filings herein, and such other written and oral arguments as may be permitted by the Court.

<strong>COMPLIANCE WITH LOCAL RULE 7.1(a)(3)</strong>

Pursuant to Local Civil Rule 7.1(a)(3), counsel for Andrew Goldstein states that they have been unable to confer with counsel for any opposing movants prior to the filing of this Motion, and respectfully requests that the conference requirement of Local Rule 7.1(a)(3) be waived for this motion. This Motion has been filed pursuant to the Exchange Act, as amended by the PSLRA, 15 U.S.C. § 78u-4(a)(3)(B). The PSLRA provides that within sixty days after publication of the required notice, any member of the proposed Class may apply to the Court to be appointed as lead plaintiff, whether or not they have previously filed a complaint in the underlying action. Consequently, at the time of filing this motion, counsel for Andrew Goldstein has no way of knowing who the competing lead plaintiff candidates are at this time. As a result, counsel for

Andrew Goldstein has been unable to confer with counsel for any opposing movants as prescribed in Local Rule 7.1(a)(3), and respectfully requests that the conference requirement of Local Rule 7.1(a)(3) be waived for this Motion.

Dated:  July 10, 2023

Respectfully submitted,

*/s/ Lester R. Hooker*
    Lester R. Hooker

**SAXENA WHITE P.A.**
Maya Saxena (FL Bar No. 95494)
Lester R. Hooker (FL Bar No. 32242)
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Tel.: (561) 394-3399
Fax: (561) 394-3382
msaxena@saxenawhite.com
lhooker@saxenawhite.com

*Counsel for Proposed Lead Plaintiff*
*Andrew Goldstein, and Proposed*
*Lead Counsel for the Class*

**THE SCHALL LAW FIRM**
Brian Schall (*pro hac vice forthcoming*)
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Tel.: (310) 301-3335
brian@schallfirm.com

*Additional Counsel for Proposed Lead*
*Plaintiff Andrew Goldstein*

2

## **CERTIFICATE OF SERVICE**

I, Lester R. Hooker, hereby certify that, on July 10, 2023, I authorized a true and correct copy of the foregoing to be electronically filed with the clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

*/s/ Lester R. Hooker*
Lester R. Hooker

3