**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:23-CV-21773-MOORE/LOUIS
Case No. 1:23-CV-22009-ALTMAN/REID

| | |
|---|---|
| OSANEME OKARO, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>ICAHN ENTERPRISES L.P., CARL C. ICAHN, DAVID WILLETTS, TED PAPAPOSTOLOU, KEITH COZZA, and SUNGHWAN CHO,<br><br>                    Defendants.<br><br>MICHAEL LEVINE, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>ICAHN ENTERPRISES L.P., CARL C. ICAHN, DAVID WILLETTS, TED PAPAPOSTOLOU, KEITH COZZA, and SUNGHWAN CHO,<br><br>                    Defendants. | CLASS ACTION |

**DECLARATION OF LESTER R. HOOKER IN SUPPORT OF THE MOTION OF ANDREW GOLDSTEIN FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

I, Lester R. Hooker, hereby declare as follows:

I am a member in good standing of the bar of the State of Florida and am admitted to practice before this Court.  I am a Director at the law firm of Saxena White P.A. ("Saxena White"), proposed Lead Counsel for the Class.  I submit this declaration in support of the Motion filed by proposed Lead Plaintiff Andrew Goldstein for the entry of an Order: (1) consolidating the above-captioned, related actions; (2) appointing Andrew Goldstein as Lead Plaintiff for the Class; (3) approving Andrew Goldstein's selection of Saxena White as Lead Counsel for the Class; and (4) granting such other and further relief that the Court may deem just and proper.  Attached hereto as exhibits are true and correct copies of the following documents:

| | |
|---|---|
| Exhibit A: | Certification of Andrew Goldstein, pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(2); |
| Exhibit B: | Loss analysis for Andrew Goldstein; |
| Exhibit C: | Assignment of Claims; |
| Exhibit D: | Declaration of Andrew Goldstein in Support of Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Counsel; |
| Exhibit E: | Notice of pendency of class action published in *BusinessWire* on May 11, 2023; and |
| Exhibit F: | Firm Resume of Saxena White. |

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed on July 10, 2023, at Boca Raton, Florida.

*/s/ Lester R. Hooker*
Lester R. Hooker (FL Bar No. 32242)

## <u>CERTIFICATE OF SERVICE</u>

I, Lester R. Hooker, hereby certify that on July 10, 2023, I authorized a true and correct copy of the foregoing to be electronically filed with the clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

*/s/ Lester R. Hooker*
Lester R. Hooker

2