EXHIBIT A

## CERTIFICATION AND AUTHORIZATION

I, Andrew Goldstein on behalf of myself and my son William Goldstein (together "Plaintiff"), hereby certify as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint filed against Icahn Enterprises L.P. ("IEP") alleging violations of the federal securities laws, and authorize the filing of a motion for appointment as lead plaintiff. I am authorized to execute this certification pursuant to an assignment of claims from William Goldstein to Andrew Goldstein.

2. Plaintiff did not purchase the securities that are the subject of this action at the direction of counsel, or in order to participate in any action arising under the federal securities laws.

3. I am willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary. I fully understand the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class;

4. Plaintiff's transactions in IEP securities during the Class Period are set forth in the attached Schedule A.

5. I have not sought to serve as a lead plaintiff and/or representative party in any class action under the federal securities laws filed during the last three years.

6. I will not accept any payment for serving as a representative party on behalf of the Class beyond my pro rata share of any recovery, except such reasonable costs and expenses (including lost wages), directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this day of <u>6/30/2023</u>.

DocuSigned by:

*Andrew Goldstein*
3CFCCF18C1BB44B...

Andrew Goldstein

DocuSign Envelope ID: 9B43E93A-29F0-4613-AD1F-543E6356FEEF

## SCHEDULE A
## Transactions in Icahn Enterprises L.P.

| Common Stock Purchases | | | Common Stock Sales | | |
|---|---|---|---|---|---|
| Date | Shares | Price | Date | Shares | Price |
| 11/04/20 | 6,500 | $51.06 | 12/22/20 | 100 | $51.00 |
| 11/04/20 | 3,930 | $51.01 | 12/22/20 | 100 | $50.97 |
| 12/29/20 | 409 | $51.05 | 12/22/20 | 100 | $50.89 |
| 02/22/21 | 3,700 | $67.50 | 12/22/20 | 200 | $51.02 |
| 02/22/21 | 2,100 | $67.41 | 12/22/20 | 210 | $50.90 |
| 02/22/21 | 1,500 | $67.44 | 12/22/20 | 300 | $50.88 |
| 02/22/21 | 100 | $67.35 | 12/22/20 | 300 | $50.84 |
| 04/28/21 | 272 | $57.46 | 12/22/20 | 400 | $50.92 |
| 06/30/21 | 288 | $56.12 | 12/22/20 | 400 | $50.87 |
| 08/02/21 | 3,436 | $58.10 | 12/22/20 | 599 | $50.86 |
| 08/04/21 | 3,436 | $57.61 | 12/22/20 | 600 | $51.01 |
| 08/05/21 | 215 | $58.60 | 12/22/20 | 1,178 | $50.85 |
| 08/05/21 | 154 | $58.59 | 12/22/20 | 2,100 | $50.91 |
| 08/05/21 | 3,236 | $58.32 | 12/22/20 | 3,843 | $50.83 |
| 08/05/21 | 197 | $58.29 | 04/21/22 | 1 | $53.79 |
| 08/05/21 | 3 | $58.27 | 04/21/22 | 2 | $53.74 |
| 08/05/21 | 1,640 | $58.70 | 04/21/22 | 26 | $53.84 |
| 08/05/21 | 1,166 | $58.61 | 04/21/22 | 50 | $53.69 |
| 08/05/21 | 200 | $58.65 | 04/21/22 | 72 | $53.71 |
| 08/05/21 | 61 | $58.65 | 04/21/22 | 100 | $53.81 |
| 08/06/21 | 3,436 | $57.99 | 04/21/22 | 140 | $53.83 |
| 08/09/21 | 4,001 | $58.70 | 04/21/22 | 150 | $53.78 |
| 08/09/21 | 996 | $58.61 | 04/21/22 | 200 | $53.87 |
| 08/09/21 | 400 | $58.60 | 04/21/22 | 200 | $53.82 |
| 08/09/21 | 200 | $58.63 | 04/21/22 | 200 | $53.73 |
| 08/09/21 | 100 | $58.61 | 04/21/22 | 300 | $53.76 |
| 08/09/21 | 31 | $58.59 | 04/21/22 | 340 | $53.70 |
| 08/10/21 | 5,228 | $58.79 | 04/21/22 | 736 | $53.80 |
| 08/10/21 | 4,230 | $58.70 | 04/21/22 | 1,150 | $53.68 |
| 08/10/21 | 1,228 | $58.73 | 04/21/22 | 1,423 | $53.69 |
| 08/10/21 | 400 | $58.78 | 04/21/22 | 1,976 | $53.72 |
| 08/10/21 | 270 | $58.70 | 04/21/22 | 2,124 | $53.75 |
| 08/10/21 | 100 | $58.79 | 04/21/22 | 2,450 | $53.67 |
| 08/16/21 | 5,000 | $58.39 | 04/21/22 | 10,860 | $53.66 |
| 08/17/21 | 5,621 | $57.77 | 04/21/22 | 100 | $53.63 |

2

| Date | Shares | Price |
|---|---|---|
| 08/17/21 | 4,900 | $58.06 |
| 08/17/21 | 1,100 | $58.09 |
| 08/17/21 | 400 | $57.81 |
| 03/16/22 | 18,500 | $53.84 |
| 03/16/22 | 100 | $53.84 |
| 04/27/22 | 2,922 | $53.63 |
| 11/11/22 | 2,982 | $54.23 |
| 11/11/22 | 838 | $54.26 |
| 11/11/22 | 746 | $54.25 |
| 11/11/22 | 470 | $54.18 |
| 11/11/22 | 356 | $54.19 |
| 11/11/22 | 300 | $54.22 |
| 11/11/22 | 200 | $54.19 |
| 11/11/22 | 88 | $54.24 |
| 11/11/22 | 20 | $54.20 |
| 11/11/22 | 226 | $54.23 |
| 11/11/22 | 134 | $54.23 |
| 11/11/22 | 25 | $54.24 |
| 11/11/22 | 5,110 | $54.25 |
| 11/11/22 | 760 | $54.24 |
| 11/11/22 | 130 | $54.23 |
| 02/16/23 | 5,832 | $54.31 |
| 02/16/23 | 103 | $54.30 |
| 02/16/23 | 65 | $54.29 |
| 03/07/23 | 24,100 | $54.28 |
| 03/07/23 | 1,850 | $54.32 |
| 03/07/23 | 905 | $54.29 |
| 03/07/23 | 780 | $54.27 |
| 03/07/23 | 222 | $54.30 |
| 03/07/23 | 24 | $54.27 |

| Date | Shares | Price |
|---|---|---|
| 04/21/22 | 200 | $53.61 |
| 04/21/22 | 200 | $53.60 |
| 04/21/22 | 300 | $53.67 |
| 04/21/22 | 300 | $53.66 |
| 04/21/22 | 500 | $53.62 |
| 04/21/22 | 2,100 | $53.68 |
| 04/21/22 | 18,800 | $53.57 |

3