EXHIBIT B

**Icahn Enterprises L.P.**
**Andrew Goldstein**
Class Period: 05/02/2019 to 05/09/2023
Lookback Price: $28.1557 (05/10/23 - 07/10/23)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | 0 | | | | | | | |
| | | | | | | | 0 | | $0.00 |
| | | | | | Applied to Pre-CP Holdings: | | 0 | | $0.00 |
| Purchase | 11/04/20 | 6,500 | $51.0566 | $331,867.90 | | | | | |
| Purchase | 11/04/20 | 3,930 | $51.0128 | $200,480.30 | | | | | |
| Purchase | 12/29/20 | 409 | $51.0476 | $20,859.99 | | | | | |
| Purchase | 02/22/21 | 3,700 | $67.5000 | $249,750.00 | | | | | |
| Purchase | 02/22/21 | 1,500 | $67.4400 | $101,160.00 | | | | | |
| Purchase | 02/22/21 | 2,100 | $67.4070 | $141,554.70 | | | | | |
| Purchase | 02/22/21 | 100 | $67.3500 | $6,735.00 | | | | | |
| Purchase | 04/28/21 | 272 | $57.4635 | $15,617.26 | | | | | |
| Purchase | 06/30/21 | 288 | $56.1155 | $16,160.82 | | | | | |
| Purchase | 08/02/21 | 3,436 | $58.0950 | $199,614.42 | | | | | |
| Purchase | 08/04/21 | 3,436 | $57.6050 | $197,930.78 | | | | | |
| Purchase | 08/05/21 | 215 | $58.5999 | $12,598.98 | | | | | |
| Purchase | 08/05/21 | 154 | $58.5900 | $9,022.86 | | | | | |
| Purchase | 08/05/21 | 3,236 | $58.3150 | $188,707.34 | | | | | |
| Purchase | 08/05/21 | 197 | $58.2877 | $11,482.68 | | | | | |
| Purchase | 08/05/21 | 3 | $58.2700 | $174.81 | | | | | |
| Purchase | 08/05/21 | 1,640 | $58.6999 | $96,267.84 | | | | | |
| Purchase | 08/05/21 | 61 | $58.6500 | $3,577.65 | | | | | |
| Purchase | 08/05/21 | 200 | $58.6480 | $11,729.60 | | | | | |
| Purchase | 08/05/21 | 1,166 | $58.6100 | $68,339.26 | | | | | |
| Purchase | 08/06/21 | 3,436 | $57.9899 | $199,253.30 | | | | | |
| Purchase | 08/09/21 | 4,001 | $58.7000 | $234,858.70 | Sale | 12/22/20 | 200 | $51.0200 | $10,204.00 |
| Purchase | 08/09/21 | 200 | $58.6300 | $11,726.00 | Sale | 12/22/20 | 600 | $51.0100 | $30,606.00 |
| Purchase | 08/09/21 | 996 | $58.6099 | $58,375.46 | Sale | 12/22/20 | 100 | $51.0000 | $5,100.00 |
| Purchase | 08/09/21 | 100 | $58.6090 | $5,860.90 | Sale | 12/22/20 | 100 | $50.9700 | $5,097.00 |
| Purchase | 08/09/21 | 400 | $58.6000 | $23,440.00 | Sale | 12/22/20 | 400 | $50.9200 | $20,368.00 |
| Purchase | 08/09/21 | 31 | $58.5900 | $1,816.29 | Sale | 12/22/20 | 2,100 | $50.9100 | $106,911.00 |
| Purchase | 08/10/21 | 1,228 | $58.7299 | $72,120.32 | Sale | 12/22/20 | 210 | $50.9000 | $10,689.00 |
| Purchase | 08/10/21 | 270 | $58.7000 | $15,849.00 | Sale | 12/22/20 | 100 | $50.8900 | $5,089.00 |
| Purchase | 08/10/21 | 4,230 | $58.6950 | $248,279.85 | Sale | 12/22/20 | 300 | $50.8800 | $15,264.00 |
| Purchase | 08/10/21 | 100 | $58.7900 | $5,879.00 | Sale | 12/22/20 | 400 | $50.8700 | $20,348.00 |
| Purchase | 08/10/21 | 5,228 | $58.7899 | $307,353.60 | Sale | 12/22/20 | 599 | $50.8600 | $30,465.14 |
| Purchase | 08/10/21 | 400 | $58.7800 | $23,512.00 | Sale | 12/22/20 | 1,178 | $50.8500 | $59,901.30 |
| Purchase | 08/16/21 | 5,000 | $58.3900 | $291,950.00 | Sale | 12/22/20 | 300 | $50.8400 | $15,252.00 |
| Purchase | 08/17/21 | 1,100 | $58.0899 | $63,898.89 | Sale | 12/22/20 | 3,843 | $50.8300 | $195,339.69 |
| Purchase | 08/17/21 | 4,900 | $58.0600 | $284,494.00 | Sale | 04/21/22 | 200 | $53.8700 | $10,774.00 |
| Purchase | 08/17/21 | 400 | $57.8099 | $23,123.96 | Sale | 04/21/22 | 26 | $53.8400 | $1,399.84 |
| Purchase | 08/17/21 | 5,621 | $57.7650 | $324,697.07 | Sale | 04/21/22 | 140 | $53.8300 | $7,536.20 |
| Purchase | 03/16/22 | 100 | $53.8416 | $5,384.16 | Sale | 04/21/22 | 200 | $53.8200 | $10,764.00 |
| Purchase | 03/16/22 | 18,500 | $53.8350 | $995,947.50 | Sale | 04/21/22 | 100 | $53.8100 | $5,381.00 |
| Purchase | 04/27/22 | 2,922 | $53.6324 | $156,706.79 | Sale | 04/21/22 | 736 | $53.8000 | $39,596.80 |
| Purchase | 11/11/22 | 838 | $54.2600 | $45,469.88 | Sale | 04/21/22 | 1 | $53.7900 | $53.79 |
| Purchase | 11/11/22 | 746 | $54.2500 | $40,470.50 | Sale | 04/21/22 | 150 | $53.7800 | $8,067.00 |
| Purchase | 11/11/22 | 88 | $54.2400 | $4,773.12 | Sale | 04/21/22 | 300 | $53.7600 | $16,128.00 |
| Purchase | 11/11/22 | 2,982 | $54.2300 | $161,713.86 | Sale | 04/21/22 | 2,124 | $53.7500 | $114,165.00 |
| Purchase | 11/11/22 | 300 | $54.2200 | $16,266.00 | Sale | 04/21/22 | 2 | $53.7400 | $107.48 |
| Purchase | 11/11/22 | 20 | $54.2000 | $1,084.00 | Sale | 04/21/22 | 200 | $53.7300 | $10,746.00 |
| Purchase | 11/11/22 | 356 | $54.1900 | $19,291.64 | Sale | 04/21/22 | 1,976 | $53.7200 | $106,150.72 |
| Purchase | 11/11/22 | 200 | $54.1899 | $10,837.98 | Sale | 04/21/22 | 72 | $53.7100 | $3,867.12 |
| Purchase | 11/11/22 | 470 | $54.1750 | $25,462.25 | Sale | 04/21/22 | 340 | $53.7000 | $18,258.00 |

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 11/11/22 | 25 | $54.2400 | $1,356.00 | Sale | 04/21/22 | 1,423 | $53.6900 | $76,400.87 |
| Purchase | 11/11/22 | 134 | $54.2300 | $7,266.82 | Sale | 04/21/22 | 50 | $53.6850 | $2,684.25 |
| Purchase | 11/11/22 | 226 | $54.2250 | $12,254.85 | Sale | 04/21/22 | 1,150 | $53.6800 | $61,732.00 |
| Purchase | 11/11/22 | 5,110 | $54.2499 | $277,216.99 | Sale | 04/21/22 | 2,450 | $53.6700 | $131,491.50 |
| Purchase | 11/11/22 | 760 | $54.2400 | $41,222.40 | Sale | 04/21/22 | 10,860 | $53.6600 | $582,747.60 |
| Purchase | 11/11/22 | 130 | $54.2250 | $7,049.25 | Sale | 04/21/22 | 2,100 | $53.6800 | $112,728.00 |
| Purchase | 02/16/23 | 5,832 | $54.3099 | $316,735.34 | Sale | 04/21/22 | 300 | $53.6700 | $16,101.00 |
| Purchase | 02/16/23 | 103 | $54.3000 | $5,592.90 | Sale | 04/21/22 | 300 | $53.6600 | $16,098.00 |
| Purchase | 02/16/23 | 65 | $54.2900 | $3,528.85 | Sale | 04/21/22 | 100 | $53.6300 | $5,363.00 |
| Purchase | 03/07/23 | 1,850 | $54.3200 | $100,492.00 | Sale | 04/21/22 | 500 | $53.6200 | $26,810.00 |
| Purchase | 03/07/23 | 222 | $54.3000 | $12,054.60 | Sale | 04/21/22 | 200 | $53.6100 | $10,722.00 |
| Purchase | 03/07/23 | 905 | $54.2900 | $49,132.45 | Sale | 04/21/22 | 200 | $53.6000 | $10,720.00 |
| Purchase | 03/07/23 | 24,100 | $54.2800 | $1,308,148.00 | Sale | 04/21/22 | 18,800 | $53.5700 | $1,007,116.00 |
| Purchase | 03/07/23 | 24 | $54.2700 | $1,302.48 | | | | | |
| Purchase | 03/07/23 | 780 | $54.2650 | $42,326.70 | Retained | | 82,541 | $28.1557 | $2,324,009.99 |
| | | **137,971** | | **$7,749,207.81** | | | **137,971** | | **$5,268,353.29** |
| | | | | | | | **LIFO Gain / (Loss)** | | **($2,480,854.52)** |