# EXHIBIT C

DocuSign Envelope ID: 1FC68E9A-E42A-4952-B11B-EC0DA3ZED297

## ASSIGNMENT

William Goldstein ("Assignor") hereby assigns, transfers, and sets over to Andrew Goldstein, Assignor's father, all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase or sale of the publicly traded securities of Icahn Enterprises L.P. Assignor agrees to cooperate in the pursuit of such causes of action, including by providing documents and other discovery information that may be reasonably requested by Andrew Goldstein. Further, the Assignor hereby appoints Andrew Goldstein as his true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. For the avoidance of doubt, any proceeds of litigation will go directly to William Goldstein.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Andrew Goldstein.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this day of _6/23/2023_____.

DocuSigned by:

_William Goldstein_____          _____          DocuSigned by:

1179332E79E44A2...                 _Andrew Goldstein_____

William Goldstein, Assignor        3CFCCF18C1BB44B...

Andrew Goldstein, Assignee