EXHIBIT D

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:23-CV-21773-MOORE/LOUIS
Case No. 1:23-CV-22009-ALTMAN/REID

|  |  |
|---|---|
| OSANEME OKARO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>ICAHN ENTERPRISES L.P., CARL C. ICAHN, DAVID WILLETTS, TED PAPAPOSTOLOU, KEITH COZZA, and SUNGHWAN CHO,<br><br>Defendants. | CLASS ACTION |

MICHAEL LEVINE, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,
v.

ICAHN ENTERPRISES L.P., CARL C. ICAHN, DAVID WILLETTS, TED PAPAPOSTOLOU, KEITH COZZA, and SUNGHWAN CHO,

Defendants.

**DECLARATION OF ANDREW GOLDSTEIN IN SUPPORT OF MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

DocuSign Envelope ID: D36C6005-2BAF-4510-8D92-78EBE15A4654

I, Andrew Goldstein, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am an adult over the age of 18 and am of sound mind.  I have personal knowledge about the information in this Declaration.  I am informed of and understand the requirements and duties imposed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA").

2.      I have reviewed a complaint filed in this action against Icahn Enterprises L.P. ("IEP") and discussed the lawsuit on several occasions telephonically with my counsel at Saxena White P.A. ("Saxena White") and the Schall Law Firm.  I believe that this securities class action is an important matter that alleges serious misconduct that caused substantial losses to investors. After discussing the case and the lead plaintiff process with my counsel, I instructed them to file a motion for lead plaintiff appointment on my behalf.

3.      I am 75 years old and reside in Scottsdale, Arizona.  I attended Queens College, City University of New York.  I am retired and previously owned a database marketing business that I sold in 2007.  My son, William Goldstein, and I are heavily invested in real estate. I have invested in the securities markets for more than 20 years.  As reflected in my Certification and the Assignment dated June 23, 2023, I am authorized to seek recovery of investment losses incurred by my son, William Goldstein, who purchased IEP stock during the Class Period and suffered losses as a result of the violations of the securities laws alleged in this action.

4.      After seeing a press release for this lawsuit, I researched the circumstances surrounding the action, and through this research learned of the action's existence.  After discussing with my son, I decided to contact counsel and seek appointment as lead plaintiff because this was a meaningful loss for my son, and, if the case is successful, we have a strong interest in approving of settlement terms.  I strongly feel that the allegations raised in this lawsuit are serious

1

DocuSign Envelope ID: D36C6905-2BAF-4510-8D92-78EBE15A4654

ones and believe that this litigation must be efficiently litigated by well-qualified counsel, to achieve the best possible recovery for all class members from all potentially culpable parties.

5. I understand that as a lead plaintiff and a class representative, I would have an ongoing fiduciary obligation to the entire class of IEP investors for whom a recovery may be sought through this litigation. I understand the important roles fiduciaries have, including that it is my duty to monitor and oversee counsel in this matter. To do this, I will regularly communicate with them and receive status updates regarding the litigation, discuss fees and expenses, and independently direct their activities. I also understand that it will be my obligation to ensure that the litigation is prosecuted effectively on behalf of all members of the proposed class.

6. I understand and appreciate the lead plaintiff's obligation to select and retain lead counsel and to monitor the action to ensure it is prosecuted efficiently. I have fulfilled this responsibility by selecting and retaining lead counsel with a proven history of handling this type of complex litigation. After discussing with Saxena White the possibility of recovering my investment losses and the possibility of serving as lead plaintiff, including the facts and merits of the action, the responsibilities of a court-appointed lead plaintiff under the PSLRA, and the lead plaintiff's responsibilities to negotiate a fee agreement in the best interests of the class, I retained Saxena White and instructed them to file a motion for appointment as lead plaintiff on my behalf. I also am represented by the Schall Law Firm in this action.

7. I have also independently negotiated and executed a retainer agreement with my counsel setting out the fee for which counsel may seek approval at the conclusion of the litigation, based on the outcome of the case.

8.      I confirm that I have coordinated with my son to take steps to preserve documents related to his investments relevant to this litigation for which I have received an assignment of claims.

9.      Given my financial interest in this litigation, I am highly motivated to recover investment losses in IEP.  To this end, if appointed as lead plaintiff, I will vigilantly direct and oversee lead counsel in this litigation.  As a fiduciary to the class, I will actively ensure that the action is prosecuted in an efficient, effective, and economical manner to maximize any potential recovery for the class.

10.     I understand that the lead plaintiff's share of any recovery is the same as every other class member.  As my certification states, I will not accept any payment for serving as a representative party beyond my pro rata share, except any reasonable costs and expenses directly related to the class representation as ordered or approved by the Court pursuant to the PSLRA.

11.     I hereby reaffirm my commitment to satisfying the fiduciary obligations I will assume if appointed lead plaintiff, including by conferring with counsel regarding litigation strategy and other matters, attending court proceedings, depositions, any settlement mediations, and hearings as needed, participating in document discovery as needed, and reviewing and authorizing the filing of important litigation documents.  Through these and other measures, I will ensure that the IEP securities litigation will be vigorously prosecuted consistent with the lead plaintiff's obligations under the PSLRA and in the best interests of the class, and I will seek to secure the greatest possible recovery for the class.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

3

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this day of ___7/6/2023___.

DocuSigned by:

*Andrew Goldstein*

3CFCCF18C1BB44B...

Andrew Goldstein

4