UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| OSANEME OKARO, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>ICAHN ENTERPRISES L.P., CARL C. ICAHN, DAVID WILLETTS, TED PAPAPOSTOLOU, KEITH COZZA, and SUNGHWAN CHO,<br><br>    Defendants. | Case No.  1:23-cv-21773-KMM<br><br>**NOTICE OF MOTION OF JOHN DIEFENDORF FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL** |
| MICHAEL LEVINE, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>ICAHN ENTERPRISES L.P., CARL C. ICAHN, DAVID WILLETTS, TED PAPAPOSTOLOU, KEITH COZZA, and SUNGHWAN CHO,<br><br>    Defendants. | Case No.  1:23-cv-22009-RKA |

**TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that John Diefendorf ("Diefendorf"), by and through his counsel, will and does hereby move this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), and Rule 42 of the Federal Rules of Civil Procedure, for an Order: (1) consolidating the above-captioned related actions; (2) appointing Diefendorf as Lead Plaintiff on behalf of a class consisting of all persons and entities who purchased or otherwise acquired Icahn Enterprises L.P. securities between August 2, 2018 and May 9, 2023, inclusive (the "Class"); and (3) approving proposed Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel, and Miller Shah LLP as Liaison Counsel, for the Class.

Dated:  July 10, 2023

MILLER SHAH LLP

By: */s/ Jayne A. Goldstein*
     Jayne A. Goldstein
     Nathan C. Zipperian
     1625 N. Commerce Pkwy, Suite 320
     Fort Lauderdale, Florida 33326
     Telephone: (954) 903-3170
     Facsimile: (866) 300-7367
     jagoldstein@millershah.com
     nczipperian@millershah.com

*Counsel for John Diefendorf and Proposed Liaison Counsel for the Class*

POMERANTZ LLP
Jennifer Pafiti
(*pro hac vice* application forthcoming)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Facsimile: (212) 661-8665
jpafiti@pomlaw.com

*Counsel for John Diefendorf and Proposed Lead Counsel for the Class*

1

BRONSTEIN, GEWIRTZ &
GROSSMAN, LLC
Peretz Bronstein
(*pro hac vice* application forthcoming)
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Additional Counsel for John Diefendorf*

2