UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| OSANEME OKARO, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ICAHN ENTERPRISES L.P., CARL C. ICAHN, DAVID WILLETTS, TED PAPAPOSTOLOU, KEITH COZZA, and SUNGHWAN CHO, <br><br> Defendants. | Case No.  1:23-cv-21773-KMM <br><br> **DECLARATION OF JAYNE A. GOLDSTEIN IN SUPPORT OF MOTION OF JOHN DIEFENDORF FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL** |
| MICHAEL LEVINE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ICAHN ENTERPRISES L.P., CARL C. ICAHN, DAVID WILLETTS, TED PAPAPOSTOLOU, KEITH COZZA, and SUNGHWAN CHO, <br><br> Defendants. | Case No.  1:23-cv-22009-RKA |

I, Jayne A. Goldstein, hereby declare as follows:

1. I am an attorney with Miller Shah LLP ("Miller Shah"), counsel on behalf of John Diefendorf ("Diefendorf"), and have personal knowledge of the facts set forth herein. I make this Declaration in support of Diefendorf's motion for consolidation of the above-captioned related actions (the "Related Actions"), Diefendorf's appointment as Lead Plaintiff for the Class, and approval of his selection of Pomerantz LLP ("Pomerantz") as Lead Counsel, and Miller Shah as Liaison Counsel, for the Class.

2. Attached hereto as the exhibits indicated are true and correct copies of the following:

| | |
|---|---|
| Exhibit A: | Loss chart of Diefendorf; |
| Exhibit B: | Press release announcing the pendency of the first-filed of the Related Actions; |
| Exhibit C: | Shareholder Certification executed by Diefendorf; |
| Exhibit D: | Declaration executed by Diefendorf; |
| Exhibit E: | Firm resume of Pomerantz; and |
| Exhibit F: | Firm resume of Miller Shah. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on July 10, 2023.

/s/ Jayne A. Goldstein
Jayne A. Goldstein

1