# EXHIBIT A

**Icahn Enterprises L.P. (IEP)**
**Class Period: August 2, 2018 to May 9, 2023**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 59-Days* Mean Price $27.9925 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| John Diefendorf | 4/14/2021 | 3,000 | $56.4899 | ($169,470) | 8/27/2021 | (20,006) | $54.3200 | $1,086,726 | | | |
| John Diefendorf | 4/22/2021 | 1,000 | $57.6299 | ($57,630) | | | | | | | |
| John Diefendorf | 4/22/2021 | 100 | $57.7400 | ($5,774) | | | | | | | |
| John Diefendorf | 4/22/2021 | 701 | $57.7600 | ($40,490) | | | | | | | |
| John Diefendorf | 4/22/2021 | 3 | $57.6900 | ($173) | | | | | | | |
| John Diefendorf | 4/22/2021 | 196 | $57.6977 | ($11,309) | | | | | | | |
| John Diefendorf | 4/22/2021 | 1,000 | $57.7340 | ($57,734) | | | | | | | |
| John Diefendorf | 4/27/2021 | 1,000 | $58.7100 | ($58,710) | | | | | | | |
| John Diefendorf | 4/27/2021 | 200 | $58.7000 | ($11,740) | | | | | | | |
| John Diefendorf | 4/27/2021 | 100 | $58.7100 | ($5,871) | | | | | | | |
| John Diefendorf | 4/27/2021 | 100 | $58.7200 | ($5,872) | | | | | | | |
| John Diefendorf | 4/27/2021 | 300 | $58.7400 | ($17,622) | | | | | | | |
| John Diefendorf | 4/27/2021 | 449 | $58.7699 | ($26,388) | | | | | | | |
| John Diefendorf | 4/27/2021 | 100 | $58.6400 | ($5,864) | | | | | | | |
| John Diefendorf | 4/27/2021 | 300 | $58.6600 | ($17,598) | | | | | | | |
| John Diefendorf | 4/27/2021 | 200 | $58.6300 | ($11,726) | | | | | | | |
| John Diefendorf | 4/27/2021 | 251 | $58.6400 | ($14,719) | | | | | | | |
| John Diefendorf | 4/28/2021 | 1,000 | $58.3000 | ($58,300) | | | | | | | |
| John Diefendorf | 5/10/2021 | 100 | $60.5550 | ($6,056) | | | | | | | |
| John Diefendorf | 5/10/2021 | 900 | $60.6000 | ($54,540) | | | | | | | |
| John Diefendorf | 5/10/2021 | 900 | $60.6072 | ($54,546) | | | | | | | |
| John Diefendorf | 5/10/2021 | 40 | $60.7999 | ($2,432) | | | | | | | |
| John Diefendorf | 5/10/2021 | 400 | $60.8299 | ($24,332) | | | | | | | |
| John Diefendorf | 5/10/2021 | 300 | $60.8699 | ($18,261) | | | | | | | |
| John Diefendorf | 5/10/2021 | 20 | $60.8553 | ($1,217) | | | | | | | |
| John Diefendorf | 5/10/2021 | 380 | $60.8000 | ($23,104) | | | | | | | |
| John Diefendorf | 5/10/2021 | 3,600 | $60.5099 | ($217,836) | | | | | | | |
| John Diefendorf | 5/17/2021 | 20 | $58.2399 | ($1,165) | | | | | | | |
| John Diefendorf | 5/17/2021 | 240 | $58.2000 | ($13,968) | | | | | | | |
| John Diefendorf | 5/21/2021 | 100 | $57.5413 | ($5,754) | | | | | | | |
| John Diefendorf | 5/28/2021 | 180 | $56.4904 | ($10,168) | | | | | | | |
| John Diefendorf | 6/8/2021 | 20 | $55.7399 | ($1,115) | | | | | | | |

*Avg Closing Prices from May 10, 2023 to July 7, 2023

**Icahn Enterprises L.P. (IEP)**
**Class Period: August 2, 2018 to May 9, 2023**
**(Includes 90-Day Sales @ Statutory Pricing)**

| | Purchase or Acquire | | | | Sales | | | | Shares | 59-Days* Mean Price $27.9925 Estimated | Estimated |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Plaintiff | Date | Shares | Price | Amount | Date | Shares | Price | Amount | Retained | Value | Gain(Loss) |
| John Diefendorf | 6/28/2021 | 606 | $56.1155 | ($34,000) | | | | | | | |
| John Diefendorf | 7/1/2021 | 200 | $55.9890 | ($11,198) | | | | | | | |
| John Diefendorf | 8/2/2021 | 1,313 | $57.9000 | ($76,023) | | | | | | | |
| John Diefendorf | 8/3/2021 | 260 | $57.6746 | ($14,995) | | | | | | | |
| John Diefendorf | 8/19/2021 | 90 | $55.0799 | ($4,957) | | | | | | | |
| John Diefendorf | 8/19/2021 | 338 | $54.8899 | ($18,553) | | | | | | | |
| John Diefendorf | 8/27/2021 | 25 | $54.3399 | ($1,358) | | | | | | | |
| John Diefendorf | 8/27/2021 | 300 | $54.3900 | ($16,317) | | | | | | | |
| John Diefendorf | 8/27/2021 | 18,136 | $54.4000 | ($986,598) | | | | | | | |
| John Diefendorf | 8/27/2021 | 3 | $54.3400 | ($163) | | | | | | | |
| John Diefendorf | 8/27/2021 | 1,536 | $54.3500 | ($83,482) | | | | | | | |
| John Diefendorf | 9/29/2021 | 781 | $50.1556 | ($39,158) | | | | | | | |
| John Diefendorf | 10/14/2021 | 180 | $54.5900 | ($9,826) | | | | | | | |
| John Diefendorf | 10/18/2021 | 40 | $54.7160 | ($2,189) | | | | | | | |
| John Diefendorf | 12/2/2021 | 270 | $50.0199 | ($13,505) | | | | | | | |
| John Diefendorf | 12/13/2021 | 400 | $49.9599 | ($19,984) | | | | | | | |
| John Diefendorf | 12/15/2021 | 40 | $49.4899 | ($1,980) | | | | | | | |
| John Diefendorf | 12/15/2021 | 200 | $49.2399 | ($9,848) | | | | | | | |
| John Diefendorf | 12/22/2021 | 843 | $49.7971 | ($42,003) | | | | | | | |
| John Diefendorf | 1/14/2022 | 165 | $54.4999 | ($8,992) | | | | | | | |
| John Diefendorf | 1/26/2022 | 23 | $52.9399 | ($1,218) | | | | | | | |
| John Diefendorf | 1/31/2022 | 57 | $54.3695 | ($3,099) | | | | | | | |
| John Diefendorf | 3/7/2022 | 200 | $53.6099 | ($10,722) | | | | | | | |
| John Diefendorf | 4/25/2022 | 865 | $53.6324 | ($46,400) | | | | | | | |
| John Diefendorf | 4/28/2022 | 50 | $52.8999 | ($2,645) | | | | | | | |
| John Diefendorf | 5/9/2022 | 1,840 | $54.2599 | ($99,838) | | | | | | | |
| John Diefendorf | 5/10/2022 | 749 | $52.9620 | ($39,669) | | | | | | | |
| John Diefendorf | 5/10/2022 | 1,862 | $53.5999 | ($99,803) | | | | | | | |
| John Diefendorf | 5/11/2022 | 208 | $54.0399 | ($11,240) | | | | | | | |
| John Diefendorf | 5/11/2022 | 62 | $53.9032 | ($3,342) | | | | | | | |
| John Diefendorf | 5/11/2022 | 4 | $53.8350 | ($215) | | | | | | | |
| John Diefendorf | 5/11/2022 | 96 | $53.8811 | ($5,173) | | | | | | | |
| John Diefendorf | 5/11/2022 | 370 | $53.8899 | ($19,939) | | | | | | | |

*Avg Closing Prices from May 10, 2023 to July 7, 2023

**Icahn Enterprises L.P. (IEP)**
**Class Period: August 2, 2018 to May 9, 2023**
**(Includes 90-Day Sales @ Statutory Pricing)**

59-Days*
Mean Price
$27.9925

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| John Diefendorf | 5/11/2022 | 112 | $53.4636 | ($5,988) | | | | | | | |
| John Diefendorf | 5/11/2022 | 522 | $53.2400 | ($27,791) | | | | | | | |
| John Diefendorf | 5/12/2022 | 75 | $52.5800 | ($3,944) | | | | | | | |
| John Diefendorf | 5/12/2022 | 20 | $53.0300 | ($1,061) | | | | | | | |
| John Diefendorf | 5/12/2022 | 40 | $53.0299 | ($2,121) | | | | | | | |
| John Diefendorf | 5/13/2022 | 92 | $54.3899 | ($5,004) | | | | | | | |
| John Diefendorf | 5/16/2022 | 50 | $54.6450 | ($2,732) | | | | | | | |
| John Diefendorf | 5/16/2022 | 1,333 | $54.5000 | ($72,649) | | | | | | | |
| John Diefendorf | 6/2/2022 | 187 | $51.1800 | ($9,571) | | | | | | | |
| John Diefendorf | 6/2/2022 | 23 | $51.1600 | ($1,177) | | | | | | | |
| John Diefendorf | 6/7/2022 | 40 | $51.2991 | ($2,052) | | | | | | | |
| John Diefendorf | 6/15/2022 | 100 | $49.7100 | ($4,971) | | | | | | | |
| John Diefendorf | 6/27/2022 | 147 | $48.6437 | ($7,151) | | | | | | | |
| John Diefendorf | 6/29/2022 | 1,304 | $48.3868 | ($63,101) | | | | | | | |
| John Diefendorf | 7/7/2022 | 400 | $49.5599 | ($19,824) | | | | | | | |
| John Diefendorf | 7/15/2022 | 779 | $51.3100 | ($39,970) | | | | | | | |
| John Diefendorf | 7/29/2022 | 3,970 | $53.0000 | ($210,410) | | | | | | | |
| John Diefendorf | 8/15/2022 | 100 | $54.3499 | ($5,435) | | | | | | | |
| John Diefendorf | 8/22/2022 | 200 | $50.9800 | ($10,196) | | | | | | | |
| John Diefendorf | 9/2/2022 | 200 | $51.2899 | ($10,258) | | | | | | | |
| John Diefendorf | 9/16/2022 | 400 | $51.3099 | ($20,524) | | | | | | | |
| John Diefendorf | 9/23/2022 | 1,516 | $50.9336 | ($77,201) | | | | | | | |
| John Diefendorf | 9/29/2022 | 82 | $49.4187 | ($4,052) | | | | | | | |
| John Diefendorf | 9/29/2022 | 2 | $49.4499 | ($99) | | | | | | | |
| John Diefendorf | 11/28/2022 | 322 | $50.6199 | ($16,300) | | | | | | | |
| John Diefendorf | 11/28/2022 | 178 | $50.6000 | ($9,007) | | | | | | | |
| John Diefendorf | 11/28/2022 | 500 | $50.6250 | ($25,313) | | | | | | | |
| John Diefendorf | 12/16/2022 | 500 | $50.3599 | ($25,180) | | | | | | | |
| John Diefendorf | 12/21/2022 | 1,626 | $50.4407 | ($82,000) | | | | | | | |
| John Diefendorf | 1/20/2023 | 375 | $52.4961 | ($19,686) | | | | | | | |
| John Diefendorf | 3/10/2023 | 357 | $50.3699 | ($17,982) | | | | | | | |
| John Diefendorf | 3/10/2023 | 16 | $50.9899 | ($816) | | | | | | | |
| John Diefendorf | 3/10/2023 | 135 | $51.1250 | ($6,902) | | | | | | | |

*Avg Closing Prices from May 10, 2023 to July 7, 2023

**Icahn Enterprises L.P. (IEP)**
**Class Period: August 2, 2018 to May 9, 2023**
**(Includes 90-Day Sales @ Statutory Pricing)**

| | Purchase or Acquire | | | | Sales | | | | Shares | 59-Days* Mean Price $27.9925 Estimated | Estimated |
| Plaintiff | Date | Shares | Price | Amount | Date | Shares | Price | Amount | Retained | Value | Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| John Diefendorf | 3/10/2023 | 50 | $51.1300 | ($2,557) | | | | | | | |
| John Diefendorf | 3/10/2023 | 99 | $51.1487 | ($5,064) | | | | | | | |
| John Diefendorf | 3/10/2023 | 100 | $51.1499 | ($5,115) | | | | | | | |
| John Diefendorf | 4/4/2023 | 745 | $52.2855 | ($38,953) | | | | | | | |
| John Diefendorf | 4/19/2023 | 1,703 | $52.2642 | ($89,001) | | | | | | | |
| John Diefendorf | 4/21/2023 | 295 | $51.3384 | ($15,145) | | | | | | | |
| **John Diefendorf** | | **68,007** | | **($3,716,214)** | | **(20,006)** | | **$1,086,726** | **48,001** | **$1,343,658** | **($1,285,830)** |

*Avg Closing Prices from May 10, 2023 to July 7, 2023