**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case Nos. 1:23-cv-21773-MOORE-LOUIS;**
**1:23-cv-22009-ALTMAN-REID**

---

OSANEME OKARO, Individually and on
Behalf of All Others Similarly Situated,

                    Plaintiff,

        v.

ICAHN ENTERPRISES L.P., CARL C.
ICAHN, DAVID WILLETTS, TED
PAPAPOSTOLOU, KEITH COZZA, and
SUNGHWAN CHO,

                    Defendants.

---

MICHAEL LEVINE, Individually and on Behalf
of All Others Similarly Situated,

                    Plaintiff,

        v.

ICAHN ENTERPRISES L.P., CARL C.
ICAHN, DAVID WILLETTS, TED
PAPAPOSTOLOU, KEITH COZZA, and
SUNGHWAN CHO,

                    Defendants.

---

**NOTICE OF COLIN OCHEL'S MOTION FOR: (1) CONSOLIDATION OF THE**
**RELATED ACTIONS; (2) APPOINTMENT AS LEAD PLAINTIFF; AND**
**(3) APPROVAL OF LEAD COUNSEL AND LIAISON COUNSEL**

**PLEASE TAKE NOTICE** that on a date and time as may be set by the Court, Colin Ochel ("Movant") will respectfully move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), for entry of an Order: (1) consolidating the related actions; (2) appointing Movant as Lead Plaintiff in the above-captioned action; and (3) approving Movant's selection of Faruqi & Faruqi, LLP as Lead Counsel for the Class and Schlesinger Law Offices, P.A. as Liaison Counsel for the Class.

This motion is based on the accompanying Memorandum of Law in support hereof, the Declaration of Jeffrey L. Haberman and exhibits filed therewith, the pleadings and other filings herein, and such other written and oral argument as may be permitted by the Court.

For the foregoing reasons, Movant respectfully requests that the Court: (1) consolidate the related actions; (2) appoint Movant as Lead Plaintiff pursuant to the PSLRA; (3) approve Faruqi & Faruqi, LLP as Lead Counsel for the Class and Schlesinger Law Offices, P.A. as Liaison Counsel for the Class; and (4) grant such other and further relief as the Court may deem just and proper.

## CERTIFICATE REGARDING GOOD FAITH CONFERENCE

Pursuant to Local Civil Rule 7.1(a)(3), counsel for Movant state that they were not able to confer with counsel for the opposing movants prior to filing the instant motion. The statutory framework of the PSLRA requires all motions seeking Lead Plaintiff appointment to be filed within 60 days of the publication of the notice of pendency of the action. *See* 15 U.S.C. § 78u-4(a)(3)(A)(i)(II). No such motions were filed meaningfully in advance of Movant's motion, and

it was not possible to confer with counsel for the other movants to determine whether the instant

motion would be opposed or to attempt to resolve the issues raised by the motion.

Dated:  July 10, 2023                                    Respectfully submitted,


By: */s/ Jeffrey L. Haberman*
      Jonathan R. Gdanski (FL. Bar No. 32097)
      Jeffrey L. Haberman (FL. Bar No. 98522)

**SCHLESINGER LAW OFFICES, P.A.**
1212 Southeast Third Avenue
Fort Lauderdale, FL 33316
Telephone: 954-467-8800
Email:  Jonathan@schlesingerlawoffices.com
      JHaberman@schlesingerlawoffices.com

James M. Wilson, Jr. (*pro hac vice* forthcoming)
Robert W. Killorin (*pro hac vice* forthcoming)
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
Email:  jwilson@faruqilaw.com
      rkillorin@faruqilaw.com


*Attorneys for [Proposed] Lead Plaintiff and*
*[Proposed] Lead Counsel for the putative Class*

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2023, I caused a true and correct copy of the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

By: */s/ Jeffrey L. Haberman*
Jeffrey L. Haberman (FL. Bar No. 98522)

3