**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case Nos. 1:23-cv-21773-MOORE-LOUIS;**
**1:23-cv-22009-ALTMAN-REID**

---

OSANEME OKARO, Individually and on
Behalf of All Others Similarly Situated,

Plaintiff,

v.

ICAHN ENTERPRISES L.P., CARL C.
ICAHN, DAVID WILLETTS, TED
PAPAPOSTOLOU, KEITH COZZA, and
SUNGHWAN CHO,

Defendants.

---

MICHAEL LEVINE, Individually and on Behalf
of All Others Similarly Situated,

Plaintiff,

v.

ICAHN ENTERPRISES L.P., CARL C.
ICAHN, DAVID WILLETTS, TED
PAPAPOSTOLOU, KEITH COZZA, and
SUNGHWAN CHO,

Defendants.

---

**DECLARATION OF JEFFREY L. HABERMAN IN SUPPORT OF COLIN OCHEL'S
MOTION FOR: (1) CONSOLIDATION OF THE RELATED ACTIONS; (2)
APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF LEAD COUNSEL
AND LIAISON COUNSEL**

I, Jeffrey L. Haberman, declare as follows:

1.  I am a member in good standing of the bar of the State of Florida and am admitted in this Court. I am an associate with the law firm of Schlesinger Law Offices P.A. (the "Schlesinger Firm"). I submit this declaration in support of the motion filed by Colin Ochel ("Movant"), for: (1) consolidation of the related actions; (2) appointment of Movant as Lead Plaintiff; and (3) approval of Movant's selection of Faruqi & Faruqi, LLP to serve as Lead Counsel for the Class and the Schlesinger Firm to serve as Liaison Counsel for the Class. I have personal knowledge of the facts set forth herein and would testify thereto if called.

2.  Attached as Exhibits A through F are true and correct copies of the following documents:

Exhibit A:  First Notice of Pendency of a Class Action

Exhibit B:  Movant's PSLRA Certification

Exhibit C:  Chart setting forth Movant's financial interest in this litigation

Exhibit D:  Declaration of Movant

Exhibit E:  Firm Resume of Faruqi & Faruqi, LLP

Exhibit F:  Women's Business Enterprise National Council Certificate

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 10th day of July 2023 at Fort Lauderdale, Florida.

By: */s/ Jeffrey L. Haberman*
    Jeffrey L. Haberman (FL. Bar No. 98522)

1

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2023, I caused a true and correct copy of the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

By: */s/ Jeffrey L. Haberman*
Jeffrey L. Haberman (FL. Bar No. 98522)

2