# EXHIBIT 2

## Kosowsky's Same Day Purchases and Sales During the Class Period

| Number of Trades | Dates | Shares Purchased | Shares Sold |
|---|---|---|---|
| 1 | 8/24/2018 | 1,000 | 2,000 |
| 2 | 9/4/2018 | 2,000 | 1,000 |
| 3 | 11/20/2018 | 1,000 | 1,000 |
| 4 | 4/3/2019 | 1,000 | 1,000 |
| 5 | 5/28/2019 | 91 | 1,000 |
| 6 | 8/14/2019 | 1,000 | 1,000 |
| 7 | 10/2/2019 | 1,000 | 1,000 |
| 8 | 2/24/2020 | 1,000 | 1 |
| 9 | 2/25/2020 | 1,000 | 999 |
| 10 | 5/8/2020 | 1,000 | 1,000 |
| 11 | 5/14/2020 | 1,000 | 1,000 |
| 12 | 5/28/2020 | 1,000 | 1,000 |
| 13 | 5/29/2020 | 1,000 | 1,000 |
| 14 | 6/3/2020 | 1,000 | 1,000 |
| 15 | 6/18/2020 | 1,863 | 1,863 |
| 16 | 6/19/2020 | 3,000 | 2,000 |
| 17 | 10/28/2020 | 1,000 | 5 |
| 18 | 3/9/2021 | 1,000 | 1,000 |
| 19 | 4/5/2021 | 1,000 | 2,131 |
| 20 | 7/29/2021 | 1,000 | 6,000 |
| 21 | 8/2/2021 | 2,000 | 1,000 |
| 22 | 8/6/2021 | 1,000 | 1,000 |
| 23 | 12/1/2021 | 1,001 | 1 |
| 24 | 12/8/2021 | 694 | 1,694 |
| 25 | 12/15/2021 | 1,000 | 1,000 |
| 26 | 12/17/2021 | 1,000 | 1,000 |
| 27 | 12/21/2021 | 1,000 | 134 |
| 28 | 1/18/2022 | 2,000 | 2,000 |
| 29 | 1/25/2022 | 1,000 | 4,000 |
| 30 | 1/26/2022 | 2,000 | 1,000 |
| 31 | 2/17/2022 | 2,000 | 1,000 |
| 32 | 2/24/2022 | 5,000 | 2,000 |
| 33 | 3/4/2022 | 3,000 | 1,000 |
| 34 | 5/24/2022 | 2,000 | 2,000 |
| 35 | 5/31/2022 | 1,000 | 1,000 |
| 36 | 6/1/2022 | 2,000 | 2,000 |
| 37 | 6/2/2022 | 3,000 | 3,000 |
| 38 | 6/7/2022 | 1,955 | 2,000 |
| 39 | 6/8/2022 | 1,000 | 2,000 |
| 40 | 6/13/2022 | 6,000 | 1,000 |
| 41 | 6/14/2022 | 2,110 | 110 |
| 42 | 6/21/2022 | 3,000 | 1,000 |
| 43 | 6/28/2022 | 1,000 | 1,000 |

**Kosowsky's Same Day Purchases and Sales During the Class Period**

| 44 | 6/30/2022 | 2,000 | 1,000 |
|----|-----------|-------|-------|
| 45 | 7/1/2022 | 2,000 | 1,000 |
| 46 | 8/22/2022 | 2,000 | 1,000 |
| 47 | 12/23/2022 | 604 | 1,000 |
| 48 | 1/17/2023 | 1,000 | 1,000 |
| 49 | 3/1/2023 | 3,715 | 2,000 |
| 50 | 3/15/2023 | 1,000 | 1,000 |
| 51 | 4/18/2023 | 1,050 | 50 |