# EXHIBIT 3

## Kosowsky's In and Out Trades From 08/02/2018 – 06/18/2020

| Number of Trades | Opening Date ("In") | Exit Date ("Out") | Total Number of Shares Traded |
|---|---|---|---|
| 1 | 8/10/2018 | 8/14/2018 | 1,000 |
| 2 | 8/21/2018 | 8/24/2018 | 478 |
| 3 | 8/22/2018 | 8/24/2018 | 522 |
| 4 | 8/24/2018 | 8/24/2018 | 1,000 |
| 5 | 8/31/2018 | 9/4/2018 | 1,000 |
| 6 | 9/4/2018 | 9/13/2018 | 1,000 |
| 7 | 9/4/2018 | 9/19/2018 | 1,000 |
| 8 | 9/5/2018 | 10/12/2018 | 1,000 |
| 9 | 9/18/2018 | 11/20/2018 | 1,000 |
| 10 | 10/10/2018 | 12/3/2018 | 1,000 |
| 11 | 11/14/2018 | 12/7/2018 | 1,000 |
| 12 | 11/20/2018 | 12/12/2018 | 1,000 |
| 13 | 12/6/2018 | 1/8/2019 | 1,000 |
| 14 | 12/10/2018 | 3/19/2019 | 1,000 |
| 15 | 12/14/2018 | 4/3/2019 | 1,000 |
| 16 | 3/6/2019 | 4/16/2019 | 1,000 |
| 17 | 3/6/2019 | 5/1/2019 | 9 |
| 18 | 3/7/2019 | 5/1/2019 | 991 |
| 19 | 4/3/2019 | 5/14/2019 | 1,000 |
| 20 | 5/7/2019 | 5/28/2019 | 1,000 |
| 21 | 5/8/2019 | 6/3/2019 | 1,000 |
| 22 | 5/13/2019 | 7/5/2019 | 1,000 |
| 23 | 5/23/2019 | 7/16/2019 | 1,000 |
| 24 | 5/28/2019 | 7/19/2019 | 91 |
| 25 | 5/29/2019 | 7/19/2019 | 909 |
| 26 | 7/18/2019 | 7/23/2019 | 100 |
| 27 | 7/18/2019 | 7/24/2019 | 900 |
| 28 | 8/1/2019 | 8/14/2019 | 80 |
| 29 | 8/2/2019 | 8/14/2019 | 920 |
| 30 | 8/5/2019 | 8/16/2019 | 1,000 |
| 31 | 8/5/2019 | 10/2/2019 | 1,000 |
| 32 | 8/14/2019 | 10/3/2019 | 1,000 |
| 33 | 8/15/2019 | 10/10/2019 | 1,000 |
| 34 | 8/22/2019 | 10/15/2019 | 1,000 |
| 35 | 9/24/2019 | 10/15/2019 | 1,000 |
| 36 | 10/1/2019 | 10/16/2019 | 100 |
| 37 | 10/1/2019 | 10/21/2019 | 900 |
| 38 | 10/2/2019 | 11/4/2019 | 1,000 |
| 39 | 10/14/2019 | 12/12/2019 | 1,000 |
| 40 | 10/14/2019 | 2/11/2020 | 1,000 |
| 41 | 10/31/2019 | 2/20/2020 | 1,000 |
| 42 | 11/5/2019 | 2/24/2020 | 1 |

## Kosowsky's In and Out Trades From 08/02/2018 – 06/18/2020

| | | | |
|---|---|---|---|
| 43 | 11/5/2019 | 2/25/2020 | 999 |
| 44 | 11/6/2019 | 5/8/2020 | 1,000 |
| 45 | 12/10/2019 | 5/14/2020 | 1,000 |
| 46 | 2/24/2020 | 5/26/2020 | 1,000 |
| 47 | 2/25/2020 | 5/28/2020 | 1,000 |
| 48 | 5/1/2020 | 5/29/2020 | 1,000 |
| 49 | 5/8/2020 | 6/3/2020 | 1,000 |
| 50 | 5/13/2020 | 6/4/2020 | 1,000 |
| 51 | 5/13/2020 | 6/4/2020 | 1,000 |
| 52 | 5/14/2020 | 6/4/2020 | 101 |
| 53 | 5/14/2020 | 6/5/2020 | 899 |
| 54 | 5/28/2020 | 6/15/2020 | 1,000 |
| 55 | 5/29/2020 | 6/18/2020 | 1,000 |
| 56 | 6/1/2020 | 6/18/2020 | 863 |
| 57 | 6/3/2020 | 6/19/2020 | 1,000 |
| 58 | 6/11/2020 | 6/19/2020 | 1,000 |
| 59 | 6/18/2020 | 7/2/2020 | 1000 |
| 60 | 6/18/2020 | 7/15/2020 | 863 |