# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-cv-21773-Moore/Louis
Case No. 1:23-cv-22009-Altman/Reid

| | |
|---|---|
| OSANEME OKARO, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ICAHN ENTERPRISES L.P., CARL C. ICAHN, DAVID WILLETTS, TED PAPAPOSTOLOU, KEITH COZZA, and SUNGHWAN CHO, <br><br> Defendants. | CLASS ACTION |
| MICHAEL LEVINE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ICAHN ENTERPRISES L.P., CARL C. ICAHN, DAVID WILLETTS, TED PAPAPOSTOLOU, KEITH COZZA, and SUNGHWAN CHO, <br><br> Defendants. | CLASS ACTION |

**DECLARATION OF ADAM M. APTON IN SUPPORT OF MEMORANDUM OF LAW IN SUPPORT OF ALVARO ARANDA'S MOTION FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

I, Adam M. Apton, pursuant to 28 U.S.C. §1746, declare that:

1.      I am a partner in the law firm of Levi & Korsinsky, LLP, proposed lead counsel for

Alvaro Aranda ("Movant"). I respectfully submit this declaration in support of the Memorandum

of Law in Support of Movant's Motion for Consolidation of the Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel.

2. Attached hereto as **Exhibit A** is a true and correct copy of Mr. Kosowsky's Transaction History prepared for by Movant's counsel using the LIFO and FIFO charts provided by Mr. Kosowsky in his initial motion (ECF No. 20-1). The attached chart identifies Mr. Kosowsky's in-and-out transactions as well as those transactions that were executed at prices outside the historical high- and low-prices;

3. Attached hereto as **Exhibit B** is a true and correct copy of the letter dated July 19, 2023 sent to Mr. Kosowsky's Counsel via electronic mail;

4. Attached hereto as **Exhibit C** is a true and correct copy of the letter dated July 24, 2023, received from Kosowsky's Counsel in response to my July 19, 2023 letter;

5. Attached hereto as **Exhibit D** is a true and correct copy of the Transcript of Proceedings regarding the conference held on 7/21/2021 to decide lead plaintiff appointment before Judge Katherine Polk Failla, in the action entitled *Zaker v. Ebang International Holdings Inc., et al.*, No. 21-cv-3060 (KPF) (S.D.N.Y. July 21, 2020);

6. On Monday, July 17, 2023, I contacted Mr. Robert Meyer, Esq., and Mr. Jed Melnick, Esq. to inquire about their earliest availability for mediation. I received responses that day from their respective calendar coordinators. As of Monday, July 17, 2023, Mr. Meyer's earliest availability for a mediation is September 20; Mr. Melnick's first availability is August 15.

I declare under the penalty of perjury that the foregoing is true to the best of my knowledge.

Dated: July 24, 2023

Adam M. Apton

2