# EXHIBIT A

| Case Name | Icahn Enterprises L.P. |
| Ticker | IEP |
| Class Period | 08-02-2018 to 05-09-2023 |

**Name**

Philip Kosowsky

| Date of Transaction | Transaction Type | Quantity | Price per Share | Days between last purchase and sale |
|---|---|---|---|---|
| 8/2/2018 | S | -1000 | $ 77.9000 | |
| 8/10/2018 | P | 1000 | $ 77.0000 | |
| 8/14/2018 | S | -1000 | $ 77.9500 | 4 |
| 8/21/2018 | P | 478 | $ 77.0000 | |
| 8/22/2018 | P | 522 | $ 77.0000 | |
| 8/24/2018 | S | -1000 | $ 77.2000 | 2 |
| 8/24/2018 | S | -1000 | $ 77.0500 | |
| 8/24/2018 | P | 1000 | $ 76.9000 | |
| 8/31/2018 | P | 1000 | $ 76.8100 | |
| 9/4/2018 | S | -1000 | $ 73.8000 | 4 |
| 9/4/2018 | P | 1000 | $ 76.0000 | |
| 9/4/2018 | P | 1000 | $ 72.4000 | |
| 9/5/2018 | P | 1000 | $ 68.4000 | |
| 9/13/2018 | S | -200 | $ 68.9150 | 8 |
| 9/13/2018 | S | -800 | $ 68.9000 | |
| 9/18/2018 | P | 1000 | $ 66.9000 | |
| 9/19/2018 | S | -1000 | $ 67.6000 | 1 |
| 10/10/2018 | P | 1000 | $ 66.0000 | |
| 10/12/2018 | S | -1000 | $ 67.0000 | 2 |
| 11/14/2018 | P | 1000 | $ 67.8500 | |
| 11/20/2018 | P | 1000 | $ 65.1500 | |
| 11/20/2018 | S | -478 | $ 66.4000 | 0 |
| 11/20/2018 | S | -522 | $ 66.4000 | |
| 12/3/2018 | S | -1000 | $ 68.8500 | |
| 12/6/2018 | P | 1000 | $ 65.1500 | |
| 12/7/2018 | S | -1000 | $ 66.9000 | 1 |
| 12/10/2018 | P | 1000 | $ 64.7500 | |
| 12/12/2018 | S | -1000 | $ 65.7500 | 2 |
| 12/14/2018 | P | 1000 | $ 64.7500 | |
| 1/8/2019 | S | -1000 | $ 66.0000 | |
| 3/6/2019 | P | 1000 | $ 74.5300 | |
| 3/6/2019 | P | 9 | $ 73.5300 | |
| 3/7/2019 | P | 991 | $ 73.3500 | |
| 3/19/2019 | S | -1000 | $ 74.5300 | |
| 4/3/2019 | P | 100 | $ 73.5300 | |
| 4/3/2019 | P | 900 | $ 73.5300 | |
| 4/3/2019 | S | -1000 | $ 74.5300 | 0 |
| 4/16/2019 | S | -1000 | $ 74.5300 | |
| 5/1/2019 | S | -1000 | $ 76.0000 | |
| 5/7/2019 | P | 1000 | $ 75.8500 | |

| Date | Type | Quantity | Price | Value |
|---|---|---|---|---|
| 5/8/2019 | P | 1000 | $ 75.0100 | |
| 5/13/2019 | P | 1000 | $ 70.5500 | |
| 5/14/2019 | S | -1000 | $ 71.5500 | 1 |
| 5/23/2019 | P | 1000 | $ 70.0000 | |
| 5/28/2019 | S | -1000 | $ 70.4500 | 5 |
| 5/28/2019 | P | 91 | $ 70.0000 | |
| 5/29/2019 | P | 909 | $ 70.0000 | |
| 6/3/2019 | S | -1000 | $ 70.4500 | 5 |
| 7/5/2019 | S | -1000 | $ 75.0100 | |
| 7/16/2019 | S | -1000 | $ 75.8500 | |
| 7/18/2019 | P | 1000 | $ 74.7000 | |
| 7/19/2019 | S | -9 | $ 75.3000 | |
| 7/19/2019 | S | -991 | $ 75.3000 | 1 |
| 7/23/2019 | S | -100 | $ 76.8100 | |
| 7/24/2019 | S | -900 | $ 76.8100 | |
| 8/1/2019 | P | 80 | $ 76.9000 | |
| 8/2/2019 | P | 920 | $ 77.0000 | |
| 8/5/2019 | P | 100 | $ 75.2000 | |
| 8/5/2019 | P | 900 | $ 75.2000 | |
| 8/5/2019 | P | 897 | $ 74.7000 | |
| 8/5/2019 | P | 100 | $ 74.7000 | |
| 8/5/2019 | P | 3 | $ 74.7000 | |
| 8/14/2019 | P | 1000 | $ 68.0000 | |
| 8/14/2019 | S | -1000 | $ 69.0000 | 0 |
| 8/15/2019 | P | 618 | $ 68.0000 | |
| 8/15/2019 | P | 382 | $ 68.0000 | |
| 8/16/2019 | S | -1000 | $ 69.0000 | 1 |
| 8/22/2019 | P | 1000 | $ 68.0000 | |
| 9/24/2019 | P | 1 | $ 66.6700 | |
| 9/24/2019 | P | 999 | $ 66.6700 | |
| 10/1/2019 | P | 1000 | $ 63.6700 | |
| 10/2/2019 | P | 1000 | $ 61.5100 | |
| 10/2/2019 | S | -1000 | $ 61.9100 | |
| 10/3/2019 | S | -1000 | $ 64.6700 | 1 |
| 10/10/2019 | S | -91 | $ 67.4000 | |
| 10/10/2019 | S | -909 | $ 67.4000 | |
| 10/14/2019 | P | 1000 | $ 67.6700 | |
| 10/14/2019 | P | 1000 | $ 66.6700 | |
| 10/15/2019 | S | -1000 | $ 67.1600 | 1 |
| 10/15/2019 | S | -80 | $ 67.7700 | |
| 10/15/2019 | S | -920 | $ 67.7700 | |
| 10/16/2019 | S | -100 | $ 68.3000 | |
| 10/21/2019 | S | -900 | $ 68.3000 | |
| 10/31/2019 | P | 1000 | $ 68.0000 | |
| 11/4/2019 | S | -897 | $ 69.4404 | |
| 11/4/2019 | S | -100 | $ 69.4397 | |
| 11/4/2019 | S | -3 | $ 69.4140 | 4 |
| 11/5/2019 | P | 1000 | $ 68.2200 | |
| 11/6/2019 | P | 1000 | $ 66.6700 | |
| 12/10/2019 | P | 1000 | $ 60.0000 | |
| 12/12/2019 | S | -1000 | $ 60.9000 | 2 |
| 2/11/2020 | S | -618 | $ 66.8200 | |

| Date | Type | Quantity | Price | |
|---|---|---|---|---|
| 2/11/2020 | S | -382 | $ 66.7900 | |
| 2/20/2020 | S | -1000 | $ 68.2200 | |
| 2/24/2020 | P | 101 | $ 66.8000 | |
| 2/24/2020 | P | 899 | $ 66.8000 | |
| 2/24/2020 | S | -1 | $ 67.9000 | |
| 2/25/2020 | P | 1000 | $ 66.8000 | |
| 2/25/2020 | S | -999 | $ 67.9000 | |
| 5/1/2020 | P | 863 | $ 50.1000 | |
| 5/1/2020 | P | 137 | $ 50.1000 | |
| 5/8/2020 | P | 863 | $ 48.1000 | |
| 5/8/2020 | P | 137 | $ 48.1000 | |
| 5/8/2020 | S | -1000 | $ 50.1000 | 0 |
| 5/13/2020 | P | 863 | $ 50.0100 | |
| 5/13/2020 | P | 137 | $ 50.0100 | |
| 5/13/2020 | P | 863 | $ 49.5000 | |
| 5/13/2020 | P | 137 | $ 49.5000 | |
| 5/14/2020 | P | 863 | $ 48.1000 | |
| 5/14/2020 | P | 137 | $ 48.1000 | |
| 5/14/2020 | S | -1000 | $ 49.4000 | 0 |
| 5/26/2020 | S | -1000 | $ 50.5000 | |
| 5/28/2020 | P | 863 | $ 49.2000 | |
| 5/28/2020 | P | 17 | $ 49.2000 | |
| 5/28/2020 | P | 120 | $ 49.2000 | |
| 5/28/2020 | S | -1000 | $ 49.7000 | 0 |
| 5/29/2020 | P | 863 | $ 49.2000 | |
| 5/29/2020 | P | 5 | $ 49.2000 | |
| 5/29/2020 | P | 12 | $ 49.2000 | 0 |
| 5/29/2020 | P | 120 | $ 49.2000 | |
| 5/29/2020 | S | -1000 | $ 49.8000 | |
| 6/1/2020 | P | 863 | $ 49.2000 | |
| 6/1/2020 | P | 137 | $ 49.2000 | |
| 6/3/2020 | P | 863 | $ 49.2000 | 0 |
| 6/3/2020 | P | 137 | $ 49.2000 | |
| 6/3/2020 | S | -1000 | $ 49.9800 | |
| 6/4/2020 | S | -1000 | $ 49.9700 | |
| 6/4/2020 | S | -1000 | $ 50.1600 | |
| 6/4/2020 | S | -101 | $ 50.4000 | |
| 6/5/2020 | S | -899 | $ 50.4000 | |
| 6/11/2020 | P | 863 | $ 49.0000 | |
| 6/11/2020 | P | 137 | $ 49.0000 | |
| 6/15/2020 | S | -1000 | $ 50.0000 | 4 |
| 6/18/2020 | P | 863 | $ 49.0000 | |
| 6/18/2020 | P | 1000 | $ 49.0000 | |
| 6/18/2020 | S | -863 | $ 49.6000 | 0 |
| 6/18/2020 | S | -137 | $ 49.4020 | |
| 6/18/2020 | S | -863 | $ 49.4020 | |
| 6/19/2020 | P | 750 | $ 49.0000 | |
| 6/19/2020 | P | 250 | $ 49.0000 | |
| 6/19/2020 | P | 1000 | $ 49.0000 | |
| 6/19/2020 | P | 1000 | $ 49.0000 | |
| 6/19/2020 | S | -137 | $ 49.2000 | 0 |
| 6/19/2020 | S | -863 | $ 49.2000 | |
| 6/19/2020 | S | -137 | $ 49.3000 | |

| Date | Type | Quantity | Price | Count |
|---|---|---|---|---|
| 6/19/2020 | S | -863 | $ 49.3000 | |
| 7/2/2020 | S | -137 | $ 49.5000 | |
| 7/2/2020 | S | -863 | $ 49.5000 | |
| 7/15/2020 | S | -137 | $ 49.5000 | |
| 7/15/2020 | S | -863 | $ 49.5000 | |
| 9/21/2020 | P | 1000 | $ 48.4500 | |
| 9/29/2020 | S | -17 | $ 49.4500 | |
| 9/30/2020 | S | -120 | $ 49.4500 | |
| 9/30/2020 | S | -863 | $ 49.4500 | |
| 10/26/2020 | P | 131 | $ 50.2400 | |
| 10/26/2020 | P | 19 | $ 50.2400 | |
| 10/26/2020 | P | 850 | $ 50.2400 | |
| 10/28/2020 | P | 1000 | $ 48.8000 | |
| 10/28/2020 | S | -5 | $ 49.4000 | |
| 10/29/2020 | S | -12 | $ 49.4000 | 1 |
| 10/30/2020 | S | -120 | $ 49.4000 | |
| 10/30/2020 | S | -863 | $ 49.4000 | |
| 11/3/2020 | S | -137 | $ 51.2400 | |
| 11/3/2020 | S | -863 | $ 51.2400 | |
| 11/9/2020 | P | 900 | $ 52.1500 | |
| 11/9/2020 | P | 100 | $ 52.1350 | |
| 11/18/2020 | P | 1000 | $ 52.1000 | |
| 11/20/2020 | S | -137 | $ 52.3500 | |
| 11/20/2020 | S | -863 | $ 52.3500 | |
| 1/5/2021 | S | -137 | $ 53.4000 | |
| 1/5/2021 | S | -863 | $ 53.4000 | |
| 1/29/2021 | P | 1000 | $ 55.8000 | |
| 2/1/2021 | S | -1000 | $ 56.7000 | 3 |
| 2/26/2021 | P | 1000 | $ 65.2000 | |
| 2/26/2021 | P | 1000 | $ 63.9000 | |
| 3/1/2021 | P | 1000 | $ 62.9000 | |
| 3/1/2021 | P | 107 | $ 61.0000 | |
| 3/1/2021 | P | 893 | $ 61.0000 | |
| 3/4/2021 | P | 1000 | $ 59.6200 | |
| 3/8/2021 | S | -750 | $ 62.0000 | |
| 3/8/2021 | S | -250 | $ 61.4000 | 4 |
| 3/9/2021 | P | 1000 | $ 60.0000 | |
| 3/9/2021 | S | -1000 | $ 60.7500 | 0 |
| 3/17/2021 | P | 1000 | $ 60.4199 | |
| 3/17/2021 | P | 1000 | $ 60.0000 | |
| 3/22/2021 | P | 1000 | $ 58.8000 | |
| 3/23/2021 | P | 1 | $ 57.1320 | |
| 3/23/2021 | P | 199 | $ 57.1320 | |
| 3/23/2021 | P | 495 | $ 57.1200 | |
| 3/23/2021 | P | 305 | $ 57.1200 | |
| 3/24/2021 | P | 300 | $ 56.5620 | |
| 3/24/2021 | P | 395 | $ 56.5500 | |
| 3/24/2021 | P | 305 | $ 56.5500 | |
| 4/5/2021 | P | 695 | $ 56.7300 | |
| 4/5/2021 | P | 305 | $ 56.7300 | |
| 4/5/2021 | S | -1000 | $ 56.5600 | 0 |
| 4/5/2021 | S | -1000 | $ 57.1300 | |
| 4/5/2021 | S | -131 | $ 57.2300 | |

| Date | Type | Shares | Price | |
|---|---|---|---|---|
| 4/6/2021 | S | -19 | $ 57.2300 | |
| 4/15/2021 | S | -850 | $ 57.2300 | |
| 5/12/2021 | P | 695 | $ 59.2000 | |
| 5/12/2021 | P | 305 | $ 59.2000 | |
| 5/12/2021 | P | 695 | $ 58.7000 | |
| 5/12/2021 | P | 305 | $ 58.7000 | |
| 5/12/2021 | P | 695 | $ 57.8000 | |
| 5/12/2021 | P | 134 | $ 57.8000 | |
| 5/12/2021 | P | 171 | $ 57.8000 | |
| 5/19/2021 | P | 555 | $ 57.3345 | |
| 5/19/2021 | P | 140 | $ 57.3100 | |
| 5/19/2021 | P | 105 | $ 57.3100 | |
| 5/19/2021 | P | 200 | $ 57.2900 | |
| 5/21/2021 | P | 695 | $ 57.5500 | |
| 5/21/2021 | P | 305 | $ 57.5500 | |
| 5/21/2021 | P | 695 | $ 57.4000 | |
| 5/21/2021 | P | 305 | $ 57.4000 | |
| 5/24/2021 | P | 695 | $ 57.4000 | |
| 5/24/2021 | P | 305 | $ 57.4000 | |
| 5/24/2021 | P | 695 | $ 57.3999 | |
| 5/24/2021 | P | 305 | $ 57.3999 | |
| 5/24/2021 | P | 695 | $ 57.4000 | |
| 5/24/2021 | P | 305 | $ 57.4000 | |
| 5/24/2021 | P | 695 | $ 57.3500 | |
| 5/24/2021 | P | 305 | $ 57.3500 | |
| 5/24/2021 | P | 695 | $ 57.3000 | |
| 5/24/2021 | P | 305 | $ 57.3000 | |
| 6/2/2021 | P | 695 | $ 55.3000 | |
| 6/2/2021 | P | 305 | $ 55.3000 | |
| 7/1/2021 | S | -1000 | $ 55.9043 | |
| 7/19/2021 | P | 695 | $ 55.5500 | |
| 7/19/2021 | P | 305 | $ 55.5500 | |
| 7/21/2021 | S | -900 | $ 57.3000 | |
| 7/21/2021 | S | -100 | $ 57.3000 | 2 |
| 7/29/2021 | P | 695 | $ 58.3800 | |
| 7/29/2021 | P | 305 | $ 58.3800 | |
| 7/29/2021 | S | -1000 | $ 58.4200 | 0 |
| 7/29/2021 | S | -1000 | $ 58.4800 | |
| 7/29/2021 | S | -1000 | $ 58.5400 | |
| 7/29/2021 | S | -1000 | $ 58.5500 | |
| 7/29/2021 | S | -1000 | $ 58.7000 | |
| 7/29/2021 | S | -107 | $ 58.7450 | |
| 7/29/2021 | S | -893 | $ 58.7402 | |
| 7/30/2021 | P | 695 | $ 58.1000 | |
| 7/30/2021 | P | 305 | $ 58.1000 | |
| 8/2/2021 | P | 695 | $ 58.0500 | |
| 8/2/2021 | P | 305 | $ 58.0500 | |
| 8/2/2021 | P | 695 | $ 57.8500 | |
| 8/2/2021 | P | 305 | $ 57.8500 | |
| 8/2/2021 | S | -1000 | $ 58.6500 | 0 |
| 8/3/2021 | P | 695 | $ 57.5500 | |
| 8/3/2021 | P | 305 | $ 57.5500 | |
| 8/6/2021 | P | 695 | $ 57.8300 | |

| Date | Type | Quantity | Price | |
|---|---|---|---|---|
| 8/6/2021 | P | 305 | $ 57.8300 | |
| 8/6/2021 | S | -1000 | $ 58.5000 | 0 |
| 8/9/2021 | P | 695 | $ 58.3500 | |
| 8/9/2021 | P | 305 | $ 58.3500 | |
| 8/10/2021 | P | 695 | $ 58.5800 | |
| 8/10/2021 | P | 305 | $ 58.5800 | |
| 8/11/2021 | P | 695 | $ 58.0000 | |
| 8/11/2021 | P | 305 | $ 58.0000 | |
| 8/16/2021 | P | 695 | $ 58.2600 | |
| 8/16/2021 | P | 78 | $ 58.2600 | |
| 8/16/2021 | P | 227 | $ 58.2600 | |
| 8/17/2021 | P | 695 | $ 58.1000 | |
| 8/17/2021 | P | 305 | $ 58.1000 | |
| 8/17/2021 | P | 695 | $ 58.2000 | |
| 8/17/2021 | P | 305 | $ 58.2000 | |
| 8/17/2021 | P | 695 | $ 58.0500 | |
| 8/17/2021 | P | 305 | $ 58.0500 | |
| 8/17/2021 | P | 695 | $ 58.0200 | |
| 8/17/2021 | P | 305 | $ 58.0200 | |
| 8/17/2021 | P | 695 | $ 58.0100 | |
| 8/17/2021 | P | 305 | $ 58.0100 | |
| 8/17/2021 | P | 695 | $ 58.0100 | |
| 8/17/2021 | P | 305 | $ 58.0100 | |
| 8/17/2021 | P | 695 | $ 58.0100 | |
| 8/17/2021 | P | 1000 | $ 58.0100 | |
| 8/17/2021 | P | 305 | $ 58.0100 | |
| 8/19/2021 | P | 695 | $ 54.7500 | |
| 8/19/2021 | P | 305 | $ 54.7500 | |
| 8/20/2021 | P | 695 | $ 54.6000 | |
| 8/20/2021 | P | 305 | $ 54.6000 | |
| 8/20/2021 | P | 695 | $ 54.6799 | |
| 8/20/2021 | P | 305 | $ 54.6799 | |
| 8/20/2021 | P | 695 | $ 55.0400 | |
| 8/20/2021 | P | 305 | $ 55.0400 | |
| 8/23/2021 | P | 695 | $ 54.8500 | |
| 8/23/2021 | P | 305 | $ 54.8500 | |
| 8/23/2021 | P | 695 | $ 54.7100 | |
| 8/23/2021 | P | 305 | $ 54.7100 | |
| 8/25/2021 | P | 695 | $ 54.5600 | |
| 8/25/2021 | P | 1000 | $ 54.5600 | |
| 8/25/2021 | P | 1000 | $ 54.5600 | |
| 8/25/2021 | P | 100 | $ 54.5600 | |
| 8/25/2021 | P | 900 | $ 54.5600 | |
| 8/25/2021 | P | 1000 | $ 54.5600 | |
| 8/25/2021 | P | 1000 | $ 54.5600 | |
| 8/25/2021 | P | 1000 | $ 54.5600 | |
| 8/25/2021 | P | 192 | $ 54.5600 | |
| 8/25/2021 | P | 1000 | $ 54.5600 | |
| 8/25/2021 | P | 808 | $ 54.5600 | |
| 8/25/2021 | P | 1000 | $ 54.5600 | |
| 8/25/2021 | P | 110 | $ 54.5600 | |
| 8/25/2021 | P | 195 | $ 54.5600 | |
| 8/25/2021 | P | 805 | $ 53.9800 | |

| Date | Type | Quantity | Price | |
|---|---|---|---|---|
| 8/25/2021 | P | 195 | $ 53.9800 | |
| 9/8/2021 | P | 805 | $ 52.7900 | |
| 9/8/2021 | P | 195 | $ 52.7900 | |
| 9/17/2021 | P | 805 | $ 51.2600 | |
| 9/17/2021 | P | 195 | $ 51.2600 | |
| 9/20/2021 | P | 805 | $ 50.2600 | |
| 9/20/2021 | P | 195 | $ 50.2600 | |
| 9/28/2021 | P | 805 | $ 50.0000 | |
| 9/28/2021 | P | 195 | $ 50.0000 | |
| 9/30/2021 | P | 805 | $ 49.8000 | 1 |
| 9/30/2021 | P | 195 | $ 49.8000 | |
| 10/1/2021 | S | -1000 | $ 50.6000 | |
| 10/1/2021 | S | -1000 | $ 51.2600 | |
| 11/15/2021 | P | 800 | $ 54.8900 | |
| 11/15/2021 | P | 5 | $ 54.8685 | |
| 11/15/2021 | P | 195 | $ 54.8685 | |
| 11/15/2021 | P | 805 | $ 54.7000 | |
| 11/15/2021 | P | 195 | $ 54.7000 | |
| 11/15/2021 | P | 805 | $ 54.6000 | |
| 11/15/2021 | P | 195 | $ 54.6000 | |
| 11/16/2021 | P | 805 | $ 54.0000 | |
| 11/16/2021 | P | 195 | $ 54.0000 | |
| 11/16/2021 | P | 805 | $ 53.4500 | |
| 11/16/2021 | P | 195 | $ 53.4500 | |
| 11/16/2021 | P | 805 | $ 53.0000 | |
| 11/16/2021 | P | 195 | $ 53.0000 | |
| 11/18/2021 | P | 805 | $ 52.0000 | |
| 11/18/2021 | P | 195 | $ 52.0000 | |
| 11/19/2021 | P | 805 | $ 51.0000 | |
| 11/19/2021 | P | 195 | $ 51.0000 | |
| 11/22/2021 | S | -1000 | $ 52.2500 | 3 |
| 11/23/2021 | P | 805 | $ 51.3000 | |
| 11/23/2021 | P | 195 | $ 51.3000 | |
| 11/26/2021 | P | 805 | $ 50.6000 | |
| 11/26/2021 | P | 195 | $ 50.6000 | |
| 11/30/2021 | P | 805 | $ 50.0000 | |
| 11/30/2021 | P | 195 | $ 50.0000 | |
| 12/1/2021 | P | 117 | $ 50.0000 | |
| 12/1/2021 | P | 688 | $ 50.0000 | |
| 12/1/2021 | P | 196 | $ 50.0000 | |
| 12/1/2021 | S | -1 | $ 51.3700 | |
| 12/3/2021 | P | 804 | $ 49.9000 | |
| 12/3/2021 | P | 196 | $ 49.9000 | |
| 12/8/2021 | P | 694 | $ 50.0100 | |
| 12/8/2021 | S | -199 | $ 50.4800 | |
| 12/8/2021 | S | -495 | $ 50.4800 | 0 |
| 12/8/2021 | S | -305 | $ 50.4800 | |
| 12/8/2021 | S | -300 | $ 50.4800 | |
| 12/8/2021 | S | -395 | $ 50.4800 | |
| 12/10/2021 | P | 110 | $ 50.0000 | |
| 12/10/2021 | P | 890 | $ 50.0000 | |
| 12/14/2021 | P | 110 | $ 49.5000 | |
| 12/14/2021 | P | 890 | $ 49.5000 | |

| Date | P/S | Quantity | Price | |
|---|---|---|---|---|
| 12/15/2021 | P | 110 | $ 49.0000 | |
| 12/15/2021 | P | 890 | $ 49.0000 | |
| 12/15/2021 | S | -305 | $ 50.1000 | |
| 12/15/2021 | S | -695 | $ 50.1000 | 0 |
| 12/17/2021 | P | 110 | $ 49.4000 | |
| 12/17/2021 | P | 890 | $ 49.4000 | |
| 12/17/2021 | S | -305 | $ 50.0000 | |
| 12/17/2021 | S | -695 | $ 50.0000 | 0 |
| 12/20/2021 | S | -305 | $ 49.9900 | |
| 12/20/2021 | S | -695 | $ 49.9900 | |
| 12/20/2021 | S | -305 | $ 50.1401 | |
| 12/20/2021 | S | -695 | $ 50.1401 | |
| 12/21/2021 | P | 110 | $ 49.5000 | |
| 12/21/2021 | P | 890 | $ 49.5000 | |
| 12/21/2021 | S | -134 | $ 50.2900 | |
| 12/31/2021 | P | 110 | $ 49.6000 | |
| 12/31/2021 | P | 890 | $ 49.6000 | |
| 1/3/2022 | S | -171 | $ 50.2900 | |
| 1/3/2022 | S | -555 | $ 50.2900 | |
| 1/3/2022 | S | -140 | $ 50.2900 | |
| 1/3/2022 | S | -105 | $ 50.6000 | |
| 1/3/2022 | S | -200 | $ 50.6000 | |
| 1/3/2022 | S | -695 | $ 50.6000 | |
| 1/3/2022 | S | -305 | $ 51.1000 | |
| 1/3/2022 | S | -695 | $ 51.1000 | |
| 1/3/2022 | S | -305 | $ 51.3000 | |
| 1/3/2022 | S | -695 | $ 51.3000 | |
| 1/3/2022 | S | -305 | $ 52.0300 | |
| 1/3/2022 | S | -695 | $ 52.0300 | |
| 1/4/2022 | S | -305 | $ 52.4000 | |
| 1/4/2022 | S | -695 | $ 52.4000 | |
| 1/4/2022 | S | -305 | $ 53.0000 | |
| 1/4/2022 | S | -695 | $ 53.0000 | |
| 1/7/2022 | S | -305 | $ 54.2401 | |
| 1/7/2022 | S | -695 | $ 54.2401 | |
| 1/10/2022 | P | 110 | $ 53.2400 | |
| 1/10/2022 | P | 890 | $ 53.2400 | |
| 1/13/2022 | S | -305 | $ 54.6500 | |
| 1/13/2022 | S | -695 | $ 54.6500 | 3 |
| 1/18/2022 | P | 110 | $ 54.4500 | |
| 1/18/2022 | P | 590 | $ 54.4500 | |
| 1/18/2022 | P | 300 | $ 54.4400 | |
| 1/18/2022 | P | 110 | $ 54.4900 | |
| 1/18/2022 | P | 890 | $ 54.4900 | |
| 1/18/2022 | S | -305 | $ 54.7500 | |
| 1/18/2022 | S | -695 | $ 54.7500 | |
| 1/18/2022 | S | -305 | $ 54.8900 | |
| 1/18/2022 | S | -695 | $ 54.8900 | 0 |
| 1/20/2022 | P | 110 | $ 53.2500 | |
| 1/20/2022 | P | 890 | $ 53.2500 | |
| 1/20/2022 | P | 110 | $ 52.7500 | |
| 1/20/2022 | P | 890 | $ 52.7500 | |
| 1/21/2022 | P | 110 | $ 52.2500 | |

| Date | Type | Shares | Price | Count |
|---|---|---|---|---|
| 1/21/2022 | P | 890 | $ 52.2500 | |
| 1/21/2022 | P | 110 | $ 51.7500 | |
| 1/21/2022 | P | 890 | $ 51.7500 | |
| 1/21/2022 | P | 110 | $ 51.2500 | |
| 1/21/2022 | P | 890 | $ 51.2500 | |
| 1/24/2022 | P | 110 | $ 50.7500 | |
| 1/24/2022 | P | 890 | $ 50.7500 | |
| 1/24/2022 | P | 110 | $ 50.0000 | |
| 1/24/2022 | P | 890 | $ 50.0000 | |
| 1/25/2022 | P | 110 | $ 52.7000 | |
| 1/25/2022 | P | 890 | $ 52.7000 | |
| 1/25/2022 | S | -305 | $ 51.2000 | |
| 1/25/2022 | S | -695 | $ 51.2000 | |
| 1/25/2022 | S | -305 | $ 52.0056 | |
| 1/25/2022 | S | -695 | $ 52.0056 | |
| 1/25/2022 | S | -305 | $ 52.2500 | |
| 1/25/2022 | S | -695 | $ 52.2500 | 0 |
| 1/25/2022 | S | -305 | $ 52.9500 | |
| 1/25/2022 | S | -695 | $ 52.9500 | |
| 1/26/2022 | P | 110 | $ 52.6900 | |
| 1/26/2022 | P | 890 | $ 52.6900 | |
| 1/26/2022 | P | 110 | $ 52.7000 | |
| 1/26/2022 | P | 890 | $ 52.7000 | |
| 1/26/2022 | S | -305 | $ 53.3500 | |
| 1/26/2022 | S | -695 | $ 53.3500 | |
| 2/2/2022 | S | -305 | $ 55.0000 | |
| 2/2/2022 | S | -695 | $ 55.0000 | |
| 2/3/2022 | P | 110 | $ 54.1500 | |
| 2/3/2022 | P | 890 | $ 54.1500 | |
| 2/8/2022 | S | -305 | $ 54.8000 | |
| 2/8/2022 | S | -695 | $ 54.8000 | 5 |
| 2/9/2022 | S | -305 | $ 55.2400 | |
| 2/9/2022 | S | -695 | $ 55.2400 | |
| 2/10/2022 | S | -305 | $ 55.4200 | |
| 2/10/2022 | S | -695 | $ 55.4200 | |
| 2/11/2022 | P | 110 | $ 54.5000 | |
| 2/11/2022 | P | 890 | $ 54.5000 | |
| 2/14/2022 | S | -78 | $ 55.0000 | |
| 2/15/2022 | S | -227 | $ 55.0000 | |
| 2/15/2022 | S | -695 | $ 55.0000 | 4 |
| 2/15/2022 | S | -305 | $ 55.2500 | |
| 2/15/2022 | S | -695 | $ 55.2500 | |
| 2/16/2022 | S | -305 | $ 55.4900 | |
| 2/16/2022 | S | -695 | $ 55.4900 | |
| 2/17/2022 | P | 1000 | $ 55.2500 | |
| 2/17/2022 | P | 110 | $ 55.0000 | |
| 2/17/2022 | P | 890 | $ 55.0000 | |
| 2/17/2022 | S | -305 | $ 55.3000 | |
| 2/17/2022 | S | -695 | $ 55.3000 | 0 |
| 2/18/2022 | P | 110 | $ 55.0000 | |
| 2/18/2022 | P | 890 | $ 55.0000 | |
| 2/22/2022 | P | 110 | $ 54.5000 | |
| 2/22/2022 | P | 890 | $ 54.5000 | |

| Date | Type | Quantity | Price | |
|---|---|---|---|---|
| 2/24/2022 | P | 110 | $ 54.5000 | |
| 2/24/2022 | P | 890 | $ 54.5000 | |
| 2/24/2022 | P | 110 | $ 54.0000 | |
| 2/24/2022 | P | 890 | $ 54.0000 | |
| 2/24/2022 | P | 110 | $ 53.0000 | |
| 2/24/2022 | P | 890 | $ 53.0000 | |
| 2/24/2022 | P | 110 | $ 52.5000 | |
| 2/24/2022 | P | 890 | $ 52.5000 | |
| 2/24/2022 | P | 110 | $ 53.5000 | |
| 2/24/2022 | P | 890 | $ 53.5000 | |
| 2/24/2022 | S | -305 | $ 54.0000 | |
| 2/24/2022 | S | -695 | $ 54.0000 | |
| 2/24/2022 | S | -305 | $ 54.5000 | |
| 2/24/2022 | S | -695 | $ 54.5000 | 0 |
| 2/25/2022 | P | 110 | $ 53.0000 | |
| 2/25/2022 | P | 890 | $ 53.0000 | |
| 3/1/2022 | P | 110 | $ 53.8500 | |
| 3/1/2022 | P | 890 | $ 53.8500 | |
| 3/4/2022 | P | 110 | $ 54.0999 | |
| 3/4/2022 | P | 890 | $ 54.0999 | |
| 3/4/2022 | P | 110 | $ 53.9000 | |
| 3/4/2022 | P | 890 | $ 53.9000 | |
| 3/4/2022 | P | 110 | $ 53.7000 | |
| 3/4/2022 | P | 890 | $ 53.7000 | |
| 3/4/2022 | S | -305 | $ 54.0000 | |
| 3/4/2022 | S | -695 | $ 54.0000 | 0 |
| 3/7/2022 | P | 110 | $ 53.8500 | |
| 3/7/2022 | P | 890 | $ 53.8500 | |
| 3/7/2022 | P | 110 | $ 53.5000 | |
| 3/7/2022 | P | 890 | $ 53.5000 | |
| 3/10/2022 | P | 110 | $ 53.8500 | |
| 3/10/2022 | P | 890 | $ 53.8500 | |
| 3/11/2022 | P | 110 | $ 53.5500 | |
| 3/11/2022 | P | 890 | $ 53.5500 | |
| 3/14/2022 | P | 110 | $ 53.6000 | |
| 3/14/2022 | P | 50 | $ 53.6000 | |
| 3/14/2022 | P | 840 | $ 53.6000 | |
| 3/14/2022 | P | 1000 | $ 53.4000 | |
| 5/9/2022 | P | 1000 | $ 53.4500 | |
| 5/9/2022 | P | 1000 | $ 52.8000 | |
| 5/17/2022 | S | -1000 | $ 55.0000 | |
| 5/17/2022 | S | -305 | $ 55.3000 | |
| 5/17/2022 | S | -695 | $ 55.3000 | |
| 5/18/2022 | P | 1000 | $ 54.8000 | |
| 5/18/2022 | P | 1000 | $ 54.5000 | |
| 5/19/2022 | P | 1000 | $ 51.8000 | |
| 5/20/2022 | P | 1000 | $ 50.8000 | |
| 5/20/2022 | P | 1000 | $ 50.4000 | |
| 5/23/2022 | S | -305 | $ 50.9300 | |
| 5/23/2022 | S | -695 | $ 50.9300 | |
| 5/23/2022 | S | -305 | $ 51.3000 | |
| 5/23/2022 | S | -695 | $ 51.3000 | 3 |
| 5/24/2022 | P | 1000 | $ 50.8000 | |

| Date | Type | Quantity | Price | |
|---|---|---|---|---|
| 5/24/2022 | P | 1000 | $ 50.4000 | |
| 5/24/2022 | S | -305 | $ 51.1000 | |
| 5/24/2022 | S | -695 | $ 51.1000 | |
| 5/24/2022 | S | -305 | $ 51.3000 | |
| 5/24/2022 | S | -695 | $ 51.3000 | 0 |
| 5/31/2022 | P | 1000 | $ 50.8000 | |
| 5/31/2022 | S | -305 | $ 51.3000 | |
| 5/31/2022 | S | -695 | $ 51.3000 | 0 |
| 6/1/2022 | P | 1000 | $ 50.8000 | |
| 6/1/2022 | P | 1000 | $ 50.6000 | |
| 6/1/2022 | S | -305 | $ 51.1000 | |
| 6/1/2022 | S | -695 | $ 51.1000 | |
| 6/1/2022 | S | -1000 | $ 51.3000 | 0 |
| 6/2/2022 | P | 1000 | $ 50.8000 | |
| 6/2/2022 | P | 1000 | $ 50.7000 | |
| 6/2/2022 | P | 1000 | $ 50.6000 | |
| 6/2/2022 | S | -1000 | $ 51.2000 | |
| 6/2/2022 | S | -100 | $ 51.3100 | |
| 6/2/2022 | S | -900 | $ 51.3000 | |
| 6/2/2022 | S | -1000 | $ 51.3000 | 0 |
| 6/3/2022 | P | 1000 | $ 50.8000 | |
| 6/6/2022 | P | 45 | $ 50.8500 | |
| 6/7/2022 | P | 955 | $ 50.8500 | |
| 6/7/2022 | P | 1000 | $ 50.7000 | |
| 6/7/2022 | S | -1000 | $ 51.2500 | |
| 6/7/2022 | S | -1000 | $ 51.3000 | |
| 6/8/2022 | P | 1000 | $ 50.8500 | |
| 6/8/2022 | S | -192 | $ 51.8300 | |
| 6/8/2022 | S | -1000 | $ 51.8101 | |
| 6/8/2022 | S | -808 | $ 51.8501 | 0 |
| 6/9/2022 | P | 1000 | $ 51.6000 | |
| 6/10/2022 | P | 1000 | $ 50.8500 | |
| 6/10/2022 | P | 1000 | $ 50.7000 | |
| 6/10/2022 | P | 1000 | $ 50.6000 | |
| 6/13/2022 | P | 1000 | $ 50.5000 | |
| 6/13/2022 | P | 1000 | $ 50.4000 | |
| 6/13/2022 | P | 1000 | $ 50.2000 | |
| 6/13/2022 | P | 1000 | $ 50.0000 | |
| 6/13/2022 | P | 1000 | $ 50.1000 | |
| 6/13/2022 | P | 1000 | $ 50.0100 | |
| 6/13/2022 | S | -1000 | $ 50.6000 | 0 |
| 6/14/2022 | P | 110 | $ 50.0500 | |
| 6/14/2022 | P | 1000 | $ 49.7500 | |
| 6/14/2022 | P | 1000 | $ 49.5000 | |
| 6/14/2022 | S | -110 | $ 50.5700 | |
| 6/16/2022 | P | 1000 | $ 49.0000 | |
| 6/16/2022 | P | 1000 | $ 48.5000 | |
| 6/17/2022 | S | -195 | $ 49.3000 | |
| 6/17/2022 | S | -805 | $ 49.3000 | |
| 6/21/2022 | P | 1000 | $ 48.8000 | |
| 6/21/2022 | P | 1000 | $ 48.7000 | |
| 6/21/2022 | P | 1000 | $ 48.0799 | |
| 6/21/2022 | S | -195 | $ 49.7600 | |

| Date | Type | Shares | Price | Balance |
|---|---|---|---|---|
| 6/21/2022 | S | -805 | $ 49.7600 | 0 |
| 6/22/2022 | S | -195 | $ 48.8000 | |
| 6/22/2022 | S | -805 | $ 48.8000 | |
| 6/23/2022 | P | 1000 | $ 48.2000 | |
| 6/27/2022 | S | -195 | $ 48.4900 | |
| 6/27/2022 | S | -805 | $ 48.4900 | 4 |
| 6/27/2022 | S | -195 | $ 48.7000 | |
| 6/27/2022 | S | -805 | $ 48.7000 | |
| 6/28/2022 | P | 246 | $ 49.0000 | |
| 6/28/2022 | P | 100 | $ 48.9999 | |
| 6/28/2022 | P | 200 | $ 48.9900 | |
| 6/28/2022 | P | 100 | $ 48.9890 | |
| 6/28/2022 | P | 354 | $ 48.9650 | |
| 6/28/2022 | S | -195 | $ 49.5000 | |
| 6/28/2022 | S | -805 | $ 49.5000 | 0 |
| 6/30/2022 | P | 1000 | $ 48.1000 | |
| 6/30/2022 | P | 1000 | $ 47.8000 | |
| 6/30/2022 | S | -195 | $ 48.4001 | |
| 6/30/2022 | S | -800 | $ 48.4001 | |
| 6/30/2022 | S | -5 | $ 48.4001 | 0 |
| 7/1/2022 | P | 1000 | $ 47.7000 | |
| 7/1/2022 | P | 1000 | $ 47.5000 | |
| 7/1/2022 | S | -195 | $ 48.1000 | |
| 7/1/2022 | S | -805 | $ 48.1000 | 0 |
| 7/5/2022 | P | 1000 | $ 47.7000 | |
| 7/6/2022 | S | -195 | $ 48.8000 | |
| 7/6/2022 | S | -805 | $ 48.8000 | 1 |
| 7/6/2022 | S | -195 | $ 49.0000 | |
| 7/6/2022 | S | -805 | $ 49.0000 | |
| 7/8/2022 | S | -195 | $ 49.8000 | |
| 7/8/2022 | S | -805 | $ 49.8000 | |
| 7/8/2022 | S | -195 | $ 50.4000 | |
| 7/8/2022 | S | -805 | $ 50.4000 | |
| 7/13/2022 | S | -195 | $ 51.4000 | |
| 7/13/2022 | S | -805 | $ 51.4000 | |
| 7/14/2022 | P | 1000 | $ 50.4000 | |
| 7/15/2022 | S | -195 | $ 51.6000 | |
| 7/15/2022 | S | -805 | $ 51.6000 | 1 |
| 7/20/2022 | P | 1000 | $ 50.6000 | |
| 7/28/2022 | S | -195 | $ 52.5000 | |
| 7/28/2022 | S | -805 | $ 52.5000 | |
| 7/29/2022 | S | -195 | $ 53.5500 | |
| 7/29/2022 | S | -805 | $ 53.5500 | |
| 8/4/2022 | P | 1000 | $ 53.3000 | |
| 8/8/2022 | P | 1000 | $ 53.6000 | |
| 8/22/2022 | P | 1000 | $ 51.0000 | |
| 8/22/2022 | P | 1000 | $ 50.5000 | |
| 8/22/2022 | S | -195 | $ 50.2501 | |
| 8/22/2022 | S | -805 | $ 50.2501 | 0 |
| 9/1/2022 | P | 558 | $ 50.8400 | |
| 9/1/2022 | P | 442 | $ 50.8399 | |
| 9/6/2022 | P | 1000 | $ 50.5000 | |
| 9/23/2022 | P | 1000 | $ 50.0000 | |

| Date | Type | Quantity | Price | |
|---|---|---|---|---|
| 9/26/2022 | P | 1000 | $ 49.5000 | |
| 9/26/2022 | P | 1000 | $ 49.0000 | |
| 9/26/2022 | P | 1000 | $ 48.5000 | |
| 9/28/2022 | S | -195 | $ 50.0500 | |
| 9/28/2022 | S | -117 | $ 50.0500 | |
| 9/28/2022 | S | -688 | $ 50.0000 | 2 |
| 9/29/2022 | P | 1000 | $ 49.1200 | |
| 10/3/2022 | S | -196 | $ 50.8000 | |
| 10/3/2022 | S | -804 | $ 50.8000 | 4 |
| 10/4/2022 | S | -196 | $ 51.5000 | |
| 10/4/2022 | S | -694 | $ 51.5000 | |
| 10/4/2022 | S | -110 | $ 51.5000 | |
| 10/5/2022 | S | -890 | $ 52.3500 | |
| 10/5/2022 | S | -110 | $ 52.3500 | |
| 10/13/2022 | S | -890 | $ 53.0500 | |
| 10/13/2022 | S | -110 | $ 53.0500 | |
| 10/14/2022 | P | 1000 | $ 52.7500 | |
| 10/20/2022 | P | 1000 | $ 53.4000 | |
| 10/26/2022 | P | 1000 | $ 53.7700 | |
| 11/2/2022 | P | 1000 | $ 53.7600 | |
| 11/2/2022 | P | 905 | $ 53.6000 | |
| 11/3/2022 | P | 95 | $ 53.6000 | |
| 11/16/2022 | P | 1000 | $ 53.3600 | |
| 11/18/2022 | P | 1000 | $ 51.5000 | |
| 11/21/2022 | P | 1000 | $ 51.0000 | |
| 11/25/2022 | P | 776 | $ 50.9299 | |
| 11/25/2022 | P | 224 | $ 50.9150 | |
| 11/28/2022 | P | 1000 | $ 50.8000 | |
| 11/28/2022 | P | 1000 | $ 50.5000 | |
| 12/6/2022 | P | 1000 | $ 50.0000 | |
| 12/7/2022 | S | -890 | $ 50.4601 | |
| 12/7/2022 | S | -110 | $ 50.4601 | |
| 12/13/2022 | S | -890 | $ 50.6000 | |
| 12/13/2022 | S | -110 | $ 50.6000 | |
| 12/13/2022 | S | -890 | $ 50.5000 | |
| 12/13/2022 | S | -110 | $ 50.5000 | |
| 12/13/2022 | S | -890 | $ 50.5000 | |
| 12/13/2022 | S | -110 | $ 50.5000 | |
| 12/14/2022 | S | -890 | $ 51.0000 | |
| 12/14/2022 | S | -110 | $ 51.0000 | |
| 12/16/2022 | S | -590 | $ 50.7301 | |
| 12/16/2022 | S | -300 | $ 50.7301 | |
| 12/16/2022 | S | -110 | $ 50.7301 | |
| 12/21/2022 | S | -890 | $ 50.7000 | |
| 12/21/2022 | S | -110 | $ 50.7000 | |
| 12/21/2022 | S | -890 | $ 50.7500 | |
| 12/21/2022 | S | -110 | $ 50.7500 | |
| 12/22/2022 | P | 206 | $ 50.3400 | |
| 12/22/2022 | P | 190 | $ 50.3399 | |
| 12/23/2022 | P | 604 | $ 50.3400 | |
| 12/23/2022 | S | -890 | $ 50.6300 | |
| 12/23/2022 | S | -110 | $ 50.6300 | 0 |
| 12/28/2022 | P | 1000 | $ 50.0700 | |

| Date | Type | Quantity | Price | Count |
|---|---|---|---|---|
| 12/30/2022 | S | -890 | $ 50.5000 | |
| 12/30/2022 | S | -110 | $ 50.5000 | 2 |
| 1/6/2023 | S | -890 | $ 53.4500 | |
| 1/6/2023 | S | -110 | $ 53.4500 | |
| 1/9/2023 | P | 1000 | $ 52.6259 | |
| 1/10/2023 | S | -890 | $ 53.0301 | |
| 1/10/2023 | S | -110 | $ 53.0301 | 1 |
| 1/12/2023 | P | 1000 | $ 52.8400 | |
| 1/17/2023 | P | 1000 | $ 53.0400 | |
| 1/17/2023 | S | -890 | $ 53.4400 | |
| 1/17/2023 | S | -110 | $ 53.4400 | 0 |
| 1/19/2023 | P | 899 | $ 52.7800 | |
| 1/19/2023 | P | 101 | $ 52.7795 | |
| 1/19/2023 | P | 1000 | $ 52.6000 | |
| 1/24/2023 | S | -890 | $ 53.1401 | |
| 1/24/2023 | S | -110 | $ 53.1401 | |
| 1/24/2023 | S | -890 | $ 53.3000 | |
| 1/24/2023 | S | -110 | $ 53.3000 | 5 |
| 1/24/2023 | S | -890 | $ 53.4500 | |
| 1/24/2023 | S | -110 | $ 53.4500 | |
| 1/25/2023 | S | -890 | $ 53.5000 | |
| 1/25/2023 | S | -110 | $ 53.5000 | |
| 1/25/2023 | S | -890 | $ 53.6250 | |
| 1/25/2023 | S | -110 | $ 53.6250 | |
| 1/26/2023 | S | -890 | $ 53.8500 | |
| 1/26/2023 | S | -1000 | $ 53.8500 | |
| 1/26/2023 | S | -110 | $ 53.8500 | |
| 1/27/2023 | S | -890 | $ 53.9700 | |
| 1/27/2023 | S | -110 | $ 53.9700 | |
| 1/27/2023 | S | -890 | $ 54.0000 | |
| 1/27/2023 | S | -110 | $ 54.0000 | |
| 1/30/2023 | P | 1000 | $ 53.7000 | |
| 2/1/2023 | P | 1000 | $ 53.5000 | |
| 2/1/2023 | P | 1000 | $ 53.4000 | |
| 2/3/2023 | S | -890 | $ 53.9800 | |
| 2/3/2023 | S | -110 | $ 53.9800 | 2 |
| 2/3/2023 | S | -890 | $ 54.1000 | |
| 2/3/2023 | S | -110 | $ 54.1000 | |
| 2/3/2023 | S | -890 | $ 54.1500 | |
| 2/3/2023 | S | -110 | $ 54.1500 | |
| 2/13/2023 | P | 1000 | $ 53.8799 | |
| 2/14/2023 | S | -890 | $ 54.1800 | |
| 2/14/2023 | S | -110 | $ 54.1800 | 1 |
| 2/16/2023 | S | -890 | $ 54.4000 | |
| 2/16/2023 | S | -110 | $ 54.4000 | |
| 2/16/2023 | S | -890 | $ 54.4500 | |
| 2/16/2023 | S | -110 | $ 54.4500 | |
| 2/21/2023 | P | 1000 | $ 54.0000 | |
| 2/21/2023 | P | 1000 | $ 53.9100 | |
| 2/22/2023 | S | -890 | $ 54.2000 | |
| 2/22/2023 | S | -110 | $ 54.2000 | 1 |
| 2/23/2023 | P | 1000 | $ 53.7800 | |
| 2/24/2023 | S | -890 | $ 54.1500 | |

| Date | Type | Quantity | Price | |
|---|---|---|---|---|
| 2/24/2023 | S | -110 | $ 54.1500 | 1 |
| 2/27/2023 | P | 1000 | $ 53.9100 | |
| 2/27/2023 | P | 1000 | $ 53.8999 | |
| 2/27/2023 | P | 1000 | $ 53.8000 | |
| 2/27/2023 | P | 1000 | $ 53.8000 | |
| 2/27/2023 | P | 1000 | $ 53.8200 | |
| 2/27/2023 | P | 1000 | $ 53.7800 | |
| 2/27/2023 | P | 1000 | $ 53.7500 | |
| 2/28/2023 | P | 285 | $ 53.6200 | |
| 3/1/2023 | P | 715 | $ 53.6200 | |
| 3/1/2023 | P | 1000 | $ 53.8200 | |
| 3/1/2023 | P | 1000 | $ 53.6100 | |
| 3/1/2023 | P | 800 | $ 53.4299 | |
| 3/1/2023 | P | 3 | $ 53.4292 | |
| 3/1/2023 | P | 197 | $ 53.4150 | |
| 3/1/2023 | S | -890 | $ 53.9400 | |
| 3/1/2023 | S | -110 | $ 53.9400 | |
| 3/1/2023 | S | -890 | $ 53.8701 | |
| 3/1/2023 | S | -110 | $ 53.8701 | 0 |
| 3/8/2023 | P | 1000 | $ 53.7800 | |
| 3/10/2023 | P | 1000 | $ 51.2900 | |
| 3/10/2023 | P | 1000 | $ 51.0000 | |
| 3/10/2023 | P | 1000 | $ 50.5000 | |
| 3/13/2023 | P | 1000 | $ 50.1800 | |
| 3/13/2023 | P | 1000 | $ 50.5000 | |
| 3/14/2023 | P | 1000 | $ 50.2600 | |
| 3/15/2023 | P | 1000 | $ 50.0000 | |
| 3/15/2023 | S | -890 | $ 50.2801 | |
| 3/15/2023 | S | -110 | $ 50.2801 | 0 |
| 3/16/2023 | S | -890 | $ 50.9300 | |
| 3/16/2023 | S | -110 | $ 50.9300 | |
| 3/24/2023 | P | 1000 | $ 50.3000 | |
| 3/28/2023 | S | -890 | $ 51.2900 | |
| 3/28/2023 | S | -110 | $ 51.2900 | 4 |
| 3/29/2023 | S | -890 | $ 51.5000 | |
| 3/29/2023 | S | -110 | $ 51.5000 | |
| 4/6/2023 | S | -890 | $ 52.6000 | |
| 4/6/2023 | S | -110 | $ 52.6000 | |
| 4/10/2023 | P | 1000 | $ 52.0000 | |
| 4/18/2023 | P | 1050 | $ 52.4100 | |
| 4/18/2023 | S | -50 | $ 52.4300 | |
| 4/19/2023 | P | 1000 | $ 52.1800 | |
| 4/19/2023 | P | 1000 | $ 52.0300 | |
| 4/19/2023 | P | 1000 | $ 52.0000 | |
| 4/21/2023 | P | 1000 | $ 51.0000 | |
| 5/1/2023 | P | 1000 | $ 50.8600 | |
| 5/1/2023 | P | 1000 | $ 50.5200 | |
| 5/2/2023 | P | 1000 | $ 50.0000 | |
| 5/2/2023 | P | 1000 | $ 49.5000 | |
| 5/2/2023 | P | 1000 | $ 49.0000 | |
| 5/2/2023 | P | 1000 | $ 45.8900 | |
| 5/2/2023 | P | 1000 | $ 46.3300 | |
| 5/2/2023 | P | 1000 | $ 46.5000 | |

| 5/2/2023 | P | 1000 | $ 42.6000 |
| 5/2/2023 | P | 1000 | $ 40.0000 |
| 5/2/2023 | P | 1000 | $ 41.6000 |
| 5/2/2023 | P | 1000 | $ 39.0000 |
| 5/2/2023 | P | 1000 | $ 38.0000 |
| 5/2/2023 | P | 1000 | $ 37.0000 |
| 5/3/2023 | P | 1000 | $ 35.0000 |
| 5/4/2023 | P | 1000 | $ 30.0000 |