# EXHIBIT B



55 Broadway, 4th Floor
New York, NY 10006
T: 212-363-7500
F: 212-363-7171
www.zlk.com

**Adam M. Apton**
aapton@zlk.com

July 19, 2023

**VIA EMAIL**

Adam M. Moskowitz
The Moskowitz Law Firm, PLLC
Continental Plaza
3250 Mary Street, Suite 202
Miami, FL 33133
adam@moskowitz-law.com

   **Re:**  *Okaro v. Icahn Enterprises L.P. et al.,* **C.A. No. 1:23-cv-21773 (S.D. Fla.)**

Dear Mr. Moskowitz:

  I represent lead plaintiff movant Alvaro Aranda in the above-referenced action against Ichan Enterprises L.P. Your firm filed a motion for lead plaintiff on behalf of Philip Kosowsky in the same action. We intend to oppose your motion on several bases, including what appears to be misinformation and/or contradictory data contained in Mr. Kosowsky's transaction history. In particular, several of Mr. Kosowsky's trades fall outside of historical price ranges. Mr. Kosowsky also does not provide any background information relating to his adequacy to serve as a lead plaintiff.

  These points demonstrate a reasonable basis for doubting Mr. Kosowsky's adequacy to serve as the lead plaintiff. To that end, I am requesting the following discovery from Mr. Kosowsky:

 a) Trade Confirmations for all transactions falling outside the historical price ranges listed in the addendum attached hereto;

 b) Trade Confirmations of all transactions in any Ichan Enterprises L.P. security other than common stock, including but not limited to option contracts, warrants, etc., occurring during the Class Period and the 90-day period thereafter; and

 c) A general description of Mr. Kosowsky's professional background, investment experience, and experience overseeing counsel.

  On behalf of Alvaro Aranda, we reserve all rights with respect to the pending motions. This letter should not be seen as a waiver of any arguments for or by Alvaro Aranda.

NEW YORK  ·  WASHINGTON, D.C.  ·  CONNECTICUT  ·  CALIFORNIA

LEVI&KORSINSKYLLP

July 19, 2023
Page 2 of 2

Sincerely,


 s/ Adam M. Apton
Adam M. Apton


Encls.

CC:     Jeffrey A. Barrack
        Barrack, Rodos & Bacine
        Two Commerce Square
        2001 Market Street, Suite 3300
        Philadelphia, PA 19103
        jbarrack@barrack.com


        Stephen R. Basser
        Samuel M. Ward
        Barrack, Rodos & Bacine
        600 West Broadway, Suite 900
        San Diego, CA 92101
        sbasser@barrack.com
        sward@barrack.com

## **ADDENDUM**

| Trade Date | Transaction Type | Quantity Of Shares | Share Price |
|---|---|---|---|
| 08-21-2018 | P | 478 | $ 77.00 |
| 07-23-2019 | S | -100 | $ 76.81 |
| 08-01-2019 | P | 80 | $ 76.90 |
| 05-08-2020 | P | 863 | $ 48.10 |
| 05-08-2020 | P | 137 | $ 48.10 |
| 05-26-2020 | S | -1000 | $ 50.50 |
| 06-05-2020 | S | -899 | $ 50.40 |
| 07-02-2020 | S | -137 | $ 49.50 |
| 07-02-2020 | S | -863 | $ 49.50 |
| 09-29-2020 | S | -17 | $ 49.45 |
| 03-08-2021 | S | -750 | $ 62.00 |
| 04-06-2021 | S | -19 | $ 57.23 |
| 12-01-2021 | S | -1 | $ 51.37 |
| 02-14-2022 | S | -78 | $ 55.00 |
| 02-25-2022 | P | 110 | $ 53.00 |
| 02-25-2022 | P | 890 | $ 53.00 |
| 06-14-2022 | S | -110 | $ 50.57 |
| 09-26-2022 | P | 1000 | $ 48.50 |
| 05-02-2023 | P | 1000 | $ 50.00 |
| 05-02-2023 | P | 1000 | $ 49.50 |
| 05-02-2023 | P | 1000 | $ 49.00 |