# EXHIBIT C



## BARRACK | RODOS | BACINE

*A Professional Corporation*
ATTORNEYS AT LAW

Samuel M. Ward
sward@barrack.com

July 24, 2023

**VIA EMAIL**
Adam Apton
55 Broadway, 4th Floor
New York, NY 10006
aapton@zlk.com

     **Re:**    *Okaro v. Icahn Enterprises L.P. et al.,* **Case No. 1:23-cv-21773 (S.D. Fla.)**

Dear Mr. Apton:

    I am writing in response to your letter of July 19, 2023.

    While your letter neither defines "historical price ranges" nor identifies the relevant price ranges to which you refer, I presume that you are referring to the price range for trades executed during the operating hours of the NASDAQ stock exchange and thus you did not account for trades executed either before the market opening or after the close of the market. On behalf of movant Philip Kosowsky, I have confirmed that all of the trades identified in the addendum to your letter of July 19, 2023 are within the relevant daily trading range when accounting for trading that occurred before the opening of the market or after the close of the market. All of Mr. Kosowsky's class period transactions in IEP securities were purchases or sales of IEP common stock.

                                    Sincerely,

                                      Samuel M. Ward