## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-CV-21773-MOORE/LOUIS
Case No. 1:23-CV-22009-ALTMAN/REID

|  |  |
|---|---|
| OSANEME OKARO, Individually and on Behalf of All Others Similarly Situated, <br><br>       Plaintiff, <br>    v. <br><br> ICAHN ENTERPRISES L.P., CARL C. ICAHN, DAVID WILLETTS, TED PAPAPOSTOLOU, KEITH COZZA, and SUNGHWAN CHO, <br><br>       Defendants. | CLASS ACTION |

MICHAEL LEVINE, Individually and on Behalf of All Others Similarly Situated,

      Plaintiff,

   v.

ICAHN ENTERPRISES L.P., CARL C. ICAHN, DAVID WILLETTS, TED PAPAPOSTOLOU, KEITH COZZA, and SUNGHWAN CHO,

      Defendants.

**DECLARATION OF LESTER R. HOOKER IN FURTHER SUPPORT OF THE MOTION OF ANDREW GOLDSTEIN FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF SELECTION OF COUNSEL, AND IN OPPOSITION TO THE COMPETING MOTIONS**

I, Lester R. Hooker, hereby declare as follows:

I am a member in good standing of the bar of the State of Florida and am admitted to practice before this Court.  I am a Director at the law firm of Saxena White P.A. ("Saxena White"), proposed Lead Counsel for the Class.  I submit this Declaration in Further Support of the Motion of Andrew Goldstein for Consolidation, Appointment as Lead Plaintiff, Approval of Selection of Counsel, and in Opposition to the Competing Motions.  Attached hereto as an exhibit is a true and correct copy of the following document:

Exhibit A:   Analysis and Total of Movant Philip Kosowsky's net shares at the end of the filed class period.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed on July 24, 2023, at Boca Raton, Florida.

/s/ Lester R. Hooker
Lester R. Hooker (FL Bar No. 32242)

## <u>CERTIFICATE OF SERVICE</u>

I, Lester R. Hooker, hereby certify that on July 24, 2023, I authorized a true and correct copy of the foregoing to be electronically filed with the clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

*/s/ Lester R. Hooker*
Lester R. Hooker