EXHIBIT A

**Calculation of Kosowsky's Net Shares Purchased**

| Trade Date | Transaction Type | Shares Traded |
|---|---|---|
| 08/02/18 | Sale | (1,000) |
| 08/10/18 | Purchase | 1,000 |
| 08/14/18 | Sale | (1,000) |
| 08/21/18 | Purchase | 478 |
| 08/22/18 | Purchase | 522 |
| 08/24/18 | Purchase | 1,000 |
| 08/24/18 | Sale | (478) |
| 08/24/18 | Sale | (522) |
| 08/24/18 | Sale | (1,000) |
| 08/31/18 | Purchase | 900 |
| 08/31/18 | Purchase | 100 |
| 09/04/18 | Purchase | 1,000 |
| 09/04/18 | Purchase | 1,000 |
| 09/04/18 | Sale | (1,000) |
| 09/05/18 | Purchase | 200 |
| 09/05/18 | Purchase | 800 |
| 09/13/18 | Sale | (200) |
| 09/13/18 | Sale | (800) |
| 09/18/18 | Purchase | 1,000 |
| 09/19/18 | Sale | (1,000) |
| 10/10/18 | Purchase | 1,000 |
| 10/12/18 | Sale | (1,000) |
| 11/14/18 | Purchase | 1,000 |
| 11/20/18 | Purchase | 1,000 |
| 11/20/18 | Sale | (1,000) |
| 12/03/18 | Sale | (1,000) |
| 12/06/18 | Purchase | 1,000 |
| 12/07/18 | Sale | (1,000) |
| 12/10/18 | Purchase | 1,000 |
| 12/12/18 | Sale | (1,000) |
| 12/14/18 | Purchase | 1,000 |
| 01/08/19 | Sale | (1,000) |
| 03/06/19 | Purchase | 1,000 |
| 03/06/19 | Purchase | 9 |
| 03/07/19 | Purchase | 991 |
| 03/19/19 | Sale | (9) |
| 03/19/19 | Sale | (991) |
| 04/03/19 | Purchase | 1,000 |
| 04/03/19 | Sale | (1,000) |
| 04/16/19 | Sale | (1,000) |
| 05/01/19 | Sale | (1,000) |
| 05/07/19 | Purchase | 1,000 |
| 05/08/19 | Purchase | 1,000 |
| 05/13/19 | Purchase | 1,000 |
| 05/14/19 | Sale | (1,000) |
| 05/23/19 | Purchase | 91 |
| 05/23/19 | Purchase | 909 |
| 05/28/19 | Purchase | 91 |
| 05/28/19 | Sale | (909) |
| 05/28/19 | Sale | (91) |
| 05/29/19 | Purchase | 909 |
| 06/03/19 | Sale | (91) |
| 06/03/19 | Sale | (909) |
| 07/05/19 | Sale | (1,000) |
| 07/16/19 | Sale | (1,000) |
| 07/18/19 | Purchase | 1,000 |
| 07/19/19 | Sale | (1,000) |

| Trade Date | Transaction Type | Shares Traded |
|---|---|---|
| 07/23/19 | Sale | (100) |
| 07/24/19 | Sale | (900) |
| 08/01/19 | Purchase | 80 |
| 08/02/19 | Purchase | 920 |
| 08/05/19 | Purchase | 1,000 |
| 08/05/19 | Purchase | 1,000 |
| 08/14/19 | Purchase | 1,000 |
| 08/14/19 | Sale | (1,000) |
| 08/15/19 | Purchase | 1,000 |
| 08/16/19 | Sale | (1,000) |
| 08/22/19 | Purchase | 900 |
| 08/22/19 | Purchase | 100 |
| 09/24/19 | Purchase | 1,000 |
| 10/01/19 | Purchase | 1,000 |
| 10/02/19 | Purchase | 1,000 |
| 10/02/19 | Sale | (1,000) |
| 10/03/19 | Sale | (1,000) |
| 10/10/19 | Sale | (1,000) |
| 10/14/19 | Purchase | 1,000 |
| 10/14/19 | Purchase | 1,000 |
| 10/15/19 | Sale | (1,000) |
| 10/15/19 | Sale | (1,000) |
| 10/16/19 | Sale | (100) |
| 10/21/19 | Sale | (900) |
| 10/31/19 | Purchase | 3 |
| 10/31/19 | Purchase | 100 |
| 10/31/19 | Purchase | 897 |
| 11/04/19 | Sale | (3) |
| 11/04/19 | Sale | (100) |
| 11/04/19 | Sale | (897) |
| 11/05/19 | Purchase | 1,000 |
| 11/06/19 | Purchase | 382 |
| 11/06/19 | Purchase | 618 |
| 12/10/19 | Purchase | 1,000 |
| 12/12/19 | Sale | (1,000) |
| 02/11/20 | Sale | (382) |
| 02/11/20 | Sale | (618) |
| 02/20/20 | Sale | (1,000) |
| 02/24/20 | Purchase | 999 |
| 02/24/20 | Purchase | 1 |
| 02/24/20 | Sale | (1) |
| 02/25/20 | Purchase | 1 |
| 02/25/20 | Purchase | 999 |
| 02/25/20 | Sale | (999) |
| 05/01/20 | Purchase | 899 |
| 05/01/20 | Purchase | 101 |
| 05/08/20 | Purchase | 1,000 |
| 05/08/20 | Sale | (1,000) |
| 05/13/20 | Purchase | 1,000 |
| 05/13/20 | Purchase | 1,000 |
| 05/14/20 | Purchase | 1,000 |
| 05/14/20 | Sale | (1,000) |
| 05/26/20 | Sale | (1,000) |
| 05/28/20 | Purchase | 1,000 |
| 05/28/20 | Sale | (1,000) |
| 05/29/20 | Purchase | 1,000 |
| 05/29/20 | Sale | (1,000) |
| 06/01/20 | Purchase | 1,000 |

| Trade Date | Transaction Type | Shares Traded |
|---|---|---|
| 06/03/20 | Purchase | 1,000 |
| 06/03/20 | Sale | (1,000) |
| 06/04/20 | Sale | (101) |
| 06/04/20 | Sale | (1,000) |
| 06/04/20 | Sale | (1,000) |
| 06/05/20 | Sale | (899) |
| 06/11/20 | Purchase | 1,000 |
| 06/15/20 | Sale | (1,000) |
| 06/18/20 | Purchase | 863 |
| 06/18/20 | Purchase | 1,000 |
| 06/18/20 | Sale | (863) |
| 06/18/20 | Sale | (1,000) |
| 06/19/20 | Purchase | 1,000 |
| 06/19/20 | Purchase | 1,000 |
| 06/19/20 | Purchase | 1,000 |
| 06/19/20 | Sale | (1,000) |
| 06/19/20 | Sale | (1,000) |
| 07/02/20 | Sale | (1,000) |
| 07/15/20 | Sale | (999) |
| 07/15/20 | Sale | (1) |
| 09/21/20 | Purchase | 983 |
| 09/21/20 | Purchase | 17 |
| 09/29/20 | Sale | (17) |
| 09/30/20 | Sale | (983) |
| 10/26/20 | Purchase | 1,000 |
| 10/28/20 | Purchase | 983 |
| 10/28/20 | Purchase | 12 |
| 10/28/20 | Purchase | 5 |
| 10/28/20 | Sale | (5) |
| 10/29/20 | Sale | (12) |
| 10/30/20 | Sale | (983) |
| 11/03/20 | Sale | (1,000) |
| 11/09/20 | Purchase | 900 |
| 11/09/20 | Purchase | 100 |
| 11/18/20 | Purchase | 1,000 |
| 11/20/20 | Sale | (1,000) |
| 01/05/21 | Sale | (900) |
| 01/05/21 | Sale | (100) |
| 01/29/21 | Purchase | 1,000 |
| 02/01/21 | Sale | (1,000) |
| 02/26/21 | Purchase | 1,000 |
| 02/26/21 | Purchase | 1,000 |
| 03/01/21 | Purchase | 1,000 |
| 03/01/21 | Purchase | 1,000 |
| 03/04/21 | Purchase | 250 |
| 03/04/21 | Purchase | 750 |
| 03/08/21 | Sale | (250) |
| 03/08/21 | Sale | (750) |
| 03/09/21 | Purchase | 1,000 |
| 03/09/21 | Sale | (1,000) |
| 03/17/21 | Purchase | 1,000 |
| 03/17/21 | Purchase | 1,000 |
| 03/22/21 | Purchase | 1,000 |
| 03/23/21 | Purchase | 200 |
| 03/23/21 | Purchase | 650 |
| 03/23/21 | Purchase | 19 |
| 03/23/21 | Purchase | 131 |
| 03/24/21 | Purchase | 300 |

| Trade Date | Transaction Type | Shares Traded |
|---|---|---|
| 03/24/21 | Purchase | 700 |
| 04/05/21 | Purchase | 1,000 |
| 04/05/21 | Sale | (131) |
| 04/05/21 | Sale | (300) |
| 04/05/21 | Sale | (700) |
| 04/05/21 | Sale | (1,000) |
| 04/06/21 | Sale | (19) |
| 04/15/21 | Sale | (200) |
| 04/15/21 | Sale | (650) |
| 05/12/21 | Purchase | 1,000 |
| 05/12/21 | Purchase | 1,000 |
| 05/12/21 | Purchase | 1,000 |
| 05/19/21 | Purchase | 555 |
| 05/19/21 | Purchase | 245 |
| 05/19/21 | Purchase | 200 |
| 05/21/21 | Purchase | 1,000 |
| 05/21/21 | Purchase | 1,000 |
| 05/24/21 | Purchase | 893 |
| 05/24/21 | Purchase | 107 |
| 05/24/21 | Purchase | 1,000 |
| 05/24/21 | Purchase | 1,000 |
| 05/24/21 | Purchase | 1,000 |
| 05/24/21 | Purchase | 1,000 |
| 06/02/21 | Purchase | 1,000 |
| 07/01/21 | Sale | (1,000) |
| 07/19/21 | Purchase | 1,000 |
| 07/21/21 | Sale | (1,000) |
| 07/29/21 | Purchase | 1,000 |
| 07/29/21 | Sale | (893) |
| 07/29/21 | Sale | (107) |
| 07/29/21 | Sale | (1,000) |
| 07/29/21 | Sale | (1,000) |
| 07/29/21 | Sale | (1,000) |
| 07/29/21 | Sale | (1,000) |
| 07/29/21 | Sale | (1,000) |
| 07/30/21 | Purchase | 1,000 |
| 08/02/21 | Purchase | 1,000 |
| 08/02/21 | Purchase | 1,000 |
| 08/02/21 | Sale | (1,000) |
| 08/03/21 | Purchase | 1,000 |
| 08/06/21 | Purchase | 1,000 |
| 08/06/21 | Sale | (1,000) |
| 08/09/21 | Purchase | 1,000 |
| 08/10/21 | Purchase | 1,000 |
| 08/11/21 | Purchase | 1,000 |
| 08/16/21 | Purchase | 1,000 |
| 08/17/21 | Purchase | 1,000 |
| 08/17/21 | Purchase | 1,000 |
| 08/17/21 | Purchase | 1,000 |
| 08/17/21 | Purchase | 1,000 |
| 08/17/21 | Purchase | 1,000 |
| 08/17/21 | Purchase | 1,000 |
| 08/17/21 | Purchase | 2,000 |
| 08/19/21 | Purchase | 1,000 |
| 08/20/21 | Purchase | 1,000 |
| 08/20/21 | Purchase | 1,000 |
| 08/20/21 | Purchase | 1,000 |
| 08/23/21 | Purchase | 1,000 |

| Trade Date | Transaction Type | Shares Traded |
|---|---|---|
| 08/23/21 | Purchase | 1,000 |
| 08/25/21 | Purchase | 10,000 |
| 08/25/21 | Purchase | 1,000 |
| 09/08/21 | Purchase | 1,000 |
| 09/17/21 | Purchase | 1,000 |
| 09/20/21 | Purchase | 1,000 |
| 09/28/21 | Purchase | 1,000 |
| 09/30/21 | Purchase | 1,000 |
| 10/01/21 | Sale | (1,000) |
| 10/01/21 | Sale | (1,000) |
| 11/15/21 | Purchase | 800 |
| 11/15/21 | Purchase | 200 |
| 11/15/21 | Purchase | 1,000 |
| 11/15/21 | Purchase | 1,000 |
| 11/16/21 | Purchase | 1,000 |
| 11/16/21 | Purchase | 1,000 |
| 11/16/21 | Purchase | 1,000 |
| 11/18/21 | Purchase | 1,000 |
| 11/19/21 | Purchase | 1,000 |
| 11/22/21 | Sale | (1,000) |
| 11/23/21 | Purchase | 1,000 |
| 11/26/21 | Purchase | 1,000 |
| 11/30/21 | Purchase | 1,000 |
| 12/01/21 | Purchase | 1,000 |
| 12/01/21 | Purchase | 1 |
| 12/01/21 | Sale | (1) |
| 12/03/21 | Purchase | 1,000 |
| 12/08/21 | Purchase | 694 |
| 12/08/21 | Sale | (1,000) |
| 12/08/21 | Sale | (694) |
| 12/10/21 | Purchase | 1,000 |
| 12/14/21 | Purchase | 1,000 |
| 12/15/21 | Purchase | 1,000 |
| 12/15/21 | Sale | (1,000) |
| 12/17/21 | Purchase | 1,000 |
| 12/17/21 | Sale | (1,000) |
| 12/20/21 | Sale | (1,000) |
| 12/20/21 | Sale | (1,000) |
| 12/21/21 | Purchase | 866 |
| 12/21/21 | Purchase | 134 |
| 12/21/21 | Sale | (134) |
| 12/31/21 | Purchase | 1,000 |
| 01/03/22 | Sale | (1,000) |
| 01/03/22 | Sale | (1,000) |
| 01/03/22 | Sale | (1,000) |
| 01/03/22 | Sale | (866) |
| 01/03/22 | Sale | (1,000) |
| 01/04/22 | Sale | (1,000) |
| 01/04/22 | Sale | (1,000) |
| 01/07/22 | Sale | (1,000) |
| 01/10/22 | Purchase | 1,000 |
| 01/13/22 | Sale | (1,000) |
| 01/18/22 | Purchase | 700 |
| 01/18/22 | Purchase | 300 |
| 01/18/22 | Purchase | 1,000 |
| 01/18/22 | Sale | (700) |
| 01/18/22 | Sale | (300) |
| 01/18/22 | Sale | (1,000) |

| Trade Date | Transaction Type | Shares Traded |
|---|---|---|
| 01/20/22 | Purchase | 1,000 |
| 01/20/22 | Purchase | 1,000 |
| 01/21/22 | Purchase | 1,000 |
| 01/21/22 | Purchase | 1,000 |
| 01/21/22 | Purchase | 1,000 |
| 01/24/22 | Purchase | 1,000 |
| 01/24/22 | Purchase | 1,000 |
| 01/25/22 | Purchase | 1,000 |
| 01/25/22 | Sale | (1,000) |
| 01/25/22 | Sale | (1,000) |
| 01/25/22 | Sale | (1,000) |
| 01/25/22 | Sale | (1,000) |
| 01/26/22 | Purchase | 1,000 |
| 01/26/22 | Purchase | 1,000 |
| 01/26/22 | Sale | (1,000) |
| 02/02/22 | Sale | (1,000) |
| 02/03/22 | Purchase | 1,000 |
| 02/08/22 | Sale | (1,000) |
| 02/09/22 | Sale | (1,000) |
| 02/10/22 | Sale | (1,000) |
| 02/11/22 | Purchase | 922 |
| 02/11/22 | Purchase | 78 |
| 02/14/22 | Sale | (78) |
| 02/15/22 | Sale | (1,000) |
| 02/15/22 | Sale | (922) |
| 02/16/22 | Sale | (1,000) |
| 02/17/22 | Purchase | 1,000 |
| 02/17/22 | Purchase | 1,000 |
| 02/17/22 | Sale | (1,000) |
| 02/18/22 | Purchase | 1,000 |
| 02/22/22 | Purchase | 1,000 |
| 02/24/22 | Purchase | 1,000 |
| 02/24/22 | Purchase | 1,000 |
| 02/24/22 | Purchase | 1,000 |
| 02/24/22 | Purchase | 1,000 |
| 02/24/22 | Purchase | 1,000 |
| 02/24/22 | Sale | (1,000) |
| 02/24/22 | Sale | (1,000) |
| 02/25/22 | Purchase | 1,000 |
| 03/01/22 | Purchase | 1,000 |
| 03/04/22 | Purchase | 1,000 |
| 03/04/22 | Purchase | 1,000 |
| 03/04/22 | Purchase | 1,000 |
| 03/04/22 | Sale | (1,000) |
| 03/07/22 | Purchase | 1,000 |
| 03/07/22 | Purchase | 1,000 |
| 03/10/22 | Purchase | 1,000 |
| 03/11/22 | Purchase | 1,000 |
| 03/14/22 | Purchase | 1,000 |
| 03/14/22 | Purchase | 1,000 |
| 05/09/22 | Purchase | 1,000 |
| 05/09/22 | Purchase | 1,000 |
| 05/17/22 | Sale | (1,000) |
| 05/17/22 | Sale | (1,000) |
| 05/18/22 | Purchase | 1,000 |
| 05/18/22 | Purchase | 1,000 |
| 05/19/22 | Purchase | 1,000 |
| 05/20/22 | Purchase | 1,000 |

| Trade Date | Transaction Type | Shares Traded |
|---|---|---|
| 05/20/22 | Purchase | 1,000 |
| 05/23/22 | Sale | (1,000) |
| 05/23/22 | Sale | (1,000) |
| 05/24/22 | Purchase | 1,000 |
| 05/24/22 | Purchase | 1,000 |
| 05/24/22 | Sale | (1,000) |
| 05/24/22 | Sale | (1,000) |
| 05/31/22 | Purchase | 1,000 |
| 05/31/22 | Sale | (1,000) |
| 06/01/22 | Purchase | 1,000 |
| 06/01/22 | Purchase | 1,000 |
| 06/01/22 | Sale | (1,000) |
| 06/01/22 | Sale | (1,000) |
| 06/02/22 | Purchase | 1,000 |
| 06/02/22 | Purchase | 100 |
| 06/02/22 | Purchase | 900 |
| 06/02/22 | Purchase | 1,000 |
| 06/02/22 | Sale | (1,000) |
| 06/02/22 | Sale | (100) |
| 06/02/22 | Sale | (900) |
| 06/02/22 | Sale | (1,000) |
| 06/03/22 | Purchase | 192 |
| 06/03/22 | Purchase | 808 |
| 06/06/22 | Purchase | 45 |
| 06/07/22 | Purchase | 955 |
| 06/07/22 | Purchase | 1,000 |
| 06/07/22 | Sale | (45) |
| 06/07/22 | Sale | (955) |
| 06/07/22 | Sale | (1,000) |
| 06/08/22 | Purchase | 1,000 |
| 06/08/22 | Sale | (192) |
| 06/08/22 | Sale | (808) |
| 06/08/22 | Sale | (1,000) |
| 06/09/22 | Purchase | 1,000 |
| 06/10/22 | Purchase | 1,000 |
| 06/10/22 | Purchase | 1,000 |
| 06/10/22 | Purchase | 1,000 |
| 06/13/22 | Purchase | 1,000 |
| 06/13/22 | Purchase | 1,000 |
| 06/13/22 | Purchase | 1,000 |
| 06/13/22 | Purchase | 1,000 |
| 06/13/22 | Purchase | 1,000 |
| 06/13/22 | Purchase | 1,000 |
| 06/13/22 | Sale | (1,000) |
| 06/14/22 | Purchase | 110 |
| 06/14/22 | Purchase | 1,000 |
| 06/14/22 | Purchase | 1,000 |
| 06/14/22 | Sale | (110) |
| 06/16/22 | Purchase | 1,000 |
| 06/16/22 | Purchase | 1,000 |
| 06/17/22 | Sale | (1,000) |
| 06/21/22 | Purchase | 1,000 |
| 06/21/22 | Purchase | 1,000 |
| 06/21/22 | Purchase | 1,000 |
| 06/21/22 | Sale | (1,000) |
| 06/22/22 | Sale | (1,000) |
| 06/23/22 | Purchase | 1,000 |
| 06/27/22 | Sale | (1,000) |

| Trade Date | Transaction Type | Shares Traded |
|---|---|---|
| 06/27/22 | Sale | (1,000) |
| 06/28/22 | Purchase | 246 |
| 06/28/22 | Purchase | 100 |
| 06/28/22 | Purchase | 200 |
| 06/28/22 | Purchase | 100 |
| 06/28/22 | Purchase | 354 |
| 06/28/22 | Sale | (246) |
| 06/28/22 | Sale | (100) |
| 06/28/22 | Sale | (200) |
| 06/28/22 | Sale | (100) |
| 06/28/22 | Sale | (354) |
| 06/30/22 | Purchase | 1,000 |
| 06/30/22 | Purchase | 1,000 |
| 06/30/22 | Sale | (1,000) |
| 07/01/22 | Purchase | 1,000 |
| 07/01/22 | Purchase | 1,000 |
| 07/01/22 | Sale | (1,000) |
| 07/05/22 | Purchase | 1,000 |
| 07/06/22 | Sale | (1,000) |
| 07/06/22 | Sale | (1,000) |
| 07/08/22 | Sale | (1,000) |
| 07/08/22 | Sale | (1,000) |
| 07/13/22 | Sale | (1,000) |
| 07/14/22 | Purchase | 1,000 |
| 07/15/22 | Sale | (1,000) |
| 07/20/22 | Purchase | 1,000 |
| 07/28/22 | Sale | (1,000) |
| 07/29/22 | Sale | (1,000) |
| 08/04/22 | Purchase | 1,000 |
| 08/08/22 | Purchase | 1,000 |
| 08/22/22 | Purchase | 1,000 |
| 08/22/22 | Purchase | 1,000 |
| 08/22/22 | Sale | (1,000) |
| 09/01/22 | Purchase | 558 |
| 09/01/22 | Purchase | 442 |
| 09/06/22 | Purchase | 1,000 |
| 09/23/22 | Purchase | 1,000 |
| 09/26/22 | Purchase | 1,000 |
| 09/26/22 | Purchase | 1,000 |
| 09/26/22 | Purchase | 688 |
| 09/26/22 | Purchase | 312 |
| 09/28/22 | Sale | (688) |
| 09/28/22 | Sale | (312) |
| 09/29/22 | Purchase | 1,000 |
| 10/03/22 | Sale | (1,000) |
| 10/04/22 | Sale | (1,000) |
| 10/05/22 | Sale | (1,000) |
| 10/13/22 | Sale | (1,000) |
| 10/14/22 | Purchase | 1,000 |
| 10/20/22 | Purchase | 1,000 |
| 10/26/22 | Purchase | 1,000 |
| 11/02/22 | Purchase | 1,000 |
| 11/02/22 | Purchase | 905 |
| 11/03/22 | Purchase | 95 |
| 11/16/22 | Purchase | 1,000 |
| 11/18/22 | Purchase | 1,000 |
| 11/21/22 | Purchase | 1,000 |
| 11/25/22 | Purchase | 776 |

| Trade Date | Transaction Type | Shares Traded |
|---|---|---|
| 11/25/22 | Purchase | 224 |
| 11/28/22 | Purchase | 1,000 |
| 11/28/22 | Purchase | 1,000 |
| 12/06/22 | Purchase | 1,000 |
| 12/07/22 | Sale | (1,000) |
| 12/13/22 | Sale | (776) |
| 12/13/22 | Sale | (224) |
| 12/13/22 | Sale | (1,000) |
| 12/13/22 | Sale | (1,000) |
| 12/14/22 | Sale | (1,000) |
| 12/16/22 | Sale | (1,000) |
| 12/21/22 | Sale | (905) |
| 12/21/22 | Sale | (95) |
| 12/21/22 | Sale | (1,000) |
| 12/22/22 | Purchase | 206 |
| 12/22/22 | Purchase | 190 |
| 12/23/22 | Purchase | 604 |
| 12/23/22 | Sale | (206) |
| 12/23/22 | Sale | (190) |
| 12/23/22 | Sale | (604) |
| 12/28/22 | Purchase | 1,000 |
| 12/30/22 | Sale | (1,000) |
| 01/06/23 | Sale | (1,000) |
| 01/09/23 | Purchase | 1,000 |
| 01/10/23 | Sale | (1,000) |
| 01/12/23 | Purchase | 1,000 |
| 01/17/23 | Purchase | 1,000 |
| 01/17/23 | Sale | (1,000) |
| 01/19/23 | Purchase | 899 |
| 01/19/23 | Purchase | 101 |
| 01/19/23 | Purchase | 1,000 |
| 01/24/23 | Sale | (1,000) |
| 01/24/23 | Sale | (899) |
| 01/24/23 | Sale | (101) |
| 01/24/23 | Sale | (1,000) |
| 01/25/23 | Sale | (1,000) |
| 01/25/23 | Sale | (1,000) |
| 01/26/23 | Sale | (1,000) |
| 01/26/23 | Sale | (1,000) |
| 01/27/23 | Sale | (1,000) |
| 01/27/23 | Sale | (558) |
| 01/27/23 | Sale | (442) |
| 01/30/23 | Purchase | 1,000 |
| 02/01/23 | Purchase | 1,000 |
| 02/01/23 | Purchase | 1,000 |
| 02/03/23 | Sale | (1,000) |
| 02/03/23 | Sale | (1,000) |
| 02/03/23 | Sale | (1,000) |
| 02/13/23 | Purchase | 1,000 |
| 02/14/23 | Sale | (1,000) |
| 02/16/23 | Sale | (1,000) |
| 02/16/23 | Sale | (1,000) |
| 02/21/23 | Purchase | 1,000 |
| 02/21/23 | Purchase | 1,000 |
| 02/22/23 | Sale | (1,000) |
| 02/23/23 | Purchase | 1,000 |
| 02/24/23 | Sale | (1,000) |
| 02/27/23 | Purchase | 1,000 |

| Trade Date | Transaction Type | Shares Traded |
|---|---|---|
| 02/27/23 | Purchase | 1,000 |
| 02/27/23 | Purchase | 1,000 |
| 02/27/23 | Purchase | 1,000 |
| 02/27/23 | Purchase | 1,000 |
| 02/27/23 | Purchase | 1,000 |
| 02/27/23 | Purchase | 1,000 |
| 02/28/23 | Purchase | 285 |
| 03/01/23 | Purchase | 715 |
| 03/01/23 | Purchase | 1,000 |
| 03/01/23 | Purchase | 1,000 |
| 03/01/23 | Purchase | 800 |
| 03/01/23 | Purchase | 3 |
| 03/01/23 | Purchase | 197 |
| 03/01/23 | Sale | (1,000) |
| 03/01/23 | Sale | (800) |
| 03/01/23 | Sale | (3) |
| 03/01/23 | Sale | (197) |
| 03/08/23 | Purchase | 1,000 |
| 03/10/23 | Purchase | 1,000 |
| 03/10/23 | Purchase | 1,000 |
| 03/10/23 | Purchase | 1,000 |
| 03/13/23 | Purchase | 1,000 |
| 03/13/23 | Purchase | 1,000 |
| 03/14/23 | Purchase | 1,000 |
| 03/15/23 | Purchase | 1,000 |
| 03/15/23 | Sale | (1,000) |
| 03/16/23 | Sale | (1,000) |
| 03/24/23 | Purchase | 1,000 |
| 03/28/23 | Sale | (1,000) |
| 03/29/23 | Sale | (1,000) |
| 04/06/23 | Sale | (1,000) |
| 04/10/23 | Purchase | 1,000 |
| 04/18/23 | Purchase | 1,000 |
| 04/18/23 | Purchase | 50 |
| 04/18/23 | Sale | (50) |
| 04/19/23 | Purchase | 1,000 |
| 04/19/23 | Purchase | 1,000 |
| 04/19/23 | Purchase | 1,000 |
| 04/21/23 | Purchase | 1,000 |
| 05/01/23 | Purchase | 1,000 |
| 05/01/23 | Purchase | 1,000 |
| 05/02/23 | Purchase | 1,000 |
| 05/02/23 | Purchase | 1,000 |
| 05/02/23 | Purchase | 1,000 |
| 05/02/23 | Purchase | 1,000 |
| 05/02/23 | Purchase | 1,000 |
| 05/02/23 | Purchase | 1,000 |
| 05/02/23 | Purchase | 1,000 |
| 05/02/23 | Purchase | 1,000 |
| 05/02/23 | Purchase | 1,000 |
| 05/02/23 | Purchase | 1,000 |
| 05/02/23 | Purchase | 1,000 |
| 05/03/23 | Purchase | 1,000 |
| 05/04/23 | Purchase | 1,000 |
| **Total Net Shares Purchased** | | **119,000** |