**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:23-cv-21773-KMM

OSANEME OKARO, Individually and on
Behalf of All Others Similarly Situated,

      Plaintiff,

v.

ICAHN ENTERPRISES L.P., *et al.*,

      Defendants.

_____/

## <u>ORDER</u>

THIS CAUSE came before the Court upon Lead Plaintiff Philip Kosowsky and Defendants Icahn Enterprises L.P., Carl C. Icahn, David Willetts, Ted Papapostolou, Keith Cozza, and Sunghwan Cho's ("Defendants") Joint Motion to Establish a Schedule for the Filing of an Operative Complaint and Responses and to Stay Compliance with Certain Pretrial Procedures (ECF No. 83). Accordingly, UPON CONSIDERATION of the Motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that:

1. Lead Plaintiff shall file the consolidated complaint on or before **January 12, 2024;**

2. Defendants shall respond to the forthcoming consolidated complaint thirty (30) calendar days after it is filed. If any Defendant files a motion to dismiss, Lead Plaintiff shall file any opposition within twenty (20) calendar days and Defendants shall file any replies twenty (20) calendar days thereafter;

3. All pretrial procedures and obligations under Federal Rule of Civil Procedure 16, 26(a) and (f), Local Rule 16.1(b), and this Court's May 17, 2023 Paperless Pretrial Order

(ECF No. 4), and all other discovery and disclosure obligations, are STAYED until this Court rules on Defendants' motion to dismiss; and

4. In the event Defendants move to dismiss the consolidated complaint:

   a. Defendants' motion to dismiss and incorporated memorandum of law shall not exceed 30 pages;

   b. The memorandum of law in support of Lead Plaintiff's opposition to the motion to dismiss shall not exceed 30 pages;

   c. The reply brief in support of Defendants' motion to dismiss shall not exceed 15 pages.

DONE AND ORDERED in Chambers at Miami, Florida, this __28th__ day of November, 2023.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

c: All counsel of record