**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| PHILIP KOSOWSKY and GARY COTON, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> ICAHN ENTERPRISES L.P., ICAHN ENTERPRISES HOLDINGS L.P., ICAHN ENTERPRISES G.P. INC., CARL C. ICAHN, ARIS KEKEDJIAN, DAVID WILLETTS, TED PAPAPOSTOLOU, KEITH COZZA, and SUNGHWAN CHO, <br><br> Defendants. | Case No. 1:23-cv-21773-KMM |

**LEAD PLAINTIFF PHILIP KOSOWSKY'S UNOPPOSED MOTION TO TAKE
JUDICIAL NOTICE**

In connection with Plaintiffs' Opposition to Defendants' Motion to Dismiss the Consolidated Class Action Complaint (ECF No. 99), Lead Plaintiff Philip Kosowsky ("Lead Plaintiff") respectfully moves this Court for the entry of an order taking judicial notice of the Order Instituting Cease-and-Desist Proceedings Pursuant to Section 21C of the Securities Exchange Act of 1934, Making Findings, and Imposing a Cease-and-Desist Order, In the Matter of Carl. C. Icahn, Administrative Proceeding File No. 3-22012 ("Icahn Cease and Desist Order") attached hereto as Exhibit 1 and the Order Instituting Cease-and-Desist Proceedings Pursuant to Section 21C of the Securities Exchange Act of 1934, Making Findings, and Imposing a Cease-and-Desist Order, In the Matter of Icahn Enterprises, L.P., Administrative Proceeding File No. 3-22012 (the "IEP Cease and Desist Order"), attached hereto as Exhibit 2.

## I.     INTRODUCTION

On August 19, 2024, the United States Securities Exchange Commission ("SEC"), entered the attached Icahn Cease-and-Desist Order (Ex. 1.) and the IEP Cease-and-Desist Order (Ex. 2). Both the Icahn Cease-and-Desist Order and the IEP Cease-and-Desist Order are public records, available on an official government website and thus are properly subject to judicial notice. Moreover, Defendants do not oppose this request for judicial notice. Accordingly, Lead Plaintiff respectfully requests that the Court take judicial notice of the Icahn Cease-and-Desist Order and the IEP Cease-and-Desist Order.

## II.    LEGAL STANDARD

A court "must take judicial notice" of facts not subject to reasonable dispute if "the court is supplied with the necessary information" and a party makes such a request. Fed. R. Evid. 201(b)-(c). Moreover, "[a] court may take judicial notice of appropriate adjudicative facts at any stage in a proceeding," *Dippin' Dots, Inc. v. Frosty Bites Distrib., LLC*, 369 F.3d 1197, 1204 (11th Cir. 2004).

Courts are, for example, free to take "judicial notice of another court's order . . . for the limited purpose of recognizing the judicial act that the order represents or the subject matter of the litigation and related filings." *In re Delta Res., Inc.*, 54 F.3d 722, 725 (11th Cir. 1995) (internal

marks and citation [*3] omitted) (taking judicial notice of bankruptcy court's order and its findings as a matter of law). Moreover, "A court may take judicial notice of records from an administrative proceeding, which has a direct relation to the matters at issue." *Rezaipour v. Cty. of Los Angeles*, 2014 U.S. Dist. LEXIS 199206, *10 (C.D. Cal. July 10, 2014) (internal quotation omitted). *See also Laughlin v. Holder*, 923 F. Supp. 2d 204, 209 (D.D.C. 2013) (taking judicial notice of the plaintiff's administrative complaint and an order issued in the administrative proceedings because they were public records).

## III.    DISCUSSION

This Court can and should take judicial notice of the Icahn Cease-and-Desist Order and the IEP Cease-and-Desist Order. The Icahn Cease-and-Desist Order and the IEP Cease-and-Desist Order are not subject to reasonable dispute because they can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned—namely an official and publically available government website.[1] *See Setai Hotel Acq., LLC v. Miami Beach Luxury Rentals, Inc.*, 2017 WL 3503371, at *7 (S.D. Fla. Aug. 15, 2017); *see also Hamze v. Cummings*, 2015 WL 12916422, at *2 (S.D. Fla. Jan. 26, 2015) ("The Court takes judicial notice of the pleadings and orders in the referenced cases because they are public records and are not subject to 'reasonable dispute because they [are] capable of accurate and ready determination' by referring to 'sources whose accuracy could not be reasonably questioned.'" (*quoting Horne v. Potter*, 392 F. App'x 800, 802 (11th Cir. 2010))). In short, because the Icahn Cease-and-Desist Order and the IEP Cease-and-Desist Order are a matter of public record and are available on an official government website, this Court is permitted to take judicial notice of them. *See Schiano v. Salkin*, 2019 U.S. Dist. LEXIS 143652, *2 (S.D. Fla. Aug. 23, 2019) (taking judicial notice of court orders entered in a related bankruptcy action and recognizing that courts are "free to take judicial notice of subsequent developments in cases that are a matter of public record and are relevant . . .").

---

[1] The Icahn Cease-and-Desist Order and the IEP Cease-and-Desist Order are available on the SEC's website: https://www.sec.gov at https://www.sec.gov/files/litigation/admin/2024/34-100755.pdf and https://www.sec.gov/files/litigation/admin/2024/34-100756.pdf.

## IV.     CONCLUSION

For the foregoing reasons, Lead Plaintiff respectfully requests that the Court take judicial notice of the Icahn Cease-and-Desist Order and the IEP Cease-and-Desist Order attached hereto as Exhibits 1 and 2, respectively.

<strong>LOCAL RULE 7.1(a)(3) CERTIFICATE</strong>

Pursuant to Local Rule 7.1(a)(3), the undersigned hereby certifies that Lead Plaintiff's counsel has conferred with counsel for Defendants, and counsel for Defendants does not oppose the Court taking judicial notice of the Icahn Cease-and-Desist Order and the IEP Cease-and-Desist Order attached hereto as Exhibits 1 and 2.

Dated: August 23, 2024                                    Respectfully submitted,

**By: */s/ Howard Bushman***
ADAM MOSKOWITZ (Fla. Bar No. 984280)
HOWARD BUSHMAN (Fla. Bar No. 364230)
BARBARA C. LEWIS (Florida Bar No. 118114)
Email: adam@moskowitz-law.com
Email: howard@moskowitz-law.com
Email: barbara@moskowitz-law.com
**THE MOSKOWITZ LAW FIRM, PLLC**
Continental Plaza
3250 Mary Street, Suite 202
Miami, FL 33133
**Mailing Address:**
P.O. Box 653409
Miami, FL 33175

*Liaison Counsel*

JEFFREY W. GOLAN
EMAIL: jgolan@barrack.com
JEFFREY A. BARRACK*
EMAIL: jbarrack@barrack.com
**BARRACK, RODOS & BACINE**
Two Commerce Square
2001 Market Street, Suite 3300
Philadelphia, PA 19103
Telephone: (215) 963–0600

Facsimile: (215) 963–0838

STEPHEN R. BASSER*
EMAIL: sbasser@barrack.com
SAMUEL M. WARD*
EMAIL: sward@barrack.com
**BARRACK, RODOS & BACINE**
600 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 230-0800
Facsimile: (619) 230-1874

*Lead Counsel for Lead Plaintiff and the Putative Class*

*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2024, I served a true and correct copy of the foregoing upon all counsel of record via the Court's CM/ECF electronic filing system.

/s/ Howard Bushman
Howard Bushman

4