**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 1:23-cv-21773-KMM**

PHILIP KOSOWSKY and GARY COTON,
Individually and on Behalf of All Others
Similarly Situated,
    Plaintiffs,

   v.
ICAHN ENTERPRISES L.P., ICAHN
ENTERPRISES HOLDINGS L.P., ICAHN
ENTERPRISES G.P. INC., CARL C.
ICAHN, ARIS KEKEDJIAN, DAVID
WILLETTS, TED PAPAPOSTOLOU,
KEITH COZZA, and SUNGHWAN CHO,
    Defendants.

**DEFENDANTS' UNOPPOSED MOTION TO TAKE JUDICIAL NOTICE**

In connection with Defendants' Motion to Dismiss the Consolidated Class Action Complaint, (ECF No. 97), Defendants Carl C. Icahn, David Willetts, Ted Papapostolou, Aris Kekedjian, Keith Cozza, SungHwan Cho, Icahn Enterprises L.P. ("IEP"), Icahn Enterprises Holdings L.P., and Icahn Enterprises G.P. Inc. (collectively, "Defendants") respectfully move this Court for the entry of an order taking judicial notice of IEP's unit price at the close of trading on February 24, 2022, February 25, 2022, and February 28, 2022, attached hereto as Exhibit 1.[1]

## I.      INTRODUCTION

On Thursday, February 24, 2022, the closing price of an IEP unit was $54.30.  On February 25, 2022, IEP filed its 2021 10-K, which disclosed that out of the 257,047,260 depositary units beneficially owned by Mr. Icahn, 167,658,659 units had been "pledged as collateral to secure certain personal indebtedness."  ECF No. 97-22.  That same day, February 25, 2022, the closing price of an IEP unit was $54.11.  On the next trading day, Monday, February 28, 2022, the closing price of an IEP unit was $54.74.  The closing trading price for publicly traded units, such as IEP's units, is not subject to reasonable dispute and can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.  Moreover, Lead Plaintiff does not oppose this request for judicial notice.  Accordingly, Defendants respectfully request that the Court

---

[1] Defendants submit this Motion in connection with Lead Plaintiff's Motion to Take Judicial Notice of the Order Instituting Cease-and-Desist Proceedings Pursuant to Section 21C of the Securities Exchange Act of 1934, Making Findings, and Imposing a Cease-and-Desist Order, In the Matter of Icahn Enterprises, L.P., Administrative Proceeding File No. 3-22012, which concerns IEP's failure to disclose Mr. Icahn's IEP unit pledges until February 25, 2022.

take judicial notice of IEP's unit price at the close of trading on February 24, 2022, February 25, 2022, and February 28, 2022.

## II.      DISCUSSION

A court "must take judicial notice" of facts not subject to reasonable dispute if "the court is supplied with the necessary information" and a party makes such a request.  Fed. R. Evid. 201(b)-(c).  Moreover, "[a] court may take judicial notice of appropriate adjudicative facts at any stage in a proceeding." *Dippin' Dots, Inc. v. Frosty Bites Distrib., LLC*, 369 F.3d 1197, 1204 (11th Cir. 2004).

This Court can and should take judicial notice of IEP's unit price at the close of trading on February 24, 2022, February 25, 2022, and February 28, 2022.  This information is not subject to reasonable dispute because it can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.  *See Lanfear v. Home Depot, Inc.*, 679 F.3d 1267, 1282 n.17 (11th Cir. 2012) ("under Federal Rule of Evidence 201(b), we can take judicial notice of the price of a stock on any given day"); *In re: Jan. 2021 Short Squeeze Trading Litig.*, No. 21-2989-MDL, 2023 WL 418821, at *7 (S.D. Fla. Jan. 9, 2023) ("[C]ourts may take judicial notice of matters not subject to reasonable dispute, including stock prices.") (quotation omitted); *see also In re NAHC, Inc. Securities Litigation*, 306 F.3d 1314, 1331 (3rd Cir. 2002) (taking judicial notice of stock prices in securities fraud action); *Ganino v. Citizens Utilities Co.*, 228 F.3d 154, 166 n. 8 (2nd Cir. 2000) (same).  IEP's closing unit price on these three dates is the exact type of readily determined information not subject to reasonable dispute that is ordinarily appropriate for judicial notice.

### III.    CONCLUSION

For the foregoing reasons, Defendants respectfully requests that the Court take judicial notice of IEP's unit price at the close of trading on February 24, 2022, February 25, 2022, and February 28, 2022 attached hereto as Exhibit 1.

**LOCAL RULE 7.1(a)(3) CERTIFICATE**

Pursuant to Local Rule 7.1(a)(3), the undersigned hereby certifies that Defendants' counsel has conferred with counsel for Lead Plaintiff, and counsel for Lead Plaintiff does not oppose the Court taking judicial notice of IEP's unit price at the close of trading on February 24, 2022, February 25, 2022, and February 28, 2022 attached hereto as Exhibit 1.

Dated: August 23, 2024                                  Respectfully submitted,


_s/ Mark A. Levy_____
Mark A. Levy (Fla. Bar No. 121320)
mark.levy@brinkleymorgan.com
BRINKLEY MORGAN
100 SE Third Avenue, 23rd Floor
Fort Lauderdale, FL 33394
Telephone: (954) 745-1161

Michael S. Doluisio*
Bina M. Peltz*
michael.doluisio@dechert.com
bina.peltz@dechert.com
DECHERT LLP
Cira Centre, 2929 Arch Street
Philadelphia, PA 19104
Telephone: (215) 994-2325

Jonathan R. Streeter*
Nicholas R. Gersh*
Nina S. Riegelsberger*
jonathan.streeter@dechert.com
nicholas.gersh@dechert.com

3

nina.riegelsberger@dechert.com
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 649-8755

*Counsel for Defendants*

*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2024, I served a true and correct copy of the foregoing

upon all counsel of record via the Court's CM/ECF electronic filing system.

*/s/ Mark A. Levy*
Mark A. Levy

4