# EXHIBIT 1

Case 1:23-cv-21773-KMM   Document 112-1   Entered on FLSD Docket 08/23/2024   Page 2 of 3

NasdaqGS - Delayed Quote • USD

# Icahn Enterprises L.P. (IEP)   ☆ Follow   ↱ Compare

## 15.83 +0.36 (+2.33%)

At close: 4:00 PM EDT

| Feb 24, 2022 - Mar 01, 2022 ⌄ | Historical Prices ⌄ | Daily ⌄ |

Currency in USD   ⬇ Download

| Date | Open | High | Low | Close ⓘ | Adj Close ⓘ | Volume |
|---|---|---|---|---|---|---|
| Feb 28, 2022 | 54.28 | 55.57 | 53.77 | 54.74 | 32.74 | 468,500 |
| Feb 25, 2022 | 54.45 | 54.85 | 53.09 | 54.11 | 32.36 | 514,700 |
| Feb 24, 2022 | 53.90 | 54.57 | 52.12 | 54.30 | 32.47 | 775,800 |

## Related Tickers   ‹ ›

| CVI | SUN | PSX | DKL | VLO | MPC | PBF | DINO | DK |
|---|---|---|---|---|---|---|---|---|
| CVR Energy, Inc. | Sunoco LP | Phillips 66 | Delek Logistics Partner... | Valero Energy Corporat... | Marathon Petroleum C... | PBF Energy Inc. | HF Sinclair Corporation | Delek US Holdings, Inc. |
| 24.19 -1.71% | 53.67 +0.81% | 133.19 -0.52% | 38.89 +0.36% | 143.43 -0.31% | 171.86 -0.06% | 33.55 -2.38% | 47.36 +0.17% | 20.10 -0.59% |

Copyright © 2024 Yahoo.
All rights reserved.

**POPULAR QUOTES**
Dow Jones
S&P 500
DAX Index

**EXPLORE MORE**
Mortgages
Credit Cards
Sectors

**ABOUT**
Data Disclaimer
Help
Feedback

Nvidia

Tesla

DJT

Crypto Heatmap

Biden Economy

Financial News

Sitemap

What's New

About Our Ads

Premium Plans